UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH NTAGANIRA,<br><br>      Plaintiff,<br><br>      v.<br><br>HHC TRS FP PORTFOLIO LLC a/k/a "CROWNE PLAZA" d/b/a CROWNE PLAZA HOTEL RAVINIA and/or INTER-CONTINENTAL HOTELS CORP.,<br><br>      Defendant. | CIVIL ACTION NO.<br>1:17-CV-04291-JPB |

## SHOW CAUSE ORDER

On October 6, 2022, Defendant wrote to the Court requesting that the December jury trial be continued because Defendant was still awaiting the production of certain medical records. Defendant asserted that it had not received the records due to various delays attributable to Plaintiff. On October 12, 2022, the Court ordered Plaintiff to file his position on Defendant's request for a continuance no later than October 13, 2022. The Court also ordered Plaintiff to detail what discovery, if any, he has provided to Defendant pursuant to this Court's August 29, 2022 Order. To address these issues, the Court scheduled a telephone conference for October 14, 2022, at 12:30 PM.

To date, Plaintiff has not filed anything relating to his position on Defendant's request for a continuance or detailing what discovery he has provided. Moreover, Plaintiff failed to appear for the scheduled telephone conference.

No later than October 21, 2022, Plaintiff is **ORDERED** to show cause, if any, why this case should not be dismissed for failure to prosecute and for failure to obey an order of this Court.[1] If no response is filed, the Clerk is **DIRECTED** to submit this case upon the expiration of the relevant time period.

**SO ORDERED** this 14th day of October, 2022.

J. P. BOULEE
United States District Judge

---

[1] In the event Plaintiff does not want the case dismissed, Plaintiff's response to the show cause order shall also contain his answers to the questions posed in the Court's October 12, 2022 Docket Entry. Plaintiff is further ordered to respond to Defendant's Motion for Issuance of Letters Rogatory [Doc. 117] no later than October 21, 2022.