Page 1

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
2                    ATLANTA DIVISION

3
     JOSEPH NTAGANIRA,              )
4                                   )
                 Plaintiff,         )
5                                   )  CIVIL ACTION
            vs.                     )
6                                   )  FILE NO.
     HHC TRS FP PORTFOLIO LLC       )
7    a/k/a "CROWNE PLAZA" d/b/a     )  1:17-cv-04291-JPB
     CROWNE PLAZA HOTEL RAVINIA     )
8    and/or INTER-CONTINENTAL       )
     HOTELS CORP.,                  )
9                                   )
                 Defendant.         )
10
11                      - - -
12            VIDEOTAPED DEPOSITION OF
13               JOSEPH NTAGANIRA
14        TAKEN BY REMOTE VIDEOCONFERENCE
15
                    July 27, 2022
16
                   9:06 a.m. EDT
17
18
          Pamela L. Porter, RPR, CCR-B-2160
19
                      - - -
20
21
22
23
24
25

Page 2

1
                    APPEARANCES OF COUNSEL
2
3

   On behalf of the Plaintiff:
4
          S. CARLTON ROUSE, ESQ.
5          Rouse & Company, LLC
           3375 Centerville Highway
6          Snellville, Georgia 30039
7

   On behalf of the Defendant:
8
          CECILIA D. OROZCO, ESQ.
9          Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
           Suite 2400
10         3344 Peachtree Road, NE
           Atlanta, Georgia 30326
11
12  Also Present:
13         David Ramirez, Videographer
           Henry Hicks
14         Kelsy Williams
15                              - - -
16
17
18
19
20
21
22
23
24
25

Page 3

1                     TABLE OF CONTENTS

2

3              EXAMINATION                          PAGE

4

5    Cross-Examination by Ms. Orozco                   5

6

7                          - - -

8                 (No exhibits were marked.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  4

1          (Reporter disclosure made pursuant to

2      Article 10.B of the Rules and Regulations of the

3      Board of Court Reporting of the Judicial Council

4      of Georgia.)

5          (Due to the need for this deposition to

6      take place remotely, the parties have stipulated

7      that the court reporter may swear in the witness

8      over the phone/Veritext Virtual videoconference

9      and that the witness has verified that he/she is

10     in fact JOSEPH NTAGANIRA.)

11         THE VIDEOGRAPHER:  We are on the record,

12     and the time is approximately 9:06 a.m.  This is

13     the beginning of the videotaped deposition for

14     Joseph Ntaganira.

15         Will counsel present please identify

16     themselves and who they represent for the

17     record.

18         MR. ROUSE:  I'm Carlton Rouse on behalf of

19     the plaintiff, Joseph Ntaganira.

20         MS. OROZCO:  And Cecilia Orozco here on

21     behalf of the defendant, HHC TRS FP Portfolio,

22     and also joining me is Henry Hicks, our intern.

23         MR. ROUSE:  Also on behalf of the

24     plaintiff is intern Kelsy Williams with Rouse &

25     Company, LLC.

Page 5

1            THE VIDEOGRAPHER:  Thank you, Counsel.

2      Will the court reporter please swear in the

3      witness.

4                   JOSEPH NTAGANIRA,

5    having been first duly sworn, was examined and

6    testified as follows:

7                   CROSS-EXAMINATION

8    BY MS. OROZCO:

9      Q.    Good morning, Doctor.  I really don't want

10   to mispronounce your last name; so is it okay if I

11   call you Dr. N?

12     A.    It's fine for me.

13     Q.    Okay.  Well, good morning, Dr. N.

14     A.    Good morning.  You can just say Joseph.

15   It's fine.

16     Q.    I also suffer from a very difficult last

17   name.  It's Orozco, which is very difficult.  And so I

18   feel your pain on that one.

19            But my name is Cecelia Orozco, and like I

20   stated, earlier, I represent the defendant in this

21   case, HHC TRS FP Portfolio.  And I'm here to ask you a

22   few questions about the incident that occurred back in

23   2016.

24            And my questions will be limited to June

25   of 2020 to the present, which was the time of your

Page 6

1    last deposition.  Do you remember that?

2          A.    Excuse me.  But I'm not hearing you very

3    well.  It's like an echo.

4          Q.    There's an echo?

5          A.    Yeah.

6          MS. OROZCO:  Could we go off the record

7          quickly so we can address that?

8          THE VIDEOGRAPHER:  Okay.  Stand by.  The

9          time is 9:08 a.m.  We are off video record.

10         (Off-the-record discussions ensued.)

11         THE VIDEOGRAPHER:  The time is 9:14 a.m.

12         We are back on video record.

13         Q.    (By Ms. Orozco)  All right.  Dr. N,

14   apology for the delay.  I just want to ask you again a

15   few questions about your injury and your condition

16   since your last deposition in June of 2020.

17         Do you recall being deposed in June of

18   2020 at the beginning of the pandemic?

19         A.    Yes, I do remember.

20         Q.    Okay.  Now, I just want to refresh some of

21   the rules of depositions with you.  Again, there's a

22   court reporter here.  So it's very important that you

23   speak your answers out loud and not just nod your head

24   or shake your head.  Is that fair?

25         A.    Say it again, please.

Page 7

1     Q.    I was just saying it's important when you

2   answer a question that you answer it verbally so that

3   the court reporter can take it down.  Is that fair?

4     A.    It's fine.

5     Q.    Okay.  And your attorney might lodge some

6   objections throughout this deposition.  I'm going to

7   ask that you answer any question that he may object to

8   unless he instructs you not to answer that question.

9   Okay?

10          MR. ROUSE:  I will just ask that, you

11      know, if there's any issue of instructing the

12      client as to what his responsibilities are in

13      the deposition, that would come from my side.

14          So I disagree with that line.  But okay.

15          MS. OROZCO:  Okay.

16     Q.   (By Ms. Orozco)  Dr. N, in addition to

17   what I just told you, if you have any questions about

18   my questions or if they're confusing to you in any

19   way, please let me know and I will try to clarify

20   them.  Okay?

21     A.    All right.

22          MS. OROZCO:  Okay.  And, Carlton, I'm not

23      sure.  Do you want to reserve all objections

24      except to the form of the question or the

25      responsiveness of the answer today?

Page 8

1              MR. ROUSE:  Yes.  No, I don't want to
2        reserve objections just because it's a special
3        deposition, special purpose deposition.  So if
4        there are issues that I have with a line of
5        questions or any potential response, I prefer to
6        go ahead and object now and assert whatever
7        issue or objection clearly on the record now,
8        and then we can just bring it up with the court.
9              MS. OROZCO:  No, I'm not going to allow
10       you to make speaking objections throughout this
11       deposition.  So if that's going to be an issue,
12       then, I mean, I don't know how we can address
13       that now, but we're not going to be doing
14       speaking objections today and coaching the
15       witness.
16             MR. ROUSE:  Well, I think what you just
17       said is very different than what I just said.
18       So I agree that you --
19             MS. OROZCO:  Okay.  Well, I'm just making
20       it clear.
21             MR. ROUSE:  -- objections.  However, I
22       agree that speaking objections would be
23       inappropriate.  However, I'm not reserving --
24       I'm not agreeing to reserve all objections with
25       exception to the form of the question and

Joseph Ntaganira                                    July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

                                                    Page 9

 1          responsiveness of the answer.

 2                    MS. OROZCO:   Okay.   Fair enough.

 3          Q.    (By Ms. Orozco)  Dr. N, in preparation of

 4    this -- sorry.   Strike that.

 5                    Dr. N, did you do anything to prepare for

 6    your deposition today?

 7          A.    Today?  No, nothing special.

 8          Q.    Okay.   Have you read any of your prior

 9    depositions?

10          A.    I do remember everything, and, for me, the

11    situation, I know it very well.

12          Q.    Okay.   So is that a no, or is that a yes?

13          A.    It's a no.

14          Q.    Okay.   Have you taken any medications

15    today that may impact your ability to answer my

16    questions truthfully?

17          A.    Not at all.

18          Q.    Okay.   Is anyone in the room with you

19    right now?

20          A.    Well, there's -- my wife is sitting

21    nearby.

22          Q.    Okay.   And that's fine.   I just want to

23    make sure that, you know, you're answering all the

24    questions and you're not -- you know, and I don't

25    think you're going to, but that you're not, you know,

Page 10

 1    looking for your wife to answer any questions.

 2              I'm sure you know that.  You've been

 3    deposed a few times before.  Is that fair?

 4         A.    It's okay.

 5         Q.    Okay.  All right.  Now, because this case

 6    is set in Georgia but you're living in Rwanda, I

 7    wanted to ask you a few questions about your life in

 8    Rwanda just to kind of get a picture of what life is

 9    like there.

10              Could you tell me about Rwanda and what

11    it's like living there?

12         A.    What would you like to know specifically

13    because that's a broad question.

14         Q.    Fair enough.  Yeah.  Well, I mean,

15    compared to the United States or compared to, you

16    know, Georgia, you've been here before, how would you

17    compare it to life in the United States?

18         A.    Well, the United States, as you know, it's

19    a very developed country.  Here it's a very poor

20    country.  So that's a big difference, you understand.

21         Q.    Right.  Now, what about -- so you bring up

22    being developed versus undeveloped.  Could you

23    describe that a little bit?  Are your roads paved?

24    Are there sidewalks?  Are there parks?

25         A.    Well, you know, the majority -- well,

Joseph Ntaganira                          July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 11

1    majority, 50 percent of our population is living in

2    the one dollar per day for living.

3              So myself, I am a professor in university.

4    So I understand that I'm among those at a much higher

5    level than the common one is.  So it means -- it means

6    I do have my own house.  I have my -- I have a car.

7    And that's it.  I can eat whatever I want.  It's

8    accessible here.  That's what I can say.

9       Q.    Okay.  And compared to the United States,

10   in the United States I will represent to you that we

11   have a retirement age of, you know, 65.

12             Is there a retirement age, a standard

13   retirement age in Rwanda?

14             MR. ROUSE:   Objection, relevance.  So,

15        Mr. Ntaganira, I'm objecting to certain

16        questions on the record.  And because of the

17        agreement that I -- well, the understanding that

18        I communicated earlier in the deposition, you

19        don't have to -- to answer questions after I

20        object unless, you know, unless you're given

21        some direction from me.

22             So, Cecelia, I object to this line of

23        questioning because it's not relevant.  So --

24             MS. OROZCO:   Okay.

25             MR. ROUSE:   -- if you'd like to rephrase

Page 12

1          the question, that's fine.

2              MS. OROZCO:  I'd like him to answer the

3          question that I asked.

4              MR. ROUSE:  I'm objecting to relevance.

5          And I did not preserve an objection.  So, I

6          mean, if you want to get the Court on the phone,

7          that's fine.  But --

8              MS. OROZCO:  Yeah, I guess we need to if

9          you're --

10             MR. ROUSE:  We're here for a specific

11         reason.  You know the reasons.  So I'd like

12         to -- you know, obviously he's here to answer

13         the questions related to the specific reasons

14         for the deposition.  It's not, you know, a

15         general session --

16             MS. OROZCO:  Well, Carlton --

17             MR. ROUSE:  -- versus America.

18             MS. OROZCO:  Carlton, respectfully, we

19         agreed that I could ask these questions about

20         his daily life.  And that's where this line of

21         questioning is going.

22             MR. ROUSE:  Ask questions --

23             MS. OROZCO:  The Court's standing order --

24         the Court's standing order specifically says

25         that all questions will be answered other than

Joseph Ntaganira                    July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 13

1      privilege subject to the objections that are

2      lodged.

3            You lodged your objection.  He can answer

4      the question.  Whether it's relevant, whether it

5      comes in or not, that's something for the Court

6      to decide later on.

7            So I don't think it's appropriate for you

8      to instruct him not to answer a question based

9      on your relevance objection.

10           MR. ROUSE:  The purpose and the reasons

11     why I think this is a problem is because you're

12     asking him about a comparative -- a compare --

13     to compare the retirement age from the United

14     States to Rwanda.  That has nothing to do with

15     the purpose of this deposition.

16           MS. OROZCO:  It's just a question.

17           MR. ROUSE:  Well, it doesn't have anything

18     to do with the reasons why you're given the

19     right to depose him.

20           So if you want to ask a question for why

21     this deposition was set, I'm fine.  But if

22     you're going to ask him questions about his

23     opinions on Rwanda versus America, that's not

24     for this deposition.  You can ask him that, but

25     I'm just not saying -- I'm saying you can't ask

Joseph Ntaganira                         July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 14

1       him that in this deposition because it's not for

2       the purpose of this deposition.

3              So you can ask him as many questions as

4       you want about the reasons why we're here.  But

5       his opinions about policy -- politics don't --

6       aren't related to the reasons why we're taking

7       this deposition.

8              MS. OROZCO:  I did not ask him any

9       questions about policies or politics.  All I'm

10      asking him is if Rwanda has a retirement age.

11      He can say no.  I mean --

12             MR. ROUSE:  That has nothing to do with

13      why we're deposing him today.

14             MS. OROZCO:  Well, okay.

15             MR. ROUSE:  It has nothing to do with his

16      condition.  So if you want to ask him about his

17      condition --

18             MS. OROZCO:  It could have something -- it

19      could have something to do --

20             MR. ROUSE:  -- retirement ages in Rwanda

21      have nothing to do with the case.

22             MS. OROZCO:  Okay.  It could have

23      something to do with his daily life.  But if

24      you're going to instruct him not to answer that

25      question, fine.  Let's move on and --

Page 15

1          MR. ROUSE:  Ask a question about his daily

2     life not --

3          (Admonition by court reporter.)

4          MR. ROUSE:  Ask a question about his daily

5     life, but asking him his opinion on whether

6     Rwanda has a retirement age that's different or

7     comparable to the United States is not relevant

8     to why we're taking this deposition.

9          MS. OROZCO:  Okay.  Again, all I asked is

10    if they have one.  I never asked him an opinion.

11    Do they have one, yes or no.

12          You lodged your objection.  You're

13    instructing him not to answer.

14     Q.    (By Ms. Orozco)  Dr. N, are you taking

15  your attorney's instruction and choosing not to answer

16  my question?

17     A.    Yes.  I'm following his instruction.

18     Q.    Okay.  We'll move on.  If we need to bring

19  this to the Court, we will.

20          Dr. N, how impacted was Rwanda by

21  Covid-19?  I'm just trying to get an idea of how --

22  how open or closed it was, if you understand what I

23  mean by that.

24          MR. ROUSE:  Objection, relevance.

25          MS. OROZCO:  Are you going to instruct him

Page 16

1      not to answer that question?

2            MR. ROUSE:  I'm going to give you some

3      latitude.  I'm not going to instruct him not to

4      answer the question, but it's clearly not

5      relevant to why we're here today.  It has

6      nothing to do with this case, absolutely

7      nothing.

8            MS. OROZCO:  Carlton, his daily activities

9      from June 2020 to the present are at issue.

10     There's a difference between normal life in

11     Rwanda in 2019 and normal life in Rwanda in

12     2020, just like that's true in the United

13     States.

14           So I'm trying to gauge how much time

15     someone is spending at home normally versus

16     outside of the home.  So I think that's

17     perfectly relevant, and that's why the question

18     is being asked.

19     Q.    (By Ms. Orozco)  So, Dr. N, could you just

20  tell us how --

21           MR. ROUSE:  The response -- Cecelia, if

22     you don't mind, just for the record I'd like to

23     respond so at least the record is complete with

24     my rationale for why I have an issue with the

25     question.

Page 17

1          The reason why I'm objecting to relevance

2     on that is because, yes, life and time in Rwanda

3     can be different based upon Covid, just like it

4     was in the United States, but you didn't ask a

5     question about -- you haven't asked a question

6     yet about what his daily life is.

7          And, for that matter, I don't think that

8     it's -- Covid has any impact on some of the

9     questions that you're looking for.

10         This deposition is designed to give you an

11    opportunity to ask him about his life and the

12    impact of his injury.  You haven't asked a

13    question about that yet.

14         MS. OROZCO:  Okay.  And it's been five

15    minutes.  So if you would just let me ask my

16    questions.  Then maybe we can move forward and

17    we can get to those questions.

18    Q.   (By Ms. Orozco)  So if you could just tell

19    us, Dr. N, how Rwanda or your life was impacted by

20    Covid-19 in terms of how much time you were spending

21    at home versus how much time you were outside of the

22    home.

23         A.   Well, during the pandemic, we were allowed

24    to work from home.  You know, working, you know, in an

25    office or giving, you know, in class teaching was not

Page 18

1    allowed.  So we were providing online courses.

2               For example, in my situation, I would

3    spend, you know, the entire day at home.  And whenever

4    there's a class, I would give it online.  That is the

5    difference compared to previous situation.

6               And currently, because all the

7    restrictions now have been removed, so we are allowed

8    to be going to teach in class again.  So that's

9    difference.

10        Q.    Okay.  And that was my next question, if

11   that's different now than it was during, I guess, the

12   height of the pandemic.

13               Now -- and you said that now you are

14   teaching in person again?

15        A.    Yes.  We do teach in class now.  Well, we

16   can combine, but in-class is allowed.  So it's a

17   choice of -- we call it bandit teaching.

18        Q.    Okay.  And are you still lecturing

19   personally?

20        A.    Yes, I am.  As I told you, I'm a full

21   professor.  So I'm teaching.

22        Q.    Are you still employed with the University

23   of Rwanda?

24        A.    Say it again.

25        Q.    I asked if you were still employed by the

Page 19

1    University of Rwanda.

2          A.    Yes, I am.

3          Q.    So on a normal weekday -- well, strike

4    that.

5                How many days a week do you work normally?

6          A.    Well, it's five days per week.  But, you

7    know, as a professor you can even work on Saturday or

8    Sunday at home.  You still have work to do at home.

9          Q.    Right.  So are you primarily just teaching

10   on Monday through Fridays?

11         A.    Yes, teaching, it's weekdays, Monday

12   through Friday.

13         Q.    Okay.  And on Saturdays and Sundays are

14   you generally -- what are you generally doing for work

15   on the weekends?

16         A.    Well, I'm resting at home.  And I am with

17   my family at home.

18         Q.    Oh, sure, sure.  I just meant -- you said

19   that sometimes you do work from home on the weekends,

20   and I'm just asking what type of work you do on the

21   weekends from home.  Is that, like, grading papers or

22   doing research?

23         A.    Well, I may be writing some papers, or I

24   may be doing some readings or preparing classes for

25   following weeks, things like that.  All -- I may be

Joseph Ntaganira                           July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 20

1    marking copies of students.  It depends on what I have

2    on the agenda.

3         Q.    Okay.  Got it.  So on a normal day, I

4    mean, a normal weekday that you're going in to teach,

5    what time are you waking up in the morning?

6         A.    I am teaching mostly post-graduate

7    students.  And our programs are in the evening.

