## Orozco, Cecilia D.

| | |
|---|---|
| **From:** | Friedman, Jonathan R |
| **Sent:** | Wednesday, September 7, 2022 7:03 AM |
| **To:** | Orozco, Cecilia D. |
| **Subject:** | Fwd: Updated Information for PCP - Rwanda |

████████████████████

**From:** Friedman, Jonathan R <JFriedman@wwhgd.com>
**Sent:** Wednesday, September 7, 2022 6:11 AM
**To:** S. Carlton Rouse <s.carlton@rousecolaw.com>
**Subject:** Re: Updated Information for PCP - Rwanda

Carlton: read the order. First, Pl must sign all of the releases we already sent you. Second, we are entitled to all his med records from his PCP so we can review for ourselves what he was treated for and not treated for. We are entitled to any PCP records in his possession. He must produce them. This is not that difficult to understand. We will also send you a Release for his PCP too.

**From:** S. Carlton Rouse <s.carlton@rousecolaw.com>
**Sent:** Tuesday, September 6, 2022 11:19:47 PM
**To:** Friedman, Jonathan R <JFriedman@wwhgd.com>
**Subject:** Re: Updated Information for PCP - Rwanda

**This Message originated outside your organization.**

Also, to clarify, my client does not have records from his PCP as he has not treated with him (PCP) for his knee ailments. Again, information he confirmed in his deposition.

On Tue, Sep 6, 2022 at 11:16 PM Friedman, Jonathan R <JFriedman@wwhgd.com> wrote:

> Plaintiff needs to sign the releases we previously submitted, and we will also send one for the PCP. The Court's order also requires that Pl produce all med records from the PCP in his possession. You have not complied with the court's order, dispute the Certification you just filed. If you don't intend to immediately comply, we will seek sanctions.



Jonathan ("Johnny") R. Friedman, Attorney
**Weinberg Wheeler Hudgins Gunn & Dial**
3344 Peachtree Road NE | Suite 2400 | Atlanta, GA 30326
D: 404.832.9580 | F: 404.875.9433 | C: 404.388.1990
www.wwhgd.com | vCard

**From:** S. Carlton Rouse <s.carlton@rousecolaw.com>
**Sent:** Tuesday, September 6, 2022 11:13:06 PM
**To:** Wright, Nadine M. (CDC/OID/NCIRD) (CTR) <wwe5@cdc.gov>; Friedman, Jonathan R <JFriedman@wwhgd.com>
**Subject:** Updated Information for PCP - Rwanda

**This Message originated outside your organization.**

Please be advised, my client's PCP in Rwanda is: "**The MD I regularly consult is: Dr. Jean Paul Nakintije; Phone #: 250-781 614 313**."

I am not aware of any website for his practice.

While you provided HIPPA forms, they were from past providers that Plaintiff did not have treatment with since discovery closed. If you have a version of a medical release for his primary care provider, please forward that to me (as I have not received a release for records from Plaintiff's PCP).

--
S. Carlton Rouse, Esq.

## Rouse & Company, LLC
--Attorneys at Law--
3375 Centerville Hwy
P.O. Box 392105
Snellville, GA 30039-9997
Fax:    678-658-9093
Direct: 678-360-0403
**www.rousecolaw.com**

THE INFORMATION TRANSMITTED IS INTENDED ONLY FOR THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN CONFIDENTIAL OR PRIVILEGED MATERIAL. THIS DOCUMENT WAS NOT INTENDED TO BE USED FOR THE PURPOSE OF VIOLATING FEDERAL OR STATE LAWS OR THE AVOIDANCE LAWFUL TAXES THAT MAY BE IMPOSED ON THE TAXPAYER. ANY REVIEW, RETRANSMISSION, DISSEMINATION, OR OTHER USE OR RELIANCE UPON THIS INFORMATION BY PERSONS OR ENTITIES OTHER THAN THE INTENDED RECIPIENT IS PROHIBITED. IF YOU RECEIVED THIS IN ERROR, PLEASE CONTACT THE SENDER AND DELETE THE MATERIAL FROM ANY COMPUTER.

THE RECEIPT OF EMAIL IS NOT INTENDED, NOR DOES IT CREATE, AN ATTORNEY-CLIENT RELATIONSHIP BETWEEN YOU AND THIS FIRM. AN ATTORNEY CLIENT RELATIONSHIP IS CREATED BY EXPRESSED STATEMENTS IN AN EXECUTED ENGAGEMENT LETTER/CONTRACT BETWEEN YOU AND THIS FIRM. UNTIL SUCH TIME, YOU SHOULD REFRAIN FROM INCLUDING IN ANY EMAIL PRIVILEGED, PROPRIETARY AND/OR CONFIDENTIAL INFORMATION.

ROUSE & COMPANY LLC DOES NOT ENTER INTO "FLAT FEE" CONTRACTS OR ORAL CONTRACTS. UNLESS OTHERWISE STATED/AGREED ALL PROFESSIONAL FEES ARE BASED SOLELY ON THE ACTUAL TIME REQUIRED TO RESOLVE AN ISSUE. FOR MORE INFORMATION CONTACT THE SPECIFIC ATTORNEY WORKING ON YOUR CASE.

The information contained in this message may contain privileged client confidential information. If you have received this message in error, please delete it and any copies immediately.

--
S. Carlton Rouse, Esq.

## Rouse & Company, LLC
--Attorneys at Law--

3375 Centerville Hwy
P.O. Box 392105
Snellville, GA 30039-9997
Fax:   678-658-9093
Direct: 678-360-0403
**www.rousecolaw.com**

THE INFORMATION TRANSMITTED IS INTENDED ONLY FOR THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN CONFIDENTIAL OR PRIVILEGED MATERIAL. THIS DOCUMENT WAS NOT INTENDED TO BE USED FOR THE PURPOSE OF VIOLATING FEDERAL OR STATE LAWS OR THE AVOIDANCE LAWFUL TAXES THAT MAY BE IMPOSED ON THE TAXPAYER. ANY REVIEW, RETRANSMISSION, DISSEMINATION, OR OTHER USE OR RELIANCE UPON THIS INFORMATION BY PERSONS OR ENTITIES OTHER THAN THE INTENDED RECIPIENT IS PROHIBITED. IF YOU RECEIVED THIS IN ERROR, PLEASE CONTACT THE SENDER AND DELETE THE MATERIAL FROM ANY COMPUTER.

THE RECEIPT OF EMAIL IS NOT INTENDED, NOR DOES IT CREATE, AN ATTORNEY-CLIENT RELATIONSHIP BETWEEN YOU AND THIS FIRM. AN ATTORNEY CLIENT RELATIONSHIP IS CREATED BY EXPRESSED STATEMENTS IN AN EXECUTED ENGAGEMENT LETTER/CONTRACT BETWEEN YOU AND THIS FIRM. UNTIL SUCH TIME, YOU SHOULD REFRAIN FROM INCLUDING IN ANY EMAIL PRIVILEGED, PROPRIETARY AND/OR CONFIDENTIAL INFORMATION.

ROUSE & COMPANY LLC DOES NOT ENTER INTO "FLAT FEE" CONTRACTS OR ORAL CONTRACTS. UNLESS OTHERWISE STATED/AGREED ALL PROFESSIONAL FEES ARE BASED SOLELY ON THE ACTUAL TIME REQUIRED TO RESOLVE AN ISSUE. FOR MORE INFORMATION CONTACT THE SPECIFIC ATTORNEY WORKING ON YOUR CASE.