# Orozco, Cecilia D.

| | |
|---|---|
| **From:** | Orozco, Cecilia D. |
| **Sent:** | Wednesday, September 7, 2022 11:29 AM |
| **To:** | S. Carlton Rouse |
| **Cc:** | Friedman, Jonathan R |
| **Subject:** | Ntaganira - HIPAA Forms |
| **Attachments:** | J. Ntaganira-HIPAA authorization for Dr. Jean-Paul Kakintije (03549093x9C8C6).PDF |

Carlton,

As requested, please see the attached HIPAA form for Dr. Ntaganita's PCP. Per the Court's order please provide the other signed authorizations which we previously forwarded to you.

Cecilia