## Orozco, Cecilia D.

| | |
|---|---|
| **From:** | S. Carlton Rouse <s.carlton@rousecolaw.com> |
| **Sent:** | Wednesday, September 7, 2022 12:55 PM |
| **To:** | Orozco, Cecilia D. |
| **Cc:** | Friedman, Jonathan R |
| **Subject:** | Re: Ntaganira - HIPAA Forms |

**This Message originated outside your organization.**

I will forward executed copies upon receipt from Dr. Ntaganira.

On Wed, Sep 7, 2022 at 11:28 AM Orozco, Cecilia D. <COrozco@wwhgd.com> wrote:

> Carlton,
>
> As requested, please see the attached HIPAA form for Dr. Ntaganita's PCP. Per the Court's order please provide the other signed authorizations which we previously forwarded to you.
>
> Cecilia
>
> 
>
> Cecilia D. Orozco, Attorney
> **Weinberg Wheeler Hudgins Gunn & Dial**
> 3344 Peachtree Road NE | Suite 2400 | Atlanta, GA 30326
> D: 404.591.9637 | F: 404.875.9433
> www.wwhgd.com  | vCard
>
> The information contained in this message may contain privileged client confidential information. If you have received this message in error, please delete it and any copies immediately.

--
S. Carlton Rouse, Esq.

## Rouse & Company, LLC
--Attorneys at Law--
3375 Centerville Hwy

P.O. Box 392105
Snellville, GA 30039-9997
Fax:   678-658-9093
Direct: 678-360-0403
**www.rousecolaw.com**

THE INFORMATION TRANSMITTED IS INTENDED ONLY FOR THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN CONFIDENTIAL OR PRIVILEGED MATERIAL. THIS DOCUMENT WAS NOT INTENDED TO BE USED FOR THE PURPOSE OF VIOLATING FEDERAL OR STATE LAWS OR THE AVOIDANCE LAWFUL TAXES THAT MAY BE IMPOSED ON THE TAXPAYER. ANY REVIEW, RETRANSMISSION, DISSEMINATION, OR OTHER USE OR RELIANCE UPON THIS INFORMATION BY PERSONS OR ENTITIES OTHER THAN THE INTENDED RECIPIENT IS PROHIBITED. IF YOU RECEIVED THIS IN ERROR, PLEASE CONTACT THE SENDER AND DELETE THE MATERIAL FROM ANY COMPUTER.

THE RECEIPT OF EMAIL IS NOT INTENDED, NOR DOES IT CREATE, AN ATTORNEY-CLIENT RELATIONSHIP BETWEEN YOU AND THIS FIRM. AN ATTORNEY CLIENT RELATIONSHIP IS CREATED BY EXPRESSED STATEMENTS IN AN EXECUTED ENGAGEMENT LETTER/CONTRACT BETWEEN YOU AND THIS FIRM. UNTIL SUCH TIME, YOU SHOULD REFRAIN FROM INCLUDING IN ANY EMAIL PRIVILEGED, PROPRIETARY AND/OR CONFIDENTIAL INFORMATION.

ROUSE & COMPANY LLC DOES NOT ENTER INTO "FLAT FEE" CONTRACTS OR ORAL CONTRACTS. UNLESS OTHERWISE STATED/AGREED ALL PROFESSIONAL FEES ARE BASED SOLELY ON THE ACTUAL TIME REQUIRED TO RESOLVE AN ISSUE. FOR MORE INFORMATION CONTACT THE SPECIFIC ATTORNEY WORKING ON YOUR CASE.