8    Teaching is starting from 6:00 p.m. up to 9:00 p.m.

9         Q.    Got it.

10        A.    That's teaching.  But sometimes it's

11   teaching in morning.  But very often it's in the

12   evening.  But I may go to my office as well in the

13   morning, just doing office activities but not

14   teaching --

15        Q.    Got it.

16        A.    -- meeting students or meeting with other

17   colleagues --

18        Q.    Okay.

19        A.    -- things like that.

20        Q.    Okay.  And in the mornings, what time do

21   you usually leave the house to go to work, go to the

22   office or to go teach?

23        A.    I'm usually going to work very early.

24   Work is starting at 7:30 here in Rwanda, but most of

25   the time I'm there at 7:00.

Joseph Ntaganira                                    July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 21

1          Q.    Okay.  Okay.  And what do you do in the

2     morning prior to going to work?

3          A.    Well, normal preparation, taking my shower

4     and, you know, packing my luggage, things like that.

5          Q.    Okay.  And you previously told us that

6     you, you know, drive to your office every day.  Is

7     that still the case?

8          A.    Yeah, I can still drive.  Because, as I

9     said previously, distances are not long.  It's, let's

10    say, 15 minutes to 30 minutes from home.  So it's

11    fine.  It's okay.

12         Q.    Okay.

13         A.    So I drive myself.

14         Q.    Okay.  Now, are you still driving a

15    mechanical -- I'm sorry -- a manual vehicle, or do you

16    have an automatic vehicle now?

17         A.    It's manual.

18         Q.    Okay.  Now, are you using any walking

19    devices to assist you to walk?

20         A.    Not every day.  But let's say when I

21    decide to go for a walk, because it's going to take --

22    you know, it's long, and then I need to rest from time

23    to time, I can take my cane.

24         Q.    So you have a cane?

25         A.    Yes, I do.

Case 1:17-cv-04291-JPB   Document 120-1   Filed 10/24/22   Page 22 of 103
Joseph Ntaganira                    July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 22

1          Q.    Okay.  Do you have any other type of

2    device that assists you to walk?

3          A.    No, I don't.

4          Q.    And the cane that you're using to assist

5    you to walk, are you using it because of your injury

6    to your left knee?

7          A.    Yes.  It's because of my -- as I said, I

8    got -- depending on the distance, I get tired.  So --

9    and sometimes when I need to climb, to go up stairs or

10   someplace where it is not flat, I may need to hold on

11   something because of my left knee, my left leg, which

12   is weaker than the other leg.  So I need some support.

13         Q.    Okay.  And you said that you don't use the

14   cane every day.  How often do you think you use it in

15   a seven-day week?  How many days out of the week?

16         A.    Excuse me.  So it's very often it's when I

17   go for a walk, when I exercise, walking.

18         Q.    Okay.  So typically you're just using it

19   when you're going on a walk?

20         A.    Yes.  Because, otherwise, like at home,

21   when I go up stairs, I use stairs, I hold on -- I

22   don't know what -- the side of the --

23         Q.    Like, the railing?

24         A.    Yes.  And then I can, you know, go slowly

25   either up stairs or down stairs.

Joseph Ntaganira                                        July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 23

1          Q.    Okay.  All right.  Now, in your position
2     at the University of Rwanda, can you tell us exactly
3     what your position is?  Has it changed since the last
4     time we spoke with you?
5          A.    I've been what we call full professor.
6          Q.    Uh-huh.
7          A.    Yes.  Since, if I remember very well,
8     2015.
9          Q.    Okay.  Have you been appointed dean or
10    head of any department since the last time we spoke to
11    you?
12         A.    Can you say it again?
13         Q.    Yeah.  In your first deposition I recall
14    you testifying that in the past you had acted as dean
15    of one of the schools or department head and I -- and
16    that you were no longer doing that position.
17               And I was wondering if, you know, since
18    the last time we spoke to you until now if you've held
19    any other position other than full professor.
20         A.    Yes.  Well, I've been dean, but it's a
21    while ago.  But for the time being I'm just lecturing
22    in the department of epidemiology, and I'm head of a
23    program which is called field epidemiology, which is
24    dealing of -- investigation on outbreaks, outbreaks
25    like, you know, like the one we have now, Covid.

Page 24

1       Q.    Right.

2       A.    Yeah.  So I'm the head of that program at

3  the university.

4       Q.    Well, you know, I mean, we have to thank

5  you for your work that you've done with that because

6  it's obviously really had a huge impact on the world.

7  So your work, I'm sure, is very crucial to, you know,

8  our recovery.

9             Okay.  So as a full professor and the head

10  of that program that you just mentioned, do you have a

11  supervisor or any kind of department head that you

12  answer to?

13      A.    Can you say it again?

14      Q.    Yeah.  I was asking if in your position as

15  full professor and/or as head of the program you just

16  mentioned, do you have a supervisor or any kind of

17  department head that you answer to or that is kind of

18  your boss?

19      A.    Yes.  Well, the structure of the

20  university it's like any structure everywhere.  So I

21  am professor in the department of epidemiology and

22  biostatistics, so meaning the program that I'm in

23  charge of, I'm a coordinator of that program, I report

24  to the head of the department.  And the head of the

25  department himself reports to the dean.

Joseph Ntaganira                         July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 25

1         Q.    Got it.  And who's the head of the

2    department?

3         A.    The head of the department, his name?  Is

4    Albert.

5         Q.    Yes.

6         A.    Albert.

7         Q.    Got it.  Does he have a last name?

8         A.    It's more complicated than mine.  It's

9    Ndagijimana.

10        Q.    That's fine.  Okay.  I understand.  Okay.

11   So you said that in lecturing you're allowed to do,

12   you know, virtual lecturing or in-person lecturing.

13   How often are you lecturing in person versus

14   virtually?

15        A.    It's -- more often it's in class, in

16   class --

17        Q.    Is okay.

18        A.    -- face-to-face teaching, as we say.  And

19   students, they like that because there is --

20        Q.    Sure.

21        A.    -- there's more interaction with them.

22   While online it's -- the exchange are not very often.

23   And the Internet is also not very good for most of

24   them.  They can't afford an Internet like mine, which

25   is a land -- a land Internet.

Joseph Ntaganira                    July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 26

1          Q.    Okay.  So it sounds like your hours are a

2     little bit, I guess, a little bit different than what

3     we would expect because you do evening lecturing;

4     right?

5          A.    You mean--

6          Q.    And I'll clarify.  I mean, your day starts

7     out in the morning, but it goes until, you know, maybe

8     9:00 p.m. in the evening because of your nighttime

9     classes; is that right?

10         A.    Yeah.  But it's not every day.  It depends

11    on the timetable.

12         Q.    Okay.  Well, what time do you typically

13    make it home from work?

14         A.    Well, usually from work we work up to

15    5:00 p.m.

16         Q.    Okay.

17         A.    Work is over at 5:00 p.m.  Offices are

18    closed.  You may stay, but officially it's 5:00 p.m.

19    But when you have a lecture in the evening, a class in

20    the evening, you're allowed to go home at 12:00, take

21    a rest, and come back in the evening before 6:00.

22         Q.    I see.  That's nice.

23         A.    But when I have a lecture in the evening,

24    because classes are ending at 9:00, well, I may reach

25    home maximum 9:30.

                                                                Page 27

1          Q.    Okay.  And on the days that you do have

2     evening lectures, do you typically go home at around

3     12:00 and go back at around 6:00 before --

4          A.    Yeah.  That's what they do.

5          Q.    Okay.  So other than that, the day ends at

6     5:00.  And what time would you get home in the evening

7     on a normal day where your work ends at 5:00 p.m.?

8          A.    Usually it's around -- it's around 5:00.

9          Q.    Okay.  Okay.  Now, other than work, what

10    do you like to do for fun?  What do you -- what do you

11    do on the weekends or when you get home from work to,

12    I guess, let out some steam?

13         A.    Well, my life is slightly changed because

14    I used to do a lot of sport.  Since I was, let's say,

15    secondary high school, I was doing all sorts of sport,

16    soccer, basketball, swimming, and karate.

17               So at home most of the time when I reach

18    home around 5:00, I rest a little bit.  But let's say

19    from 6:00 I usually do exercise two to three times per

20    week.  And now doing exercise.  So it can be karate or

21    it can be any other physical exercises to exercise my

22    legs and other parts of the body.

23         Q.    Okay.

24         A.    Yeah.

25         Q.    Okay.  And other than exercise two to

Page 28

1    three times a week, do you do anything else when you

2    get home from work?  I mean, do you watch TV or make

3    dinner?  Do you enjoy doing any of that?

4         A.    Yeah.  Well, watching TV, it's essentially

5    news.  I watch news, can be, you know, any French or

6    English TV.  But I'm not, you know, staying much

7    longer on TV weekdays.  Just for news.

8         Q.    Especially if you're watching the news.

9    The news can be so depressing.  I wouldn't want to

10   watch it very long either.

11        A.    Yeah.  So but when there are football

12   matches, when it's the season of football -- soccer,

13   you call it soccer, but it's the football for us.  So

14   we -- always I follow the championship, European

15   championship, England or Spanish.

16              But it's mostly, like, it's Wednesday --

17   Wednesday and Thursday that we have those matches.  So

18   those are most of the time what I do.

19              But after watching, you know, news, I can

20   still have some work, read some articles, or if I have

21   to write something, I write.  And discuss with my --

22   my kids and my wife and then we have dinner.

23        Q.    Okay.  And do you ever cook dinner, or is

24   that not something you like to do?

25        A.    Not very often.  Because, you know,

Page 29

1    cooking as well as standing, you know, in the kitchen,

2    I no longer like it.  So it's -- we have someone which

3    doing it.

4         Q.    Okay.  Okay.  Now, you said you no longer

5    like it.  Was there a point in your life where you did

6    enjoy making dinner or cooking any meal, for that

7    matter?

8         A.    Say it again.

9         Q.    Yeah.  You mentioned that you no longer

10   enjoy cooking dinner.  Was there any point in your

11   life where you did enjoy making dinner or other types

12   of meals or cooking in general?

13        A.    Well, I mean, I'm not enjoying it because

14   of my knee.  You know, standing during 30 minutes

15   moving from one place to another, I'm not, you know,

16   enjoying it per se.  But cooking, when you can, it's

17   always a pleasure, especially when you're cooking for

18   your family members.

19             So otherwise, things that I'm no longer

20   capable of doing, it's, you know, all the sports that

21   I was doing like walking with colleagues, with

22   friends, I'm not -- I can't do that because I'm not

23   capable.  But that's what I'm missing.

24        Q.    Sure.  Sure.  And I understand that.  I'm

25   just trying to get an idea of the things that, you

Page 30

1   know, you are able to do and that you might enjoy

2   doing.

3            You know, other than the things that we

4   already talked about, is there anything else that you

5   do, you know, when you get home from work to kind of

6   release stress or just that you enjoy doing?

7       A.   Well, a part of, you know, exercising, but

8   less than what I used to do before.  But it's always a

9   pleasure because doing sport make me forget, you know,

10  the daily activities.

11      Q.   Sure.  Sure.  Okay.  So other than, you

12  know, doing exercise and watching TV and maybe doing

13  some work, you know, in the evening, is there anything

14  else you like to do before you go to bed?

15      A.   Nothing else special.

16      Q.   Okay.  Okay.  Now, I know that at some

17  point you had some trouble accessing some areas of

18  your home due to stairs.  Are you able to access all

19  the areas of your home today?

20      A.   Well, it's -- it's the same because --

21  well, it's the same.  I may even say it's worse

22  because, okay, the stiffness, it's like -- of my knee

23  has increased a little bit.  So sometimes --

24      Q.   Okay.

25      A.   -- I need to -- I need, like, to kind of

Page 31

1    warm up --

2          Q.     Sure.

3          A.     -- to do a movement.

4          Q.     Okay.  And, you know, and I appreciate

5    that.  But I just wanted to ask you -- my question was

6    a little bit different.  I wanted to ask you if you're

7    able to enter every room of your home today.  If you

8    wanted to go to the living room or the bathroom or

9    something, are you able to do that?

10         A.     Yeah, I can.  But knowing that in some

11   places there are stairs; so I go slowly.

12         Q.     Okay.  Okay.  Understood.

13                Okay.  And on the weekends, I mean, are

14   you -- what do you do on the weekends?  Do you meet

15   with your friends?  Visit family?  What do you do on

16   the weekends other than work when you need to?

17         A.     Well, on the weekend, you know, I reduced

18   my activities because I -- like, on the Sundays, we

19   used to go in a group walking, you know, or sometimes

20   playing soccer.  But I'm no longer doing so because

21   I'm not capable.

22                But also sometimes I was taking my -- used

23   to go to do some shopping with -- with my kids and my

24   wife.  So most of the time I'm no longer -- I'm not

25   really mode of, you know, going and stopping and

Joseph Ntaganira                                    July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 32

1    prohibiting them of doing what they would like to do

2    because of my disability --

3          Q.     Sure.

4          A.     -- because of my disability.

5          Q.     Sure.  Sure.  And, you know, I want to be

6    clear because we did have an agreement with your

7    attorney and the court that we wouldn't be asking you

8    questions, you know, prior to 2020.  So that's why I'm

9    framing these questions to, you know, today or after

10   June of 2020 when we last spoke to you.  And if I

11   haven't been clear in that way, you know, I apologize.

12         But I kind of want to get an idea.  You

13   said you don't do a lot of things that you maybe used

14   to do, but I want to get an idea of what you are able

15   to do and you still do on the weekends currently that

16   you enjoy.

17         A.     Yeah.  On weekend we may have some visits,

18   some people coming to visit us.  So that's one of the

19   pleasure we have.  We may as well go to visit friends

20   during weekends.

21         But most importantly, on weekends that's

22   the time we have social activities, like weddings.  So

23   we are all invited.  So we go there with the family.

24   So I'm not driving.  It can be my wife.  And just

25   sitting; so it's fine.

Joseph Ntaganira                                    July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 33

1            But personally my own -- I do not have

2    much as my own personal activities apart of those

3    social with the family.

4         Q.    Okay.  Okay.  And in the past two years or

5    so, have you gone on any vacations or traveled outside

6    of the country?

7         A.    No.  Vacation, yes, we do have vacation,

8    but, you know, vacation it's like -- we call them

9    holidays.  You can stay at home.  You're not going to

10   work.  And -- because really we cannot afford

11   traveling, going outside, pay, you know, a ticket and

12   hotels, no.  We just stay in the country and have some

13   rest.

14        Q.    Honestly, that sounds better than going on

15   trips to me sometimes, you know.  Trips can be

16   exhausting.

17             Okay.  And have you attended any

18   conferences in the last two years either in Rwanda or

19   outside of Rwanda?

20        A.    Well, in Rwanda, yes, plenty of

21   conferences.  They are local.  But outside, I think --

22   I don't think so.  The last conference, it was -- I

23   think I was in Atlanta end of 2019, if I remember

24   well.

25        Q.    Okay.  Now, other than weddings, are there

Page 34

1    other types of parties that you'll attend on the

2    weekends or shows?

3         A.    No.  Nothing else.

4         Q.    Okay.  Now, when you go to the weddings,

5    do you dance or do you, you know, take part in any

6    kind of -- I don't know.  I don't know.  Do you dance

7    at the weddings or parties?

8         A.    No, I'm not dancing at all.  I can't dance

9    now these days because I don't know -- I don't know

10   whether you know on this dance, you are using too much

11   your legs, and I can't do it now.

12           So and also all the dances, African

13   dances, you know, it's moving a lot with the legs and

14   the -- well, I -- I can't stand and stay dancing.  So

15   I'm not enjoying it at all.  So most of the time I'm

16   sitting and looking at all the -- what they are doing.

17        Q.    I see.  Okay.  Now, I know that you

18   previously testified you have, you know, three kids

19   living in, you know, some in America, some in Canada,

20   and some with you.  Where are your kids currently

21   living?

22        A.    For the time being, there's one was in the

23   U.S., and the remaining two are here in Rwanda.  So

24   the one that was in Canada came back home.

25        Q.    Okay.  So I know that your youngest --

Joseph Ntaganira                    July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 35

1    your youngest daughter, she was being home schooled

2    back in June of 2020.  Is she back going to school in

3    person now?

4         A.    The younger girl?

5         Q.    Yes.  You said that in June of 2020 she

6    was being home schooled.  Is she still being home

7    schooled, or is she back in school in person?

8         A.    No.  They reverted to the old policy.

9    They are going to school.  So they have in-class every

10   day.

11        Q.    Okay.

12        A.    No more online classes.

13        Q.    Okay.  And you like having your kids at

14   home.  I'm sure you do.

15        A.    Yeah, of course.  It's a pleasure for

16   everyone to be surrounded with kids.  It's a pleasure.

17        Q.    Yeah.  Okay.  Well, I mean, have any of

18   your kids gotten married since we last spoke to you?

19        A.    Say it again.

20        Q.    Have any of your kids gotten married since

21   we last spoke to you?

22        A.    No.  No one is.

23        Q.    Do you have any grandkids or anything

24   since we last spoke to you?

25        A.    No.

Joseph Ntaganira                                        July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

                                                        Page 36

 1        Q.   Okay.  Now, you've told me a little bit
 2   about your current condition today, but I want to ask
 3   you some more specific questions about that.
 4             Would you consider your condition today to
 5   be better, the same, or worse than it was in June of
 6   2020?
 7             Well, first, let me ask you.  Do you
 8   recall what your condition was like in June 2020?
 9        A.   Well, it's -- for me, it's getting, you
10   know, worse because with ages, with -- with, you know,
11   the more -- the time pass by, I think it's getting --
12   you know, I feel weaker and weaker on that leg despite
13   what I'm trying to do, exercising, but no.
14             And the pain is more often than, you know,
15   the last time I think we had the deposition.
16        Q.   Okay.  So you mentioned your leg feeling
17   weaker.  Is that something that you notice while you
18   are doing exercises only, or do you notice it in other
19   aspects of your life?
20        A.   Well, it's doing exercises, but also when
21   I'm, as I said, when I'm going up stairs, using the
22   stairs, I feel it.  I feel it.  The left leg is
23   weaker.
24        Q.   Okay.
25        A.   And also when I'm --

Page 37

1      Q.    Sorry.  I didn't mean to interrupt you.

2   Please go on.

3      A.    When I'm teaching, you know, I -- very

4   often I -- I take a chair because I can't stay, you

5   know, more than, let's say, 10, 15 minutes, 20 minutes

6   of standing.  So I have very often to rest, continue

7   teaching, lecturing, but while sitting.

8      Q.    Okay.  And has your leg ever -- your left

9   leg ever just completely given out on you?

10      A.    Say it again.

11      Q.    Has your leg ever -- your left leg or your

12   knee ever given out on you and just stopped kind of --

13   I'm trying to describe what giving out on you means.

14         Did it just cause you to fall or anything,

15   it kind of just was so weak that you couldn't put any

16   weight on it so you fell?

17      A.    You are breaking up.  I'm not sure whether

18   I got the question properly.

19      Q.    Okay.  No problem.  I asked if your left

20   knee has ever given out on you.  Do you know what

21   giving out on you means?  I'm not sure if that's a

22   universal phrase.

23      A.    No, no.  Can you explain, please?

24      Q.    Yeah, sure.  And -- has your leg ever, you

25   know, been so weak to the point where you couldn't put

Joseph Ntaganira                                    July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 38

1   any weight on it and you fell because of it?

2        A.   No, not at all.

3        Q.   Okay.

4        A.   Not at all.  It's -- it's okay.  I can

5   walk.  I can, you know, move.  It just after a certain

6   period I feel that, you know, I need to stop a little

7   bit and rest.  Yeah.

8        Q.   Okay.  It just becomes a little bit more

9   difficult after some time?

10       A.   Yeah.  But --

11       Q.   Okay.

12       A.   -- I never fall down, something like that,

13   no.

14       Q.   Okay.  Okay.  Okay.  And you said that

15   your pain is worse now than it was back in 2020 or

16   even back in 2018.

17            Could you describe if the -- whether the

18   pain that you're describing as worse, if it's just

19   more often, you're experiencing pain more often in

20   your left knee?

21       A.   Yes.  I used to have pain most of the time

22   in the evening during my sleep, and I'm waking because

23   of that pain.  I have to take a painkiller and go back

24   to sleep.

25            And it was, you know, not all -- every

Joseph Ntaganira                    July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 39

1    day, but it's -- well, before it was from time to

2    time, but these days it's quite often.

3              And also in the morning when I start to

4    move, it's a little bit difficult to move that leg.

5    So, as I said, I try to warm it up, and then I can

6    move and go ahead.

7         Q.    Okay.

8         A.    So and the pain -- the pain is -- it's

9    worse when it is cold.  During the period when we have

10   the rainy season, it's cold here in Rwanda.  So that's

11   when I feel, really, the pain.

12        Q.    Does it -- so sometimes with the weather

13   it feels worse?

14        A.    Yes.  Temperature in the evening here, it

15   may go below 20.  So it's very often 15, 16.  During

16   that season I have very often pain.

17        Q.    Okay.  And then when you say 20 or 15,

18   you're saying degree Celsius; right?

19        A.    Yes, it's Celsius.

20        Q.    I just wanted to clarify because 20

21   degrees Fahrenheit would be way too cold for me.  I

22   mean -- for most people, honestly.

23        A.    Yes.

24        Q.    Okay.  So it sounds to me that you're

25   having, you know, pain more often throughout the day

Joseph Ntaganira                              July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 40

1    rather than in the evenings, like it was before; is

2    that accurate?

3         A.    Yes.  That's true.

4         Q.    Okay.  Has your level of pain increased,

5    or has it remained the same?

6         A.    Well, pain when it is coming suddenly, so

7    you feel it.

8         Q.    Right.

9         A.    But I don't know.  I can't say whether it

10   was higher, more painful than before.  It just a pain.

11   You feel it, and then you need to stop it.

12        Q.    Okay.  So is it a sharp pain that kind of

13   comes out of nowhere, or is it a pain that kind of is

14   dull and increases until it gets to its intensity?

15        A.    It's a pain that is staying in, you know,

16   right in the knee, but you have some radiation towards

17   the foot.

18        Q.    Okay.  Oh, radiation to the foot.  Okay.

19   Okay.  Okay.  Now, your -- you also described some

20   stiffness in your leg, in your left leg and your left

21   knee.  And I understood you saying that in the morning

22   when you've been laying down for, you know, the

23   nighttime, it's -- it's -- it's stiffer than --

24   than -- than the right leg.

25              Do you experience any stiffness in your

Page 41

1   leg throughout the day?

2        A.    Yes.   When you -- I spent -- like, in my

3   office when, I stay, you know, sitting in my office,

4   so I need very often to stand up and have some

5   movement because if I stay longer in that position,

6   when I start walking, it's getting more difficult.

7        Q.    Okay.   And now do you experience any, you

8   know, stiffness in your right leg as well when you're

9   staying still?

10       A.    No, not at all.   The right leg is okay.

11  Nothing --

12       Q.    Okay.

13       A.    -- in the right leg.

14       Q.    Okay.   Now, you described your pain as

15  worsening since the beginning of the pandemic when we

16  last spoke to you.

17            Was that a gradual change, or, you know,

18  was it kind of a specific day you can pinpoint that,

19  oh, it's just been worse since that day?

20       A.    Worsening in terms of, you know, becoming

21  more frequent.

22       Q.    Okay.

23       A.    It's getting more frequent.

24       Q.    So it sounds like it was more of a gradual

25  change, a slow change?

Page 42

1        A.    No.   When the pain is there, you know, you

2   feel it.   So it stays.   It stays, endures, yeah.

3        Q.    Yeah.   No, no.   And I understand.   I'm

4   trying to -- and maybe I'm not describing -- maybe I'm

5   not asking my question well.

6             But you said that your pain, you know, is

7   worse today or your condition is worse today than it

8   was two years ago.

9             The worsening of your condition, was it

10  something that just happened over time gradually, or

11  did something happen that caused the pain to -- or the

12  condition to worsen very quickly?

13       A.    Well, the worsening, what I can say, it

14  started this time.   But I realized that the way --

15  what I was capable of, let's say, three years ago,

16  it's slight decreasing.

17       Q.    Okay.

18       A.    So and the -- it means my leg is weaker

19  than the other side.   But, you know, in addition to

20  that, I have, you know, that pain which is much more

21  often, I mean, very frequently, and I'm taking those

22  pills immediately.

23       Q.    Okay.   Now, you said that you noticed at

24  one point that you're not able to do the same things

25  you used to be able to notice -- I mean, to do.

Page 43

1              Do you recall when you noticed that?  How

2     long ago you noticed that, you know, you're not able

3     to do certain things that you used to be able to do?

4          A.    Well, I can look, for example, at the

5     distance I was doing when walking on Saturdays getting

6     shorter.  But also --

7          Q.    Okay.

8          A.    But also I can look, even, at my -- my

9     quadriceps.  On the left leg it's -- the right leg is

10    bigger than the left one.  So I can see it.

11         Q.    Right, right.  And I think -- and I think

12    what you're describing right now are things that you

13    described in your prior deposition.  I'm -- I'm

14    more -- I want to focus specifically on the last two

15    years.

16              And it sounds to me that you said in the

17    last two years that your condition has gotten worse;

18    is that right?

19         A.    Yes.

20         Q.    Okay.

21         A.    I feel that my -- it's progressively, you

22    know, it's not as it was before, yeah.

23         Q.    Sure.  Okay.  And so my question is:  In

24    the last two years, when did you start to notice that,

25    you know, your condition is worse now than it was at

Page 44

1    the beginning of the pandemic, Covid 19 pandemic, if

2    you know?

3          A.    I can't decide.  It's like a feeling.  You

4    feel the pain.

5          Q.    Okay.  Fair enough.  Okay.  Other than,

6    you know, more weakness in your leg, more pain and

7    stiffness and, you know, getting tired more quickly,

8    is there any other symptoms or -- or, you know, issues

9    that you're experiencing with your knee today?

10         A.    No, nothing else.

11         Q.    Okay.  And again, by today I mean

12   currently, you know, during this period of time, not

13   specifically, you know, right now as you sit here

14   today.

15               Is that -- I just want to make sure that,

16   you know, my question wasn't too narrow and clarify

17   that when I said are you experiencing any other

18   symptoms today, I meant currently during this period

19   of time, not just today right in this moment.

20         A.    No, I do not have any other, you know,

21   symptoms.

22         Q.    Okay.  Okay.  Okay.  Great.  Okay.  And in

23   June of 2020 when you were last deposed, you stated

24   that you were improved at about 90 percent.  I think

25   you gave a range, but 90 percent was one of the

Case 1:17-cv-04291-JPB  Document 120-1  Filed 10/24/22  Page 45 of 103
Joseph Ntaganira                    July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 45

1  numbers you gave.

2          Would you say that you're still, you know,

3  at that level or higher or lower in terms of your

4  condition?

5          MR. ROUSE:  Objection to the form of the

6      question.  You mentioned earlier that you didn't

7      want him to refer to his past deposition, but it

8      seems like you're phrasing it in the context of

9      his past deposition.

10          So I'll just, Cecelia, if you could

11      rephrase the question or at least give him

12      latitude to answer freely.

13          MS. OROZCO:  Sure.

14          MR. ROUSE:  Thank you.

15      Q.    (By Ms. Orozco)  Okay.  I mean, I'm asking

16  if you think your improvement level since your

17  accident has improved or worsened since your last

18  deposition in June of 2020.

19      A.    Well, I may say that my motion when I do

20  any exercise, that's still the same.  The only

21  difference is, you know, strength of the muscle and

22  the pain in the knee.  Otherwise --

23      Q.    Okay.

24      A.    -- nothing else.  And stiffness,

25  otherwise, when I exercise, I warm up, I reach what I

Joseph Ntaganira                                    July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 46

1   had before.

2          Q.    Okay.  And when you say before, do you

3   mean June of 2020 or before the accident?

4          A.    I mean -- I mean haven't seen any change

5   regarding that.

6          Q.    Okay.  Okay.  Since -- but, again, I just

7   want to clarify.  Are you saying since June of 2020?

8          A.    Yes.

9          Q.    Okay.  Okay.  Now, if you were to give

10  yourself a percentage of improvement level today

11  compared to, you know, when the accident happened,

12  what level would you give yourself of improvement?

13         A.    I do not have any improvement.  I think

14  it's worsening.

15         Q.    Yeah.  No.  So -- and you've previously

16  provided -- you know, you advised that you felt that

17  your improvement was at a certain level in June of

18  2020.

19              So I'm just asking if you can give a

20  similar, you know, level today like you did in the

21  past.  And if you can't, that's okay.

22              MR. ROUSE:  Objection, asked and answered.

23         He specifically answered your question.

24              MS. OROZCO:  I don't think he did.

25              MR. ROUSE:  He specifically said just a

Page 47

1      moment ago he has not experienced any

2      improvement.  And then you asked him the same

3      question again.  So he answered the question.

4           MS. OROZCO:  Okay.  Fine.  If that's your

5      answer.  I'm going to take it that your answer

6      in June of 2020 is the same as your answer

7      today.  Okay.

8           MR. ROUSE:  No, he didn't say --

9           MS. OROZCO:  Now --

10          MR. ROUSE:  Cecelia, I object because

11     you're misstating his testimony.  So he did

12     answer your question.

13          MS. OROZCO:  Well, I'm asking him if he's

14     able to give a percentage improvement like he

15     did in the past, if he's able to do that today.

16          And you're saying he answered that

17     question.  So I have to either take the answer

18     from June of 2020 or get a new answer today.

19     I'm -- if you --

20          MR. ROUSE:  No.  No, he specifically

21     answered your question, Cecelia.  So I just -- I

22     just don't want you to misstate his testimony or

23     ask him the same questions repeatedly because

24     that's improper.

25          MS. OROZCO:  Well, okay.  I'm going to

Page 48

1          clarify because I don't believe that I got an

2          answer.  So if you would just allow me to

3          clarify with him, and then I'll move on.

4          Q.    (By Ms. Orozco) Dr. N, are you able to

5    provide, you know, a percentage of improvement that

6    you feel you've improved today since the accident,

7    like where are you in terms of, you know, 100 percent

8    back to normal and -- and -- you know what I mean?

9          If 100 percent was back to normal, where

10   would you be on that scale?  Are you able to give a

11   percentage today?

12         A.    As I said, regarding motion, movement of

13   my knee and my leg, to me the situation is still the

14   same.  There was no improvement.  So I remain at, say,

15   85, 90 percent.  And the difficulty is mostly in

16   bending my -- my knee.

17         Q.    Okay.  Okay.  Thank you.

18         Now, are you are you experiencing any

19   symptoms of arthritis?  Has anyone told you that you

20   have arthritis in either knee?

21         A.    Say it again.  I didn't get you.

22         MR. ROUSE:  Objection to the form.

23         Q.    (By Ms. Orozco) Has anyone --

24         MR. ROUSE:  Objection to the form.

25         Q.    (By Ms. Orozco) Has any --

Page 49

1            MR. ROUSE:  Can I just object real quick,

2       Cecelia?  Because you asked the question.  I

3       want to make sure I preserve my objection.

4            Objection to the form.  You're asking a

5       question about a blanket diagnosis.  Now, if you

6       want to rephrase the question with respect to

7       from his last deposition until now, I think

8       that's fair game, but if you're asking him that

9       question the way it was originally phrased, that

10      goes into his past medical treatment, which

11      we've had two depositions on already.

12           MS. OROZCO:  Okay.  Fair enough.

13      Q.   (By Ms. Orozco)  Dr. N, since June of

14  2020, have you been diagnosed with arthritis in either

15  your right or left knee?

16      A.   No.  I didn't consult any physician

17  regarding my knee because --

18      Q.   Okay.

19      A.   -- nothing acute was there, no swelling,

20  nothing.

21      Q.   Okay.  Nothing acute.  Okay.  So are you

22  saying -- so you have not seen any doctor or

23  physicians or other healthcare providers since June of

24  2020 with respect to your left knee?

25      A.   Not at all.

Joseph Ntaganira                    July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 50

1       Q.    Okay.  And that's true even though your
2    condition has been worsening?
3       A.    Well, the condition, as I said, even
4    before I was just advised to continue exercising my
5    knee, but nothing else special.
6       Q.    Okay.  And when were you advised to just
7    continue exercising your knee?
8       A.    It's before -- before -- well, let's say
9    when I was going for my physiotherapy.  It's a long
10   time ago.
11      Q.    So if the injury was in 2016, that was in
12   about 2016 when you were told to exercise your leg?
13            MR. ROUSE:  Objection.  Again, this goes
14       back into past treatment.
15            MS. OROZCO:  I'm just trying to -- okay,
16       Carlton --
17            MR. ROUSE:  I'm not finished.  Let me
18       finish my objection.  You can say whatever you
19       want.
20            Objection.  I'm going to instruct my
21       client not to answer questions about his past
22       medical treatment because that's not the purpose
23       of this deposition.
24            I'm sure that you recall a few moments ago
25       my client specifically said that he didn't have

Page 51

1       any medical treatment since the last deposition.

2              So if you have a different question, fine.

3       But to ask questions about his past medical

4       treatment is not the purpose of this deposition.

5              MS. OROZCO:  Okay.  And I will respond by

6       saying that your client brought up the treatment

7       in 2016, or I'm trying to gauge if it was 2016

8       or later.  I'm trying to gauge when the

9       conversation was had that all he needs to do is

10      exercise his leg.  That's it.

11             I mean, I don't think that goes into his

12      past medical treatment.  It's just a question.

13      And I think we're entitled to know when that

14      conversation was had, whether it was last year

15      or six years ago.  I'm trying to clarify.

16             MR. ROUSE:  Well, I will respond by saying

17      if -- if -- I would agree with you if he

18      indicated that he had subsequent medical

19      treatment beyond his last deposition.  He did

20      not indicate that.

21             And so, just like in your line of

22      questioning earlier, you said you didn't want to

23      go into matters that preceded his last

24      deposition.  Again, that matter precedes his

25      last deposition.

Page 52

1              So if you have questions about his

2        condition, his experience, his opinions about

3        his physical health after his last deposition,

4        that's what he's here for.

5              But in terms of rehashing old questions

6        about medical treatment, that's not the purpose

7        of this deposition.

8              MS. OROZCO:  Okay.

9        Q.    (By Ms. Orozco)  Dr. N, would you agree

10   with me that it was six years ago that they told you

11   just to continue exercising your leg and you didn't

12   have to do anything else?

13             MR. ROUSE:  I'm going to object because,

14        again, you're asking him specific questions

15        about past medical treatment.

16             If you'd like to rephrase about some

17        subsequent medical treatment beyond his last

18        deposition, that's fine.  But asking him

19        questions about past medical treatment is not

20        the purpose of this deposition.  We both know

21        that.

22             MS. OROZCO:  Okay.

23        Q.    (By Ms. Orozco)  Okay.  Dr. N, are you

24   going to follow your -- Dr. N, are you going to follow

25   your attorney's instruction not to answer -- or advice

Joseph Ntaganira                                    July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 53

1    not to answer my question?

2         A.    Well, I said that since the last

3    deposition I didn't visit any -- I didn't go and

4    consult -- consult -- any -- any physician.

5         Q.    Okay.  Okay.  So my -- but my question

6    was:  Are you going to follow your attorney's advice

7    and not answer my question?

8         A.    Well, I think I responded to your

9    question.

10        Q.    I disagree.  But I'm just asking are you

11   going to follow your attorney's advice and not answer

12   the last question which was posed?

13        A.    What I responded, my answer was:  I didn't

14   seek any care for my knee since the last deposition.

15        Q.    Okay.  Okay.  Well, my question was a

16   little bit different, and I'll restate it only just to

17   ask you -- just to restate it.  I'm not asking you

18   again because your attorney has objected.

19             My question was:  Would you agree that it

20   was six years ago that you were advised to exercise

21   your leg?

22             Your attorney objected and instructed you

23   not to answer.  So I'm asking you if you are going to

24   follow your attorney's advice and not answer my

25   question.

Joseph Ntaganira                          July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 54

1              MR. ROUSE:  Cecelia, I would just ask if

2       we can move on because his past medical

3       treatment is not the purpose of this deposition.

4              MS. OROZCO:  I -- I'm entitled to get that

5       answer, if you're going to follow your advice or

6       not.

7              MR. ROUSE:  You're not entitled to get an

8       answer about something that's not the purpose of

9       this deposition.  The purpose of the

10      deposition --

11             MS. OROZCO:  Carlton, and I --

12             MR. ROUSE:  Cecelia --

13             MS. OROZCO:  And I am entitled to ask him

14      if he's going to follow your advice and not

15      answer the question.

16             MR. ROUSE:  For the benefit of the court

17      reporter, I'll let you respond.  But I'm just

18      putting my position on the record, Cecelia.

19             You asked him several times.  He's

20      answered your question.  And then you asked the

21      question specifically about his past medical

22      treatment and advice in 2016.  And I'm -- that

23      precedes 2020.

24             The purpose of this deposition is for

25      you-all to have an opportunity to question him

Page 55

1          about his condition post his last deposition.

2          That question does not --

3                    MS. OROZCO:  Okay.

4                    MR. ROUSE:  -- is not related to that.  So

5          if you have another question, he's here for it,

6          but otherwise, you know, that's inappropriate.

7          Q.    (By Ms. Orozco)  Okay.  Now, Dr. N, are

8     you going to follow your attorney's advice and not

9     answer the question that was posed?  Yes or no?

10         A.    I think that's what you said at the

11    beginning of this deposition.  You said that --

12         Q.    Okay.  Well, we're going to -- I'm going

13    to -- I'm going to -- I mean, you're not even

14    responding to the question I'm asking.  So, like, I

15    will object to the responsiveness of your answer.

16              But I'm going to move on and take your

17    response as a yes, you're not going to answer my

18    question.

19              Okay.  So you haven't seen anyone since --

20    any healthcare provider since June of 2020 with

21    respect to your knee.  Understood.

22              Why have you not seen anyone, any

23    healthcare provider since June of 2020?

24         A.    Because there was no acute symptoms.  The

25    symptoms that I had --

Joseph Ntaganira                                    July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 56

1          Q.     Okay.

2          A.     -- exactly the same.  But getting, you

3     know, much more often.  That's all.

4          Q.     Okay.  And what would you describe as an

5     acute symptom?

6          A.     Acute is like swelling, it's like having

7     fever, permanent pain.  That's how I can define it.

8          Q.     Okay.  So you are having more pain more

9     often, and you're experiencing more weakness and more

10    stiffness.  But you don't classify those as acute

11    symptoms?  Is that -- am I understanding correct?

12         A.     Yes.  Because it's not a permanent pain.

13         Q.     Okay.  Okay.  And I'm -- are you trained

14    in orthopaedic -- as a trained orthopaedist?  I know

15    you're a medical doctor, but have you had training as

16    an orthopaedist?

17         A.     No.  I am a public health specialist.

18         Q.     So -- okay.  Now, you said that you have

19    pain pills that you take whenever you are experiencing

20    pain.  What medicine are you taking?

21         A.     It's Brufen.

22         Q.     Okay.  And who's prescribing that?

23         A.     My general physician, which I'm consulting

24    for my other problems.

25         Q.     Okay.  So -- but she's providing you with

Joseph Ntaganira                        July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 57

1   pain medication for your knee?

2           A.    I'm telling her I have a pain, and I keep

3   some pills at home and use them when needed.

4           Q.    Right.  So, I mean, you must have

5   addressed your pain with your primary care physician

6   for her to be prescribing you the pain pills?

7           A.    No, I'm not asking -- I'm not consulting

8   him.  So I didn't go to consult him because it was not

9   necessary.  The painkillers you can have --

10          Q.    In your opinion --

11          A.    Again, you can have them at your pharmacy.

12  Yeah, it's normal, a painkiller.

13          Q.    Is that -- okay.  Is that medication a

14  prescribed medication, or is it an over-the-counter

15  medication?

16          A.    Say it again.

17          Q.    Is the medication you're taking a

18  controlled, prescribed medication, or is it an

19  over-the-counter medication?

20          A.    No, it's a prescribed because when I'm

21  going to take my other medications, I just say, can

22  you add also this one because from time to time I have

23  a pain.  That's all.

24          Q.    Okay.  So you have been consulting a

25  healthcare provider about your pain in your knee.

Page 58

1    It's your primary care physician, and she or he is

2    providing you pain medication?

3          A.    Yeah.  It's in addition to the normal

4    prescription of getting monthly.  From time to time I

5    say I'm in need of a painkiller.  That's all.

6          Q.    Okay.  So -- so it sounds like, yes, you

7    are consulting your primary care physician about your

8    pain in your left knee.

9                MR. ROUSE:  Objection.  I don't think

10             that -- that misstates the testimony directly.

11               MS. OROZCO:  Well, I'm trying to

12             understand.  It's not very clear.  So I'm trying

13             to clarify.  That's what I'm doing here.

14               MR. ROUSE:  The witness specifically

15             clarified what you just said before you said it

16             again in the opposite.

17               MS. OROZCO:  Well, I just don't -- I just

18             don't really understand how a doctor is

19             prescribing pain medication but not being

20             consulted about the pain or the issue.  So I'm

21             just clarifying.

22         Q.    (By Ms. Orozco)  Have you talked to -- and

23    this is the last time I'll ask it.  Okay?

24               Since June of 2020, have you talked to

25    your primary care physician, the person prescribing

Joseph Ntaganira                      July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 59

1   you the pain medication, about the condition in your

2   knee, whether it's been worsening, whether you've been

3   having pain, stiffness, what be it?  Have you had a

4   conversation with he or she regarding your left knee?

5        A.    No.  I'm not having any discussion and

6   consultation regarding my knee.  It's just regularly

7   every month I'm getting medication for my other

8   condition.  So I'm asking can you add a painkiller.

9   That's all.

10       Q.    Okay.  So -- and your other conditions, I

11  know in the past that you've -- you've discussed this.

12  I know that you have diabetes.  Is that still under

13  control?

14       A.    It's very well controlled.  I'm taking the

15  same pills since the last time, the same number, the

16  same things.

17       Q.    Okay.  Do you have any other conditions

18  other than diabetes and your, you know, left knee

19  condition?

20       A.    Not at all.

21       Q.    Okay.  So you're asking your primary care

22  physician for your diabetes medication and in addition

23  some painkillers, and that's it?

24       A.    Not all the time.  It's when I need it.  I

25  say, can you add.  Because I have an insurance.  If I

Joseph Ntaganira                          July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 60

1    go straight for to the pharmacy, I can get it myself,

2    but I pay 100 percent for that.  But when I have a

3    prescription, I pay less.

4         Q.    Okay.  So to get that medication, you

5    actually don't need a prescription.  You can buy it

6    without a doctor's signed prescription?

7         A.    No.  Because -- because I need

8    prescription for my other medication, I take that and

9    say can you add the painkiller as well.

10        Q.    And I --

11        A.    It's a general painkiller that you can use

12   for headaches, for, you know, whatever pain you have.

13   So it's not really specific for the knee.

14        Q.    Okay.  Okay.  So -- and that kind of goes

15   back to a question that I asked previously, and

16   maybe -- maybe you misunderstood what the question

17   was.

18             I asked you if the pain killer that you're

19   taking is a prescribed medication that you -- that

20   requires a doctor to prescribe it or if it's an

21   over-the-counter medication like Advil or Tylenol that

22   you can buy yourself without a prescription?

23        A.    Well, as I said, I can have that

24   medication at any pharmacy without any prescription.

25   But I would have to pay a hundred percent for that.

Page 61

1          Q.    Okay.  Got it.  Okay.  So -- got it.  All

2    right.  Just going through my notes very quickly.

3                Since you -- since your last deposition,

4    have you seen a physical therapist or a chiropractor

5    or anything with respect to your left knee?

6          A.    No, I didn't.

7          Q.    Okay.  Now, do you think some

8    additional -- and this is -- if you don't know, you

9    don't know.  But do you think any additional physical

10   therapy can, you know, help you improve your stiffness

11   or pain or weakness in your left knee?

12         A.    No.  I didn't think it was necessary.  So

13   I was doing the exercise as usually to keep it -- to

14   keep my normal function of the knee.

15         Q.    Okay.  Do you have any plans in the future

16   to see a medical doctor or anyone, any healthcare

17   provider with respect to your condition of your left

18   knee?

19         A.    For the time being, as I said, because

20   there's no acute symptoms, I'm not planning to see any

21   other physician or doctor for that.

22         Q.    Has anyone told you that you need any

23   additional surgery or treatment to your left knee in

24   the last two years?

25         A.    No one told me that.  But even if someone

Page 62

1    would tell me that, I would not follow his advice.

2         Q.    Okay.

3         A.    Because I suffered sufficiently the last

4    time.  So it's enough for me.

5         Q.    Well, has anyone told you that you might

6    need additional physical therapy or steroid shots in

7    the knee to address your pain?

8         A.    I didn't consult any physician.

9         Q.    Have you thought about consulting a

10   physician or healthcare provider since your condition

11   has been worsening, in your opinion?

12              MR. ROUSE:  Objection, asked and answered.

13              MS. OROZCO:  I have not asked him that.  I

14        asked him if he plans on having a doctor

15        appointment or seeing a doctor.  I'm now asking

16        if he's thought about it.

17        Q.    (By Ms. Orozco)  Have you thought about

18   seeing a doctor or physician or healthcare provider to

19   address your worsening condition on your left knee?

20        A.    No, I didn't.

21        Q.    Why not?

22        A.    That's my feeling.

23              MR. ROUSE:  Objection, argumentative.

24              MS. OROZCO:  I'm just asking.  I don't

25        know how -- okay.  Well, take that up with the

Page 63

1              Court.  I'm just asking why he hasn't thought
2        about going to see another doctor.
3        Q.    (By Ms. Orozco)  Now, from conversations
4   that we've had, it's my understanding that you will be
5   here in Georgia for the trial in this case in December
6   of 2022.
7              Have you thought about maybe going to see
8   your surgeon who performed your surgery while you're
9   here?
10       A.    No.  As I said, I don't think it's
11  necessary.  And just the painkiller will do.
12       Q.    Okay.  Okay.  And we've talked about, you
13  know, a bit about the activities that you do,
14  including exercise and walking.
15             Now, you testified that you're still
16  exercising two to three times a week.  Is that
17  generally in your home, or is it outside of the home?
18             MR. ROUSE:  Objection --
19             THE WITNESS:  Well, I --
20             MR. ROUSE:  -- misstatement of testimony.
21             MS. OROZCO:  Can he answer the question?
22             MR. ROUSE:  Yes.
23       Q.    (By Ms. Orozco)  Okay.  Do you want me to
24  restate the question, Dr. N?
25       A.    I didn't hear the question.

Page 64

1      Q.    Okay.  You previously testified that you

2   do exercises two to three times a week.  Are those

3   exercises in the home or outside of the home, like a

4   gym or something like that?

5            MR. ROUSE:  And I objected to misstatement

6        of his own testimony.

7      Q.    (By Ms. Orozco)  But you can go ahead and

8   answer, Dr. N.

9            MR. ROUSE:  You can answer, Dr. N, if you

10       can.

11           THE WITNESS:  I said I'm exercising at

12       home.

13     Q.    (By Ms. Orozco)  Okay.  Okay.  And is it

14   two to three times a week?

15     A.    Yes.

16     Q.    Okay.

17     A.    I try to do my best.

18     Q.    Okay.

19     A.    I may have sometimes more than three

20   times.

21     Q.    Okay.  And I hear you.  I mean, sometimes

22   it's hard to, you know, get out there and do it.  So I

23   understand.  But on average two to three times a week?

24     A.    Yes.  Every two days.

25     Q.    Okay.  And then you testified that you

Page 65

1    were still practicing martial arts and specifically

2    karate.  Is that true?  Is that accurate?

3         A.    Yes, I do.

4         Q.    Okay.  Just making sure I understood you.

5    In June of 2020 you described some difficulty engaging

6    in some of the karate moves like kicking and things

7    like using your legs.

8              Has your ability to kick with either leg

9    improved since June of 2020?

10        A.    No.  It's -- I'm -- very often I'm

11   doing -- I don't know how to explain it.  It's -- it's

12   a slow motion when you exercise your joints and moving

13   and doing not really a kick.  I can do it with my

14   right leg, but the left one, I can't do it.

15        Q.    Okay.

16        A.    So it's more like movement.  How can I

17   say?  Like yoga when you see people moving in slow

18   motion.  Yeah.

19        Q.    Right.  And could you describe what the

20   kick would have been like in the past compared to, you

21   know, a slow extension of the leg like yoga?  How

22   would it have been in the past?

23        A.    Well, you understand yourself the kick, it

24   knock seriously someone.  So --

25        Q.    Right.

Joseph Ntaganira                                July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 66

1      A.    So I can't do it with my left knee.  I

2  feel it.

3      Q.    Okay.  And -- sorry.  If I ever interrupt

4  you or cut you off, please let me know.  Because I

5  definitely want you to be able to say, you know, what

6  you want to say.  So did I cut you off there?

7      A.    I didn't get you.  Can you repeat it?

8      Q.    Yeah, no.  I just wanted to make sure that

9  I didn't cut you off there.  Did you finish answering

10  the question, or did you have something else to say?

11      A.    Yeah.  I was saying that I feel it.  I

12  can't -- I don't have enough power in my left leg.  So

13  it's something you feel yourself.

14      Q.    Okay.  Okay.  Other than your ability to

15  kick, has your left knee injury affected any other

16  martial arts moves that you were able to do

17  previously?

18      A.    Well, you know, in karate it's just --

19  it's kick with the legs.  So otherwise, nothing else

20  you can do, nothing else.  But --

21      Q.    What about with your arms?

22      A.    Instead of using your legs, you're using

23  your arms.  But most of the time I have to combine

24  both, legs and arms.

25      Q.    Okay.  And do you still enjoy practicing

Joseph Ntaganira                           July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 67

1   karate?

2        A.    Well, not as I was doing before because

3   of, you know, that weakness of my left leg.

4        Q.    Okay.  And are you still involved in

5   GymTonics or aerobics?

6        A.    No, I'm no longer doing so.  I stopped.

7   I'm doing at home.

8        Q.    You're doing what?

9        A.    I'm exercising at home.  I'm not going to

10  the gym.

11       Q.    Okay.  Okay.  So GymTonics was at an

12  actual gym?  It was never at home?

13       A.    No, it was a lot.  It was going to the

14  gym, but, you know, lifting weights and biking, things

15  like that.

16       Q.    Oh, okay.  And I think I might be asking

17  something a little bit differently.  I'm talking about

18  GymTonics, the aerobics exercise that you previously

19  described.  Are you still involved in GymTonics?

20       A.    No, I'm not involved in GymTonic.

21       Q.    Okay.  And when did you stop doing the

22  aerobic exercise?

23       A.    Well, I can't tell, but, you know, during

24  the pandemic, you are not allowed to go out, and gyms

25  were closed.  I guess, what, since it was a curfew, I

Page 68

1   didn't go.  And I stopped doing so.  But I'm not

2   feeling really that I would be able to follow all the

3   movements in -- in GymTonics.

4        Q.    Okay.  So you stopped at around the start

5   of the pandemic?

6        A.    Yes.

7        Q.    Is there a reason why you haven't

8   restarted since everything's opened up?

9        A.    Well, the reason is that I'm not capable

10  of doing so.  I can't jump.  I can't -- you know,

11  things like that, and I won't stay long.  So I prefer

12  to do slowly myself.

13       Q.    Okay.  Okay.  So and you also testified

14  that you go on walks, whether that be alone or with

15  friends or family.  And you're still going on walks.

16            How often are you going on walks?

17       A.    Walking, it's most of the time on

18  weekends.

19       Q.    Okay.  Okay.  And you testified that the,

20  I guess -- I don't know how to put this.

21            You testified that you're not doing it as

22  much anymore.  At least that's what I understood.  Is

23  that the number of times a week that you go on walks

24  or the distance or time that you're going on walks

25  that's changed?

Page 69

1        A.    The walk used to be most of the time on

2    weekends and it's --

3        Q.    Okay.

4        A.    -- you know, walking.  I can't go very

5    far.

6        Q.    Okay.

7        A.    Yeah.

8        Q.    So if you were going to go on a walk this

9    weekend, how far would you -- would you go, whether

10   that's in distance or time?

11       A.    I would say, you know, in a flat -- flat

12   place where I can walk, let's say, you know, 150, 200

13   meters, and I rest a little bit, and then I continue

14   after while.

15       Q.    Okay.  So is the exercise that you're

16   doing two to three times a week on average, is that a

17   combination of karate and going on walks?

18       A.    No.  Karate and other physical exercise

19   it's, let's say, as I said, every two days.  But

20   walking --

21       Q.    Okay.

22       A.    -- is on the weekends on Saturday.  I go

23   out and try to walk.

24       Q.    Okay.  And you're saying you're doing

25   other physical exercises.  What other exercises are

Joseph Ntaganira                    July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 70

1   you doing other than martial arts or going on walks?

2          A.     Other exercises, I been using dumbbells,

3   for example, or, you know, any exercises which is

4   reinforcing my muscle.  I would say bodybuilding, but

5   not really using, you know, heavy weights.  It's

6   dumbbells, dumbbells.

7          Q.     Okay.  But you're using weights to

8   maintain your muscles.  Is there anything else you do?

9          A.     No, that's it.

10         Q.     Do you bike or walk on a treadmill,

11  anything like that?

12         A.     No, no.

13         Q.     Now, you touched on this a little bit

14  earlier.  You said you're still able to drive your

15  car, which is manual.  Are you still experiencing the

16  same issues that you experienced in 2020 with respect

17  to operating your car?

18         A.     No.  It's -- it's still the same because

19  I'm using mostly my car going to work, and it's not

20  far, 15 minutes, 20 minutes I'm there.

21         Q.     Okay.

22         A.     Otherwise, like, long trips, I'm no longer

23  doing so, because I can't drive for two hours or two

24  hours and a half.  I'm not capable of doing so.

25         Q.     Okay.  Now, you previously testified that

Page 71

1    you used to be able to go on consultancies or

2    projects, like research projects, where you would go

3    out in the field.

4              Are you able to do that today?  Are you

5    able to, you know, engage in those contracts and

6    projects?

7         A.    No.  I stopped because they are too much

8    demanding because we have to go to the field to climb

9    mountains and go to households doing surveys.  I'm not

10   capable of doing so no more.  So I'm not doing those

11   activities.

12        Q.    Okay.  Okay.  And when was the last time

13   that you engaged in one of those projects or going out

14   in the field for research?

15        A.    Well, since the last deposition, I didn't

16   take any consultancy of that kind.

17        Q.    Okay.  Okay.  Okay.  Other than what we've

18   already covered, is there anything else that you can't

19   do today that you could do in June of 2020 because of

20   your left knee?

21        A.    Well, I think I've mentioned everything

22   that I can't do.

23        Q.    Okay.  Now, one thing that we didn't

24   necessarily talk about, I know we talked about the

25   motion of the knee, but how is the flexibility of the

Page 72

1    knee, the left knee?

2         A.    Sorry.  How do you say?

3         Q.    How is -- how flexible is your left knee?

4         A.    Well, flexible, it's -- the difficulty is

5    mostly in bending.  I don't reach, you know --

6         Q.    Okay.

7         A.    -- to the maximum.  That's where I have

8    most difficulty.  Otherwise, extension is okay.  But

9    it's bending the knee.

10        Q.    Okay.  And do you, in addition to the

11   exercises that you do at home, do you do any, you

12   know, stretching or yoga-type exercises to stretch the

13   knee, the left knee?

14        A.    Well, before starting any movement at the

15   karate, you spend at least 20, 25 minutes of warming.

16   It's stretching and -- all the joints.

17        Q.    Okay.  Got it.  Now, since -- since June

18   of 2020, have you had any other injuries to any part

19   of your body?

20        A.    Nothing else.

21        Q.    Okay.  Have you had any accidents or

22   falls?

23        A.    Not at all.

24        Q.    Okay.  Any car accidents or martial arts

25   injuries?

Page 73

1        A.     No, nothing.

2        Q.     And other than your diabetes, which is

3    well controlled, and the issues related to your left

4    knee, are you having any other health issues?

5        A.     No.  I don't have any other problem.

6        Q.     Okay.  And could you just tell us, you

7    know, how, since June of 2020, I guess, how this

8    injury or how your condition has affected your life,

9    in your view?

10       A.     Well, as I said, I used to practice very

11   intense sports, physical activity like karate.  So

12   that's one thing.  I can't do it the way I used to do

13   it.  And the -- you can feel yourself.  Imagine when

14   you are, because of disability, you're unable to do

15   what you used to do before.  So you feel in yourself

16   like, you know, you're losing your -- most of the time

17   you are not in the mood.

18              But also you have the fact that socially

19   you're used to being with people, joking, walking,

20   running together, and you can't have any such a social

21   activity with your friends.  So you are limited.

22              So I think that's impacted very much on

23   my, you know, on my mood, and even I'm seeing -- even

24   with my family, like, weekends we used to enjoy going

25   out together and walking, do some shopping.  But I

Joseph Ntaganira                          July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 74

1    can't do it the way I used to do it.  It's frustrating

2    somehow.  So that's the big difference I'm seeing.

3         Q.    Okay.  And -- and how old are you today?

4         A.    I'm 66.

5         Q.    Do you have any plans to retire or

6    anything in the near future?

7         A.    Well, retire, I can retire any time.  But

8    I depend on how I feel myself.  But if I start feeling

9    that I can't, you know, teach properly, I will stop

10   everything.

11        Q.    Right now you feel like you can?

12        A.    Still now I'm capable, not a hundred

13   percent but at least I can provide.

14        Q.    Okay.  Okay.  Okay.  Well, I don't think I

15   have any other questions for you except, you know, we

16   asked -- I do have one last thing.

17              We did ask your attorney for you to have

18   your passport available today.  Do you have that with

19   you?

20              MR. ROUSE:  Objection.  We talked about

21         this.  Let's move on.  We've already discussed

22         this issue about production of things outside of

23         what the judge said was the scope of the

24         deposition.

25              Realistically, it's not appropriate for

Page 75

1          you to start posing these questions to my

2          client.  It doesn't relate to his medical

3          condition.

4               So if you'd like to have another

5          conversation about it or bring it up with the

6          Court, that's fine.  But asking my client about

7          other matters, governmental matters, and whatnot

8          that don't relate to his medical condition are

9          not the purpose of this deposition.

10               MS. OROZCO:  Okay.  I was just trying to

11          get it on the record.

12               Okay.  So I take it that you do not have

13          your passport and --  okay.  Carlton -- okay,

14          Carlton.  I'm just getting it on the record.  I

15          think that's perfectly fine if he's not going

16          to -- okay.  I really don't think we need to

17          argue about it.

18          Q.   (By Ms. Orozco)  I take it you don't have

19     your passport, and you're not going to provide it

20     today based on your, you know, objection from your

21     counsel and -- move on.

22               MR. ROUSE:  There's no requirement under

23          Georgia law for a deponent to have to bring a

24          passport to a deposition.  And the judge also

25          clearly stated that that's not the purpose of

Joseph Ntaganira                     July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 76

1          this deposition.  So, please, let's move on.

2                MS. OROZCO:  Okay.  I just said that.  I'm

3          trying to get it on the record.

4                Okay.  Dr. N, thank you for your time.

5          And, you know, I'm sorry that we're meeting

6          under these circumstances.  But it's been a

7          pleasure, and I have no further questions for

8          you, but your attorney might have some questions

9          for you.  Okay?

10                MR. ROUSE:  I have no questions.

11                MS. OROZCO:  Okay.  Great.

12                THE VIDEOGRAPHER:  Stand by, please.

13                MS. OROZCO:  Carlton, do you want to --

14          sorry.  I was going to ask him if he wants to

15          read or waive.

16                MR. ROUSE:  I think Dr. Ntaganira would

17          like to read the errata sheet or at least have

18          the ability to read and sign the errata sheet.

19                And, Madam Court Reporter, Ms. Porter, I

20          would love to get a condensed version, PDF

21          version.  And so I'm not sure if you have my

22          email, but if not I can provide it in the chat.

23          Do you want me to do that, ma'am?

24                MS. OROZCO:  So are you ordering it,

25          Carlton?

Joseph Ntaganira                    July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 77

1          MR. ROUSE:  Yeah, I would like a copy of

2      the deposition transcript.

3          MS. OROZCO:  I'm just asking if you're

4      ordering it.

5          THE VIDEOGRAPHER:  This is David.  Let me

6      go off the -- I'm going to go off video record

7      here.  One moment.  Stand by, please.

8          MR. ROUSE:  Okay.

9          THE VIDEOGRAPHER:  The time is 10:51 a.m.

10     This concludes today's videotaped deposition for

11     Joseph Ntaganira.  We are off video record.

12          (Deposition concluded at 10:51 a.m.)

13          (Pursuant to Rule 30(e) of the Federal

14     Rules of Civil Procedure and/or O.C.G.A.

15     9-11-30(e), signature of the witness has been

16     reserved.)

17

18

19

20

21

22

23

24

25

Joseph Ntaganira                              July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 78

```
 1              The following reporter and firm
          disclosures were presented at this proceeding
 2        for review by counsel:
 3                    REPORTER DISCLOSURES
 4              The following representations and
      disclosures are made in compliance with Georgia Law,
 5    more specifically:
      Article 10(B) of the Rules and Regulations of the
 6        Board of Court Reporting (disclosure forms)
      OCGA 9-11-28(c) (disqualification of reporter for
 7        financial interest)
      OCGA 15-14-37(a) and (b) (prohibitions against
 8        contracts except on a case-by-case basis).
      - I am a certified reporter in the State of Georgia.
 9    - I am a subcontractor for Veritext Legal Solutions.
      - I have been assigned to make a complete and accurate
10      record of these proceedings.
      - I have no relationship of interest in the matter on
11      which I am about to report which would disqualify me
        from making a verbatim record or maintaining my
12      obligation of impartiality in compliance with the
        Code of Professional Ethics.
13    - I have no direct contract with any party in this
        action and my compensation is determined solely by
14      the terms of my subcontractor agreement.
15                      FIRM DISCLOSURES
16    - Veritext Legal Solutions was contacted to provide
        reporting services by the noticing or taking
17      attorney in this matter.
      - There is no agreement in place that is prohibited
18      by OCGA 15-14-37(a) and (b).  Any case-specific
        discounts are automatically applied to all parties,
19      at such time as any party receives a discount.
      - Transcripts:  The transcript of this proceeding as
20      produced will be a true, correct, and complete
        record of the colloquies, questions, and answers as
21      submitted by the certified court reporter.
      - Exhibits:  No changes will be made to the exhibits
22      as submitted by the reporter, attorneys, or
        witnesses.
23    - Password-Protected Access:  Transcripts and exhibits
        relating to this proceeding will be uploaded to a
24      password-protected repository, to which all ordering
        parties will have access.
25
```

Joseph Ntaganira                           July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 79

```
 1                C E R T I F I C A T E
 2
 3     STATE OF GEORGIA:
       COUNTY OF FULTON:
 4
 5            I hereby certify that the foregoing
       transcript was taken down, as stated in the
 6     caption, and the colloquies, questions, and
       answers were reduced to typewriting under my
 7     direction; that the transcript is a true and
       correct record of the evidence given upon said
 8     proceeding.
              I further certify that I am not a relative
 9     or employee or attorney of any party, nor am I
       financially interested in the outcome of this
10     action.
              I have no relationship of interest in this
11     matter which would disqualify me from
       maintaining my obligation of impartiality in
12     compliance with the Code of Professional Ethics.
              I have no direct contract with any party
13     in this action and my compensation is based
       solely on the terms of my subcontractor
14     agreement.
              Nothing in the arrangements made for this
15     proceeding impacts my absolute commitment to
       serve all parties as an impartial officer of the
16     court. This, the 4th day of August, 2022.
17
18
19
20
21
22
23                        .
24            PAMELA L. PORTER, CCR-B-2160
25
```

Joseph Ntaganira                               July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 80

1   To:  S. Carlton Rouse, Esq.
         s.carlton@rousecolaw.com
2   Re: Signature of Deponent JOSEPH NTAGANIRA
3   Date Errata due back at our offices: 30 days.
4
5   Greetings:
6   This deposition has been requested for read and sign
    by the deponent.  It is the deponent's responsibility
7   to review the transcript, noting any changes or
    corrections on the attached PDF Errata.  The deponent
8   may fill out the Errata electronically or print and
    fill out manually.
9
    Once the Errata is signed by the deponent and
10  notarized, please mail it to the offices of Veritext
    (below).
11
    When the signed Errata is returned to us, we will seal
12  and forward to the taking attorney to file with the
    original transcript.  We will also send copies of the
13  Errata to all ordering parties.
14  If the signed Errata is not returned within the time
    above, the original transcript may be filed with the
15  court without the signature of the deponent.
16  Please send completed Errata to: Litsup-ga@veritext.com.
17  Veritext Production Facility
    20 Mansell Court, Suite 300
18  Roswell, GA 30076
    (770) 343-9696
19
20
21
22
23
24
25

Joseph Ntaganira                    July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 81

1  ERRATA for Assignment # 5333342
2  I, the undersigned, do hereby certify that I have read
   the transcript of my testimony, and that
3
       There are no changes noted.
4      The following changes are noted:
5  Pursuant to Rule 30(7)(e) of the Federal Rules of
   Civil Procedure and/or OCGA 9-11-30(e), any changes in
6  form or substance which you desire to make to your
   testimony shall be entered upon the deposition with a
7  statement of the reasons given for making them.
   To assist you in effecting corrections, please use the
8  form below.  If additional pages are necessary, please
   furnish same and attach.
9
10 Page       Line       Change
11
12 Reason for change
13 Page       Line       Change
14
15 Reason for change
16 Page       Line       Change
17
18 Reason for change
19 Page       Line       Change
20
21 Reason for change
22 Page       Line       Change
23
24 Reason for change
25

Joseph Ntaganira                       July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

Page 82

1    Page        Line        Change

2

3    Reason for change

4    Page        Line        Change

5

6    Reason for change

7    Page        Line        Change

8

9    Reason for change

10   Page        Line        Change

11

12   Reason for change

13   Page        Line        Change

14

15   Reason for change

16   Page        Line        Change

17

18   Reason for change

19

20
                    DEPONENT'S SIGNATURE

21

     Sworn to and subscribed before me, this    day of

22              , 20   .

23

     Notary Public

24   My commission expires:

25

**[& - advil]**                                          Page 1

**&**

**&**   2:5,9 4:24

**0**

**04291**   1:7

**1**

**10**   37:5 78:5
**10.b**   4:2
**100**   48:7,9 60:2
**10:51**   77:9,12
**12:00**   26:20 27:3
**14965**   79:22
**15**   21:10 37:5
  39:15,17 70:20
**15-14-37**   78:7,18
**150**   69:12
**16**   39:15
**19**   15:21 17:20
  44:1
**1:17**   1:7

**2**

**20**   37:5 39:15,17
  39:20 70:20
  72:15 80:17
  82:22
**200**   69:12
**2015**   23:8
**2016**   5:23 50:11
  50:12 51:7,7
  54:22
**2018**   38:16
**2019**   16:11 33:23
**2020**   5:25 6:16
  6:18 16:9,12
  32:8,10 35:2,5
  36:6,8 38:15
  44:23 45:18

46:3,7,18 47:6
  47:18 49:14,24
  54:23 55:20,23
  58:24 65:5,9
  70:16 71:19
  72:18 73:7
**2022**   1:15 63:6
  79:16
**2160**   1:18 79:24
**2400**   2:9
**25**   72:15
**27**   1:15

**3**

**30**   21:10 29:14
  77:13 80:3 81:5
**300**   80:17
**30039**   2:6
**30076**   80:18
**30326**   2:10
**3344**   2:10
**3375**   2:5
**343-9696**   80:18

**4**

**4th**   79:16

**5**

**5**   3:5
**50**   11:1
**5333342**   81:1
**5:00**   26:15,17,18
  27:6,7,8,18

**6**

**65**   11:11
**66**   74:4
**6:00**   20:8 26:21
  27:3,19

**7**

**7**   81:5
**770**   80:18
**7:00**   20:25
**7:30**   20:24

**8**

**85**   48:15

**9**

**9-11-28**   78:6
**9-11-30**   77:15
  81:5
**90**   44:24,25
  48:15
**9:00**   20:8 26:8
  26:24
**9:06**   1:16 4:12
**9:08**   6:9
**9:14**   6:11
**9:30**   26:25

**a**

**a.m.**   1:16 4:12
  6:9,11 77:9,12
**ability**   9:15 65:8
  66:14 76:18
**able**   30:1,18
  31:7,9 32:14
  42:24,25 43:2,3
  47:14,15 48:4,10
  66:5,16 68:2
  70:14 71:1,4,5
**absolute**   79:15
**absolutely**   16:6
**access**   30:18
  78:23,24
**accessible**   11:8

**accessing**   30:17
**accident**   45:17
  46:3,11 48:6
**accidents**   72:21
  72:24
**accurate**   40:2
  65:2 78:9
**acted**   23:14
**action**   1:5 78:13
  79:10,13
**activities**   16:8
  20:13 30:10
  31:18 32:22
  33:2 63:13
  71:11
**activity**   73:11,21
**actual**   67:12
**acute**   49:19,21
  55:24 56:5,6,10
  61:20
**add**   57:22 59:8
  59:25 60:9
**addition**   7:16
  42:19 58:3
  59:22 72:10
**additional**   61:8
  61:9,23 62:6
  81:8
**address**   6:7 8:12
  62:7,19
**addressed**   57:5
**admonition**   15:3
**advice**   52:25
  53:6,11,24 54:5
  54:14,22 55:8
  62:1
**advil**   60:21

**[advised - beginning]**                                    Page 2

**advised** 46:16
50:4,6 53:20
**aerobic** 67:22
**aerobics** 67:5,18
**afford** 25:24
33:10
**african** 34:12
**age** 11:11,12,13
13:13 14:10
15:6
**agenda** 20:2
**ages** 14:20 36:10
**ago** 23:21 42:8
42:15 43:2 47:1
50:10,24 51:15
52:10 53:20
**agree** 8:18,22
51:17 52:9
53:19
**agreed** 12:19
**agreeing** 8:24
**agreement** 11:17
32:6 78:14,17
79:14
**ahead** 8:6 39:6
64:7
**albert** 25:4,6
**allow** 8:9 48:2
**allowed** 17:23
18:1,7,16 25:11
26:20 67:24
**america** 12:17
13:23 34:19
**answer** 7:2,2,7,8
7:25 9:1,15 10:1
11:19 12:2,12
13:3,8 14:24
15:13,15 16:1,4

24:12,17 45:12
47:5,5,6,12,17
47:18 48:2
50:21 52:25
53:1,7,11,13,23
53:24 54:5,8,15
55:9,15,17 63:21
64:8,9
**answered** 12:25
46:22,23 47:3,16
47:21 54:20
62:12
**answering** 9:23
66:9
**answers** 6:23
78:20 79:6
**anymore** 68:22
**apart** 33:2
**apologize** 32:11
**apology** 6:14
**appearances** 2:1
**applied** 78:18
**appointed** 23:9
**appointment**
62:15
**appreciate** 31:4
**appropriate**
13:7 74:25
**approximately**
4:12
**areas** 30:17,19
**argue** 75:17
**argumentative**
62:23
**arms** 66:21,23
66:24
**arrangements**
79:14

**arthritis** 48:19
48:20 49:14
**article** 4:2 78:5
**articles** 28:20
**arts** 65:1 66:16
70:1 72:24
**asked** 12:3 15:9
15:10 16:18
17:5,12 18:25
37:19 46:22
47:2 49:2 54:19
54:20 60:15,18
62:12,13,14
74:16
**asking** 13:12
14:10 15:5
19:20 24:14
32:7 42:5 45:15
46:19 47:13
49:4,8 52:14,18
53:10,17,23
55:14 57:7 59:8
59:21 62:15,24
63:1 67:16 75:6
77:3
**aspects** 36:19
**assert** 8:6
**assigned** 78:9
**assignment** 81:1
**assist** 21:19 22:4
81:7
**assists** 22:2
**atlanta** 1:2 2:10
33:23
**attach** 81:8
**attached** 80:7
**attend** 34:1

**attended** 33:17
**attorney** 7:5
32:7 53:18,22
74:17 76:8
78:17 79:9
80:12
**attorney's** 15:15
52:25 53:6,11,24
55:8
**attorneys** 78:22
**august** 79:16
**automatic** 21:16
**automatically**
78:18
**available** 74:18
**average** 64:23
69:16

**b**

**b** 1:7,18 78:5,7
78:18 79:24
**back** 5:22 6:12
26:21 27:3
34:24 35:2,2,7
38:15,16,23 48:8
48:9 50:14
60:15 80:3
**bandit** 18:17
**based** 13:8 17:3
75:20 79:13
**basis** 78:8
**basketball** 27:16
**bathroom** 31:8
**becoming** 41:20
**bed** 30:14
**beginning** 4:13
6:18 41:15 44:1
55:11

**behalf** 2:3,7 4:18
4:21,23
**believe** 48:1
**bending** 48:16
72:5,9
**benefit** 54:16
**best** 64:17
**better** 33:14
36:5
**beyond** 51:19
52:17
**big** 10:20 74:2
**bigger** 43:10
**bike** 70:10
**biking** 67:14
**biostatistics**
24:22
**bit** 10:23 26:2,2
27:18 30:23
31:6 36:1 38:7,8
39:4 53:16
63:13 67:17
69:13 70:13
**blanket** 49:5
**board** 4:3 78:6
**body** 27:22
72:19
**bodybuilding**
70:4
**boss** 24:18
**breaking** 37:17
**bring** 8:8 10:21
15:18 75:5,23
**broad** 10:13
**brought** 51:6
**brufen** 56:21
**buy** 60:5,22

**c**

**c** 78:6 79:1,1
**call** 5:11 18:17
23:5 28:13 33:8
**called** 23:23
**canada** 34:19,24
**cane** 21:23,24
22:4,14
**capable** 29:20,23
31:21 42:15
68:9 70:24
71:10 74:12
**caption** 79:6
**car** 11:6 70:15
70:17,19 72:24
**care** 53:14 57:5
58:1,7,25 59:21
**carlton** 2:4 4:18
7:22 12:16,18
16:8 50:16
54:11 75:13,14
76:13,25 80:1
**case** 5:21 10:5
14:21 16:6 21:7
63:5 78:8,8,18
**cause** 37:14
**caused** 42:11
**ccr** 1:18 79:24
**cecelia** 5:19
11:22 16:21
45:10 47:10,21
49:2 54:1,12,18
**cecilia** 2:8 4:20
**celsius** 39:18,19
**centerville** 2:5
**certain** 11:15
38:5 43:3 46:17

**certified** 78:8,21
**certify** 79:5,8
81:2
**chair** 37:4
**championship**
28:14,15
**change** 41:17,25
41:25 46:4
81:10,12,13,15
81:16,18,19,21
81:22,24 82:1,3
82:4,6,7,9,10,12
82:13,15,16,18
**changed** 23:3
27:13 68:25
**changes** 78:21
80:7 81:3,4,5
**charge** 24:23
**chat** 76:22
**chiropractor**
61:4
**choice** 18:17
**choosing** 15:15
**circumstances**
76:6
**civil** 1:5 77:14
81:5
**clarified** 58:15
**clarify** 7:19 26:6
39:20 44:16
46:7 48:1,3
51:15 58:13
**clarifying** 58:21
**class** 17:25 18:4
18:8,15,16 25:15
25:16 26:19
35:9

**classes** 19:24
26:9,24 35:12
**classify** 56:10
**clear** 8:20 32:6
32:11 58:12
**clearly** 8:7 16:4
75:25
**client** 7:12 50:21
50:25 51:6 75:2
75:6
**climb** 22:9 71:8
**closed** 15:22
26:18 67:25
**coaching** 8:14
**code** 78:12 79:12
**cold** 39:9,10,21
**colleagues** 20:17
29:21
**colloquies** 78:20
79:6
**combination**
69:17
**combine** 18:16
66:23
**come** 7:13 26:21
**comes** 13:5
40:13
**coming** 32:18
40:6
**commission**
82:24
**commitment**
79:15
**common** 11:5
**communicated**
11:18
**company** 2:5
4:25

Joseph Ntaganira
Ntaganira, Joseph Vs. HHC TRS FP Portfolio
July 27, 2022

[comparable - degree]

Page 4

| | | | |
|---|---|---|---|
| **comparable** 15:7 | **consult** 49:16 | **copy** 77:1 | **cv** 1:7 |
| **comparative** 13:12 | 53:4,4 57:8 62:8 | **corp** 1:8 | **d** |
| **compare** 10:17 | **consultancies** 71:1 | **correct** 56:11 78:20 79:7 | **d** 1:7 2:8 |
| 13:12,13 | **consultancy** 71:16 | **corrections** 80:7 81:7 | **daily** 12:20 14:23 15:1,4 |
| **compared** 10:15 | **consultation** 59:6 | **council** 4:3 | 16:8 17:6 30:10 |
| 10:15 11:9 18:5 46:11 65:20 | **consulted** 58:20 | **counsel** 2:1 4:15 5:1 75:21 78:2 | **dance** 34:5,6,8 34:10 |
| **compensation** 78:13 79:13 | **consulting** 56:23 57:7,24 58:7 | **counter** 57:14,19 60:21 | **dances** 34:12,13 |
| **complete** 16:23 78:9,20 | 62:9 | **country** 10:19 10:20 33:6,12 | **dancing** 34:8,14 |
| **completed** 80:16 | **contacted** 78:16 | **county** 79:3 | **date** 80:3 |
| **completely** 37:9 | **contents** 3:1 | **course** 35:15 | **daughter** 35:1 |
| **compliance** 78:4 78:12 79:12 | **context** 45:8 | **courses** 18:1 | **david** 2:13 77:5 |
| **complicated** 25:8 | **continental** 1:8 | **court** 1:1 4:3,7 5:2 6:22 7:3 8:8 | **day** 11:2 18:3 20:3 21:6,20 22:14,15 26:6,10 27:5,7 35:10 39:1,25 41:1,18 41:19 79:16 82:21 |
| **concluded** 77:12 | **continue** 37:6 50:4,7 52:11 69:13 | 12:6 13:5 15:3 15:19 32:7 54:16 63:1 75:6 76:19 78:6,21 79:16 80:15,17 | |
| **concludes** 77:10 | **contract** 78:13 79:12 | **court's** 12:23,24 | **days** 19:5,6 22:15 27:1 34:9 39:2 64:24 69:19 80:3 |
| **condensed** 76:20 | **contracts** 71:5 78:8 | **covered** 71:18 | |
| **condition** 6:15 14:16,17 36:2,4 36:8 42:7,9,12 43:17,25 45:4 50:2,3 52:2 55:1 59:1,8,19 61:17 62:10,19 73:8 75:3,8 | **control** 59:13 | **covid** 15:21 17:3 17:8,20 23:25 44:1 | **dealing** 23:24 |
| | **controlled** 57:18 59:14 73:3 | **cross** 3:5 5:7 | **dean** 23:9,14,20 24:25 |
| | **conversation** 51:9,14 59:4 75:5 | **crowne** 1:7,7 | **december** 63:5 |
| **conditions** 59:10 59:17 | **conversations** 63:3 | **crucial** 24:7 | **decide** 13:6 21:21 44:3 |
| **conference** 33:22 | **cook** 28:23 | **curfew** 67:25 | **decreasing** 42:16 |
| **conferences** 33:18,21 | **cooking** 29:1,6 29:10,12,16,17 | **current** 36:2 | **defendant** 1:9 2:7 4:21 5:20 |
| **confusing** 7:18 | **coordinator** 24:23 | **currently** 18:6 32:15 34:20 44:12,18 | **define** 56:7 |
| **consider** 36:4 | **copies** 20:1 80:12 | **cut** 66:4,6,9 | **definitely** 66:5 |
| | | | **degree** 39:18 |

**[degrees - earlier]**                                              Page 5

**degrees** 39:21
**delay** 6:14
**demanding** 71:8
**department**
  23:10,15,22
  24:11,17,21,24
  24:25 25:2,3
**depend** 74:8
**depending** 22:8
**depends** 20:1
  26:10
**deponent** 75:23
  80:2,6,7,9,15
**deponent's** 80:6
  82:20
**depose** 13:19
**deposed** 6:17
  10:3 44:23
**deposing** 14:13
**deposition** 1:12
  4:5,13 6:1,16
  7:6,13 8:3,3,11
  9:6 11:18 12:14
  13:15,21,24 14:1
  14:2,7 15:8
  17:10 23:13
  36:15 43:13
  45:7,9,18 49:7
  50:23 51:1,4,19
  51:24,25 52:3,7
  52:18,20 53:3,14
  54:3,9,10,24
  55:1,11 61:3
  71:15 74:24
  75:9,24 76:1
  77:2,10,12 80:6
  81:6

**depositions** 6:21
  9:9 49:11
**depressing** 28:9
**describe** 10:23
  37:13 38:17
  56:4 65:19
**described** 40:19
  41:14 43:13
  65:5 67:19
**describing** 38:18
  42:4 43:12
**designed** 17:10
**desire** 81:6
**despite** 36:12
**determined**
  78:13
**developed** 10:19
  10:22
**device** 22:2
**devices** 21:19
**diabetes** 59:12
  59:18,22 73:2
**diagnosed** 49:14
**diagnosis** 49:5
**dial** 2:9
**difference** 10:20
  16:10 18:5,9
  45:21 74:2
**different** 8:17
  15:6 17:3 18:11
  26:2 31:6 51:2
  53:16
**differently** 67:17
**difficult** 5:16,17
  38:9 39:4 41:6
**difficulty** 48:15
  65:5 72:4,8

**dinner** 28:3,22
  28:23 29:6,10,11
**direct** 78:13
  79:12
**direction** 11:21
  79:7
**directly** 58:10
**disability** 32:2,4
  73:14
**disagree** 7:14
  53:10
**disclosure** 4:1
  78:6
**disclosures** 78:1
  78:3,4,15
**discount** 78:19
**discounts** 78:18
**discuss** 28:21
**discussed** 59:11
  74:21
**discussion** 59:5
**discussions** 6:10
**disqualification**
  78:6
**disqualify** 78:11
  79:11
**distance** 22:8
  43:5 68:24
  69:10
**distances** 21:9
**district** 1:1,1
**division** 1:2
**doctor** 5:9 49:22
  56:15 58:18
  60:20 61:16,21
  62:14,15,18 63:2
**doctor's** 60:6

**doing** 8:13 19:14
  19:22,24 20:13
  23:16 27:15,20
  28:3 29:3,20,21
  30:2,6,9,12,12
  31:20 32:1
  34:16 36:18,20
  43:5 58:13
  61:13 65:11,13
  67:2,6,7,8,21
  68:1,10,21 69:16
  69:24 70:1,23,24
  71:9,10,10
**dollar** 11:2
**dr** 5:11,13 6:13
  7:16 9:3,5 15:14
  15:20 16:19
  17:19 48:4
  49:13 52:9,23,24
  55:7 63:24 64:8
  64:9 76:4,16
**drive** 21:6,8,13
  70:14,23
**driving** 21:14
  32:24
**due** 4:5 30:18
  80:3
**dull** 40:14
**duly** 5:5
**dumbbells** 70:2
  70:6,6

**e**

**e** 77:13,15 79:1,1
  81:5,5
**earlier** 5:20
  11:18 45:6
  51:22 70:14

Joseph Ntaganira                                                July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

**[early - flat]**                                                    Page 6

**early**   20:23
**eat**   11:7
**echo**   6:3,4
**edt**   1:16
**effecting**   81:7
**either**   22:25
   28:10 33:18
   47:17 48:20
   49:14 65:8
**electronically**
   80:8
**email**   76:22
**employed**   18:22
   18:25
**employee**   79:9
**ends**   27:5,7
**endures**   42:2
**engage**   71:5
**engaged**   71:13
**engaging**   65:5
**england**   28:15
**english**   28:6
**enjoy**   28:3 29:6
   29:10,11 30:1,6
   32:16 66:25
   73:24
**enjoying**   29:13
   29:16 34:15
**ensued**   6:10
**enter**   31:7
**entered**   81:6
**entire**   18:3
**entitled**   51:13
   54:4,7,13
**epidemiology**
   23:22,23 24:21
**errata**   76:17,18
   80:3,7,8,9,11,13

80:14,16 81:1
**especially**   28:8
   29:17
**esq**   2:4,8 80:1
**essentially**   28:4
**ethics**   78:12
   79:12
**european**   28:14
**evening**   20:7,12
   26:3,8,19,20,21
   26:23 27:2,6
   30:13 38:22
   39:14
**evenings**   40:1
**everything's**
   68:8
**evidence**   79:7
**exactly**   23:2 56:2
**examination**   3:3
   3:5 5:7
**examined**   5:5
**example**   18:2
   43:4 70:3
**exception**   8:25
**exchange**   25:22
**excuse**   6:2 22:16
**exercise**   22:17
   27:19,20,21,25
   30:12 45:20,25
   50:12 51:10
   53:20 61:13
   63:14 65:12
   67:18,22 69:15
   69:18
**exercises**   27:21
   36:18,20 64:2,3
   69:25,25 70:2,3
   72:11,12

**exercising**   30:7
   36:13 50:4,7
   52:11 63:16
   64:11 67:9
**exhausting**
   33:16
**exhibits**   3:8
   78:21,21,23
**expect**   26:3
**experience**   40:25
   41:7 52:2
**experienced**
   47:1 70:16
**experiencing**
   38:19 44:9,17
   48:18 56:9,19
   70:15
**expires**   82:24
**explain**   37:23
   65:11
**extension**   65:21
   72:8

### f

**f**   79:1
**face**   25:18,18
**facility**   80:17
**fact**   4:10 73:18
**fahrenheit**   39:21
**fair**   6:24 7:3 9:2
   10:3,14 44:5
   49:8,12
**fall**   37:14 38:12
**falls**   72:22
**family**   19:17
   29:18 31:15
   32:23 33:3
   68:15 73:24

**far**   69:5,9 70:20
**federal**   77:13
   81:5
**feel**   5:18 36:12
   36:22,22 38:6
   39:11 40:7,11
   42:2 43:21 44:4
   48:6 66:2,11,13
   73:13,15 74:8,11
**feeling**   36:16
   44:3 62:22 68:2
   74:8
**feels**   39:13
**fell**   37:16 38:1
**felt**   46:16
**fever**   56:7
**field**   23:23 71:3
   71:8,14
**file**   1:6 80:12
**filed**   80:14
**fill**   80:8,8
**financial**   78:7
**financially**   79:9
**fine**   5:12,15 7:4
   9:22 12:1,7
   13:21 14:25
   21:11 25:10
   32:25 47:4 51:2
   52:18 75:6,15
**finish**   50:18 66:9
**finished**   50:17
**firm**   78:1,15
**first**   5:5 23:13
   36:7
**five**   17:14 19:6
**flat**   22:10 69:11
   69:11

**[flexibility - headaches]**

**flexibility** 71:25
**flexible** 72:3,4
**focus** 43:14
**follow** 28:14
  52:24,24 53:6,11
  53:24 54:5,14
  55:8 62:1 68:2
**following** 15:17
  19:25 78:1,4
  81:4
**follows** 5:6
**foot** 40:17,18
**football** 28:11,12
  28:13
**foregoing** 79:5
**forget** 30:9
**form** 7:24 8:25
  45:5 48:22,24
  49:4 81:6,8
**forms** 78:6
**forward** 17:16
  80:12
**fp** 1:6 4:21 5:21
**framing** 32:9
**freely** 45:12
**french** 28:5
**frequent** 41:21
  41:23
**frequently** 42:21
**friday** 19:12
**fridays** 19:10
**friends** 29:22
  31:15 32:19
  68:15 73:21
**frustrating** 74:1
**full** 18:20 23:5
  23:19 24:9,15

**fulton** 79:3
**fun** 27:10
**function** 61:14
**furnish** 81:8
**further** 76:7
  79:8
**future** 61:15
  74:6

**g**

**ga** 80:16,18
**game** 49:8
**gauge** 16:14 51:7
  51:8
**general** 12:15
  29:12 56:23
  60:11
**generally** 19:14
  19:14 63:17
**georgia** 1:1 2:6
  2:10 4:4 10:6,16
  63:5 75:23 78:4
  78:8 79:3
**getting** 36:9,11
  41:6,23 43:5
  44:7 56:2 58:4
  59:7 75:14
**girl** 35:4
**give** 16:2 17:10
  18:4 45:11 46:9
  46:12,19 47:14
  48:10
**given** 11:20
  13:18 37:9,12,20
  79:7 81:7
**giving** 17:25
  37:13,21

**go** 6:6 8:6 20:12
  20:21,21,22
  21:21 22:9,17,21
  22:24 26:20
  27:2,3 30:14
  31:8,11,19,23
  32:19,23 34:4
  37:2 38:23 39:6
  39:15 51:23
  53:3 57:8 60:1
  64:7 67:24 68:1
  68:14,23 69:4,8
  69:9,22 71:1,2,8
  71:9 77:6,6
**goes** 26:7 49:10
  50:13 51:11
  60:14
**going** 7:6 8:9,11
  8:13 9:25 12:21
  13:22 14:24
  15:25 16:2,3
  18:8 20:4,23
  21:2,21 22:19
  31:25 33:9,11,14
  35:2,9 36:21
  47:5,25 50:9,20
  52:13,24,24 53:6
  53:11,23 54:5,14
  55:8,12,12,13,16
  55:17 57:21
  61:2 63:2,7 67:9
  67:13 68:15,16
  68:24 69:8,17
  70:1,19 71:13
  73:24 75:15,19
  76:14 77:6
**good** 5:9,13,14
  25:23

**gotten** 35:18,20
  43:17
**governmental**
  75:7
**grading** 19:21
**gradual** 41:17
  41:24
**gradually** 42:10
**graduate** 20:6
**grandkids** 35:23
**great** 44:22
  76:11
**greetings** 80:5
**group** 31:19
**guess** 12:8 18:11
  26:2 27:12
  67:25 68:20
  73:7
**gunn** 2:9
**gym** 64:4 67:10
  67:12,14
**gyms** 67:24
**gymtonic** 67:20
**gymtonics** 67:5
  67:11,18,19 68:3

**h**

**half** 70:24
**happen** 42:11
**happened** 42:10
  46:11
**hard** 64:22
**head** 6:23,24
  23:10,15,22 24:2
  24:9,11,15,17,24
  24:24 25:1,3
**headaches** 60:12

Case 1:17-cv-04291-JPB   Document 120-1   Filed 10/24/22   Page 90 of 103
Joseph Ntaganira                       July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

[health - karate]                                              Page 8

**health** 52:3
56:17 73:4
**healthcare** 49:23
55:20,23 57:25
61:16 62:10,18
**hear** 63:25 64:21
**hearing** 6:2
**heavy** 70:5
**height** 18:12
**held** 23:18
**help** 61:10
**henry** 2:13 4:22
**hhc** 1:6 4:21
5:21
**hicks** 2:13 4:22
**high** 27:15
**higher** 11:4
40:10 45:3
**highway** 2:5
**hold** 22:10,21
**holidays** 33:9
**home** 16:15,16
17:21,22,24 18:3
19:8,8,16,17,19
19:21 21:10
22:20 26:13,20
26:25 27:2,6,11
27:17,18 28:2
30:5,18,19 31:7
33:9 34:24 35:1
35:6,6,14 57:3
63:17,17 64:3,3
64:12 67:7,9,12
72:11
**honestly** 33:14
39:22
**hotel** 1:7

**hotels** 1:8 33:12
**hours** 26:1 70:23
70:24
**house** 11:6 20:21
**households** 71:9
**hudgins** 2:9
**huge** 24:6
**huh** 23:6
**hundred** 60:25
74:12

**i**

**idea** 15:21 29:25
32:12,14
**identify** 4:15
**imagine** 73:13
**immediately**
42:22
**impact** 9:15 17:8
17:12 24:6
**impacted** 15:20
17:19 73:22
**impacts** 79:15
**impartial** 79:15
**impartiality**
78:12 79:11
**important** 6:22
7:1
**importantly**
32:21
**improper** 47:24
**improve** 61:10
**improved** 44:24
45:17 48:6 65:9
**improvement**
45:16 46:10,12
46:13,17 47:2,14
48:5,14

**inappropriate**
8:23 55:6
**incident** 5:22
**including** 63:14
**increased** 30:23
40:4
**increases** 40:14
**indicate** 51:20
**indicated** 51:18
**injuries** 72:18,25
**injury** 6:15
17:12 22:5
50:11 66:15
73:8
**instruct** 13:8
14:24 15:25
16:3 50:20
**instructed** 53:22
**instructing** 7:11
15:13
**instruction**
15:15,17 52:25
**instructs** 7:8
**insurance** 59:25
**intense** 73:11
**intensity** 40:14
**inter** 1:8
**interaction**
25:21
**interest** 78:7,10
79:10
**interested** 79:9
**intern** 4:22,24
**internet** 25:23
25:24,25
**interrupt** 37:1
66:3

**investigation**
23:24
**invited** 32:23
**involved** 67:4,19
67:20
**issue** 7:11 8:7,11
16:9,24 58:20
74:22
**issues** 8:4 44:8
70:16 73:3,4

**j**

**joining** 4:22
**joints** 65:12
72:16
**joking** 73:19
**joseph** 1:3,13
4:10,14,19 5:4
5:14 77:11 80:2
**jpb** 1:7
**judge** 74:23
75:24
**judicial** 4:3
**july** 1:15
**jump** 68:10
**june** 5:24 6:16
6:17 16:9 32:10
35:2,5 36:5,8
44:23 45:18
46:3,7,17 47:6
47:18 49:13,23
55:20,23 58:24
65:5,9 71:19
72:17 73:7

**k**

**k** 1:7
**karate** 27:16,20
65:2,6 66:18

[karate - lodged]

Page 9

67:1 69:17,18
72:15 73:11
**keep** 57:2 61:13
61:14
**kelsy** 2:14 4:24
**kick** 65:8,13,20
65:23 66:15,19
**kicking** 65:6
**kids** 28:22 31:23
34:18,20 35:13
35:16,18,20
**killer** 60:18
**kind** 10:8 24:11
24:16,17 30:5,25
32:12 34:6
37:12,15 40:12
40:13 41:18
60:14 71:16
**kitchen** 29:1
**knee** 22:6,11
29:14 30:22
37:12,20 38:20
40:16,21 44:9
45:22 48:13,16
48:20 49:15,17
49:24 50:5,7
53:14 55:21
57:1,25 58:8
59:2,4,6,18
60:13 61:5,11,14
61:18,23 62:7,19
66:1,15 71:20,25
72:1,1,3,9,13,13
73:4
**knock** 65:24
**know** 7:11,19
8:12 9:11,23,24
9:25 10:2,12,16

10:18,25 11:11
11:20 12:11,12
12:14 17:24,24
17:25 18:3 19:7
21:4,6,22 22:22
22:24 23:17,25
24:4,7 25:12
26:7 28:5,6,19
28:25 29:1,14,15
29:20 30:1,3,5,7
30:9,12,13,16
31:4,17,19,25
32:5,8,9,11 33:8
33:11,15 34:5,6
34:6,9,9,10,13
34:17,18,19,25
36:10,10,12,14
37:3,5,20,25
38:5,6,25 39:25
40:9,15,22 41:3
41:8,17,20 42:1
42:6,19,20 43:2
43:22,25 44:2,6
44:7,8,12,13,16
44:20 45:2,21
46:11,16,20 48:5
48:7,8 51:13
52:20 55:6 56:3
56:14 59:11,12
59:18 60:12
61:8,9,10 62:25
63:13 64:22
65:11,21 66:4,5
66:18 67:3,14,23
68:10,20 69:4,11
69:12 70:3,5
71:5,24 72:5,12
73:7,16,23 74:9

74:15 75:20
76:5
**knowing** 31:10

## l

**l** 1:18 79:24
**land** 25:25,25
**latitude** 16:3
45:12
**law** 75:23 78:4
**laying** 40:22
**leave** 20:21
**lecture** 26:19,23
**lectures** 27:2
**lecturing** 18:18
23:21 25:11,12
25:12,13 26:3
37:7
**left** 22:6,11,11
36:22 37:8,11,19
38:20 40:20,20
43:9,10 49:15,24
58:8 59:4,18
61:5,11,17,23
62:19 65:14
66:1,12,15 67:3
71:20 72:1,3,13
73:3
**leg** 22:11,12
36:12,16,22 37:8
37:9,11,11,24
39:4 40:20,20,24
41:1,8,10,13
42:18 43:9,9
44:6 48:13
50:12 51:10
52:11 53:21
65:8,14,21 66:12

67:3
**legal** 78:9,16
**legs** 27:22 34:11
34:13 65:7
66:19,22,24
**level** 11:5 40:4
45:3,16 46:10,12
46:17,20
**life** 10:7,8,17
12:20 14:23
15:2,5 16:10,11
17:2,6,11,19
27:13 29:5,11
36:19 73:8
**lifting** 67:14
**limited** 5:24
73:21
**line** 7:14 8:4
11:22 12:20
51:21 81:10,13
81:16,19,22 82:1
82:4,7,10,13,16
**litsup** 80:16
**little** 10:23 26:2
26:2 27:18
30:23 31:6 36:1
38:6,8 39:4
53:16 67:17
69:13 70:13
**living** 10:6,11
11:1,2 31:8
34:19,21
**llc** 1:6 2:5,9 4:25
**local** 33:21
**lodge** 7:5
**lodged** 13:2,3
15:12

Joseph Ntaganira
Ntaganira, Joseph Vs. HHC TRS FP Portfolio
July 27, 2022

**[long - n]**

Page 10

**long**  21:9,22
  28:10 43:2 50:9
  68:11 70:22
**longer**  23:16
  28:7 29:2,4,9,19
  31:20,24 41:5
  67:6 70:22
**look**  43:4,8
**looking**  10:1
  17:9 34:16
**losing**  73:16
**lot**  27:14 32:13
  34:13 67:13
**loud**  6:23
**love**  76:20
**lower**  45:3
**luggage**  21:4

---

**m**

---

**ma'am**  76:23
**madam**  76:19
**mail**  80:10
**maintain**  70:8
**maintaining**
  78:11 79:11
**majority**  10:25
  11:1
**making**  8:19
  29:6,11 65:4
  78:11 81:7
**mansell**  80:17
**manual**  21:15,17
  70:15
**manually**  80:8
**marked**  3:8
**marking**  20:1
**married**  35:18
  35:20

**martial**  65:1
  66:16 70:1
  72:24
**matches**  28:12
  28:17
**matter**  17:7 29:7
  51:24 78:10,17
  79:11
**matters**  51:23
  75:7,7
**maximum**  26:25
  72:7
**meal**  29:6
**meals**  29:12
**mean**  8:12 10:14
  12:6 14:11
  15:23 20:4 24:4
  26:5,6 28:2
  29:13 31:13
  35:17 37:1
  39:22 42:21,25
  44:11 45:15
  46:3,4,4 48:8
  51:11 55:13
  57:4 64:21
**meaning**  24:22
**means**  11:5,5
  37:13,21 42:18
**meant**  19:18
  44:18
**mechanical**
  21:15
**medical**  49:10
  50:22 51:1,3,12
  51:18 52:6,15,17
  52:19 54:2,21
  56:15 61:16
  75:2,8

**medication**  57:1
  57:13,14,15,17
  57:18,19 58:2,19
  59:1,7,22 60:4,8
  60:19,21,24
**medications**
  9:14 57:21
**medicine**  56:20
**meet**  31:14
**meeting**  20:16
  20:16 76:5
**members**  29:18
**mentioned**  24:10
  24:16 29:9
  36:16 45:6
  71:21
**meters**  69:13
**mind**  16:22
**mine**  25:8,24
**minutes**  17:15
  21:10,10 29:14
  37:5,5 70:20,20
  72:15
**mispronounce**
  5:10
**missing**  29:23
**misstate**  47:22
**misstatement**
  63:20 64:5
**misstates**  58:10
**misstating**  47:11
**misunderstood**
  60:16
**mode**  31:25
**moment**  44:19
  47:1 77:7
**moments**  50:24

**monday**  19:10
  19:11
**month**  59:7
**monthly**  58:4
**mood**  73:17,23
**morning**  5:9,13
  5:14 20:5,11,13
  21:2 26:7 39:3
  40:21
**mornings**  20:20
**motion**  45:19
  48:12 65:12,18
  71:25
**mountains**  71:9
**move**  14:25
  15:18 17:16
  38:5 39:4,4,6
  48:3 54:2 55:16
  74:21 75:21
  76:1
**movement**  31:3
  41:5 48:12
  65:16 72:14
**movements**  68:3
**moves**  65:6
  66:16
**moving**  29:15
  34:13 65:12,17
**muscle**  45:21
  70:4
**muscles**  70:8

---

**n**

---

**n**  5:11,13 6:13
  7:16 9:3,5 15:14
  15:20 16:19
  17:19 48:4
  49:13 52:9,23,24

**[n - okay]**

55:7 63:24 64:8
64:9 76:4
**name**   5:10,17,19
25:3,7
**narrow**   44:16
**ndagijimana**
25:9
**ne**   2:10
**near**   74:6
**nearby**   9:21
**necessarily**
71:24
**necessary**   57:9
61:12 63:11
81:8
**need**   4:5 12:8
15:18 21:22
22:9,10,12 30:25
30:25 31:16
38:6 40:11 41:4
58:5 59:24 60:5
60:7 61:22 62:6
75:16
**needed**   57:3
**needs**   51:9
**never**   15:10
38:12 67:12
**new**   47:18
**news**   28:5,5,7,8
28:9,19
**nice**   26:22
**nighttime**   26:8
40:23
**nod**   6:23
**normal**   16:10,11
19:3 20:3,4 21:3
27:7 48:8,9
57:12 58:3

61:14
**normally**   16:15
19:5
**northern**   1:1
**notarized**   80:10
**notary**   82:23
**noted**   81:3,4
**notes**   61:2
**notice**   36:17,18
42:25 43:24
**noticed**   42:23
43:1,2
**noticing**   78:16
**noting**   80:7
**ntaganira**   1:3,13
4:10,14,19 5:4
11:15 76:16
77:11 80:2
**number**   59:15
68:23
**numbers**   45:1

**o**

**o.c.g.a.**   77:14
**object**   7:7 8:6
11:20,22 47:10
49:1 52:13
55:15
**objected**   53:18
53:22 64:5
**objecting**   11:15
12:4 17:1
**objection**   8:7
11:14 12:5 13:3
13:9 15:12,24
45:5 46:22
48:22,24 49:3,4
50:13,18,20 58:9

62:12,23 63:18
74:20 75:20
**objections**   7:6
7:23 8:2,10,14
8:21,22,24 13:1
**obligation**   78:12
79:11
**obviously**   12:12
24:6
**occurred**   5:22
**ocga**   78:6,7,18
81:5
**office**   17:25
20:12,13,22 21:6
41:3,3
**officer**   79:15
**offices**   26:17
80:3,10
**officially**   26:18
**oh**   19:18 40:18
41:19 67:16
**okay**   5:10,13 6:8
6:20 7:5,9,14,15
7:20,22 8:19 9:2
9:8,12,14,18,22
10:4,5 11:9,24
14:14,22 15:9,18
17:14 18:10,18
19:13 20:3,18,20
21:1,1,5,11,12
21:14,18 22:1,13
22:18 23:1,9
24:9 25:10,10,17
26:1,12,16 27:1
27:5,9,9,23,25
28:23 29:4,4
30:11,16,16,22
30:24 31:4,12,12

31:13 33:4,4,17
33:25 34:4,17,25
35:11,13,17 36:1
36:16,24 37:8,19
38:3,4,8,11,14
38:14,14 39:7,17
39:24 40:4,12,18
40:18,19,19 41:7
41:10,12,14,22
42:17,23 43:7,20
43:23 44:5,5,11
44:22,22,22,22
45:15,23 46:2,6
46:6,9,9,21 47:4
47:7,25 48:17,17
49:12,18,21,21
50:1,6,15 51:5
52:8,22,23 53:5
53:5,15,15 55:3
55:7,12,19 56:1
56:4,8,13,13,18
56:22,25 57:13
57:24 58:6,23
59:10,17,21 60:4
60:14,14 61:1,1
61:7,15 62:2,25
63:12,12,23 64:1
64:13,13,16,18
64:21,25 65:4,15
66:3,14,14,25
67:4,11,11,16,21
68:4,13,13,19,19
69:3,6,15,21,24
70:7,21,25 71:12
71:12,17,17,17
71:23 72:6,8,10
72:17,21,24 73:6
74:3,14,14,14

**[okay - physiotherapy]**                                      Page 12

75:10,12,13,13
75:16 76:2,4,9
76:11 77:8
**old** 35:8 52:5
74:3
**once** 80:9
**online** 18:1,4
25:22 35:12
**open** 15:22
**opened** 68:8
**operating** 70:17
**opinion** 15:5,10
57:10 62:11
**opinions** 13:23
14:5 52:2
**opportunity**
17:11 54:25
**opposite** 58:16
**order** 12:23,24
**ordering** 76:24
77:4 78:24
80:13
**original** 80:12
80:14
**originally** 49:9
**orozco** 2:8 3:5
4:20,20 5:8,17
5:19 6:6,13 7:15
7:16,22 8:9,19
9:2,3 11:24 12:2
12:8,16,18,23
13:16 14:8,14,18
14:22 15:9,14,25
16:8,19 17:14,18
45:13,15 46:24
47:4,9,13,25
48:4,23,25 49:12
49:13 50:15

51:5 52:8,9,22
52:23 54:4,11,13
55:3,7 58:11,17
58:22 62:13,17
62:24 63:3,21,23
64:7,13 75:10,18
76:2,11,13,24
77:3
**orthopaedic**
56:14
**orthopaedist**
56:14,16
**outbreaks** 23:24
23:24
**outcome** 79:9
**outside** 16:16
17:21 33:5,11,19
33:21 63:17
64:3 74:22

**p**

**p.m.** 20:8,8 26:8
26:15,17,18 27:7
**packing** 21:4
**page** 3:3 81:10
81:13,16,19,22
82:1,4,7,10,13
82:16
**pages** 81:8
**pain** 5:18 36:14
38:15,18,19,21
38:23 39:8,8,11
39:16,25 40:4,6
40:10,12,13,15
41:14 42:1,6,11
42:20 44:4,6
45:22 56:7,8,12
56:19,20 57:1,2

57:5,6,23,25
58:2,8,19,20
59:1,3 60:12,18
61:11 62:7
**painful** 40:10
**painkiller** 38:23
57:12 58:5 59:8
60:9,11 63:11
**painkillers** 57:9
59:23
**pamela** 1:18
79:24
**pandemic** 6:18
17:23 18:12
41:15 44:1,1
67:24 68:5
**papers** 19:21,23
**parks** 10:24
**part** 30:7 34:5
72:18
**parties** 4:6 34:1
34:7 78:18,24
79:15 80:13
**parts** 27:22
**party** 78:13,19
79:9,12
**pass** 36:11
**passport** 74:18
75:13,19,24
**password** 78:23
78:24
**paved** 10:23
**pay** 33:11 60:2,3
60:25
**pdf** 76:20 80:7
**peachtree** 2:10
**people** 32:18
39:22 65:17

73:19
**percent** 11:1
44:24,25 48:7,9
48:15 60:2,25
74:13
**percentage**
46:10 47:14
48:5,11
**perfectly** 16:17
75:15
**performed** 63:8
**period** 38:6 39:9
44:12,18
**permanent** 56:7
56:12
**person** 18:14
25:12,13 35:3,7
58:25
**personal** 33:2
**personally** 18:19
33:1
**pharmacy** 57:11
60:1,24
**phone** 4:8 12:6
**phrase** 37:22
**phrased** 49:9
**phrasing** 45:8
**physical** 27:21
52:3 61:4,9 62:6
69:18,25 73:11
**physician** 49:16
53:4 56:23 57:5
58:1,7,25 59:22
61:21 62:8,10,18
**physicians** 49:23
**physiotherapy**
50:9

Case 1:17-cv-04291-JPB   Document 120-1   Filed 10/24/22   Page 95 of 103
Joseph Ntaganira                                    July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

[picture - question]                                           Page 13

picture 10:8
pills 42:22 56:19
  57:3,6 59:15
pinpoint 41:18
place 4:6 29:15
  69:12 78:17
places 31:11
plaintiff 1:4 2:3
  4:19,24
planning 61:20
plans 61:15
  62:14 74:5
playing 31:20
plaza 1:7,7
please 4:15 5:2
  6:25 7:19 37:2
  37:23 66:4 76:1
  76:12 77:7
  80:10,16 81:7,8
pleasure 29:17
  30:9 32:19
  35:15,16 76:7
plenty 33:20
point 29:5,10
  30:17 37:25
  42:24
policies 14:9
policy 14:5 35:8
politics 14:5,9
poor 10:19
population 11:1
porter 1:18
  76:19 79:24
portfolio 1:6
  4:21 5:21
posed 53:12 55:9
posing 75:1

position 23:1,3
  23:16,19 24:14
  41:5 54:18
post 20:6 55:1
potential 8:5
power 66:12
practice 73:10
practicing 65:1
  66:25
preceded 51:23
precedes 51:24
  54:23
prefer 8:5 68:11
preparation 9:3
  21:3
prepare 9:5
preparing 19:24
prescribe 60:20
prescribed 57:14
  57:18,20 60:19
prescribing
  56:22 57:6
  58:19,25
prescription
  58:4 60:3,5,6,8
  60:22,24
present 2:12
  4:15 5:25 16:9
presented 78:1
preserve 12:5
  49:3
previous 18:5
previously 21:5
  21:9 34:18
  46:15 60:15
  64:1 66:17
  67:18 70:25

primarily 19:9
primary 57:5
  58:1,7,25 59:21
print 80:8
prior 9:8 21:2
  32:8 43:13
privilege 13:1
problem 13:11
  37:19 73:5
problems 56:24
procedure 77:14
  81:5
proceeding 78:1
  78:19,23 79:8,15
proceedings
  78:10
produced 78:20
production
  74:22 80:17
professional
  78:12 79:12
professor 11:3
  18:21 19:7 23:5
  23:19 24:9,15,21
program 23:23
  24:2,10,15,22,23
programs 20:7
progressively
  43:21
prohibited 78:17
prohibiting 32:1
prohibitions
  78:7
projects 71:2,2,6
  71:13
properly 37:18
  74:9

protected 78:23
  78:24
provide 48:5
  74:13 75:19
  76:22 78:16
provided 46:16
provider 55:20
  55:23 57:25
  61:17 62:10,18
providers 49:23
providing 18:1
  56:25 58:2
public 56:17
  82:23
purpose 8:3
  13:10,15 14:2
  50:22 51:4 52:6
  52:20 54:3,8,9
  54:24 75:9,25
pursuant 4:1
  77:13 81:5
put 37:15,25
  68:20
putting 54:18

**q**

quadriceps 43:9
question 7:2,7,8
  7:24 8:25 10:13
  12:1,3 13:4,8,16
  13:20 14:25
  15:1,4,16 16:1,4
  16:17,25 17:5,5
  17:13 18:10
  31:5 37:18 42:5
  43:23 44:16
  45:6,11 46:23
  47:3,3,12,17,21

[question - response]                                         Page 14

49:2,5,6,9 51:2
51:12 53:1,5,7,9
53:12,15,19,25
54:15,20,21,25
55:2,5,9,14,18
60:15,16 63:21
63:24,25 66:10
**questioning**
11:23 12:21
51:22
**questions** 5:22
5:24 6:15 7:17
7:18 8:5 9:16,24
10:1,7 11:16,19
12:13,19,22,25
13:22 14:3,9
17:9,16,17 32:8
32:9 36:3 47:23
50:21 51:3 52:1
52:5,14,19 74:15
75:1 76:7,8,10
78:20 79:6
**quick** 49:1
**quickly** 6:7
42:12 44:7 61:2
**quite** 39:2

**r**

**r** 79:1
**radiation** 40:16
40:18
**railing** 22:23
**rainy** 39:10
**ramirez** 2:13
**range** 44:25
**rationale** 16:24
**ravinia** 1:7

**reach** 26:24
27:17 45:25
72:5
**read** 9:8 28:20
76:15,17,18 80:6
81:2
**readings** 19:24
**real** 49:1
**realistically**
74:25
**realized** 42:14
**really** 5:9 24:6
31:25 33:10
39:11 58:18
60:13 65:13
68:2 70:5 75:16
**reason** 12:11
17:1 68:7,9
81:12,15,18,21
81:24 82:3,6,9
82:12,15,18
**reasons** 12:11,13
13:10,18 14:4,6
81:7
**recall** 6:17 23:13
36:8 43:1 50:24
**receives** 78:19
**record** 4:11,17
6:6,9,10,12 8:7
11:16 16:22,23
54:18 75:11,14
76:3 77:6,11
78:10,11,20 79:7
**recovery** 24:8
**reduced** 31:17
79:6
**refer** 45:7

**refresh** 6:20
**regarding** 46:5
48:12 49:17
59:4,6
**regularly** 59:6
**regulations** 4:2
78:5
**rehashing** 52:5
**reinforcing** 70:4
**relate** 75:2,8
**related** 12:13
14:6 55:4 73:3
**relating** 78:23
**relationship**
78:10 79:10
**relative** 79:8
**release** 30:6
**relevance** 11:14
12:4 13:9 15:24
17:1
**relevant** 11:23
13:4 15:7 16:5
16:17
**remain** 48:14
**remained** 40:5
**remaining** 34:23
**remember** 6:1
6:19 9:10 23:7
33:23
**remote** 1:14
**remotely** 4:6
**removed** 18:7
**repeat** 66:7
**repeatedly** 47:23
**rephrase** 11:25
45:11 49:6
52:16

**report** 24:23
78:11
**reporter** 4:1,7
5:2 6:22 7:3
15:3 54:17
76:19 78:1,3,6,8
78:21,22
**reporting** 4:3
78:6,16
**reports** 24:25
**repository** 78:24
**represent** 4:16
5:20 11:10
**representations**
78:4
**requested** 80:6
**requirement**
75:22
**requires** 60:20
**research** 19:22
71:2,14
**reserve** 7:23 8:2
8:24
**reserved** 77:16
**reserving** 8:23
**respect** 49:6,24
55:21 61:5,17
70:16
**respectfully**
12:18
**respond** 16:23
51:5,16 54:17
**responded** 53:8
53:13
**responding**
55:14
**response** 8:5
16:21 55:17

responsibilities
  7:12
responsibility
  80:6
responsiveness
  7:25 9:1 55:15
rest   21:22 26:21
  27:18 33:13
  37:6 38:7 69:13
restarted   68:8
restate   53:16,17
  63:24
resting   19:16
restrictions   18:7
retire   74:5,7,7
retirement   11:11
  11:12,13 13:13
  14:10,20 15:6
returned   80:11
  80:14
reverted   35:8
review   78:2 80:7
right   6:13 7:21
  9:19 10:5,21
  13:19 19:9 23:1
  24:1 26:4,9
  39:18 40:8,16,24
  41:8,10,13 43:9
  43:11,11,12,18
  44:13,19 49:15
  57:4 61:2 65:14
  65:19,25 74:11
road   2:10
roads   10:23
room   9:18 31:7,8
roswell   80:18
rouse   2:4,5 4:18
  4:18,23,24 7:10

8:1,16,21 11:14
  11:25 12:4,10,17
  12:22 13:10,17
  14:12,15,20 15:1
  15:4,24 16:2,21
  45:5,14 46:22,25
  47:8,10,20 48:22
  48:24 49:1
  50:13,17 51:16
  52:13 54:1,7,12
  54:16 55:4 58:9
  58:14 62:12,23
  63:18,20,22 64:5
  64:9 74:20
  75:22 76:10,16
  77:1,8 80:1
rousecolaw.com
  80:1
rpr   1:18
rule   77:13 81:5
rules   4:2 6:21
  77:14 78:5 81:5
running   73:20
rwanda   10:6,8
  10:10 11:13
  13:14,23 14:10
  14:20 15:6,20
  16:11,11 17:2,19
  18:23 19:1
  20:24 23:2
  33:18,19,20
  34:23 39:10

**s**

s   2:4 80:1
s.carlton   80:1
saturday   19:7
  69:22

saturdays   19:13
  43:5
saying   7:1 13:25
  13:25 39:18
  40:21 46:7
  47:16 49:22
  51:6,16 66:11
  69:24
says   12:24
scale   48:10
school   27:15
  35:2,7,9
schooled   35:1,6
  35:7
schools   23:15
scope   74:23
se   29:16
seal   80:11
season   28:12
  39:10,16
secondary   27:15
see   26:22 34:17
  43:10 61:16,20
  63:2,7 65:17
seeing   62:15,18
  73:23 74:2
seek   53:14
seen   46:4 49:22
  55:19,22 61:4
send   80:12,16
seriously   65:24
serve   79:15
services   78:16
session   12:15
set   10:6 13:21
seven   22:15
shake   6:24

sharp   40:12
sheet   76:17,18
shopping   31:23
  73:25
shorter   43:6
shots   62:6
shower   21:3
shows   34:2
side   7:13 22:22
  42:19
sidewalks   10:24
sign   76:18 80:6
signature   77:15
  79:22 80:2,15
  82:20
signed   60:6 80:9
  80:11,14
similar   46:20
sit   44:13
sitting   9:20
  32:25 34:16
  37:7 41:3
situation   9:11
  18:2,5 48:13
six   51:15 52:10
  53:20
sleep   38:22,24
slight   42:16
slightly   27:13
slow   41:25 65:12
  65:17,21
slowly   22:24
  31:11 68:12
snellville   2:6
soccer   27:16
  28:12,13 31:20
social   32:22 33:3
  73:20

**[socially - symptoms]**                                                    Page 16

**socially** 73:18
**solely** 78:13
  79:13
**solutions** 78:9,16
**someplace** 22:10
**sorry** 9:4 21:15
  37:1 66:3 72:2
  76:5,14
**sorts** 27:15
**sounds** 26:1
  33:14 39:24
  41:24 43:16
  58:6
**spanish** 28:15
**speak** 6:23
**speaking** 8:10,14
  8:22
**special** 8:2,3 9:7
  30:15 50:5
**specialist** 56:17
**specific** 12:10,13
  36:3 41:18
  52:14 60:13
  78:18
**specifically**
  10:12 12:24
  43:14 44:13
  46:23,25 47:20
  50:25 54:21
  58:14 65:1 78:5
**spend** 18:3 72:15
**spending** 16:15
  17:20
**spent** 41:2
**spoke** 23:4,10,18
  32:10 35:18,21
  35:24 41:16

**sport** 27:14,15
  30:9
**sports** 29:20
  73:11
**stairs** 22:9,21,21
  22:25,25 30:18
  31:11 36:21,22
**stand** 6:8 34:14
  41:4 76:12 77:7
**standard** 11:12
**standing** 12:23
  12:24 29:1,14
  37:6
**start** 39:3 41:6
  43:24 68:4 74:8
  75:1
**started** 42:14
**starting** 20:8,24
  72:14
**starts** 26:6
**state** 78:8 79:3
**stated** 5:20
  44:23 75:25
  79:5
**statement** 81:7
**states** 1:1 10:15
  10:17,18 11:9,10
  13:14 15:7
  16:13 17:4
**stay** 26:18 33:9
  33:12 34:14
  37:4 41:3,5
  68:11
**staying** 28:6
  40:15 41:9
**stays** 42:2,2
**steam** 27:12

**steroid** 62:6
**stiffer** 40:23
**stiffness** 30:22
  40:20,25 41:8
  44:7 45:24
  56:10 59:3
  61:10
**stipulated** 4:6
**stop** 38:6 40:11
  67:21 74:9
**stopped** 37:12
  67:6 68:1,4 71:7
**stopping** 31:25
**straight** 60:1
**strength** 45:21
**stress** 30:6
**stretch** 72:12
**stretching** 72:12
  72:16
**strike** 9:4 19:3
**structure** 24:19
  24:20
**students** 20:1,7
  20:16 25:19
**subcontractor**
  78:9,14 79:13
**subject** 13:1
**submitted** 78:21
  78:22
**subscribed**
  82:21
**subsequent**
  51:18 52:17
**substance** 81:6
**suddenly** 40:6
**suffer** 5:16
**suffered** 62:3

**sufficiently** 62:3
**suite** 2:9 80:17
**sunday** 19:8
**sundays** 19:13
  31:18
**supervisor** 24:11
  24:16
**support** 22:12
**sure** 7:23 9:23
  10:2 19:18,18
  24:7 25:20
  29:24,24 30:11
  30:11 31:2 32:3
  32:5,5 35:14
  37:17,21,24
  43:23 44:15
  45:13 49:3
  50:24 65:4 66:8
  76:21
**surgeon** 63:8
**surgery** 61:23
  63:8
**surrounded**
  35:16
**surveys** 71:9
**swear** 4:7 5:2
**swelling** 49:19
  56:6
**swimming** 27:16
**sworn** 5:5 82:21
**symptom** 56:5
**symptoms** 44:8
  44:18,21 48:19
  55:24,25 56:11
  61:20

Joseph Ntaganira                                        July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

**[t - trying]**                                                      Page 17

| t | | | |
|---|---|---|---|
| **t**  79:1,1 | **testifying**   23:14 | 64:23 69:16 | 74:3,18 75:20 |
| **table**   3:1 | **testimony**   47:11 | **thursday**   28:17 | **today's**   77:10 |
| **take**   4:6 7:3 | 47:22 58:10 | **ticket**   33:11 | **told**   7:17 18:20 |
| 21:21,23 26:20 | 63:20 64:6 81:2 | **time**   4:12 5:25 | 21:5 36:1 48:19 |
| 34:5 37:4 38:23 | 81:6 | 6:9,11 16:14 | 50:12 52:10 |
| 47:5,17 55:16 | **thank**   5:1 24:4 | 17:2,20,21 20:5 | 61:22,25 62:5 |
| 56:19 57:21 | 45:14 48:17 | 20:20,25 21:22 | **touched**   70:13 |
| 60:8 62:25 | 76:4 | 21:23 23:4,10,18 | **trained**   56:13,14 |
| 71:16 75:12,18 | **therapist**   61:4 | 23:21 26:12 | **training**   56:15 |
| **taken**   1:14 9:14 | **therapy**   61:10 | 27:6,17 28:18 | **transcript**   77:2 |
| 79:5 | 62:6 | 31:24 32:22 | 78:19 79:5,7 |
| **talk**   71:24 | **thing**   71:23 | 34:15,22 36:11 | 80:7,12,14 81:2 |
| **talked**   30:4 | 73:12 74:16 | 36:15 38:9,21 | **transcripts** |
| 58:22,24 63:12 | **things**   19:25 | 39:1,2 42:10,14 | 78:19,23 |
| 71:24 74:20 | 20:19 21:4 | 44:12,19 50:10 | **traveled**   33:5 |
| **talking**   67:17 | 29:19,25 30:3 | 57:22,22 58:4,4 | **traveling**   33:11 |
| **teach**   18:8,15 | 32:13 42:24 | 58:23 59:15,24 | **treadmill**   70:10 |
| 20:4,22 74:9 | 43:3,12 59:16 | 61:19 62:4 | **treatment**   49:10 |
| **teaching**   17:25 | 65:6 67:14 | 66:23 68:17,24 | 50:14,22 51:1,4 |
| 18:14,17,21 19:9 | 68:11 74:22 | 69:1,10 71:12 | 51:6,12,19 52:6 |
| 19:11 20:6,8,10 | **think**   8:16 9:25 | 73:16 74:7 76:4 | 52:15,17,19 54:3 |
| 20:11,14 25:18 | 13:7,11 16:16 | 77:9 78:19 | 54:22 61:23 |
| 37:3,7 | 17:7 22:14 | 80:14 | **trial**   63:5 |
| **tell**   10:10 16:20 | 33:21,22,23 | **times**   10:3 27:19 | **trips**   33:15,15 |
| 17:18 23:2 62:1 | 36:11,15 43:11 | 28:1 54:19 | 70:22 |
| 67:23 73:6 | 43:11 44:24 | 63:16 64:2,14,20 | **trouble**   30:17 |
| **telling**   57:2 | 45:16 46:13,24 | 64:23 68:23 | **trs**   1:6 4:21 5:21 |
| **temperature** | 49:7 51:11,13 | 69:16 | **true**   16:12 40:3 |
| 39:14 | 53:8 55:10 58:9 | **timetable**   26:11 | 50:1 65:2 78:20 |
| **terms**   17:20 | 61:7,9,12 63:10 | **tired**   22:8 44:7 | 79:7 |
| 41:20 45:3 48:7 | 67:16 71:21 | **today**   7:25 8:14 | **truthfully**   9:16 |
| 52:5 78:14 | 73:22 74:14 | 9:6,7,15 14:13 | **try**   7:19 39:5 |
| 79:13 | 75:15,16 76:16 | 16:5 30:19 31:7 | 64:17 69:23 |
| **testified**   5:6 | **thought**   62:9,16 | 32:9 36:2,4 42:7 | **trying**   15:21 |
| 34:18 63:15 | 62:17 63:1,7 | 42:7 44:9,11,14 | 16:14 29:25 |
| 64:1,25 68:13,19 | **three**   27:19 28:1 | 44:18,19 46:10 | 36:13 37:13 |
| 68:21 70:25 | 34:18 42:15 | 46:20 47:7,15,18 | 42:4 50:15 51:7 |
|  | 63:16 64:2,14,19 | 48:6,11 71:4,19 | 51:8,15 58:11,12 |

Joseph Ntaganira
Ntaganira, Joseph Vs. HHC TRS FP Portfolio
July 27, 2022

**[trying - weekdays]**                                   Page 18

75:10 76:3
**tv** 28:2,4,6,7
  30:12
**two** 27:19,25
  33:4,18 34:23
  42:8 43:14,17,24
  49:11 61:24
  63:16 64:2,14,23
  64:24 69:16,19
  70:23,23
**tylenol** 60:21
**type** 19:20 22:1
  72:12
**types** 29:11 34:1
**typewriting** 79:6
**typically** 22:18
  26:12 27:2

**u**

**u.s.** 34:23
**uh** 23:6
**unable** 73:14
**undersigned**
  81:2
**understand**
  10:20 11:4
  15:22 25:10
  29:24 42:3
  58:12,18 64:23
  65:23
**understanding**
  11:17 56:11
  63:4
**understood**
  31:12 40:21
  55:21 65:4
  68:22

**undeveloped**
  10:22
**united** 1:1 10:15
  10:17,18 11:9,10
  13:13 15:7
  16:12 17:4
**universal** 37:22
**university** 11:3
  18:22 19:1 23:2
  24:3,20
**uploaded** 78:23
**use** 22:13,14,21
  57:3 60:11 81:7
**usually** 20:21,23
  26:14 27:8,19
  61:13

**v**

**vacation** 33:7,7
  33:8
**vacations** 33:5
**vehicle** 21:15,16
**verbally** 7:2
**verbatim** 78:11
**verified** 4:9
**veritext** 4:8 78:9
  78:16 80:10,17
**veritext.com.**
  80:16
**version** 76:20,21
**versus** 10:22
  12:17 13:23
  16:15 17:21
  25:13
**video** 6:9,12
  77:6,11
**videoconference**
  1:14 4:8

**videographer**
  2:13 4:11 5:1
  6:8,11 76:12
  77:5,9
**videotaped** 1:12
  4:13 77:10
**view** 73:9
**virtual** 4:8 25:12
**virtually** 25:14
**visit** 31:15 32:18
  32:19 53:3
**visits** 32:17
**vs** 1:5

**w**

**waive** 76:15
**waking** 20:5
  38:22
**walk** 21:19,21
  22:2,5,17,19
  38:5 69:1,8,12
  69:23 70:10
**walking** 21:18
  22:17 29:21
  31:19 41:6 43:5
  63:14 68:17
  69:4,20 73:19,25
**walks** 68:14,15
  68:16,23,24
  69:17 70:1
**want** 5:9 6:14,20
  7:23 8:1 9:22
  11:7 12:6 13:20
  14:4,16 28:9
  32:5,12,14 36:2
  43:14 44:15
  45:7 46:7 47:22
  49:3,6 50:19

51:22 63:23
  66:5,6 76:13,23
**wanted** 10:7
  31:5,6,8 39:20
  66:8
**wants** 76:14
**warm** 31:1 39:5
  45:25
**warming** 72:15
**watch** 28:2,5,10
**watching** 28:4,8
  28:19 30:12
**way** 7:19 32:11
  39:21 42:14
  49:9 73:12 74:1
**we've** 49:11 63:4
  63:12 71:17
  74:21
**weak** 37:15,25
**weaker** 22:12
  36:12,12,17,23
  42:18
**weakness** 44:6
  56:9 61:11 67:3
**weather** 39:12
**weddings** 32:22
  33:25 34:4,7
**wednesday**
  28:16,17
**week** 19:5,6
  22:15,15 27:20
  28:1 63:16 64:2
  64:14,23 68:23
  69:16
**weekday** 19:3
  20:4
**weekdays** 19:11
  28:7

Joseph Ntaganira July 27, 2022
Ntaganira, Joseph Vs. HHC TRS FP Portfolio

[weekend - youngest]                                                                      Page 19

| | |
|---|---|
| **weekend**  31:17 32:17 69:9 | **world**  24:6 |
| **weekends**  19:15 19:19,21 27:11 31:13,14,16 32:15,20,21 34:2 68:18 69:2,22 73:24 | **worse**  30:21 36:5 36:10 38:15,18 39:9,13 41:19 42:7,7 43:17,25 |
| **weeks**  19:25 | **worsen**  42:12 |
| **weight**  37:16 38:1 | **worsened**  45:17 |
| **weights**  67:14 70:5,7 | **worsening**  41:15 41:20 42:9,13 46:14 50:2 59:2 62:11,19 |
| **weinberg**  2:9 | **write**  28:21,21 |
| **whatnot**  75:7 | **writing**  19:23 |
| **wheeler**  2:9 | |

|  |
|---|
| **y** |

| | |
|---|---|
| **wife**  9:20 10:1 28:22 31:24 32:24 | **yeah**  6:5 10:14 12:8 21:8 23:13 24:2,14 26:10 27:4,24 28:4,11 29:9 31:10 32:17 35:15,17 37:24 38:7,10 42:2,3 43:22 46:15 57:12 58:3 65:18 66:8 66:11 69:7 77:1 |
| **williams**  2:14 4:24 | |
| **witness**  4:7,9 5:3 8:15 58:14 63:19 64:11 77:15 | |
| **witnesses**  78:22 | **year**  51:14 |
| **wondering** 23:17 | **years**  33:4,18 42:8,15 43:15,17 43:24 51:15 52:10 53:20 61:24 |
| **work**  17:24 19:5 19:7,8,14,19,20 20:21,23,24 21:2 24:5,7 26:13,14 26:14,17 27:7,9 27:11 28:2,20 30:5,13 31:16 33:10 70:19 | **yoga**  65:17,21 72:12 |
| | **younger**  35:4 |
| **working**  17:24 | **youngest**  34:25 35:1 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.