IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION


JOSEPH NTAGANIRA,

        Plaintiff,                CIVIL ACTION FILE
                                    NO. 1:17-CV-04291

HHC TRS FP Portfolio LLC a/k/a
"CROWNE PLAZA" d/b/a CROWNE
PLAZA HOTEL RAVINIA and/or
INTER-CONTINENTAL HOTELS CORP.,

        Defendants.


VIDEOTAPE DEPOSITION OF
JOSEPH NTAGANIRA


April 16, 2018
10:30 a.m.


3344 Peachtree Road, NE, Suite 2400
Atlanta, Georgia  30326


Michelle J. Ruiz, CCR, B-1397



REGENCY-BRENTANO, INC.

CERTIFIED COURT REPORTERS

13 Corporate Square, Suite 140

Atlanta, Georgia  30329

(404) 321-3333

Joseph Ntaganira                  Ntaganira v. Crowne Plaza                  April 16, 2018

```
 1   APPEARANCES OF COUNSEL:

 2

 3   For the Plaintiff:

 4        S. CARLTON ROUSE, Esq.
          Rouse & Company, LLC
 5        3375 Centerville Highway
          Snellville, Georgia  30303
 6        email:  S.carlton@rousecolaw.com

 7

 8
     For the Defendants:
 9
          JONATHAN R. FRIEDMAN, Esq.
10        DAVID WRIGHT, Esq.
          Weinberg, Wheeler, Hudgins,
11        Gunn & Dial, LLC
          3344 Peachtree Road, NE, Suite 2400
12        Atlanta, Georgia  30326
          email:  Jfriedman@wwhgd.com
13

14

15   Also present:  Jenna Edmunds, video specialist

16

17

18

19

20

21

22

23

24

25
```

REGENCY-BRENTANO, INC.

```
 1                    C O N T E N T S

 2   WITNESS           EXAMINATION    FURTHER EXAMINATION

 3   JOSEPH NTAGANIRA

 4   BY MR. FRIEDMAN     PAGE 4    PAGE 172, 184, 190

 5   BY MR. ROUSE        PAGE 149  PAGE 182, 188

 6

 7                    E X H I B I T S

 8   DEFENDANTS'
     EXHIBITS            IDENTIFICATION    PAGE
 9

10   EXHIBIT 1           DEPO NOTICE            9

11   EXHIBIT 2           PASSPORT/VISA         19

12   EXHIBIT 3           CURRICULUM VITAE      27

13   EXHIBIT 4           INVITATION            82

14   EXHIBIT 5           PHOTOGRAPH            85

15   EXHIBIT 6           PHOTOGRAPH            86

16   EXHIBIT 7           PHOTOGRAPH           111

17   EXHIBIT 8           PHOTOGRAPH           112

18   EXHIBIT 9, 10       PHOTOGRAPHS          114

19   EXHIBIT 11          PHOTOGRAPH           114

20   EXHIBIT 12          PHOTOGRAPH           115

21

22

23

24

25
```

**REGENCY-BRENTANO, INC.**

```
 1                      APRIL 16, 2018

 2          VIDEO DEPOSITION OF JOSEPH NTAGANIRA

 3                       PROCEEDINGS

 4           THE VIDEOGRAPHER:  We are on the record.

 5      Today's date is April 16th, 2018.  The time is

 6      approximately 10:16 a.m.  This will be the

 7      videotape deposition of Joseph Ntaganira.

 8           Will the attorneys present, please state

 9      their name for the record.

10           MR. FRIEDMAN:  Johnny Friedman and David

11      Wright for HHC TRS FP Portfolio, LLC, also

12      known as Crowne Plaza.

13           MR. ROUSE:  Carlton Rouse for plaintiff,

14      Joseph Ntaganira.

15           MR. FRIEDMAN:  This will be the deposition

16      of Dr. Joseph Ntaganira, taken by notice and

17      agreement of counsel with all other formalities

18      such as time and place of the deposition and

19      qualifications of the court reporter waived.

20                   JOSEPH NTAGANIRA,

21      being first duly sworn, was examined and

22      testified as follows:

23                       EXAMINATION

24  BY MR. FRIEDMAN:

25      Q    Dr. Ntaganira, we met earlier.  My name is
```

```
 1    Johnny Friedman.  I'm sorry that we meet under these
 2    circumstances.
 3              Thank you for traveling to the United
 4    States for this deposition.  I don't expect that we
 5    will go longer than three hours.  But obviously,
 6    this is not a marathon and if at any time you need a
 7    break, please simply tell us and we will take a
 8    break.  Is that fair?
 9        A    Good.
10        Q    Now, everything that's said here today is
11    going to be transcribed by our lovely court
12    reporter.  Because of that, it's important that we
13    try not to interrupt each other.  And I'm going to
14    do my best not to interrupt you and I would ask that
15    you try not to interrupt me.  Is that fair?
16        A    (Witness nods head up and down).
17        Q    Yes?
18        A    Yes.
19        Q    The court reporter is transcribing
20    everything that we say; my questions and your
21    answers.  It will be important for you to give
22    audible responses such as a yes, no, or other
23    explanation rather than a shrug of the shoulders or
24    a nod of the head.  Will you agree to speak audibly
25    and orally?
```

```
 1        A     I will do my best.

 2        Q     That's fine.  And if you don't, and

 3   instead nod your head or shrug your shoulders, I'll

 4   ask you to speak audibly and orally.  I'm not trying

 5   to be disrespectful, it's just important that our

 6   court reporter be able to transcribe your verbal

 7   responses.  Is that fair?

 8        A     Yes.

 9        Q     Yes.  It's also going to be important that

10   you speak loudly because.  The court reporter is

11   watching her screen and our videographer is trying

12   to record all of the responses and questions here

13   today.  Will you do your best to speak loudly?

14        A     Well, I will do my best.  As I said, my

15   English is not typical American so sometimes I'm not

16   sure whether I will be perfectly transmitting.

17        Q     And that's fine.  We will ask you to

18   repeat an answer if there is a problem.  But you

19   speak perfect English.  And we don't speak American

20   down here anyway.  We speak southern so you're fine.

21              Now, you understand that you are under

22   oath as if you are in a court of law and you've

23   sworn to tell the truth?

24        A     Yes.

25        Q     Are you on any medications today that
```

```
 1   would inhibit your ability to give truthful or

 2   accurate responses?

 3        A     I don't think so.  I'm taking, you know,

 4   my normal medication which is -- it doesn't have

 5   anything to prohibit any thinking or expression.

 6        Q     Great.  And what is the medication that

 7   you're on today?

 8        A     Well, I am -- I have diabetes type two.

 9   And I'm taking just three pills per day.  I'm taking

10   just a small pill in the morning, which is Amarel,

11   three milligrams.

12        Q     Will you spell that?

13        A     A-M-A-R-E-L, three milligrams in the

14   morning.  And I'm also taking -- I'm trying to

15   get --

16        Q     That's fine.

17        A     -- the name.

18        Q     Take your time.

19        A     It's 850 milligrams, morning and evening.

20   It's Denk.

21        Q     Can you spell that?

22        A     D-E-N-K.  Okay.  The other name we will

23   come up with.  I don't get it immediately unless I

24   check.

25        Q     So currently you take three prescription
```

```
 1  medications; is that correct?
 2       A    It's two prescriptions; Amarel and the
 3  other one which will come.  It's Jlucophage.
 4       Q    Will you spell that?
 5       A    J-L-U-C-O-P-H-A-G-E.  That's the common
 6  name.  So it's two prescriptions.  Two
 7  prescriptions.  And one drug -- two drugs in the
 8  morning and one in the evening.
 9       Q    The two in the morning are Amarel and
10  Denk?
11       A    Jlucophage is Denk.  I will give it to
12  you.  I'm always forgetting that medication, but I
13  will give it to you.  Oh, you do have it on my
14  responses.  Metformin Denk.  Metformin.  It's
15  M-E-T-F-O-R-M-I-N Denk.
16       Q    So let me just make sure I understand.
17  You have identified three separate medications; is
18  that right?
19       A    Two.
20       Q    Two?
21       A    Two medications.  Amarel and Metformin
22  only.  But in morning I take both Amarel and
23  Metformin.  In the evening I'm taking Metformin.
24       Q    Thank you.  Doctor, have you had an
25  opportunity to review the deposition notice that was
```

 1    issued for your deposition?

 2         A    What do you mean?

 3                        (DEFENDANTS' EXHIBIT 1 WAS

 4                        MARKED FOR IDENTIFICATION.)

 5    BY MR. FRIEDMAN:

 6         Q    Let me show you what's been marked as

 7    Exhibit A.  This is the document that calls for your

 8    deposition today.  Have you seen that before now?

 9         A    Yes, I did.  I have a copy right here with

10    me.

11         Q    Very good.  And that notice is marked

12    Exhibit 1.  It requested that you bring various

13    documents with you.  Did you bring the documents

14    requested by this notice?

15         A    I didn't bring the documents because some

16    of the documents they are in the hospitals, yes.

17         Q    All right.

18         A    Yes.

19         Q    So some of the documents you don't have;

20    is that correct?

21         A    I mean, they are in the medical records so

22    they could be found in the hospital.

23         Q    So the notice requested that you bring

24    with you the documents that you have.

25         A    Uh-huh.

1      Q     That were called for in the notice.   What

2  documents did you bring with you today?

3      A     Well, I do have with me some of the

4  documents you can't have access to from Rwanda, for

5  example, to show that I went for physiotherapy, for

6  example.

7      Q     All right.   And have those documents been

8  previously produced by your attorney?

9      A     Produced?   No, I send him a note, yes, all

10  the information about all my treatment in Rwanda,

11  what I was going through.   And he even has some

12  pictures related to those.

13      Q     So you brought with you documents from

14  Rwanda that show your physical therapy?

15      A     Yes.

16      Q     And can we see those documents?

17      A     For example, I have the report from the

18  physiotherapy which is showing the report from the

19  physiotherapist.

20      Q     All right.   Now, that report has not been

21  previously produced by your attorney, right?

22      A     I did send them to him.

23          MR. FRIEDMAN:   Has that been produced?

24          MR. ROUSE:   Everything that I received

25      from my client was on those disks or -- Carlton

```
 1        Rouse speaking at this time -- has been

 2        uploaded to Drop Box previously.  So in sum,

 3        before the deposition notice, I provided you

 4        all medical records that we received on file,

 5        including records and treatment notes from his

 6        treatment in Rwanda.  And then as a supplement,

 7        before the deposition, we included about 40 or

 8        50 additional pictures, as well.

 9             MR. FRIEDMAN:  May I see that?  So you

10        handed us before the deposition started two

11        disks.  What I need to understand is what

12        documents are on those disks that were not

13        previously produced into hard copy or were put

14        on Drop Box last night at 11:30 so I can make

15        sure that I have the opportunity to review

16        those with the client.

17             MR. ROUSE:  Sure.  All the records were

18        previously produced.  The only thing that was

19        new were pictures, new pictures; about 50 new

20        pictures.

21             THE WITNESS:  Yes.

22   BY MR. FRIEDMAN:

23        Q    May I see that, Dr. Ntaganira?

24        A    (Witness complies).

25        Q    Thank you.  So this page is different than
```

1   this page?

2       A    What I submitted was the report, that

3   first one.  This one.  This is the report from the

4   physiotherapist.

5       Q    Right.  And did you produce this page?

6       A    That one is I added it when I came

7   yesterday.

8       Q    Okay.  So I don't have this?

9       A    It's another additional report.

10      Q    Okay.  And I don't have these --

11      A    They are not necessary.

12      Q    Well, they're necessary for us.

13      A    Well, to me the most important one was the

14  report saying the status of my situation.

15      Q    And I appreciate you producing that, but

16  we need all the documents.

17      A    Well, that was what was asked to me is the

18  report of my status.

19      Q    And we also asked for invoices and billing

20  statements, so this would qualify, this additional

21  document.  You have a referral letter and some sort

22  of additional document attached to this.  So here is

23  what I would like to do.

24      A    Uh-huh.

25      Q    Just to make sure that I have all of the

```
 1    records.  I would like to copy whatever it is that

 2    you brought here today.

 3         A    If my attorney allows I can.

 4              MR. ROUSE:  No objection.

 5    BY MR. FRIEDMAN:

 6         Q    So why don't we collect the documents.

 7    You don't have to take them out of the envelopes

 8    because I will have somebody copy them and place

 9    your originals back in your envelope so you get the

10    same thing you hand me and in the same form or

11    format.  And then we will have them copied and

12    returned to you before the end of the deposition.

13         A    No problem.

14         Q    All right.  So if you will put this back

15    in the envelope and then we will just copy the

16    documents that you have.  So if you want to hand me

17    those documents now, I will have them copied while

18    we're talking.

19         A    Because I have to put them in order to

20    explain what it is exactly because they are in

21    separate envelopes.

22         Q    Okay.

23         A    Depending on where they are coming from.

24         Q    Is that something you need to explain now?

25         A    That's something I would explain to the
```

1    person to make copies.

2         Q    All right.

3         A    That's all.

4              MR. ROUSE:  And also, just I would like to

5         actually look through what he's producing

6         before it's being copied to make sure that it's

7         actually something that's subject to production

8         and not something that should be redacted.

9         But, I mean, I have no problem with you copying

10        them.

11             MR. FRIEDMAN:  Well then, why don't we

12        take a five minute break and let you look

13        through the documents.

14             MR. ROUSE:  That's fine.

15             MR. FRIEDMAN:  Off the record.

16             THE VIDEOGRAPHER:  Going off the record.

17        The time is 10:31.

18             (WHEREUPON, A SHORT BREAK WAS

19        HAD IN THE DEPOSITION.)

20             THE VIDEOGRAPHER:  We're back on the

21        record.  The time is 10:43.

22   BY MR. FRIEDMAN:

23        Q    Doctor, when we went off the record, you

24   and your attorney were able to review the documents

25   you brought, some of which are now being copied by

```
 1   my office.  We will return the originals to you,

 2   give a copy to Mr. Rouse, and Crowne Plaza will keep

 3   a copy for its review.

 4             You also determined through your review

 5   with your attorney that some of the documents were

 6   not for production.  Why is that?  What was the

 7   reason that they were not for production?

 8             MR. ROUSE:  I would object to the form.  I

 9        think it calls for a legal response.

10   BY MR. FRIEDMAN:

11        Q    Well, I'm not asking you to act like a

12   lawyer and give a lawyer's response.  What were the

13   documents related to?

14        A    What do you mean for that?

15        Q    So some of the document are being copied.

16        A    Uh-huh.

17        Q    They are being produced.

18        A    Yes.

19        Q    And they'll be given to the attorneys in

20   the case.

21        A    Uh-huh.

22        Q    And that's what I mean by production.

23        A    Yes.

24        Q    Some of the documents you kept and put

25   back in your backpack.
```

 1        A     They were not related to this case, so.

 2        Q     They were not related to the accident?

 3        A     No, no.  All the documents related to that

 4   case -- to this case, to the accident, were handed

 5   to you.

 6        Q     Were those documents in any way related to

 7   your past medical history?

 8        A     No, no, they are not related.

 9        Q     Okay.

10        A     My past history was in the documents that

11   was transmitted to you.

12        Q     I also see that you have in front of you a

13   journal or a notebook, white paper, right there in

14   front you.

15        A     Yes, this one.  Yes.

16        Q     Do you have a habit of keeping a journal

17   of daily events?

18        A     No.  This is -- normally when I'm going to

19   any meeting, when I have many questions from the

20   person I'm talking to, for example, in a conference,

21   I write down the questions so that I could respond

22   accordingly from first question up to the last one.

23        Q     I understand.

24        A     Yes.

25        Q     Do you have a notebook like that with

```
 1   handwriting relating to the accident?
 2        A    No, no.  This is the first time really I'm
 3   sitting with people and we are talking about the
 4   case.
 5        Q    Thank you.  Would you state your full
 6   name, please?
 7        A    My name is Joseph, the first name.
 8   Ntaganira.  Maybe I can spell it.
 9   N-T-A-G-A-N-I-R-A.
10        Q    And what is your date of birth?
11        A    I was born -- actually, I came on the date
12   of my birth date.  I was born ████████████████.
13        Q    And where were you born?
14        A    I was born in Rwanda.
15        Q    In what city?
16        A    In Jjuya.  Jjuya that's -- when Rwanda --
17   they keep changing names.  So, Jjuya, that's the
18   south province.  That's where I was born, the south
19   province, in Mugomba.  M-U-G-O-M-B-A.  That's what
20   you will find on my passport.  That's the current
21   renomination of the place.
22        Q    As I understand it, you are not a citizen
23   or a resident of the United States; is that correct?
24        A    No, I am not.
25        Q    You are a citizen and resident of Rwanda?
```

```
 1        A     Yes.

 2        Q     Do you hold citizenship in any other

 3   countries?

 4        A     Not at all.

 5        Q     Do you have a visa that allows your entry

 6   into the United States?

 7        A     Yes, I do.  I have a 10 years visa for

 8   entry into the United States because I'm coming here

 9   very often due to my work at the university.  So I'm

10   coming here either -- well, for example, at the time

11   when I got that injury, I was coming here for a

12   conference.  But, I also am working with CDC.

13        Q     The CDC?

14        A     CDC here in Atlanta.  And I have also been

15   sometimes with Emory University for some courses and

16   training.

17        Q     What type of visa is it that you hold?

18        A     I think it's tourist, but it's a long --

19   it's a 10 year.  See, I have been holding it for the

20   last -- it will be -- you know, the expiration date

21   is '21.

22        Q     And do you have your passport with you

23   today?

24        A     I do.

25        Q     Would you mind showing us the visa?
```

**REGENCY-BRENTANO, INC.**

1    A    Sure.  See, this is the old passport and

2  then the new one.  And in the old passport, that's

3  where the visa is.  Here it is.

4    Q    All right.  Do you mind if I take a

5  picture of it?

6    A    Sure.

7    Q    Thank you.

8    A    So this is the new passport I'm using.  I

9  don't know whether you need that.

10    Q    No.  No thank you.

11         MR. FRIEDMAN:  We will mark the photo of

12    the visa Exhibit 2.

13                   (DEFENDANTS' EXHIBIT 2 WAS

14                    MARKED FOR IDENTIFICATION.)

15         MR. FRIEDMAN:  We will get you a copy

16    after the deposition.

17         MR. ROUSE:  What was Exhibit 1?

18         MR. FRIEDMAN:  The deposition notice.

19         MR. ROUSE:  Okay.

20  BY MR. FRIEDMAN:

21    Q    Dr. Ntaganira, where do you currently

22  reside?

23    A    I reside in Kigali in Rwanda.  Kigali, the

24  capital of Rwanda.

25    Q    What is the street address?

```
 1        A    Well, street address, they are very new,
 2   so.  But there is a way to find it now if you go in
 3   Google.  Maybe I should write it for you.  So it's
 4   K-G -- KG 375.
 5        Q    If you would, just read it into the
 6   record.
 7        A    KG 375 Street and the house number is 47.
 8        Q    Thank you.  And how long have you lived
 9   there?
10        A    I have been living there since 2012.
11        Q    Does anyone live with you?
12        A    I'm married, so I'm living with my wife
13   and I have three kids.  Yes, that's it; family.
14        Q    And how old are your children?
15        A    So my older one was born in 2000.  The
16   second one was born in 2002.  The latest one 2008.
17        Q    And how long have you been married?
18        A    I married since 1999.
19        Q    Do you have any relatives in the United
20   States?
21        A    Living permanently here?
22        Q    Yes.
23        A    I do.  My kids are studying here in the
24   United States.
25        Q    Where are they studying?
```

```
 1        A     They are studying in Latham City.  It's
 2   near Salt Lake City.
 3        Q     Salt Lake City?
 4        A     Yes.
 5        Q     And what, are they at university?
 6        A     One is at university and the other one is
 7   at the high school.
 8        Q     I see.
 9        A     Yes.
10        Q     How often do you get to see them?
11        A     Well, I'm seeing them when they come --
12   just when they come on vacation.  Otherwise, like,
13   when I'm here, like last year in June I was here for
14   training here in Emory University.  So during that
15   period, it was around May, so my younger one got
16   graduation high school, so I had to go there, yes.
17   Otherwise, I'm not coming to see to visit, just
18   during vacation.
19        Q     I see.  Have you ever been a party to a
20   lawsuit, such as a plaintiff or a defendant?
21        A     No.
22        Q     Have you ever had your deposition taken
23   before?
24        A     No.  I never been involved in any case,
25   just this first time.
```

```
 1        Q    And I apologize for asking you this, but
 2   this is a standard question that we ask at
 3   deposition.
 4             Have you ever been arrested or charged
 5   with a crime?
 6        A    Not at all.  Not at all.
 7        Q    Okay.
 8        A    Never.
 9        Q    Do you belong to any church or civic
10   organizations?
11        A    Well, I don't know whether you call it.
12   I'm Catholic.  I'm Catholic.
13        Q    And do you attend church?
14        A    Well, every Sunday.  I can't say that I'm
15   really practicing a lot because during the week I'm
16   involved in teaching day time and sometimes evening,
17   as well, depending on the programs.  So I don't have
18   time really to participate in those church
19   activities, prayers that are organized.  But Sunday,
20   yes, I do.
21        Q    Are you familiar with Facebook?
22        A    Yes.
23        Q    Do you have a Facebook account?
24        A    I do have, but I don't have time to go on
25   it, really.
```

**REGENCY-BRENTANO, INC.**

1       Q     What about Twitter or Instagram?

2       A     No.   The only, I can call social media,

3    I'm using, it's "What's Up", because that's the

4    easiest way of communicating at home.   I mean, most

5    of African countries, because you belong to a group.

6    For example, family group or "What's Up" group and

7    when you want to exchange very good information, we

8    use it.   But for Instagram or Facebook, I don't have

9    time for that.   I have many e-mails per day, so even

10   reading them, it's really a hassle.   So, I don't

11   have time to go into those.

12       Q     Did you ever serve in the Rwandan

13   military?

14       A     No, never.

15       Q     If you would, walk us through your

16   education, starting with high school.

17       A     Well, I grew up as a refugee in -- due to

18   the political situation in Rwanda, so I grew up in

19   Burundi.   So, my primary education and high school,

20   it was Bujumbura, in Burundi.

21       Q     Will you spell that?

22       A     Bujumbura.   B-U-J-U-M-B-U-R-A.   That's the

23   capital of Burundi.   And that's where also I went to

24   university, my medical school, at the University of

25   Burundi.   And then after that, I went to Belgium.   I

1   did my specialization in lung disease in Brussels,

2   Catholic University in Brussels.  When I completed

3   that, I was interested in infectious disease, in

4   particular, tuberculosis, which is now affecting

5   many people in Ethiopian countries.  So I was

6   interested in doing public health, so I did a

7   master's in public health again at the Catholic

8   University.  After that, I completed with a master's

9   in epidemiology, which is a way to get some skills

10  in doing research.  So, when I finished that, I

11  thought that I needed also -- because at that time

12  there was war in Rwanda.  So, I thought that I won't

13  be able to go back either to Burundi or Rwanda.  So,

14  I might be getting some advantages through another

15  diploma in tropical medicine.  Because, this is a

16  requirement in Europe, even here in the U. S., when

17  they want to send someone to work abroad in an

18  international organization.  So, I did tropical

19  medicine.  After that, I get a job in Djibouti,

20  which was an international job, working for a Dutch

21  organization.

22      Q    What was the name of the Dutch

23  organization?

24      A    Healthnet International.  So at the end of

25  fourth year, that was almost the end of the war in

 1  Rwanda so I decided to go to Rwanda.  That was the

 2  first time I was going back to my country because I

 3  left Rwanda when I was still a baby.  My family,

 4  they fled and we went to Burundi.  So that was for

 5  me an opportunity to discover my country, so that

 6  was in 1997.  So I went back to Rwanda and then I

 7  started working for the university from that moment,

 8  that year, 1997 up to now.  And, I worked at the

 9  school of medicine and I was asked by the university

10  to develop a school of public health.  So that's how

11  I got into public health and started the school of

12  public health with collaboration with Tulane

13  University in the south here, Louisiana, and with

14  John Hopkins in Baltimore.  Then at that moment,

15  because at the university you can't be a professor

16  when you do not have PhD.  Although I have MD degree

17  and master's, it's not sufficient.  You need to have

18  a PhD.  That's how I came here to Tulane to do a PhD

19  in 2000.  And I graduated for PhD in 2008.  So

20  that's the whole courses.

21      Q    Thank you.  Will you walk us through your

22  employment history?

23      A    Uh-huh.  So, when I got ready for my

24  medical school in Burundi back in 1983, so I worked

25  for the Minister of Health for four years.  I was in

 1   charge of district, all the health sick in the

 2   district for four years.  Then I left.  As I said, I

 3   went to Brussels to study to do my specialization.

 4   Well, when you do a specialization, you work in the

 5   hospital.  You do -- it's like a residency.  That's

 6   how they called it.  So I was working in lung

 7   disease.  Then, as I said, I also did a Master's in

 8   public health.  That's how I got a job, an

 9   international job, I went to Djibouti.  So working

10   for Healthnet International which is a Dutch

11   organization, and I worked in Djibouti for four

12   years.  Then I went back to my country, Rwanda, as I

13   said before.  And since then, up to now, I'm working

14   for the same institution.  That's the National

15   University of Rwanda, which is now called also

16   University of Rwanda which was first called National

17   University of Rwanda.  But since three years,

18   because of the merge of several university,

19   becomes -- became a big university, which is called

20   University of Rwanda.  So, I'm still working for the

21   same institution for the last -- since 1997.

22       Q    What is your position there at the

23   university?

24       A    So now my position is a full professor,

25   but I occupy several positions from head of

```
 1   department, dean of the school.  Now I'm just

 2   teaching and doing research as a full professor in

 3   the department of epidemiology.

 4        Q    So you're no longer the dean of one of the

 5   schools?

 6        A    No.  No, I'm not.

 7        Q    And what was the school for which you were

 8   the dean?

 9        A    The School of Public Health.

10        Q    And during what period of time were you

11   the dean?

12        A    As I said, I created that school.  That

13   was in 2000.  After 2005, I was a dean of that

14   school.  But, I also was appointed as acting dean.

15   That was I think in 2010 or '15, something there.

16   Just for a short period of five, six months.

17        Q    And in your CV, which we will mark as

18   Exhibit 3.

19                    (DEFENDANTS' EXHIBIT 3 WAS

20                     MARKED FOR IDENTIFICATION.)

21   BY MR. FRIEDMAN:

22        Q    You not only identify your education, but

23   you have your various positions that you have held

24   throughout the years, including acting dean which

25   you just mentioned.
```

```
1          A     Uh-huh.

2          Q     And I assume that all the information in

3    your CV is true and accurate?

4          A     It's true and accurate.

5          Q     Thank you.  Other than your work at the

6    university, do you hold any other positions?

7          A     Not as a permanent.  So I'm -- for

8    example, I was teaching in some other universities,

9    like Mount Kenya University.  I was teaching there

10   epidemiology since 2011, but I stopped in 2015, I

11   think.  I also used to teach in another institution

12   which is Kigali Health Institute.  That institute

13   now has merged.  It's among the institution which

14   are part of the University of Rwanda.  So I was

15   teaching in those institutions.

16         Q     Do you have any sources of income other

17   than your pay at the university?

18         A     Well, the other sources, because of those

19   teaching courses, I'm being paid because of that.

20   But, I'm also doing several consultancies.

21   Depending on the demand, either from the Minister of

22   Health or for international organizations, working

23   in Rwanda, I'm collaborating with some American

24   universities, we are doing some research together.

25   So, these are additional sources.
```

```
 1        Q     What is your average total income?
 2        A     Well, I can say that the average would be
 3   between six and 7,000 U.S. dollars per month.
 4        Q     Okay.
 5        A     But mainly due to those additional
 6   activities, and the consultancies or going to teach
 7   at another institution.  Because, the University of
 8   Rwanda, because it's a public institution, so
 9   salaries are very low, really low.
10        Q     On a daily basis when you're teaching,
11   does that require that you stand up in front of
12   students and talk?
13        A     Yes.  You know, it's when you're lecturer,
14   so you have to move from blackboard, any other
15   materials you are using when you teach, you need to
16   approach students for face-to-face communication.
17   So, it's very important that you make the students
18   interested by your course.  So, moving around and
19   showing what you're presenting through power points,
20   through any other equipment, it's very important, so
21   you can't sit.  When you sit, you're a bad lecturer.
22   Students will complain.  So, you have to stand-up.
23   So, communication by moving, you know, eye to eye
24   with students is key, crucial in the lecturing at
25   the university.
```

1      Q      And are you still lecturing?

2      A      I do lecture.

3      Q      And how many classes do you lecture in?

4      A      Well, I can say it's like five classes,

5   about five classes.  But in addition to that, I have

6   small groups, small teaching, with students.  So, it

7   can be more -- well, five teaching face-to-face in

8   the theater, for example.  But in small classes on

9   this side is with ten or 15 students.  It's much

10  more work.

11     Q      In what year did you become a full

12  professor?

13     A      2015.

14     Q      And this accident occurred in 2016?

15     A      Yes.

16     Q      So in 2016 up to the present, you have

17  been a full professor teaching courses at the

18  university?

19     A      Yes.

20     Q      And what percentage of your time would you

21  say that you are actually in a classroom teaching to

22  students?

23     A      Normally it's, let's say, 50 percent --

24  50 percent teaching, 50 research.  But because of

25  lack of -- shortage of lecturers, so we are teaching

```
 1   much more.  I would say 70, 80 percent much of our
 2   time we spend in teaching and researched is reduced.
 3        Q    And research would be sitting at a desk?
 4        A    Sitting in the office.  But also, research
 5   is going to the field.  And you know, our country,
 6   it's a hilly country.  So when you go, for example,
 7   for inter views, for data collection with the
 8   students or any other data collectors, you need to
 9   climb and go down in mountains, and this is very
10   demanding.  So I'm saying 30 percent.  That's in
11   theory.  But it can be increased depending on
12   opportunities.  If I have a consultancy of WHO, for
13   example, we take it immediately.  It depends on what
14   we have.  The work load depends -- well, you have
15   your fixed workload of teaching, of course.  But
16   research depends on the grounds and consultancies.
17   And this would mean going -- it's public health.  It
18   mainly going to the field, collect data, and then
19   come back and analyze in the office.
20        Q    And the salary you mentioned earlier, the
21   6,000 to $7,000 per month in U. S. dollars, was that
22   the salary that you were earning in 2016, the year
23   this accident occurred?
24        A    Yes.
25        Q    And that's also your current salary?
```

1      A    Well, it just been, you know, reduced some

2  how because of my physical ability.  I'm not

3  accepting, for example, some of those researches

4  involving, you know, physical activity when you go

5  to the field, et cetera.  I have been reducing some

6  of those because I can't.

7      Q    And why can't you?

8      A    I can't because of my knee injury.  So,

9  when -- I can work -- walk.  Let's say if you see

10 me, although I'm slightly limping, but I can walk on

11 a flat place like this.  But when I go, I have to

12 work up the hills, for example, or to go down, even

13 stairs, it's very difficult to me because my knee is

14 some how tight.  I just lost some flexibility.  And

15 I get very easily tired on that side.  And I'm

16 getting some pain, also, very serious pain.  So,

17 that's why my effort has been reduced due to that

18 injury.

19     Q    And when did you first begin to reduce the

20 effort because of the knee?

21     A    Immediately after the -- well, when I

22 finished my physiotherapy, I just noticed that where

23 there is some -- how can I say, I have a handicap.

24 So, there is some work that -- a certain level that

25 I can reach, but I'm not as normal as I was before.

1    Q    And when did you finish physical therapy?

2    A    November.

3    Q    November of 2016?

4    A    Yes, yes.

5    Q    Now --

6    A    It was tight still.

7    Q    Now, a few minutes ago you testified that

8  you reduced some of your research efforts.  Can you

9  tell us which research efforts you stopped as a

10  result of the accident?

11    A    As I said, our research, it's mainly

12  they're surveys.  So, we go to the field in the

13  population, in health facilities, you collect data.

14  And you can, after that work in office and analyze.

15  So, that aspect of going to the field, I'm no longer

16  capable of doing it, you know, as much as I used to

17  do.

18    Q    Can you send students to do that?

19    A    Students, they can go but they need

20  supervision.  You need to be there for some to

21  introduce them to the field, to explain what they

22  should do in the field.

23    Q    Can you identify the specific field

24  activities that you were not able to undertake

25  because of the accident?

**REGENCY-BRENTANO, INC.**

Joseph Ntaganira          Ntaganira v. Crowne Plaza          April 16, 2018

 1        A     Mainly related to that research or in
 2    general?
 3        Q     Since the date of the accident, are there
 4    specific field activities that you had to decline
 5    because of your knee?
 6        A     There are many activities related to
 7    research, so I'm not going to the field because of
 8    that.  One example, we are working here with CDC
 9    Atlanta.  That was the purpose of that conference
10    when I got the injury.  It's outbreak investigation.
11    So, when there is an outbreak in a community, you
12    need to go there and investigate in the community
13    and see, identify the causes of that outbreak.  So,
14    you need to go into facilities and then you need
15    also to go into households, each house, and try to
16    identify the causes.  I can't do it.
17        Q     Okay.
18        A     Because of, as I said, it's a hilly -- our
19    country is a hilly country; going up and down I
20    can't.  But also, even if it is in some areas I can
21    drive because we are using, you know, our cars.
22    They are not automatic, so.  And I'm using, to
23    change gears, my left and that's the knee that was
24    injured.  So, that also is limitation because I get
25    tried very quickly and can't drive long distances.

1      Q     So as a result of the accident, is it your

2   testimony that you are no longer engaged in field

3   activities?

4      A     I am, but very few.  Very few.

5      Q     And has your income decreased because of

6   the accident?

7      A     Yes, it has.  Because as I said, our

8   salary, public salary, is very low.  So, you need to

9   work hard in order to increase, to supplement what

10  you have.  And the advantage is my profession.

11  Because we are very few who qualified as I am, so I

12  was -- you know, the demand was high because I was

13  called for those surveys.  But now I can't.  So I

14  can't reach the level, the same level, as I had

15  before as I have reduced my activities.

16     Q     And what is your current salary?

17     A     I can say it should be around three and

18  four.

19     Q     Three and 4,000 per month?

20     A     Per month, yes.

21     Q     Now, have you produced any documents that

22  show your salary and it's decline over time?

23     A     I was not asked for this, so I didn't

24  provide it.

25     Q     Would you agree to produce that

1   information?

2        A    Well, I don't know a way to show it unless

3   I show you my bank income.

4        Q    Well, you must have an agreement with the

5   university showing how much you will be paid, right?

6        A    The salary.

7        Q    Yes.  And you receive checks from the

8   university, right?

9        A    Yes.

10        Q    And there is a statement that the

11   university could print out, if you don't already

12   have it, that shows how much you were paid during

13   any one particular year, correct?

14        A    For the year, no.  What we receiving, it's

15   like document showing what is your salary per month.

16   But, if you take that amount times 12, you'll have

17   the amount of the entire year, yes.

18        Q    So you can give us that information?

19        A    Yes.

20        Q    Those documents?

21        A    (Witness nods head up and down).

22        Q    Yes?

23        A    Yes.  That's the public salary at the

24   university.

25        Q    So if I understand it correctly, your

```
 1   salary -- strike that.
 2            The amount that you are paid per year --
 3   well, strike that.
 4            If I understand your testimony, the time
 5   you're able to work has decreased; is that right?
 6       A    Yes.
 7       Q    But your rate has remained the same over
 8   time?
 9       A    Well, no.  There is two aspects to
10   consider.  We have, as I said, a public salary.
11   That's the salary I am receiving from university.
12   It's -- that's what I'm saying, I can provide you
13   that information.  This is my salary, what
14   university is paying me.
15            But in addition to that salary, which is
16   permanent, that one, you can have some consultancy.
17   You can get some grants.  That is additional.  And
18   you can't know what you have this month and whether
19   we get the same the next month.  It depends on how
20   much you work, what are your contacts and the
21   opportunities.  So, that's that aspect that has been
22   reduced.  Otherwise, the salary at the university is
23   still the same.
24       Q    I see.  So what exactly is the salary that
25   you get from the University of Rwanda?
```

1      A     As I said, it's very low.  I would say

2  1,000 or 1,500 per month.

3      Q     And that has not changed?

4      A     That doesn't change.

5      Q     What has changed is the income you receive

6  from the consultancies?

7      A     Yes.

8      Q     And the consultancies involved the field

9  work?

10     A     Yes.

11     Q     And your field work has decreased?

12     A     Yes.

13     Q     Now, do you have -- strike that.

14           The field work from the consultancies, is

15  that field work identified in agreement letters or

16  contracts with the consultancies?

17     A     Yes, in the contracts.

18     Q     And do you have correspondence with these

19  consultancies where you say, I can no longer do this

20  work, or I'm sorry, thank you for the invitation or

21  offer, but I'm not able to perform that particular

22  type of activity?

23     A     No, I can't show that.

24     Q     Do you have any documents from the

25  consultancies making you an offer to pay you a

```
 1    certain rate if you will engage in a particular type

 2    of activity or perform particular research?

 3         A    Yes.

 4         Q    And what documents are those?

 5         A    It's like a research contract.  When you

 6    agreed on, for example, that research for WHO, as an

 7    example, or to conduct some search, for example, for

 8    a project of Columbia University, for example.  So,

 9    you have a contract saying the amount, what you will

10    be paid for that consultancy, yes.

11         Q    Itemize, if you will, the particular

12    consultancies that you have been involved in since

13    the date of the accident until the present?

14         A    Can you say that again?

15         Q    Absolutely.  Will you tell us the

16    consultancies that you have been involved with since

17    the date of the accident to the present?

18         A    I'm not seeing any new consultancy.

19         Q    I don't know what any of the consultancies

20    are, whether they're new or old.  I'm trying to

21    understand what were the consultancies that you were

22    involved in in 2016, 2017 and 2018.

23         A    I spent the entire year, let's say a half

24    of the year, since April up to end of the year with

25    the injury, so I didn't do anything in that year.
```

```
 1   2017, I'm looking at -- in terms of consultancy, I
 2   don't remember very well, but I think I might have
 3   continued with just one project.
 4        Q    What was that?
 5        A    That's the support of program to the
 6   outbreak investigation.  I was mentioning, CDC field
 7   epidemiology.  That's, I think, in my opinion, the
 8   only one I was involved in and I'm still involved
 9   in.
10        Q    And that's a contract with the CDC or with
11   Emory?
12        A    It's CDC through Minister of Health and
13   university.
14        Q    And who pays you for that consultancy?
15        A    Well, that's the support of CDC, the
16   Minister of Health, and then to the university.  So,
17   I'm being paid by the university, but money is
18   coming from CDC, the Minster of Health.
19        Q    So the university would be paying you for
20   that consultancy separate from your university
21   salary?
22        A    Yes.
23        Q    And so, there should be documents from the
24   university showing the pay you have received for
25   that consultancy?
```

```
 1          A      Yes.

 2          Q      Will you agree to produce that?

 3          A      No problem.  I can, yes.

 4          Q      What is your pay rate for the consultancy?

 5          A      You mean that one or in general?

 6          Q      The particular outbreak investigation

 7   consultancy?

 8          A      That one, I am paid as the head of the

 9   program which, let's say, a thousand per month.  But

10   of course, they deduct taxes.

11          Q      How much would taxes with?

12          A      30 percent taxes.

13          Q      So you would be receiving 700 per month

14   for the outbreak investigation consultancy?

15          A      Yes.

16          Q      And was that dependent on you going to the

17   field?

18          A      Well, that's supervision of, you know,

19   those students, taking that program.  Outbreak

20   investigation depends on when they are there.  So,

21   when we have an outbreak, that's when we go out to

22   the field.  But in addition to outbreak

23   investigation, they have also some other data

24   collection or field activities which are related to

25   their competencies.  And, they need supervision from
```

 1   myself and some other faculty.

 2        Q    The outbreak investigation consultancy for

 3   which you were paid 700 per month.

 4        A    Plus other competencies.

 5        Q    Right.  Let's start over.  When were you

 6   hired for the outbreak investigation consultancy,

 7   first hired?

 8        A    It's back, I would say, because that

 9   program, we started I would say 2010.  So

10   personally, I been in charge of that, I would say,

11   2013, 2014.

12        Q    And has your pay for that consultancy been

13   the same monthly pay since the start of that

14   consultancy?

15        A    Yes, it's almost the same.

16        Q    And has the pay decreased since the date

17   of your accident for that consultancy?

18        A    No, it's the same.  It's the same.

19        Q    So, what are the other consultancies you

20   were involved in in 2017?

21        A    2017, I don't recall any other

22   consultancy.

23        Q    What are the consultancies that you're

24   involved in and have been involved in since January

25   of 2018?

```
 1       A     2018, so far no additional consultancy.
 2       Q     Other than the outbreak investigation
 3  consultancy?
 4       A     Yes.  It's called field epidemiology.
 5  It's not only outbreak investigation.
 6       Q     The accident in this case occurred in May
 7  2016.
 8       A     Uh-huh.
 9       Q     What were the consultancies that you were
10  involved in in 2016?
11       A     As I said, in 2016, because of my injury
12  up to the end, I was not involved in so many
13  activities because I couldn't.
14       Q     I understand.  So you were involved in the
15  outbreak investigation consultancy even after your
16  accident?
17       A     Yes.
18       Q     And you still continue to receive the
19  income from that?
20       A     Yes.
21       Q     That income did not change?
22       A     No.
23       Q     Were there other consultancies that you
24  were involved in that you had to call and say I can
25  no longer do this?
```

1      A     No.   The only other part, I would say

2   mentioning, is that I stopped all the teaching in

3   other institutions, I stopped that, as well.

4      Q     And I may have been confused.  I thought

5   you had told us that the other institutions merged

6   into the University of Rwanda?

7      A     No.  I mentioned, for example, Mount Kenya

8   University.  That's a separate private university in

9   which I was teaching.

10     Q     Mount Kenya?

11     A     Mount Kenya University.

12     Q     Is it Kenya?

13     A     Kenya.  It's a Kenyan University, which is

14  some competencies in Kigali.

15     Q     So Mount Kenya University has a campus in

16  Kigali?

17     A     Yes.

18     Q     And what was your pay at the Mount Kenya

19  University?

20     A     My pay was -- I don't recall.  But let's

21  say per hour I was being paid -- let me calculate

22  it.  225,000 per hour, franks.  I'm trying to

23  calculate.  So I would say it was averaging around

24  1,000 U.S. dollars per month, if I look at that.  I

25  combine all the teachings.

1      Q     Now, when you say when you combined all

2   the teachings, do you mean Mount Kenya and other

3   teachings?

4      A     No.  Mount Kenya, I have several classes,

5   several courses I was teaching there.

6      Q     And when were you teaching these courses

7   at Mount Kenya; during what period?

8      A     As I said, I started in 2011.

9      Q     Your CV says 2012.

10     A     Yes.  I'm saying it's '11.  I think it's

11  December, December '11.  It's a semester.

12     Q     Okay.

13     A     So it's '12, almost that period.  Not '11

14  January.  It's '11, like the last semester of '11.

15  It's a university there.  It started around that

16  year.

17     Q     So, what courses were you teaching at

18  Mount Kenya in 2016?

19     A     So they were courses related to

20  epidemiology and epidemiology methods.  So, it's

21  epidemiology one, applied epidemiology, outbreak

22  investigation, disease surveillance, courses like

23  that.

24     Q     How many courses at Mount Kenya

25  University?

1    A    I would say three, if I recall.

2    Q    Okay.  And how often were you teaching

3  those courses?

4    A    Well, I was teaching mainly -- it depends

5  on the students, what they have.  In some periods, I

6  was teaching mainly on the weekends; that's Saturday

7  and Sunday.  In some other periods, because they had

8  much more students, I was also teaching evenings

9  during the week, evenings, in addition to the

10  weekend.  But, it was varying according to who they

11  have.

12    Q    So, is it your testimony that after this

13  accident in May 2016 you contacted Mount Kenya

14  University and advised that you could no longer

15  teach those courses?

16    A    Yes.  I said that I'm no longer capable.

17  So the only thing I'm doing for them, it's being an

18  external evaluator.  So it's like when they have

19  their thesis, there are students who are defending

20  their thesis, so I can -- I read a book and I give

21  my marks, and I can sit during their defense.  So as

22  an external, someone who is not teaching there.

23    Q    And what is your pay for that?

24    A    I would say it's between 80 and 100 per

25  book, 100 U. S. dollars per book.

1      Q      So, when we look at the pay records from

2  Mount Kenya, will we see a decrease in your income?

3      A      Yes, you can see it.

4      Q      And it went from roughly 1,000 per month

5  to 184 per book; is that correct?

6      A      Yes.

7      Q      And in 2016, before the accident, you were

8  making roughly 100,000 per month from Mount Kenya?

9      A      Yes.

10     Q      And at what point after the accident did

11  that pay stop?

12     A      What?

13     Q      When after the accident in May 2016 did

14  the 1,000 per month from Mount Kenya stop?

15     A      It stopped because I'm no longer going

16  there.  I'm no longer teaching there.

17     Q      And when did it stop?

18     A      I would say immediately because it's per

19  semester or quarter.  Every quarter they have new

20  students.  So, I would say immediately I was no

21  longer going there.  That's from -- take April, May,

22  that's the second semester, so I didn't go there.

23     Q      It would have been -- you would have

24  stopped going to Mount Kenya after the accident?

25     A      Yes, I stopped going there.

1        Q      Okay.

2        A      Although, I went there because they --

3    like they needed me for an external evaluation.

4    That was probably in May -- in June or July.  I

5    don't remember.  That -- I was not healed

6    completely, but I accepted to go just for those

7    defenses.  I sit on the jury.

8        Q      And you could no longer teach at Mount

9    Kenya because of the operation to you knee?

10       A      Yes.  I can't stand and stay for hours and

11   teach in addition to what I have at the university.

12       Q      And how long is the typical course --

13   strike that.

14       A      Three hours.

15       Q      Three hours?

16       A      Every course -- class is three hours

17   straight.

18       Q      Could you sit down for periods of time and

19   then stand up?

20       A      Well you can, but you see the quality of

21   the teaching.  And the way the students will judge

22   you, it's not the same.

23       Q      Are there other consultancies that you

24   terminated after the accident?

25       A      No, I didn't terminate any.  You know,

1  consultancy, you need to show up yourself, to

2  advertise yourself.  That's how they come to know

3  you and get you.  So it's not permanent.  It's well,

4  they know you are there, and then when there is

5  opportunity you might, you know, apply.  So, I

6  didn't terminate any because of the injury.

7       Q    Are there other consultancies that reduced

8  your pay after the accident?

9       A    No, I don't have any other consultancies.

10       Q    So the only one that reduced your pay was

11  Mount Kenya?

12       A    There may have been more consultancies if

13  I was full -- I mean, well.  I mean, 100 percent

14  healthy.  I can work for it and try to get

15  additional, but I'm not doing so.

16       Q    And identify for us the other

17  consultancies that may have hired you?

18       A    There are plenty of projects in the

19  country, either sponsored by the U.S. government.

20  The Belgium corporation, International organization

21  like WHO, Unicef.  All those programs, they have

22  continuously assessment of their work, their impact.

23  So, they need people like me from the university to

24  go and do it, to see.  So, that's where the

25  additional income was coming from from those

```
 1   agencies.  And I'm no longer doing so.
 2        Q    Can you identify any specific
 3   consultancies that offered you a contract that you
 4   had to decline?
 5        A    I didn't decline, as I said.  It's most of
 6   the time, you need yourself to show up and go and
 7   search for what is existing, what are the
 8   opportunities that are existing, and then you may
 9   get some of those.  But personally, I didn't
10   decline.  For example, they might advertise in
11   newspapers and saying, well, these are the
12   opportunities, if you're interested, you apply.
13        Q    But Dr. Ntaganira, you are well-known in
14   the medical circles in Rwanda, correct?
15        A    Yes.
16        Q    If public health officials, or government
17   officials, in Rwanda wanted to hire you for a
18   specific consultancy, they would have just called
19   you.  They didn't need you to come and knock on
20   their door, right?
21        A    It's not like that.
22             MR. ROUSE:  Object to the form.
23             THE WITNESS:  It's not like that in our
24        country.  Although you are known for having
25        that capability, but it depends on who his
```

Joseph Ntaganira                Ntaganira v. Crowne Plaza                April 16, 2018

```
 1          really showing himself and trying to get -- you
 2          know, to do some lobbying.  When you are known
 3          there, some other people will pick up.
 4   BY MR. FRIEDMAN:
 5          Q    And who are the other people that would
 6   pick up?
 7               MR. ROUSE:  Objection to the form.
 8               THE WITNESS:  There are other specialists
 9          in the public health.
10   BY MR. FRIEDMAN:
11          Q    Who?
12          A    For example, the school, you have some
13   other people who are specialists in epidemiology
14   like in my field.
15          Q    Who?
16          A    You want names?
17          Q    Sure?
18               MR. ROUSE:  Objection to the form.
19   BY MR. FRIEDMAN:
20          Q    You can answer.
21          A    I'm sorry?
22               MR. ROUSE:  I'm just making objections so
23          when we use the deposition, we can take it up
24          with the Court, but please continue.
25               THE WITNESS:  So there are other
```

```
 1          professors around there.
 2     BY MR. FRIEDMAN:
 3          Q     I'm asking who.
 4          A     Who?  I can give you name like Vedaste.
 5     V-E-D-A-S-T-E.  Ndahirwa, N-D-A-H-I-R-W-A.  I may
 6     site some other people, like Loris Rugma, R-U-G-M-A.
 7     There are plenty, all my colleagues at the school
 8     they can.  We are almost 15 or 20 in the school.
 9     Plus, all others coming from other schools, as well.
10          Q     And do you know of specific contracts that
11     they were able to secure because --
12               MR. ROUSE:  Objection to the form.
13               MR. FRIEDMAN:  First of all, I haven't
14          finished my question.  You can identify your
15          objection after I finish my question.
16               MR. ROUSE:  Okay.
17     BY MR. FRIEDMAN:
18          Q     Can you identify any specific contracts
19     that these individuals were able to secure?
20          A     I can.
21               MR. ROUSE:  Object.
22               MR. FRIEDMAN:  First of all, Carlton,
23          don't do again.  Let me finish my question.
24     BY MR. FRIEDMAN:
25          Q     Let's start over.  Dr. Ntaganira, wait, if
```

1   you would, until I finish my question.

2            Can you identify any specific contracts

3   that these individuals were able to secure that you

4   would have otherwise attempted to also obtain but

5   for your injury?

6            MR. ROUSE:  Objection to form.  And before

7        you respond, Dr. Ntaganira, the purpose,

8        Johnny, for my objection is, one, your question

9        was asked and answered in several varieties,

10       one after another.  And the deponent,

11       Dr. Joseph, has given an answer.  So, on one

12       hand I think it's asked and answered.

13            Secondly, you're asking the witness to

14       speculate as to the interest to apply for an

15       economic opportunity from other people which he

16       doesn't have the capacity to answer what or how

17       another colleague or individuals from another

18       university would apply for an opportunity.  So,

19       I think it's an improper question for him to

20       respond as to the mindset of a colleague or

21       someone else would be interested in.  So, I

22       just don't think he has the capacity to answer

23       that question.

24            MR. FRIEDMAN:  If you give another

25       speaking objection, we are going to call our

1     judge and he can talk to you about what the

2     proper form is for making objections at a

3     deposition.  Don't do it again.  And you

4     obviously did not understand the question that

5     was asked.

6             So, Madam Court Reporter, I'm going to ask

7     that you read the question back again.  If

8     you're going to object in the future to a

9     question, you should use the objections that

10    are allowed by the federal rules.

11            MR. ROUSE:  We didn't -- just as a matter

12    of course, Johnny, we didn't state that

13    objections to be reserved to the first use of

14    the --

15            MR. FRIEDMAN:  Yes, but you're not making

16    proper objections.  You're making what's called

17    a speaking objection and it's improper.

18            MR. ROUSE:  Johnny, I appreciate what

19    you're saying.  But for the purpose of the

20    deposition, I think I'm entitled to actually

21    finish my sentence and you just cut me off.

22            MR. FRIEDMAN:  You're making speaking

23    objections and they're not proper.

24            MR. ROUSE:  Are you finished, Johnny?  Are

25    you finished?  Are you finished, Johnny?  I'm

```
 1        asking a question for the purposes of the
 2        record and you're not saying anything.
 3             MR. FRIEDMAN:  You can ask questions when
 4        it's your time to ask questions.  If you have a
 5        proper objection, make it, but stop wasting our
 6        time.
 7             MR. ROUSE:  Johnny, the only thing I just
 8        asked was were you finished so that I wouldn't
 9        interrupt you.
10             MR. FRIEDMAN:  Are you done?
11             MR. ROUSE:  No, I'm not done.
12             MR. FRIEDMAN:  Madam Court Reporter,
13        please read your question back.
14             MR. ROUSE:  Well, before you --
15             MR. FRIEDMAN:  Please read my question
16        back.
17             MR. ROUSE:  Well, at this point I'm going
18        to instruct the witness not to answer that
19        question because I think it's been asked and
20        answered.
21             MR. FRIEDMAN:  Madam Court Reporter,
22        please read the question back.  This witness is
23        going to come back from Rwanda to answer this
24        question if you instruct him not to answer,
25        which is completely frivolous.  And, we will
```

1      get this before the federal judge.

2          Madam Court Reporter, please read the

3      question.

4          MR. ROUSE:  Before you do that, Madam

5      Court Reporter, just to perfect the record, my

6      purpose is not to be frivolous.  But to the

7      extent that my client is subject to answering

8      the same question over and over and over again.

9      And then two, my objection was noted.  Just

10     simply rephrase your question and perhaps it

11     won't be an objectionable scenario for me.  But

12     to the extent that -- to avoid a speaking

13     objection, we can have the witness leave the

14     room and we can discuss it further.  But the

15     way the question is phrased, I'm going to

16     instruct him not to answer and I'm not trying

17     to frivolous.  But if we could, we could just

18     have Dr. Joseph leave the room and we can

19     discuss it.

20         MR. FRIEDMAN:  There is no need to have

21     the witness leave the room.  Would you please

22     read the question back?

23         (WHEREUPON, THE PREVIOUS QUESTION WAS

24     READ BACK.)

25         MR. FRIEDMAN:  It's asking for his

1    personal knowledge, and it's a yes or no

2    question.  And, it hasn't been asked before.

3         MR. ROUSE:  And just -- to avoid a

4    speaking objection, because --

5         MR. FRIEDMAN:  You're making one right

6    now.

7         MR. ROUSE:  You're making -- you basically

8    have an opportunity to make your case on the

9    record.  But then you're saying you object to

10   me responding to you making your case on the

11   record.  So, if you would like to -- speaking

12   objections are avoidable so that we don't

13   influence a witness.  I can answer your

14   question and provide an objection.  I would

15   like to have Joseph leave the room.

16        MR. FRIEDMAN:  There is no reason for him

17   to leave the room.  It's a -- it calls for a

18   yes or no answer, and it's based on his

19   personal knowledge.

20        MR. ROUSE:  And I believe he answered that

21   question.

22        MR. FRIEDMAN:  He did not.

23        MR. ROUSE:  Madam Court Reporter, can you

24   read back the witness's response to the

25   question as to other individuals' contracts?

```
 1                 (WHEREUPON, THE TESTIMONY WAS READ
 2          BACK.)
 3    BY MR. FRIEDMAN:
 4          Q    Dr. Ntaganira, can you identify any
 5    specific contracts that these individuals were able
 6    to secure?
 7          A    I think this is personal, but I'm just
 8    responsible for my own contract, so I don't know
 9    what any other person would have as a consultancy.
10    That's their personal business.
11          Q    But it's your testimony that you were not
12    able to secure contracts for consultancies because
13    of the accident.  And I'm simply trying to
14    understand what those potential consultancies would
15    have been that you didn't obtain that others
16    obtained in your absence?
17          A    There are --
18               MR. ROUSE:  Objection to the form.
19    BY MR. FRIEDMAN:
20          Q    You can answer.
21          A    There are colleagues.
22          Q    Right.
23          A    So they have the same competency.  So any
24    of us can do consultancy.
25          Q    And what consultancies did they get that
```

REGENCY-BRENTANO, INC.

 1   you did not?

 2        A    I don't know.  There are plenty of

 3   opportunities in the country.

 4             MR. ROUSE:  Objection to the form.  And

 5        just --

 6             MR. FRIEDMAN:  You're making a speaking

 7        objection.

 8             MR. ROUSE:  No, I'm not.  Just a quick

 9        point of clarification.  I thought that we

10        reserved -- are you reserving objections to the

11        first use or do you want to make objections

12        now?

13             MR. FRIEDMAN:  I'm not making any

14        objections.

15             MR. ROUSE:  What I'm asking is, do you

16        want to enter in an agreement to reserve

17        objections or do you want objections made

18        completely now?  We can either reserve with

19        respect to -- with exception to the form of the

20        question and the responsiveness of the answer

21        or would you like to have the actual objections

22        made now?  I don't think you actually clarified

23        that in the beginning.

24             MR. FRIEDMAN:  Well, it's not for me to

25        clarify.

1        MR. ROUSE:  Well then, at that point, I'm

2     asking if you'd like to enter in -- I'm asking

3     if you'd like --

4        MR. FRIEDMAN:  I will follow the federal

5     rules, so do what you need to do.

6        MR. ROUSE:  Okay.  Well, to the extent

7     that the client has already answered the

8     question, it's repetitive.  And again, I think

9     the question by form is improper and calls for

10    speculation.

11       THE WITNESS:  Can I ask for a break?

12       MR. FRIEDMAN:  Absolutely.  Why don't we

13    take a break.

14       THE VIDEOGRAPHER:  We're going off the

15    record.  The time is 11:58.

16       (WHEREUPON, A SHORT BREAK WAS

17    HAD IN THE DEPOSITION.)

18       THE VIDEOGRAPHER:  Back on the record.

19    The time is now 12:05.

20  BY MR. FRIEDMAN:

21    Q    Dr. Ntaganira, there may a simple way to

22  resolve this issue.  Are you making a claim for lost

23  wages as a result of the accident?

24    A    Well, my claim is mainly because of the

25  injury, I suffered a lot.  It's mainly for that

```
 1   purpose.  Throughout the year, 2016 and still, I'm
 2   still having complications also due to that injury.
 3   That's the mains purpose.
 4        Q    I appreciate that.  But are you claiming
 5   lost wages?
 6             MR. ROUSE:  Objection to the form.  I
 7        think the complaint stands for itself.  It's
 8        asking for a legal conclusion.
 9             MR. FRIEDMAN:  It's not a legal
10        conclusion.  It's a fact question.  Is Dr.
11        Ntaganira requesting or making a claim for lost
12        wages.?
13             MR. ROUSE:  And the complaint should stand
14        for itself.
15   BY MR. FRIEDMAN:
16        Q    Dr. Ntaganira, your complaints states that
17   you're seeking lost wages; is that correct?
18        A    I think I have answered that question.
19        Q    Your answer was that primarily you're
20   seeking to recover for your pain and suffering.
21        A    From the consequences of the injury.  And
22   also, that's what I went through, the pain and the
23   consequences of the injury.  And among that -- those
24   consequences, it's my incapability of working as I
25   used to do before.
```

1      Q     Right.  And that's what I'm trying to

2   understand.  And yet in the document production, I

3   don't see any documents relating to lost wages.  And

4   there was a request that was made that you produce

5   all documents that support your claims in this

6   action and I don't see any documents relating to a

7   lost wages claim or your diminished capacity to

8   labor or your decreased income over time.

9            So what documents do you have or can you

10  get that would help show that?

11     A     The only document that I have is my

12  income, showing my income.

13     Q     Okay.

14     A     That one, as I said, I could show you from

15  the university what I was getting and I'm still

16  having that salary.  But additional activities that

17  were, you know, helping, I'm no longer conducting

18  those activities.

19     Q     And those additional activities that you

20  cannot -- well, strike that.  What do you mean by

21  additional activities?

22     A     The additional activities, as I said, my

23  additional income was coming from activities related

24  to research and consultancies.

25     Q     Right.  And you have identified one

1  activity, which was teaching at Mount Kenya for

2  which you have had a decrease in salary or pay,

3  correct?

4      A    Yes.

5      Q    The other consultancies, you don't have

6  any documents or records to show that you were

7  offered a consultancy but had to decline, correct?

8      A    I can show what I was doing previously,

9  showing any activities, consultancy or research that

10  I conducted before.  But after that, as I said, I'm

11  no longer doing those activities.

12      Q    And have we talked about all the

13  consultancy activities that you were doing before

14  the accident that you can no longer do now?

15      A    I think I answered to that question many

16  times.  I said what were the sources and the

17  opportunity that are existing.

18      Q    I just haven't heard you identify a

19  specific source of income that you were receiving

20  before the accident that you no longer could receive

21  after the accident because of the accident?

22      A    Well, I explained saying that those

23  secondary incomes were coming from consultancies and

24  they require, you know, some competition.  And

25  going, you know, to search for them and be able to

1   show yourself on those organizations and, you know,

2   get a chance to have them.  They are not permanent.

3   It depends on opportunities and the -- and those

4   opportunities are through competition.

5        Q    Okay.  So how will you prove those

6   opportunities to the Court?

7        A    Well, the only way for me to show, it's

8   the income.  As I said, it's additional income.  And

9   if I can show, to me, my bank statements, it can

10   show, or proof of contracts that I had before and

11   contracts now.

12             As I said, I mentioned I have one contract

13   now which is ongoing, which is there.  But if I can

14   show proof of contracts the period before, I would

15   show that I had many compared to the post period.

16        Q    Well then, tell us what those contracts

17   were.  I thought we had talked about those.

18        A    Well, those contracts are related to

19   research, as I said, and consultancies.

20        Q    Tell us what they are.

21        A    It's going into the fields and collecting

22   data.

23        Q    So before the accident --

24        A    Yes.

25        Q    -- tell us specifically who you had

1    contracts with and how much you were being paid.

2         A    As I said, I had many opportunities and I

3    got some contracts.  But those contracts, they are

4    not permanent.  It's occasionally that there is some

5    offers as you get those contracts.

6         Q    Dr. Ntaganira, I asked you to identify

7    them specifically.  What contracts did you have in

8    2016 before the accident?

9         A    I don't have those in mind.  It requires

10   that I look for those contracts.

11        Q    Well, this was my opportunity to take your

12   deposition about your case and your claims.  So you

13   alleged in the complaint that you are seeking lost

14   wages.  I issued discovery asking for all the

15   documents that support your claims.  Last night at

16   11:30 your attorney produced additional documents

17   but he did not produce any documents that relate to

18   your lost wages claim.

19             Sitting here today, I have zero documents

20   about your lost wages claim, zero documents about

21   your income, and zero documents about your change in

22   income.  And you, sitting here today, can't itemize

23   any documents or any specific sources of the

24   decrease in income for which you're seeking a

25   recovery.  So, how am I to understand what your lost

```
 1   wages claim is?

 2        A    I think I don't have any additional answer

 3   for this.

 4        Q    Dr. Ntaganira, what were your hobbies

 5   before the incident?  What did you do for fun?

 6        A    I like sports.

 7        Q    World football?

 8        A    World football is one of them.  But I

 9   liked all kind of sports because since I was a kid I

10   was practicing a lot of sports.

11        Q    Growing up, did you play football, what we

12   call soccer?

13        A    I played soccer, I played basketball.  I

14   was practicing marshal arts, karate.  I was doing

15   fitness called gym tonic.

16        Q    Gym tonic?

17        A    Yes.

18        Q    What is that?

19        A    That's, you know, when you're in so many

20   viewings, doing exercises, with music and things

21   like that.

22        Q    Like aerobics?

23        A    Yes, that's exactly.

24        Q    And how old a man are you today?

25        A    Sorry?
```

```
 1        Q     How old a man are you?  How old are you?

 2        A     I'm 62 now.

 3        Q     So in May of 2016, you were 60?

 4        A     Yes.

 5        Q     And what sports did you play on a regular

 6   basis?

 7        A     On a regular basis I'm doing that fitness,

 8   so I have even equipment at home.  And I'm also, I'm

 9   still practicing marshal arts.

10        Q     So before the accident in 2016, you were

11   involved in aerobics?

12        A     Yes.

13        Q     And marshal arts?

14        A     Yes.

15        Q     Were you playing soccer?

16        A     No, no longer playing.

17        Q     Were you playing basketball?

18        A     No.

19        Q     What would you do for marshal arts before

20   the accident in 2016?

21        A     Well, I practice marshal arts, I do it at

22   home.  So I have been practicing marshal arts since

23   I was like 18, 19, so I made just a small space.  I

24   do warm-up exercises and some movements.

25   Continuously, I'd say, an hour, hour-and-a-half,
```

1   three times per week.

2        Q    And then, describe the aerobics you were

3   involved in in 2016 before the accident.

4        A    Before the accident, I was either going to

5   a gym.  So, you have separate tools that you use to

6   train your muscles.  I was doing it at home, as I

7   said, I have equipment, dumb bells, et cetera.  And

8   because I know what is needed as exercises, I can do

9   it myself, a lot of it.  And sometimes with my kids,

10  because I try to motivate them so that they could

11  consider physical activities an important tool in

12  life to prevent some diseases, especially chronic

13  disease people are facing these days.

14       Q    Did you have any other hobbies before the

15  accident that you routinely engaged in?

16       A    No, nothing else.  It's reading, you know,

17  watching moving.  It's exactly the same.  Walking

18  from time to time, I have a walk.

19       Q    Did you play soccer competitively when you

20  were growing up?

21       A    No.  I used to play soccer a long time

22  ago.  But now, I'm no longer playing.

23       Q    But when you played soccer a long time

24  ago, did you play competitively?

25       A    Not really.  It was for fun.  It's for fun

```
 1   with friends.  I have never been in a team.
 2        Q    Did you ever have any sports injuries?
 3        A    Never.
 4        Q    Were you ever involved in any type of
 5   motor vehicle accident?
 6        A    No.
 7        Q    Were you ever involved in any other type
 8   of accident or mishap?
 9        A    No.
10        Q    Were you involved in any activity where
11   you injured your body?
12        A    No.
13        Q    Did you ever fall down stairs or miss a
14   stair and injure yourself?
15        A    No, never.
16        Q    Before the accident, how would you
17   describe your health?
18        A    Personally, I have never been sick.  I
19   have been in a very, very health, practicing sports
20   regularly, no problem at all.
21             The only incident I got, it was in 2013.
22   If you remember 2013, there was soccer in Europe.
23   It was around May, May, something like that.  It was
24   a competition.  So, we used to go out and stay
25   together outside, watching all together on that big
```

 1    screen, the soccer match.  And that's how I got

 2    bitten by mosquito and I got malaria.  And that was

 3    the first time I was sick in my life, malaria in

 4    2013.  And I was hospitalized five days because of

 5    that.

 6         Q    And did you contract malaria in Rwanda?

 7         A    Yes, it was in Rwanda.

 8         Q    What is the treatment for malaria?

 9         A    Malaria is Quinine.

10         Q    Spell that.

11         A    Q-U-I-N-I-N-E.  That's the treatment it

12    was.

13         Q    So is that an injection?

14         A    Injection for three days and then I

15    continued with that piece.  I was hospitalized five

16    days.

17         Q    Were there any other sides effects as a

18    result of having malaria?

19         A    No.  That was the only time I was really,

20    for the first time, I was sick.  And then during

21    that hospitalization, they found out that I have

22    diabetes type two.  And that's from that moment I

23    started taking the two medications I mentioned,

24    Metformin and Amarel up to now.  That's the only

25    incidents I have ever have health events, I have

 1   ever had.

 2        Q    And as a result of having diabetes type

 3   two, what, if any limitations on your activities of

 4   daily living there?

 5        A    Nothing changed much because I was exactly

 6   the same, doing exactly the same activities.

 7   Nothing has changed really.

 8        Q    Has anything changed as a result of being

 9   diagnosed with diabetes type two?

10        A    From that moment?

11        Q    Yes.

12        A    No, nothing.

13        Q    The medication that you identified earlier

14   that you take for diabetes type two, what are its

15   side effects?

16        A    The side effects, it don't really have

17   side effects.  But, of course, you need to get

18   check-up regularly in order to identify what is your

19   level of sugar.  So, it means at least a month or

20   every two month check-up so that they could see

21   whether the level has increased or whether the level

22   has decreased.  That's the only thing.  So as I

23   said, from 2013 up to now, I'm still taking the same

24   medication, the same doses; nothing changed.

25        Q    Before the accident, had you ever had a

```
 1   surgical procedure?

 2        A     No.

 3        Q     Had you ever been diagnosed or treated for

 4   a disease, illness or injury, other than diabetes?

 5        A     No.  As I said, malaria.

 6        Q     Before the accident, had you ever suffered

 7   any injury to your hips, legs or feet?

 8        A     No.  As I said, I'm practicing regularly.

 9   And even now, although I'm handicapped, I'm still

10   keeping my days of training, three times per week,

11   an average one hour, I'm still practicing.

12        Q     You're still practicing aerobics and

13   marshal arts?

14        A     Yes.

15        Q     And you have the same regimen now that you

16   did before the accident?

17        A     Yes.  Three days per week are and an hour

18   an average, as I said.

19        Q     Do you wear glasses?

20        A     Yes.

21        Q     What is your eyesight?

22        A     What do you mean?

23        Q     What is the prescription for your glasses?

24        A     Okay.  I can't read long distance.  And of

25   course, because of aging, when I get to read, I use
```

REGENCY-BRENTANO, INC.

1   my glasses.

2        Q    So you have trouble reading text that is

3   at a distance; is that right?

4        A    Yes, very far.

5        Q    And you have trouble reading text that's

6   close to you?

7        A    Yes.

8        Q    Do you know what your eyesight, the legal

9   definition of your eyesight?

10        A    Legal?

11        Q    Well, are you -- do you know what the

12   prescription is for your glasses?

13        A    In English, I have to say.  In France we

14   say myopia.  That's when you can't see what is far.

15        Q    So you're near-sighted?

16        A    Yes.  Presby is when you need glasses to

17   read, which is coming with age, yes.

18        Q    Has anybody ever told your eyesight is 100

19   over 10, or anything like that?

20        A    110, no.  I have correction because of

21   that.

22        Q    What is the correction?

23        A    Glasses.

24        Q    Okay.  Do you have an eye doctor?

25        A    I'm seeing many depending on -- for

```
 1    example, I want to change, we have eye doctors in

 2    the city, take any of those.  It's not say per se

 3    one eye doctor.

 4         Q    Where did you buy your glasses?

 5         A    This glasses, I change them in 2017, I

 6    think.

 7         Q    Where did you -- were the lenses

 8    specifically made for you?

 9         A    Yes.  They make them in a shop.

10         Q    Based on a doctor's prescription?

11         A    Yes.

12         Q    Do you need to wear those glasses to see

13    object that are close by?

14         A    No.  As you see, sometimes I walk without

15    them.  I can see perfect.

16         Q    For driving purposes, do you need to wear

17    glasses?

18         A    No.

19         Q    Do you wear contacts?

20         A    I have those.

21         Q    And when do you wear those?

22         A    Well, I have permanent.

23         Q    You have permanent contacts?

24         A    Yes.

25         Q    You have to wear glasses even though you
```

```
 1   have permanent contacts?

 2        A    Yes, but it's permanent contact for long

 3   vision.  So this, if you look at my glasses, the top

 4   is nothing.  But down is where I need them in order

 5   to read.

 6        Q    Before the accident, had you ever worn a

 7   knee brace?

 8        A    Worn a knee brace?

 9        Q    A knee brace, a brace on your knee.

10        A    No.

11        Q    Had you ever walked with a cane?

12        A    No.

13        Q    Do you see a doctor on a -- strike that.

14             Before the accident, did you see a doctor

15   on a regular basis?

16        A    As I said, since 2013, that's when I was

17   diagnosed with diabetes type two.  So every, let's

18   say, one month and a half or two months, I go to my

19   general practitioner doctor who is giving me the

20   prescription for my diabetes medication.

21        Q    And who is your general practitioner?

22        A    I'm going at what is -- a clinic, which is

23   eye clinic -- sorry, which is called La Life, La

24   Life Clinic.  And a medical doctor was there who is

25   treating me every time.
```

**REGENCY-BRENTANO, INC.**

```
 1        Q     What is his name?

 2        A     His name, I need to check on my phone to

 3   see his name.

 4        Q     Did you say you need to check on your

 5   phone?

 6        A     Yes, check.

 7        Q     Yes.

 8        A     Because I have his phone number.  But with

 9   this aggravation, I lost the name.  But I sent all

10   the documents related to my visits and I think

11   showing my regular check-up.

12        Q     I don't understand.

13        A     I was asked to send my medical records.

14        Q     Right.

15        A     And among those medical records -- the

16   medica records I sent, was the regular check-up

17   visits in that clinic so you probably have that

18   information.

19        Q     It was not produced.

20             MR. FRIEDMAN:  Do you have those

21        documents?

22             MR. ROUSE:  I do not have documents from

23        your PCP clinic.  At least from what I recall

24        seeing, I don't recall seeing that.

25             THE WITNESS:  I can look at the e-mail,
```

1    e-mail.  I have my laptop here, so I send them.
2    BY MR. FRIEDMAN:
3    Q    You know, we asked that you produce
4    documents relating to medical visits and treatment
5    rendered over the last 10 years.
6    A    Yes.
7    Q    And we didn't receive any information
8    about that.
9    A    So, one of the information that you have
10   was the -- when I was hospitalized, it's among the
11   copies that you have.  But, I didn't make a copy of
12   those clinic because I send them previously.
13   Q    We don't have anything.  In fact, your
14   responses all relate to the accident and after.  So
15   we don't have any documents relating to your medical
16   condition prior to the accident.
17   A    What you have is what I gave you.  But for
18   clinic, I can give it to you now.
19   Q    Okay.
20   A    Because I have -- as I said, I send them.
21   But if you do not have them now, I can just give
22   them on my computer from the e-mail that I sent.  I
23   can give them to you.
24   Q    Before you do that, why don't you check
25   your phone and identify the name of the doctor?

1        A     Yes.  Her name is Ayubu, A-Y-U-B-U,

2    Rehema, R-E-H-E-M-A.

3        Q     Is that the only physician you would see

4    on a regular basis before the accident?

5        A     Yes.

6        Q     So any check-up that you would have

7    periodically would be performed by her or her

8    clinic?

9        A     Yes.

10       Q     And what sort of doctor is she again?

11       A     She's a general practitioner.

12       Q     At a break, why don't we check your -- or

13   you can check your laptop for those documents.

14       A     Yes, sure.

15       Q     You testified a few minutes ago that

16   you're handicapped.  What did you mean by that?

17       A     Handicap is to mean that if you --

18   physically, if you look at my legs, they don't have

19   the same size.  The muscles of the left leg where I

20   had the knee injury, the quadriceps, the big muscle,

21   is a little but smaller and weaker.  So meaning that

22   I can't produce the same efforts as from my right

23   leg with my same with my left one.  So this is the

24   limitation, as I said, when taking stairs, climbing

25   something.  So the left, the knee, it's a little bit

```
 1   tight.  My flexion, the flexion is not the same as
 2   for the other one.  And when I press, again, it's
 3   not the same.  So, these are the limitations during
 4   effort due to the injury.  So, that's what I was
 5   trying to explain as handicapped in doing efforts.
 6   Limited, I'm limited with the left.
 7        Q    Because, the quadriceps muscle on the left
 8   leg is not as --
 9        A    As strong as the other one.
10        Q    Okay.
11        A    Not the same size.  So although I continue
12   practicing, it will take time in order to get the
13   same thing.  And when you have an injury, you stay
14   in the same position.  The weakest muscle is the
15   quadriceps.  If the quadriceps stays, let's say, 24
16   hours without any activities, it started dwindling.
17        Q    Dwindling?
18        A    Yes.  And catching up is a little bit
19   difficult.
20        Q    So if someone -- do you know what an ACL
21   reconstruction is?
22        A    ACL?
23        Q    Yes.
24        A    No.
25        Q    Anterior cruciate ligament, are you
```

```
 1   familiar with that?

 2        A     Yes, I heard.

 3        Q     Do you know what that ligament is?

 4        A     A ligament?

 5        Q     Yes.

 6        A     Yes.

 7        Q     Do you know where in the body it is?

 8        A     Yes, all the muscles.  They're inserted

 9   somewhere, ligament.

10        Q     Do you know where the anterior cruciate

11   ligament is in the body?

12        A     No.

13        Q     You testified earlier you have been to

14   Atlanta on multiple occasions?

15        A     Yes.

16        Q     How many times have you stayed at the

17   Crowne Plaza Hotel, Crowne Plaza at Ravinia, the

18   hotel at which you were injured?

19        A     I think it's maximum, I would say, a week.

20   Because I was staying in another hotel, not far from

21   the Crowne Plaza.  And then after the conference,

22   which I didn't attend at all because of the injury,

23   so all the colleagues of the organization were

24   staying at the Crowne Plaza, they asked me to join,

25   to move into that hotel, Crowne Plaza.  I think it
```

```
 1   was like Friday, Saturday.  I can check and see the

 2   dates exactly.  You can maybe have -- you have a

 3   copy probably of the -- when I paid that, I get out

 4   the hotel.  So, I think it was like Friday, Saturday

 5   and Sunday, less the other week while waiting for a

 6   surgeon.

 7        Q    Before the accident, had you ever stayed

 8   at the Crowne Plaza Hotel?

 9        A    No.  That was the first time I was coming

10   to Atlanta.

11        Q    So before the accident in May 2016, you

12   had never been to Atlanta?

13        A    No, never.

14        Q    The accident occurred on May 3, 2016.  Had

15   you been to the Crowne Plaza the day before?

16        A    Yes.  The accident happened the second day

17   of the conference, so meaning the day before I was

18   at the conference.  I was there.

19        Q    And the conference was the Tephinet

20   conference?

21        A    It's EIS conference.  And Tephinet is one

22   of the -- I don't know how to say it -- one of the

23   organizers.

24        Q    So it was the EIS conference that was held

25   at the Crowne Plaza on May 2 and 3, correct?
```

```
1        A     It was the entire week.

2        Q     Right.  The first day you attended the EIS

3   conference was on May 2?

4        A     Well, it was just the beginning of the

5   conference.  I don't recall exactly the dates, but I

6   can check and see exactly.  It was the entire week

7   and I just attend the first day.  The second day,

8   when I was coming for the second day in the

9   conference, that's when I get injured.

10       Q     The first day of the conference was at the

11  Crowne Plaza Hotel?

12       A     Yes, the same hotel.

13       Q     And what time roughly did you arrive on

14  that first day?

15       A     That -- the first day, it's the opening

16  day, so it's in the morning.  I would say maybe

17  nine, 10 a.m.  If I could see the program.

18                        (DEFENDANTS' EXHIBIT 4 WAS

19                         MARKED FOR IDENTIFICATION.)

20  BY MR. FRIEDMAN:

21       Q     Let me show you what we will mark as

22  Exhibit 4.  This is the Tephinet invitation letter.

23  Is that what you were referring to?

24       A     Yes.  This is the invitation for the

25  conference.
```

1        Q     So the first day you attended the

2   conference was on May 2; is that correct?

3        A     Yes.

4        Q     And you arrived sometime between nine and

5   10 a.m. at the hotel?

6        A     Yes.

7        Q     What was the weather like that day?

8        A     It was dry.  A sunny day.  Because I

9   remember that day, the 2nd, we went out just in

10  front of the hotel there is a shopping mall.  That's

11  where we were going for lunch, you know.  And I

12  remember that day I went there for lunch.

13       Q     So on May 2, the first day of the

14  conference that you were there, it was sunny?

15       A     Yes.

16       Q     You arrived around nine or 10 a.m. at the

17  hotel?

18       A     Yes.

19       Q     Through which entrance did you enter the

20  hotel?

21       A     The conference entrance.

22       Q     The same set of doors through which you

23  entered on May 3?

24       A     Yes.

25       Q     And did you see anything unusual about the

1    entranceway?

2        A    No.  I didn't pay any attention.  We were

3    a group of -- a bunch of people coming, you know,

4    from many countries in Africa.  There were

5    colleagues working here for CDC.  So it was normal,

6    going, you know, moving around, discussing, going to

7    the lobby.  There was exhibition, et cetera.  So I

8    didn't see anything, nothing at all.

9        Q    And did you have a briefcase with you?

10       A    Yes, the same.  That one.

11       Q    It was a backpack?

12       A    It's a backpack.  Yes, backpack.

13       Q    How did you arrive at the hotel?

14       A    So there was -- transportation was

15   organized from the other hotel, the Hilton.

16       Q    Hilton?

17       A    Hilton, not far from there.  There was a

18   daily transportation, morning, from that hotel to

19   the Crowne Plaza Hotel for the conference, so every

20   day.  And even, you know, there was some pickup time

21   from the Crowne Plaza Hotel going back to the hotel.

22   And I remember the first day I walked because it's

23   not far.  I walked with my -- some of my friends

24   from the Crowne Plaza Hotel up to the other hotel;

25   we walked.  That's why I'm saying it was a sunny day

```
 1    and we enjoyed walking instead of going back with

 2    the van.

 3                        (DEFENDANTS' EXHIBIT 5 WAS

 4                         MARKED FOR IDENTIFICATION.)

 5    BY MR. FRIEDMAN:

 6        Q     Let me show you a document we will mark as

 7    Exhibit 5.  Is this the hotel at which the accident

 8    occurred?

 9        A     Yes.

10        Q     And do you see the entranceway through

11    which you entered the hotel on May 2?

12        A     Yes.  The van was dropping us here.  Here

13    you have the valet.  That's the entrance of the --

14        Q     Main hotel?

15        A     -- main hotel.

16        Q     Right.

17        A     Going to the reception on this side.  And

18    you had to walk here, the walk side, and go up to

19    the entrance of the conference room which is here.

20        Q     So if you would, mark on that page where

21    you believe you entered the hotel on May 2.

22        A      Can I have a picture showing the entire

23    front?

24                        (DEFENDANTS' EXHIBIT 6 WAS

25                         MARKED FOR IDENTIFICATION.)
```

1    BY MR. FRIEDMAN:

2        Q    Let me show you Exhibit 6.

3        A    I sent a picture showing the entire front.

4    If I recall, this one is better because here you

5    have the valet, the bus was dropping us here and we

6    had to move, and I think this is the conference.

7        Q    All right.  So on May 2, you would have

8    entered through the doors that are pictured on

9    Exhibit 6, these doors?

10       A    Yes.

11       Q    So I'm going to put a box around this, is

12   that fair?  So the box that's marked on Exhibit 6,

13   does that identify the entranceway through which you

14   would have walked for the conference?

15       A    I think so, yes.

16       Q    All right.  And would you just show that

17   to the video so that the video camera can see the

18   entranceway?  Would you point to the entranceway for

19   the conference?

20       A    It's here.

21       Q    Thank you.  And that's the entrance that

22   you would have used to enter the conference,

23   correct?

24       A    Yes.  Everyone was using that entrance.

25       Q    And roughly, how many people were there

```
1   attending this conference?
2        A    I can't respond to that.  So there are all
3   the -- they're called the graduates of EIS working
4   here in America.  It's Americans working for CDC
5   here and abroad.  Many cohort -- many promotions for
6   many years.  And you have also people who are coming
7   from Africa, like myself, who are heading those
8   programs.  People from Asia.  People from South
9   America.  So, I can't know exactly.
10       Q    Would you estimate there were hundreds?
11       A    Thousands.
12       Q    Thousands?
13       A    500.  There were many.  Because if you
14  look at the conference, the conference hall,
15  conference room, it was full, so I can't estimate.
16  A minimum, I would say, 500.
17       Q    A minimum of 500 and a minute ago you said
18  maybe 1,000.
19       A    Yes, it's between 500 and 1,000.  I don't
20  know.  I don't know.  This is a question to ask the
21  organizers.
22       Q    And that's fine.  But these conference
23  attendees would have entered the conference through
24  the same doors pictured in Exhibit 6?
25            MR. ROUSE:  Objection; calls for
```

1        speculation.

2    BY MR. ROUSE:

3        Q     Is that correct?

4        A     Not necessarily.  Because as I said, there

5    were some were coming with the shuttle.

6        Q     The shuttle?

7        A     Yes, like this one.

8        Q     Right.

9        A     So we are coming from outside.  And there

10   was some who were residing in this hotel, in Crowne

11   Plaza.  So those were residing here, they don't have

12   to go out and get in.  So, they just move from the

13   reception, the other door which is here, and move to

14   the conference room.

15       Q     Did you observe -- did you see many people

16   entering the conference through the doors pictured

17   in Exhibit 6?

18       A     Yes.  As I said, we were having lunch

19   outside, most of the people, so they were coming in

20   and out in that door.

21       Q     So people were entering and exiting the

22   conference through that door?

23       A     Yes.

24       Q     Lots of them?

25       A     Yes.

1    Q    On May 2, did you have any trouble

2  navigating through those doors?

3    A    No.  As I said, we came in the shuttle, we

4  got in and we left the conference hall and went back

5  home.  And I walked, as I said, back to my hotel.

6    Q    On May 2, how many times would you

7  estimate you navigated those doors both leaving and

8  entering?

9    A    I would say one time to enter when I

10 arrived in the morning.  And then lunch time we left

11 that door, I remember we went for lunch, and coming

12 back.  Those are the times I remember.

13    Q    How many people went to lunch with you and

14 exited through those doors?

15    A    There were many participants in the

16 conference.  They all went to the shopping mall for

17 lunch, many of them.

18    Q    So the weather was sunny on May 2.  Did it

19 change on May 3?

20    A    It was exactly the same.  On May 3 I came

21 very early in the morning because I wanted to attend

22 the first session.  That was, let's say, after

23 seven, sometime between seven and eight.  So it

24 was -- it was not sunny.  It's early in the morning.

25 But I remember very well it was not raining because

Joseph Ntaganira          Ntaganira v. Crowne Plaza          April 16, 2018

```
 1   we walked peacefully alongside the hotel and went to

 2   the lobby.

 3        Q    The night of May 2, did it rain?

 4        A    I don't remember.  It's a long time; two

 5   years ago.  I can't remember.

 6        Q    You don't have any recollection?

 7        A    I didn't go out.  That's the thing, I

 8   would say, because I stayed in the hotel and I

 9   worked with some materials.  I didn't go out.  But

10   whether it rained outside, I don't recall.

11        Q    If it had rained, you would probably

12   remember that, right?

13        A    If it rained and if I went out, I would

14   have needed an umbrella or something like that.

15        Q    Did you have an umbrella with you?

16        A    They asked us to bring an umbrella.

17        Q    Did you use an umbrella at any point?

18        A    No, because I stayed -- that's the only

19   day, as I said, only day I went out because I

20   arrived the day before.  Again I stayed at the hotel

21   and I waited for people to come and we started

22   chatting in the hotel where I was staying.

23        Q    So the day of May 2 it was sunny.  You

24   don't recall any rain the night of May 2.

25             Let's talk about the morning of May 3.
```

**REGENCY-BRENTANO, INC.**

1    What time did you get up?

2         A    I woke up, you know, because I had to go

3    to the conference early, so I woke up around six so

4    that I could go and have my breakfast.  And then I

5    took the shuttle.

6         Q    Now, were you giving any type of

7    presentation at the conference?

8         A    No.  I was invited as a head of a program.

9         Q    So you wanted to get to the conference

10   early so you could eat breakfast?

11        A    No.  The breakfast is in my hotel, in

12   Hilton.

13        Q    I see.

14        A    The purpose of going early, there were

15   very interesting presentations, tuberculosis, which

16   is one of my area of interest.  That's why I wanted

17   to get there.

18        Q    And so you woke up on May 3, ate breakfast

19   at your hotel, the Hilton, correct?

20        A    Yes.

21        Q    And then you took a shuttle over to the

22   Crowne Plaza?

23        A    Yes.

24        Q    And did you take a shuttle with other

25   friends of yours?

1      A      Yes, there was some people from Africa

2   going, as well, to conference.

3      Q      So there were friends of yours in your

4   shuttle?

5      A      Yes.

6      Q      And who were they?

7      A      They were the head of programs, people who

8   I know from other countries.

9      Q      Who were them?

10      A      One of them was a lady who used to be the

11   head of the program in Nanedia (sic).

12      Q      What's her name?

13      A      I don't remember.  I need to check my

14   paper.  So you know, those are people you meet at

15   the conference or other meetings, but you are not

16   regularly together and I don't remember, but

17   particular friends.

18      Q      Were there other people you knew on your

19   shuttle that morning?

20      A      I don't recall because it's a long time

21   ago.  But there were probably some other people

22   because we were going in a group.

23      Q      So what time do you think you would have

24   taken that shuttle from the Hilton to the Crowne

25   Plaza?

```
 1        A     Time exactly, I can't tell.  But because
 2   the conference was like around eight in the morning,
 3   so I left my hotel between seven and eight.  But
 4   besides what time, I can't tell you.
 5        Q     So the conference started at eight?
 6        A     Yes, it was going to start around that
 7   time.
 8        Q     And you wanted to get there early because
 9   there were some presentations you were interested
10   in; is that correct?
11        A     Yes.
12        Q     And do you know what time the first
13   presentation started?
14        A     It should start around eight; it's very
15   early, the first presentation.  So if we look at the
16   program, we may know exactly at what time.  But I
17   think it was eight, 8:30 maximum.
18        Q     Is it possible that the first program
19   started at eight?
20        A     Yes, it's possible.
21        Q     And do you have a recollection of it
22   starting at eight?
23        A     I think so because I wouldn't come so
24   early if the program was not starting at that
25   moment -- at that time.
```

1      Q     So you left your hotel, got into a

2   shuttle, you were trying to make a presentation that

3   was starting at eight a.m.?

4      A     Uh-huh.

5      Q     Is that right?

6      A     Yes.

7      Q     Roughly, how many people do you think were

8   in your shuttle?

9      A     Roughly, I would say, it's the same size.

10  Same size, I would say five.

11     Q     Five people in the shuttle, do you think?

12     A     Yes, five.  It was not full because so

13  many -- well, not everyone has to attend all the

14  presentation.  You select the one you're interested

15  in.

16     Q     Right.  And so, the people that were in

17  the shuttle going to the Crowne Plaza with you, they

18  were all going to the conference?

19     A     Yes.

20     Q     And did they all enter through the same

21  doors as you?

22     A     I can't recall.  I know that I moved to

23  the door with some of them.  How many, I don't know.

24  I can't recall.

25     Q     What type of shoes were you wearing?

```
 1        A     Well, normal shoes.  I have them here.

 2        Q     All right.

 3        A     Yes.

 4        Q     And what type of shoes are they; dress

 5   shoes?

 6        A     Shoes I wear, dress shoes.

 7        Q     And do they have a leather bottom?

 8        A     How about showing you the shoes?

 9        Q     That's fine.  If you will pull them out.

10        A     (Witness complies).  So here are the

11   shoes.  You can describe them better than me.

12        Q     That's fine.  Dress shoes with a leather

13   sole.  Would you show us the other one, too, please?

14        A     It's exactly the same.

15        Q     Do you still wear those shoes?

16        A     Yes, I do.

17        Q     So since the date of the accident, have

18   you worn those shoes?

19        A     Yes.

20        Q     And how often have you worn them since the

21   date of the accident?

22        A     Well, like normal shoes, you have many

23   shoes, you select the one you want, yes.

24        Q     So you have worn them a lot?

25        A     No.  It's from time to time.  I have many
```

 1  shoes.

 2      Q    I'm just trying to understand how often

 3  you have worn them.

 4      A    I can't tell how often.  I have many shoes

 5  to select from, so that's --

 6      Q    Well, if there is 350 some odd days in a

 7  year, roughly, how many days a year would you wear

 8  them?

 9      A    I would say it's a difficult question.  I

10  don't know how often I wear my pants.  I can't tell

11  you.

12      Q    Okay.

13      A    It may be one time per week, two times.  I

14  don't remember.  But remember, I drive so I'm not

15  working far distance.  It's from home up to work.

16      Q    How many pairs of dress shoes do you have?

17      A    I would say eight, nine.

18      Q    And you alternate between those eight and

19  nine pairs of dress shoes?

20      A    Yes.  But I would say that I have reduced,

21  you know, wearing those kind of shoes because I wear

22  more tennis tennis shoes because I feel more

23  comfortable with the knee.  With this casual,

24  sometimes when I go to rough surface, I feel it in

25  my knee.  So now, most of the time, when I'm not

```
 1   obliged, I'm not going to a meeting or something

 2   like that, I wear tennis tennis shoes.

 3        Q    So when you and the others were in the

 4   shuttle on your way to Crowne Plaza for the early

 5   presentation on May 3, what was the weather like?

 6        A    Well, I remember, you see it's like today,

 7   no sun, it's early in the morning.  It was dry.  I

 8   think I remember because we walked normally from the

 9   shuttle to the door.  So that's how I would say,

10   it's the same weather like today.

11        Q    But you're pointing at our windows, but

12   there are blinds that are blocking the outside

13   world.

14        A    I'm pointing.  It's like the way when I

15   came here what I saw.  It was no sun and it was not

16   raining.  It's early in the morning.

17        Q    So the morning of May 3, you don't --

18   strike that.

19             The morning of May 3, it wasn't sunny out,

20   but it had not rained and it was not raining?

21        A    No, it was not raining.  I can confirm

22   that.

23        Q    And it had not rained; is that right?

24        A    Yes.  From the hotel when I get into the

25   car, it was not raining.
```

1      Q      Was the ground wet?

2      A      I haven't seen that.

3      Q      Was there any indication that it had

4   rained?

5      A      Well, from what I recall, and I repeat, I

6   said it previously, when I walked from the shuttle

7   and from here moving like this, it was dry.

8      Q      The ground was not wet?

9      A      No.

10      Q      Do you have a distinct recollection of

11   looking at the ground outside of the entranceway

12   depicted in Exhibit 6 and the outside pavement was

13   not wet; is that correct?

14      A      Yes.

15      Q      So you and the others exited the shuttle

16   and entered through the doors in Exhibit 6, correct?

17      A      Yes.

18      Q      Did any of them slip and fall on the --

19   near or inside of the entrance?

20      A      No.  I'm the only one that slipped.

21      Q      And do you know whether anyone else on May

22   2 or May 3 slipped and fell at the conference?

23      A      I can't tell you.  Because since that

24   moment, I didn't come back to that hotel.  I mean,

25   for the conference.  But also from what I heard, my

```
 1   accident was, you know, announced to the participant

 2   of the conference that one of them have had an

 3   accident the same day.  So it was communicated to

 4   all participants.

 5        Q    Are you saying it was communicated that

 6   someone other than you had an accident?

 7        A    No.  That I have had an accident.

 8        Q    I see.  So tell us what happened as you

 9   exited the shuttle and entered the conference

10   through the doors in Exhibit 6?

11        A    As I said, I entered the door and from

12   what I recollect, immediately, I fell down on my

13   knee, on my left knee.  So that's what I remember.

14   It happened immediately once I get there.  I didn't

15   walk three meters or four meters.  It's immediately

16   when I found myself on the floor.

17        Q    So do you recall whether there was someone

18   in front of you walking who opened the door?

19        A    Well, we entered.  Of course, there was

20   some other people entering.

21        Q    But do you --

22        A    And some other people came even after me.

23        Q    Do you recall whether you opened the door

24   and entered or whether somebody opened the door for

25   you?
```

1        A     I did open the door.

2        Q     So you opened the door, entered, fell, and

3   then someone walked through the door after you?

4        A     I think some other people came after me.

5   Because I can't tell whether someone came

6   immediately after me because I was on the floor.

7   But I saw many people coming when I was on the

8   floors.  I saw people entering, coming to

9   conference, and they found me on the floor and they

10  come to see me.

11       Q     So when you entered, how many steps do you

12  believe you took before you fell?

13       A     I would say one step, two steps.  I can't

14  recall.  It was so, like, rapidly, immediately.

15       Q     So do you know which -- strike that.

16             Did you lose your balance and fall?

17       A     Well, I remember feeling myself in the

18  air.  But losing balance, no.

19       Q     Do you know which foot you had used to

20  take a step when you found yourself in the air?

21       A     I think from the air, I knocked my left

22  knee.  So, that's my left knee that started.

23       Q     What I'm trying to understand is, what is

24  the last -- on which foot did you take the last step

25  before finding yourself in the air?

1      A    I can't recall that.  As I said, it was so

2  sudden, you know, I found myself on the floor.

3      Q    Where were you looking when you entered?

4      A    I was, like, anyone who is entering in the

5  hall, so in front of me.

6      Q    So you opened the door and you were

7  looking straight ahead?

8      A    I was entering, so I can't recall saying I

9  was looking down, but just entering the hall.

10     Q    And you just, with your hands, described

11  your face looking straight forward?

12     A    Yes, as anybody who is entering a place,

13  you enter the place.

14     Q    So you open the door, you took a step in

15  and you were looking straight ahead?

16     A    Yes, I entered the house.

17     Q    So you were not looking down at the

18  ground.  Your head was faced forward and your eyes

19  were pointed directly in front of you?

20     A    Well, I was entering the house, as I'm

21  saying, so you look where you are going.

22     Q    So your eyes were looking straight ahead?

23     A    What I recall, I was entering the house.

24  I can't tell -- well, I know that, of course, I'm

25  entering there.  I'm going like this.  But I was not

1   disrupted by anything, watching around, no.  I was

2   getting in.

3        Q    I just want to make sure that the record

4   is clear.  When you opened the door, your head was

5   facing forward and your eyes were looking directly

6   in front of you?

7        A    That's what I can tell is a normal way of

8   entering, but I can't say.  What I'm sure, I was not

9   looking on my left side or my right side.  I was

10  getting in the hall.

11       Q    Your eyes were pointed forward looking at

12  the hallway and conference area in front?

13       A    I can't tell.  I keep repeating what I

14  just said.  Like when you're entering in a house,

15  you enter in your house.  You're not looking on your

16  left, on your right, you just enter the house.

17  That's what I can tell you.

18       Q    In other words, your eyes were not trained

19  or focused on your feet or the ground in front of

20  you?

21       A    No.  I was entering the house, so looking

22  where I'm going to.

23            MR. FRIEDMAN:  Let's take a three minute

24       break.

25            THE WITNESS:  All right.

1           THE VIDEOGRAPHER:   Going off the record.

2      The time is 1:18.

3           (WHEREUPON, A SHORT BREAK WAS

4      HAD IN THE DEPOSITION.)

5           THE VIDEOGRAPHER:   Back on the record.

6      The time is now 1:22.

7  BY MR. FRIEDMAN:

8      Q    Dr. Ntaganira, you testified a minute ago

9  that when you entered the hotel after opening the

10 door, you were looking forward as you entered the

11 house.  What did you mean by house?

12     A    What I mean, the hall after the door.  You

13 get in the house.

14     Q    All right.  And show us again what you

15 mean when you say you were looking forward.  What

16 was the hand gesture you used?

17     A    When you open the door, you open and then

18 you get in.

19     Q    Right.  And your head is looking forward?

20     A    I'm looking where I'm going.

21     Q    And as you have just shown on the

22 videotape, your head was looking straight ahead and

23 your eye were focused at the objects that were in

24 front, correct?

25     A    Well, I can't say that focus.  When you

```
 1   say focus, it's like you're just looking at that.

 2   You're in an environment, so you know that you're

 3   entering in a place.  And so, you walk in there and

 4   you get in the place, so my head is like this.

 5        Q     So your head is facing forward and your

 6   eyes --

 7        A     Where I'm going.

 8        Q     And your eyes are looking at where you're

 9   going in front of you?

10        A     Well I'm here, but when I'm looking, I'm

11   seeing you.  I'm seeing madam here and I'm seeing --

12        Q     The videographer?

13        A     Yes.

14        Q     Right.  In other words, your eyes were

15   trained on the object in front of you, not what was

16   down at your feet?

17        A     Well, I repeat again, I just step and open

18   the door, I step in, and immediately the incident

19   happened.  So I didn't walk, let's say, three meters

20   or four meters.  If you open to get in and I don't

21   recall what happened.  I just found myself on the

22   floor.

23        Q     As you opened the door, you were not

24   looking at the ground.  Your head was faced forward,

25   correct?
```

Joseph Ntaganira                    Ntaganira v. Crowne Plaza                    April 16, 2018

1        A     When you open a door, any door like here,
2   even here, you open like this.  So you are looking
3   at the door and you get in.
4        Q     Right.  Your eyes were not looking at the
5   ground when you opened the door?
6        A     When I'm outside I'm here, I'm looking at
7   the door and I open, then I get in.  But as I said,
8   by the time I just get in, that's when the event
9   occurred.
10       Q     Dr. Ntaganira, you're not answering my
11   question.
12       A     That's what I can say.  I'm sorry.
13       Q     But answer my question.  When you opened
14   the door, you were not looking at the ground,
15   correct?
16       A     I'm outside.
17       Q     Yes.
18       A     So put yourself on outside, not inside.
19   The door is closed.  I'm opening, looking at open
20   and then I get in.
21       Q     Dr. Ntaganira, you're not answering my
22   question.  When you opened the door, you did not
23   look down, you were looking forward, correct?
24       A     When I opened the door, I was looking at
25   the door.  How do you call it?

```
 1        Q     The knob?

 2        A     Yes.

 3        Q     So as you're opening the door, you're

 4   looking at the door itself?

 5        A     Yes.

 6        Q     As the door opens and you can visualize

 7   the interior of the room.

 8        A     Uh-huh.

 9        Q     You did not look down, you looked at the

10   object inside of the conference room ahead of you?

11        A     Well, as I said, I entered looking where I

12   was going.  But the event happened immediately, so I

13   don't know anything else.

14        Q     I understand that.  But my question is

15   very simple.  When you opened the door, you did not

16   look down, correct?

17        A     I can't tell.

18        Q     Well, a minute ago you said you did not

19   look down.

20        A     I said I enter and then I'm looking.

21   Well, it's normal way of thinking.  If I can enter

22   somewhere, I'm looking at where I'm going.

23        Q     You did not look at the ground, correct?

24        A     I don't recall.  I don't recall.

25        Q     So you don't recall looking at the ground?
```

Joseph Ntaganira                Ntaganira v. Crowne Plaza                April 16, 2018

```
 1       A       Looking at the ground would mean I opened
 2  and I stooped, so.
 3       Q       And you didn't open the door and stop,
 4  correct?
 5       A       My opinion, it was just immediately after
 6  opening.
 7       Q       You don't recall looking at the ground, do
 8  you?
 9       A       No.  I'm looking like this.
10       Q       What caused you to fly into the air, as
11  you have described it?
12       A       I don't know.  I just fell down and
13  knocked my knee and then I was unable to move.  And
14  then I sit down and many people rush to me, holding
15  my back, helping me, and I was in a terrible pain at
16  that moment.  So I can remember I can imagine that
17  I'm moving and on floor, I have my hands, I'm trying
18  to settle, yes.  But the only thing I remember at
19  that moment that I fell, at that moment, that the
20  floor was wet.  And then I think that's the reason
21  why I fell down.
22       Q       Now, your hands were wet.  Was anything
23  else on your person wet?
24       A       On my --
25       Q       Were your pants wet?
```

1     A     Yes.  I felt I was on something, you know,

2  like, wet, cold, something like that.

3     Q     So the ground was cold?

4     A     Yes.

5     Q     Is that different from wet?

6     A     That's my impression.

7     Q     So your impression was that the ground was

8  cold?

9     A     My hands, I notice, was wet.

10     Q     Was it wet or cold?

11     A     No.  Wet.

12     Q     Okay.

13     A     But on my pants, because I was sitting

14  with my pants, I felt that the back, some how it was

15  wet, as well.  That's why I'm saying you feel the

16  change.  There was something on my pants.

17     Q     So are you saying that your pants were

18  wet?

19     A     Yes.

20     Q     And where on your pants were they wet?

21     A     Well, I was sitting down, as I said, so

22  that's the feeling is here to my butt.

23     Q     On your bottom?

24     A     Yes.

25     Q     And you said that your hands were wet; is

```
 1   that correct?

 2        A    Yes.

 3        Q    And did you look around to see why your

 4   hands were wet?

 5        A    Well, I felt that my hands were wet and

 6   many people were rushing to be helping me because

 7   they were seeing I was in my pain.  So moving,

 8   people, you know, in my back.  And I looked around

 9   and, in my opinion, I saw -- how do you call it --

10   you know, a buck, a mopping buck.

11        Q    A mop?

12        A    Yes.

13        Q    And mop and bucket, is that what you're

14   saying?

15        A    Yes.  I saw that was in my -- the other

16   side.

17        Q    Now, the people that were rushing over to

18   you, they were rushing to you to provide aid where

19   you had fallen, right?

20        A    Yes.

21        Q    And you had fallen on the marble

22   entranceway, correct?

23        A    Uh-huh.

24        Q    Is that right?

25        A    On what?
```

```
 1        Q      Marble entranceway?

 2        A      Yes.

 3        Q      So these people were rushing to help you

 4   while you were still on the marble?

 5        A      Yes.

 6        Q      So they came onto the marble, correct?

 7        A      Yes.

 8        Q      Did they slip?

 9        A      No.  They were coming from the

10   reception -- the conference reception.

11        Q      Right.

12        A      Where there is a rug.

13        Q      A rug?

14        A      Yes.

15        Q      Okay.

16        A      So they were coming from that area, coming

17   to help.

18        Q      But they stepped on the marble, too,

19   right?

20             MR. ROUSE:  Objection; calls for

21        speculation.

22             MR. FRIEDMAN:  Not if he knows.

23             MR. ROUSE:  I just made my objection.  You

24        don't have to argue.

25             THE WITNESS:  I can't tell.  They just
```

1       came from that area.

2    BY MR. FRIEDMAN:

3       Q      So you don't know if they stepped on the

4    marble or not?

5       A      Well, I was in the marble area, so they

6    were coming from the.

7       Q      Reception area?

8       A      Reception -- the conference, so that area

9    is a rug.

10                      (DEFENDANTS' EXHIBIT 7 WAS

11                       MARKED FOR IDENTIFICATION.)

12   BY MR. FRIEDMAN:

13      Q      And the conference area looked like the

14   area depicted in Exhibit 7?

15      A      Well, yes.  But here there were --

16   somewhere here.  I don't know.  Because it's not

17   a -- the conference area -- well, this is the doors

18   entering the conference hall.

19      Q      Right.

20      A      But here, where people are meeting, there

21   is a rug.  And all this side, if I remember well,

22   there was some desks for people in charge of

23   registration and so forth.

24      Q      Right.  There is a desk here in Exhibit 7,

25   do you see that?

1      A     That one I can't recall.  What I remember,

2   you enter and on your right side and there is --

3   there was a desk for registration for participants.

4           MR. ROUSE:  A table or a desk?

5           THE WITNESS:  It was a count.

6   BY MR. FRIEDMAN:

7      Q     A counter?

8      A     Yes.

9      Q     So these are pictures that you or your

10  attorney produced, so I'm just using them.

11     A     Yes.  Because this is maybe after the

12  conference.

13     Q     Are these the counters you were talking

14  about?

15     A     No.  If you -- from the doors, if you --

16  this is the entrance, this side, you have the door.

17  Yes, the registration counter was here.

18     Q     Okay.

19     A     Was here on this side.  That was --

20                   (DEFENDANTS' EXHIBIT 8 WAS

21                   MARKED FOR IDENTIFICATION.)

22  BY MR. FRIEDMAN:

23     Q     Let me show you a photograph marked as

24  Exhibit 8.  Does that look familiar?

25     A     You enter from this side, yes.

```
 1        Q    Does this show where you entered and where
 2   you fell?
 3        A    Well, there are two doors, it's this.
 4        Q    Does that show where you entered and where
 5   you fell?
 6        A    Yes, from this door.
 7        Q    Okay.  Why don't you mark the general
 8   location where you entered and you fell?
 9             MR. ROUSE:  Is that particular picture
10        Exhibit 8 or was that a reference to a previous
11        exhibit?
12             MR. FRIEDMAN:  It's marked as Exhibit 8.
13             Go ahead.
14             THE WITNESS:  There was a picture that I
15        sent.  It was exactly the place.  It was
16        showing on this side like a car.
17   BY MR. FRIEDMAN:
18        Q    Like a what?
19        A    A car on this side.  It shows exactly the
20   door.
21        Q    Are you saying a car?
22        A    A car.
23        Q    Okay.  These are your pictures, so why
24   don't you --
25        A    I sent it yesterday.
```

```
 1         Q     You sent it yesterday?

 2         A     Or a few days ago because you were asking

 3    for additional pictures.

 4         Q     None of those?

 5         A     No.

 6         Q     What about that?

 7         A     Well, this is just showing the door from

 8    the outside.

 9         Q     Is this the photograph you were looking

10    for?

11         A     No.  Yes, that one.  That's the door.

12                         (DEFENDANTS' EXHIBITS 9 AND 10

13                         WAS MARKED FOR IDENTIFICATION.)

14    BY MR. FRIEDMAN:

15         Q     So does this show the door through which

16    you entered, Exhibit 10?

17         A     Yes.

18         Q     And show us where in that photograph you

19    entered, through which door?

20         A     Through this door.  So you have that one

21    in front of you, yes, that picture shows exactly the

22    door.

23                         (DEFENDANTS' EXHIBIT 11 WAS

24                         MARKED FOR IDENTIFICATION.)

25    BY MR. FRIEDMAN:
```

```
 1        Q     The doors are also shown in Exhibit 11; is
 2   that correct?
 3        A     Yes.
 4        Q     And it's a double door?
 5        A     Yes.
 6                         (DEFENDANTS' EXHIBIT 12 WAS
 7                          MARKED FOR IDENTIFICATION.)
 8   BY MR. FRIEDMAN:
 9        Q     I will show you a photograph marked as
10   Exhibit 12.  Dr. Ntaganira, are you sure that you
11   did not enter through the door depicted by the
12   arrow?
13        A     Well, it's a door, which is really
14   straight.  You have -- in my opinion, it's like
15   here.  You enter and you have the doors of the
16   conference room in front.
17        Q     So the outside of the hotel is depicted in
18   Exhibit 6 and you agreed that the doors that were
19   within the box were the doors through which you
20   entered, correct?
21        A     Yes.  So here you have, as I said, the
22   valet is here.  That's the entrance to the reception
23   of the hotel.  And we had to move this.  This side
24   is the conference.
25        Q     All right.
```

1      A      So I entered through these doors.

2      Q      Okay.  And which door depicted on Exhibit

3  6 did you enter through?

4      A      If I remember well, it's the one I showed

5  you which is this side.

6      Q      So it's not depicted in the box?

7          MR. ROUSE:  Just let the record reflect

8      that the witness was referring to the left-hand

9      side of the picture.

10  BY MR. FRIEDMAN:

11      Q      As I just said, is the door depicted in

12  the box on Exhibit 6?

13      A      Well, you have all the door here.  There

14  are here.  So in my opinion, if I recall, it's here,

15  her on the left, yes.

16      Q      So you're saying that the door is not

17  depicted in the box on Exhibit 6?

18      A      The doors are all of this and they are

19  similar.  They are similar.  That's why I can't

20  recall.

21      Q      Can you see the door on Exhibit 6?

22      A      The doors are here, so they are here.

23      Q      Can you see the door through which you

24  entered in Exhibit 6?

25      A      Yes, probably.  If these are the two

```
 1   doors, it's here.

 2        Q     So you entered through the door depicted

 3   in the box?

 4        A     Yes.

 5             MR. ROUSE:  Let the record reflect the

 6        witness was referring to the left side of the

 7        picture.  I think that's missing from the

 8        transcript.

 9             THE WITNESS:  Yes.  That's why I was

10        insisting in the other picture that was taken

11        showing that left side.

12   BY MR. FRIEDMAN:

13        Q     Okay.  Let's make sure the record is

14   clear.  Can you see the door through which you

15   entered in Exhibit 6; yes or no?

16        A     I would say I'm not seeing the entire

17   door.

18        Q     That's fine.  But can you see the door

19   through which you entered in Exhibit 6?

20        A     If the picture was showing the complete.

21   Because the reason I'm saying, it's a double door.

22   So I don't recall exactly, but I think it's -- if I

23   take this one and if I compare to the one I showed,

24   to be this left side.  So if I looked at this, this

25   picture is showing particularly the right side.  Why
```

 1   I think it was this left side.

 2          Q     So I'm going to just ask it one more time.

 3   The door through which you entered, is it depicted

 4   in Exhibit 6; yes or no?

 5          A     Not completely.

 6          Q     Can you see any part of the door?

 7          A     Yes, I would say half of the door.  If I

 8   could see the entire door, picture showing the

 9   entire door, I would say it's this side.

10          Q     Mark on Exhibit 6 the door through which

11   you entered?

12          A     So I would say this side.

13          Q     So mark it, please.

14          A     (Witness complies).

15          Q     You have drawn a half moon on Exhibit 6.

16   And you have done that around two doors, correct?

17          A     Yes.

18          Q     Which door did you actually open?  You

19   didn't open two doors, did you?

20          A     No, you open one.

21          Q     Which door did you open?

22          A     If you coming from this side, you open.

23          Q     Which door did you open?

24          A     This one.

25          Q     Would you mark it?

1      A      (Witness complies).

2      Q      The doors in Exhibit 11, those are not the

3   doors through which you entered, are they?

4      A      Yes, those are.

5      Q      And the doors depicted in Exhibit 10, are

6   those the doors through which you entered?

7      A      I think so.

8      Q      Can you see the doors in Exhibit 12

9   through which you entered?

10     A      Yes.  Because as I said, because I'm not

11  seeing completely the entire door, but I would say

12  it was on the left.  If this is the left side, as is

13  shown there, so if this is the left one that I'm

14  showing.

15          MR. ROUSE:  Can the witness make an

16      indication on that picture as to what he's

17      referring to just so the record is clear.

18          THE WITNESS:  Which one?

19          MR. ROUSE:  On that picture that you're

20      referring to, if you could just make a -- mark

21      it on the --

22          THE WITNESS:  I put a mark on this one.

23      No, on the other one that was there.

24  BY MR. FRIEDMAN:

25      Q      It's right here.

1          MR. ROUSE:  No.  I'm saying can the

2      witness mark the picture.

3          THE WITNESS:  So there is a mark here

4      showing you have this and you have the other

5      here -- the other door, so it's this door.  So,

6      if this is this door, is this one, then yes.

7          MR. ROUSE:  Could you mark on the other

8      picture showing what you think is the correct

9      door, what you're referring to?

10         THE WITNESS:  I would say, this -- well,

11     the left one, then this one.

12  BY MR. FRIEDMAN:

13     Q    So is it your testimony that the door that

14  you circled in Exhibit 8 is the door through which

15  you entered?

16     A    Well, if I can recall, it's that one on

17  the left.

18     Q    That's not it or it is it?

19     A    It is.  In fact, if I can have the entire

20  view of the front as in the other picture.

21     Q    So you don't know that it's the door that

22  you entered through or you do?

23     A    Why don't you show me the entire door?

24     Q    These are your photographs or photographs

25  produced by your attorney, so they were produced

 1   because they purportedly identified the site of the

 2   accident.  But we are having trouble using your own

 3   photographs to identify where you say you fell.  You

 4   can have all the photographs and identify from your

 5   own photographs which door.

 6        A    Okay.  One is this one.  And the other,

 7   it's --

 8        Q    Did you take these photographs?

 9        A    Yes.

10        Q    You took all these photographs?

11        A    Not all of them.

12        Q    Well, who took the other photographs?

13        A    I can't answer that question.

14        Q    Why not?

15        A    Because, I'm not the one who gave those

16   photos to you.

17        Q    Which photographs did you take?

18        A    Well, give me all the photos, I will show

19   you.  This one is me.

20        Q    You took that photograph?

21        A    Yes.

22        Q    Why did you take photograph Exhibit 10?

23        A    Proof.

24        Q    But proof of what?

25        A    To show how the hotel is, looks like.

 1      Q    Does it show the door through which you
 2  entered?
 3      A    I think this one.
 4      Q    So now in Exhibit 10 you're identifying
 5  the door?
 6      A    Well, it's exactly -- it was the purpose
 7  of just to take a view of the entrance of the
 8  conference and they look similar, so.  What I wanted
 9  to show is that just here in front, before reaching
10  the right here.
11      Q    Right.
12      A    There is some non-carpeted area.  That's
13  the only thing I wanted to show.
14      Q    So there is marble at the doorway?
15      A    Yes.  That's the only thing I wanted to
16  show.
17      Q    Does Exhibit 10 identify the door through
18  which you entered?
19      A    Now to say exactly which is the door, I
20  can't recall.
21      Q    Do you know which door through which you
22  entered the conference room?
23           MR. ROUSE:  Objection; asked and answered
24       repeatedly.
25

1    BY MR. FRIEDMAN:

2         Q     Do you know?

3               MR. ROUSE:   Objection; asked and answered

4         repeatedly.

5    BY MR. FRIEDMAN:

6         Q     You can answer.  Do you know?

7         A     Here I'm showing the entrance of the

8    hotel.

9         Q     I understand.  Do you know which door

10   through which you entered, Dr. Ntaganira?

11        A     I can't recall now.

12        Q     Okay.

13        A     It's two years ago and those doors are

14   similar.  But what is important is what is being

15   shown here that any of those doors you have

16   especially the marble.

17        Q     Right.

18        A     Which is exactly similar for both sides.

19        Q     Right.

20        A     But I can't recall now exactly two years

21   after looking at just the picture, this one.  But,

22   the purpose of my taking pictures of this was just

23   to show the rubber here.

24        Q     Did you say rubber?

25        A     The marble.  Marble before it changed.

1   This area, which was protected.

2        Q    The rug?

3        A    Yes.

4        Q    So the marble was obvious to anyone who

5   walked into the hotel, right?

6        A    The -- obvious?  I can't speak on behalf

7   of other people.

8        Q    How about on behalf of yourself?

9        A    Myself?

10       Q    Yes.

11       A    I notice once I got hit.

12       Q    So before you fell, you didn't notice that

13  there was marble before the rug?

14       A    Why should I keep that in my mind?  I'm

15  there for a conference.  I'm getting there.  What I

16  recall very well, it's moving around here.  Once I

17  was in the conference, moving here, talking to

18  people at the front, so.

19       Q    Can you show that to the video camera?

20       A    So here was like coffee.  They were

21  serving coffee, et cetera, during break.  That was

22  the place where you could discuss with people.  It

23  was full of people.  Discuss with some people.

24       Q    And why is that important?

25       A    Why?

1        Q     Yes.

2        A     I can't tell.  How should I say it's

3    important or not?  I mean, the conference was the

4    conference and meeting people, so the environment,

5    saying it's important or not.

6        Q     So you entered through a door and after

7    taking one step you found yourself on the floor?

8        A     Yes.

9        Q     Your hands were wet?

10        A     (Witness nods head up and down).

11        Q     Correct?  And you felt wetness on your

12    bottom or the bottom portion of your pants?

13        A     Uh-huh.

14        Q     Is that correct?

15        A     Yes, correct.

16        Q     And how much liquid was there on the

17    ground?

18        A     It's not like you dip your hand in water.

19    It's just like feel it's wet.

20        Q     Did you see any puddles?

21        A     Puddles?  What do you mean?

22        Q     Do you know what a puddle is?

23        A     No.

24        Q     A spill of liquid that collects in a

25    specific area.

```
 1        A     No, I didn't see nothing, but --
 2        Q     You didn't see any liquid that had
 3   accumulated in a specific area?
 4        A     Not where I was, I didn't see it.
 5        Q     The wetness was -- well, strike that.
 6              Other people walked across the same marble
 7   area, right?
 8        A     I don't know.
 9              MR. ROUSE:  Objection; calls for
10        speculation.
11              MR. FRIEDMAN:  It doesn't call for
12        speculation if he knew.
13              People had walked in right before you,
14        correct?
15              THE WITNESS:  I can't tell.  It was an
16        early time for the conference.  I just get in.
17        So, I didn't meet anyone beside to know there
18        were already some people there.  I don't know.
19   BY MR. FRIEDMAN:
20        Q     But you have testified that after you fell
21   people came and rushed over to you?
22        A     No.  They didn't came in from outside.
23        Q     Right.
24        A     I said there were ladies, some people were
25   at the counter, registration counter, who came, yes.
```

1    Q    And were there --

2    A    Some people were around.

3    Q    Say that again, there were people around?

4    A    Yes, people were -- I think ladies working

5    at the counter who just came to support me.

6    Q    And there were other conference attendees

7    in the -- milling around?

8    A    No, not -- it was very early and I was

9    just going to the presentation, so people were just

10   going straight and take a seat.

11   Q    So there were people that were walking

12   into the conference rooms --

13   A    Yes.

14   Q    -- at the time you slipped?

15   A    At the time, no, I can't tell you.  But

16   when I was down, waiting for the ambulance, so some

17   people were getting in.

18   Q    And how many people were milling around in

19   the common area of the conference room where the rug

20   is?

21   A    I can't tell.  So you can image you are

22   suffering, you are there, and people are rushing

23   coming to you.  You don't pay attention to those

24   people -- to those --

25   Q    So you don't know how many people were in

1    the common area?

2         A    In the common area, as I said, like people

3    were entering here and going to those doors, the

4    conference.  But here on this side, there was a

5    counter for registration and a conference book.  So

6    I didn't pay attention and know how many people were

7    there.  But what I remember very well, having some

8    people here who came and came to support me, support

9    my back.

10        Q    Was there breakfast that was laid out on

11   the tables in the common area?

12        A    No, no.

13        Q    Where was the breakfast?  Was there

14   breakfast?

15        A    No, I can't recall that.

16        Q    Okay.

17        A    I don't think there was a breakfast.  They

18   were just offering, you know, breaks at 10 or 11.

19   But before that, there was nothing.

20        Q    So earlier you testified that there was a

21   bucket and mop.

22        A    Yes.

23        Q    And where was that located?

24        A    When I was lying here that way, towards on

25   this side.

1      Q      So show us in a picture where it would

2  have been?

3      A      So if I was, let's say, lying here, so my

4  legs were here and my -- you know, looking at this

5  way, so people were helping me with my back here.

6  It was like here in this side.  That's what I

7  recall.

8      Q      So let me ask you this, Exhibit 10, does

9  this look like the accident scene on the day that

10  you had your accident?

11      A      Yes.

12      Q      And that's Exhibit 10, is a true and

13  accurate depiction of the accident scene on the date

14  of the accident?

15      A      Yes.

16      Q      Show us the area where you fell in Exhibit

17  10.

18      A      Well, as I said, I entered and the event

19  happened and find myself my knee down, and I laid

20  this way, okay, so it's in this side.

21      Q      So if you would mark an X where you would

22  have fallen?

23      A      I would say it's in this area.

24      Q      Okay.  Circle the area in which you would

25  have fallen.

```
 1        A      (Witness complies).

 2        Q      And you indicated that the bucket and mop

 3   would not be within the picture that is Exhibit 10,

 4   correct?

 5        A      No.

 6        Q      Am I right?

 7        A      Yes, that's correct.

 8        Q      Would it have been within the picture

 9   marked as Exhibit 8?

10        A      I can't tell.

11        Q      How far away was the bucket and mop?

12        A      Well, it's behind me.  So how far, I can't

13   tell.  I can't remember.

14        Q      Well, 10 feet, 15 feet, 20 feet?

15        A      15 feet, how many meters?  It's in the

16   area.

17        Q      Use meters.

18        A      Meters.  This was like my position, I'm

19   suffering here with my knee and lady is here trying

20   to support me, so it's somewhere like three to five.

21        Q      Three to five meters?

22        A      Yes.

23        Q      And was the mop in the bucket?

24        A      I don't remember.

25        Q      What color was the bucket?
```

1      A     I can't tell.

2      Q     Was color was the mop?

3            MR. ROUSE:  Objection.

4            THE WITNESS:  It's a long time ago, sir.

5   BY MR. FRIEDMAN:

6      Q     You don't know?

7      A     I didn't pay attention to those details.

8   Really, try to imagine when you are suffering, you

9   have a fracture, and especially here in the knee,

10  it's a different -- it's not as, you know, normal

11  fracture else where.  Here it's really very painful.

12  And in that situation, so I can't recall and it's

13  two years ago.  I can't remember the details.

14     Q     You didn't see anybody mopping at the time

15  of your accident, did you?

16     A     Maybe the person was there, it's

17  conditional.  But, you know, as I said, because of

18  the pain, I didn't pay attention on everything,

19  every detail.  I recall seeing a buck, a mopping

20  buck -- bucket.

21     Q     Say that again.

22     A     I just recall seeing, during my movements,

23  seeing the mopping bucket.

24     Q     Mopping bucket?

25     A     Yes.

1      Q    My question was, did you see anybody

2  mopping?

3      A    I can't say yes or no.

4           MR. FRIEDMAN:  Let's take a break.  Off

5      the record.

6           THE VIDEOGRAPHER:  We are off the record.

7      The time is 2:06.

8           (WHEREUPON, A SHORT BREAK WAS

9      HAD IN THE DEPOSITION.)

10          THE VIDEOGRAPHER:  Back on the record.

11     The time is 2:11.

12 BY MR. FRIEDMAN:

13     Q    Dr. Ntaganira, Exhibit 10, you marked

14 where you fell, correct?

15     A    Yes.

16     Q    Now, there are two doors depicted in

17 Exhibit 10; is that right?  Yes?

18     A    Yes.

19     Q    You opened one, correct?

20     A    Yes.

21     Q    Why didn't you walk on the mat?

22     A    I opened the right -- it's a double door,

23 so I opened here and just I get in.  So that's what

24 I remember.

25     Q    The mat is placed such that it can be used

```
 1    by people entering through either door, correct?

 2         A    If I look at this, I see that it's not

 3    covering the entire door.  I think I can say.

 4         Q    It can be used by people entering through

 5    either door, correct?

 6         A    Yes.

 7         Q    But you didn't walk on it?

 8         A    From what I recall, as I said, I just

 9    opened, I got in and I don't recall what happened.

10    I found myself in the air.

11         Q    So what was your injury after the

12    accident?

13         A    What?

14         Q    How were you injured?

15         A    So, as I said, I found myself in the air,

16    I knocked my knee and I sat down here inside.  So

17    because of my impression of my hands, I thought

18    here, this side was wet.

19         Q    What was your injury?

20         A    It was on left knee.

21         Q    And you were taken by ambulance to the

22    hospital?

23         A    Yes.  They called 911.

24         Q    And what was the surgical procedure?

25         A    Well, first I was taken to the emergency
```

 1  and then I got an x-ray of the knee, and that's how

 2  the fracture was found.

 3          Q     A fracture was to your --

 4          A     Patella.

 5          Q     -- patella?

 6          A     Yes.

 7          Q     Was there any other fractures?

 8          A     No.

 9          Q     Were there any torn ligaments?

10          A     Well, they -- it's called complete

11  fracture of the patella.

12          Q     Right.

13          A     Yes.  That's what they told me.  So I

14  needed a surgery.

15          Q     Were there any torn ligaments?

16          A     No, I don't think so.  It's an x-ray.

17          Q     So the surgery was to repair the patella?

18          A     Yes.

19          Q     Where did you have that surgical

20  procedure?

21          A      It was at Kennestone Hospital.  Because

22  the medical doctor who examined me at Atlanta

23  Medical Center, if I remember, he didn't get -- she

24  didn't get a plot for me to get operated there.  She

25  had many people waiting on the list.  So she said if

 1    you want me to treat you for that operation, you

 2    need to wait until -- the next following week and it

 3    will be at Kennestone Hospital.  And she was really

 4    very nice because she looked, she -- it was very

 5    difficult.  But finally, she find a day for me the

 6    following week.

 7        Q    So you had one surgical procedure,

 8    correct?

 9        A    Yes.

10        Q    And did that doctor or any other doctor

11    recommend other or future surgical procedures?

12        A    No.  The recommendation was to pursue with

13    physiotherapy.

14        Q    Did do you that?

15        A    I did.

16        Q    And where did you do that?

17        A    In Rwanda, at King Faisal Hospital.

18        Q    And have you produced the medical records

19    from King Faisal?

20        A    I did.  Those are in the packet.

21        Q    And the only location at which you had

22    physical therapy was at King Faisal Hospital?

23        A    Yes, only at King Faisal.

24        Q    And how long did you do that?

25        A    It was, I would say, during -- well,

Joseph Ntaganira               Ntaganira v. Crowne Plaza               April 16, 2018

 1  continuously, at least three days a per week from

 2  June -- it is documented there -- from June -- three

 3  months.  Let's say three months.  And then after

 4  three months, it was going there twice per week and

 5  doing some other physical activity.

 6        Q    And how long did you go for twice per

 7  week?

 8        A    It was after three month, I would say.

 9  Because at the beginning, it was very intensive

10  because, you know, due to immobilization, my joint

11  was very tight so they had to exercise and get

12  flexion.  That's why it was necessary to come very

13  often for that.  But after getting, you know, some

14  sort of flexibility, then they started, you know,

15  twice per week.

16        Q    My question is, for what length of time

17  did you go to King Faisal for the twice a week

18  physical therapy?

19        A    Well, I have all the information on the

20  document.

21        Q    And we can look at your medical records.

22  But tell me generally what you recall, how long did

23  you go?

24        A    What I can say that the beginning was

25  pretty intensive, meeting three times.  It means

Joseph Ntaganira          Ntaganira v. Crowne Plaza          April 16, 2018

1   like three months.

2        Q    I got that.

3        A    Yes.  Then after that -- well, if I

4   started, let's say, June, July, August.  By August

5   or September, I started going twice per week.

6        Q    And how long did you go for twice per

7   week?

8        A    I continued up to November.  And then

9   after November, I was continuing doing exercise

10  myself in the gym tonic, doing some biking.

11       Q    So in, or and after -- strike that.

12            In and after November 2016, you started

13  exercising on your own?

14       A    Yes.

15       Q    Since January 2017 to the present, have

16  you been back to King Faisal or to any other medical

17  care professional or physical therapist to have any

18  procedure or to get any guidance on physical

19  therapy?

20       A    Well, I went there -- where is the report?

21  I don't remember exactly when.  They said you

22  recovered, let's say, 85 to 90 percent.  So what you

23  have to do to maintain that, doing exercising

24  regularly.  That's what I did.  And myself, I was

25  feeling that going all the time there, it was not

1    really producing any change.  It was consuming time

2    and money, as well.  I didn't have time to go all

3    the time.  But I maintained myself doing some

4    exercises, as I said, three times per week.

5         Q    So since January 2017, you have not been

6    back to see a physician or physical therapist about

7    your knee?

8         A    No.

9         Q    Am I correct?

10        A    Yes, you're correct.

11        Q    Now, I see from the documents you have

12   produced that you incurred roughly 26 or $27,000,

13   U.S. dollars, in medical expenses.  Who were those

14   paid by?

15            MR. ROUSE:  Objection.  Collateral

16       sources.

17   BY MR. FRIEDMAN:

18        Q    You can answer.

19        A    It's in my medical records from the

20   hospital.  You can find that.

21        Q    I know.  Who paid for it is my question?

22        A    It's in my records.

23        Q    I'm asking you who paid for it?

24        A    It's in my records.  You can find the

25   answer there.

1     Q     So you're refusing to answer the question?

2     A     I know that I paid and it is in my records

3  at the hospital.

4     Q     Did you pay $26,000 or did somebody else

5  pay that?

6     A     Well, it's in the record.

7           MR. ROUSE:  Objection.  Collateral sources

8        are not relevant to a personal --

9           MR. FRIEDMAN:  That doesn't mean it's not

10       discoverable.

11          MR. ROUSE:  It's not probative to any

12       material fact in this case.

13          MR. FRIEDMAN:  Yes, it is.  And you

14       don't -- you got to stop make speaking

15       objections.

16          MR. ROUSE:  I'm making the same response

17       as to what you're making.  And the only thing

18       I'm saying is a collateral source under Georgia

19       law doesn't -- isn't probative to any of the

20       material issues in the case.

21  BY MR. FRIEDMAN:

22     Q     Did you pay the medical expenses?

23     A     I'm saying it's in my records.

24     Q     What is your records?

25     A     At the hospital.  All the treatment

1   payment, everything.

2   Q  I understand.  I understand that the

3   treatment is described in medical records and the

4   amount of the bills are identified in the medical

5   records.  My question is, did you pay for that?

6   A  Well, I think you can find that.

7   Q  It doesn't say who paid for it.

8   A  Do I have a debt?  It's in the records.

9   You can find whether it is paid or not.

10   Q  Who paid?  Did your employer pay?

11   MR. ROUSE:  Once again, objection to the

12   form of the question.

13   BY MR. FRIEDMAN:

14   Q  Did your employer pay for your medical

15   expenses?

16   A  Well, I think all the information is

17   there.  The payment is there.  You will find what is

18   missing.  If we didn't pay, I think we paid.

19   Q  But my question is, who paid?

20   A  I'm interested more in having settled all

21   the debt.

22   Q  Are you refusing to answer the question,

23   Dr. Ntaganira?

24   A  If I paid, why should I say that I paid?

25   Q  Did you pay?

```
 1        A     It has been paid.
 2        Q     I'm going to move for sanctions if you
 3   don't answer the question.
 4              I'm simply asking who paid the medical
 5   expenses?
 6        A     Listen, I was there, there was an
 7   intervention, and everything has been settled.
 8        Q     I'm not going to keep asking the same
 9   question.  I'm going to simply move for sanctions.
10   You need to answer the question.
11        A     What do you mean sanctions?
12        Q     I will ask for my attorney's fees for
13   having to file a motion to compel you to answer a
14   very simple question which is, did you pay the
15   medical expenses or did somebody else?
16        A     I'm saying, everything has been paid.
17        Q     You know, you're not answering the
18   question.
19        A     I had medical insurance.
20        Q     Did medical insurance pay for the medical
21   expenses?
22        A     The information is there.
23        Q     This is a very simple question, Dr.
24   Ntaganira.
25        A     Well, to me it's simple, as well, because
```

1   you --

2        Q    Then answer the question, did the medical

3   insurance pay?

4        A    I'm giving the answer.

5        Q    No, you're not.

6        A    We paid all the bill.

7        Q    Who paid?

8        A    Well, the bill was paid.

9        Q    Did medical insurance pay or did you pay?

10       A    I had medical insurance.

11       Q    And did it pay?

12       A    Well, the records should be there.

13       Q    Are you going to answer the question or

14   not?

15       A    I have given my answer.

16       Q    Well, unfortunately, you're going to have

17   to come back for another deposition because I'm

18   going to have to file a motion and compel you to

19   answer the question.  Do you want to come back for

20   another deposition?

21       A    Well, if I come for another deposition, I

22   will still give the same answer.  The bill was paid.

23       Q    So let's just make the record clear.  Are

24   you refusing to state who paid the medical expenses;

25   yes or no?

```
 1            MR. ROUSE:  Objection; asked and answered.

 2            MR. FRIEDMAN:  Has he answered the

 3       question, Carlton?

 4            MR. ROUSE:  Yes.

 5            MR. FRIEDMAN:  And what is the answer to

 6       that question?

 7            MR. ROUSE:  I'm not under oath, but I

 8       think the record reflects he has answered the

 9       question even though it was asked several

10       times.

11   BY MR. FRIEDMAN:

12       Q    Is there any lien -- has any lien been

13   asserted by any of the medical insurance providers?

14       A    I didn't get that question.

15       Q    Have you ever notice receive of any lien

16   that's been asserted by any insurance company who

17   may or may not have paid for your medical expenses?

18       A    No idea.

19       Q    Did you pay out-of-pocket for any of the

20   medical expenses?

21       A    I paid from here immediately for drugs

22   because I needed them immediately after the surgery

23   and after the emergency.

24       Q    So you paid for some prescription

25   medication?
```

1        A     Yes, because that was needed immediately.

2        Q     Did you pay for anything else other than

3   prescription medication?

4        A     Well, this is what I can say.

5        Q     What?

6        A     That immediately the drugs, I bought them,

7   yes.

8        Q     Is that all you can say?

9        A     Yes.

10             MR. FRIEDMAN:  Let's take a break.

11             THE VIDEOGRAPHER:  Going off the record at

12        2:39.

13             (WHEREUPON, A SHORT BREAK WAS

14        HAD IN THE DEPOSITION.)

15   BY MR. FRIEDMAN:

16        Q     Dr. Ntaganira, what is it that you seek in

17   this lawsuit?

18        A     Personally, as I said, the whole year of

19   2016, you know, that's suffering from that leg and

20   the consequences.  And because I feel it's not my

21   fault and the consequence of, you know, that loss of

22   mobility and physical capability of that leg, that's

23   really what is important to me.  And feeling that

24   I'm not no longer the same person physically and

25   even performing my job, the fact that I can't stay

1    the entire lesson of two hours or three hours

2    standing, not being capable of doing my work because

3    of that property, I mean, that's the main purpose of

4    my filing.

5         Q    So how much are you seeking?

6              MR. ROUSE:  Objection.  I think that the

7         complaint stands for itself.  It's an

8         unliquidated damages complaint.

9              MR. FRIEDMAN:  Well then, it doesn't speak

10        for itself.

11             MR. ROUSE:  Well, the valuation of any

12        injuries is up to an impartial jury.  So to the

13        extent that he's not required to ascertain a

14        specific dollar figure as if he's just wishing

15        and hope for a specific amount is not the case

16        here.  So I will instruct him not to answer

17        that question.

18   BY MR. FRIEDMAN:

19        Q    So if I understand it correctly, even

20   today, if you were to go teach at the University of

21   Rwanda, you would have trouble standing up for two

22   to three hours?

23        A    Yes.

24        Q    And what is it exactly that you feel that

25   causes you to be unable to stand for two to three

 1    hours at a time?

 2        A     Because of my knee injury.  So the knee is

 3    not still the same.

 4        Q     So the repair to the patella prevents you

 5    from standing for two to three hours at a time?

 6        A     Yes.  From what I think, it's not only the

 7    patella.  It's the whole knee because it has been

 8    operated.  And I spent like three weeks, or even a

 9    month, in the same position.  The knee was -- I was

10    not using my knee, as I said, and this has some

11    consequences on the muscles and even the joint

12    itself.

13        Q     So because the muscle in your left quad

14    has atrophied somewhat, you were un able to stand

15    for two to three hours at a time?

16        A     And the knee itself has lost its strength.

17        Q     Now, when you say the knee itself has lost

18    its strength, do you mean that the bone is not as

19    strong?  What are you referring to?

20        A     Well, in a knee, in a joint, you have the

21    bones, you have ligaments, you have, you know, many

22    areas to make it function normally.  And I think

23    when you open it and repair or fix a fracture, it

24    doesn't recover 100 percent.  That's my feeling.

25        Q     You're a medical doctor, right?

1        A    Yes.

2        Q    What are the ligaments that comprise the

3   knee?

4        A    Well, I'm a medical doctor, but there has

5   been awhile, a long time, I'm not practicing in that

6   clinic.  I'm not practicing clinic.  And this is

7   like surgery, which is a specialty which I have

8   never been into.  So, I know that you have muscles,

9   you have ligaments, tendons, so.  But to say exactly

10  some lateral, I can't, unless I go and read.

11       Q    Well, have you heard of individuals who

12  have had knee injuries who have then had surgery and

13  rehabilitation and are functioning at 100 percent?

14            MR. ROUSE:  Objection; speculation.

15            MR. FRIEDMAN:  No.  I asked him if he had

16       heard.

17            THE WITNESS:  Well, it's possible.  But

18       what we should know is that we are not all the

19       same.  We can undergo the same intervention,

20       but the outcome might be different for each of

21       us.  So even if we are prescribing a simple

22       medication that can cure someone but not cure

23       someone else partially.  Someone can have some

24       side effects.  The other person nothing.  So we

25       are human beings, but we are different,

 1      although we have the anatomy is the same.  So,
 2      that's it.
 3  BY MR. FRIEDMAN:
 4      Q    Do you currently experience pain in your
 5  knee or in the quad?
 6      A    Yes, I do.
 7      Q    How often?
 8      A    How often?  Like it's -- like tonight,
 9  because of my travel staying in the same position
10  during 24 hours, tonight I will wake up with a
11  serious pain in my knee.  So sometimes I have those
12  pain, like have you cramp.
13      Q    Cramp?
14      A    Cramp in the leg.  And it can come twice
15  and then I will spend like two days without that
16  pain and cramp.  Most of the time after walking, I
17  have the same pain.  I also have some like acute
18  pain, the radiation in the entire leg.  It's not
19  permanent, but it's there continuously.  And it's in
20  that leg only, not in the other one.
21      Q    When did you last work out your knee, try
22  to build the muscle in the quad?
23      A    As I said, it's almost three times per
24  week.  I'm doing squats.  I'm doing a complete set
25  of exercises.

1           MR. FRIEDMAN:  Okay.  Thank you, sir.  No

2     further questions.

3           MR. ROUSE:  Let's take a lunch break.

4           THE VIDEOGRAPHER:  Off the video record.

5           (WHEREUPON, A SHORT BREAK WAS

6     HAD IN THE DEPOSITION.)

7           THE VIDEOGRAPHER:  Back on the record at

8     3:27.

9                         EXAMINATION

10  BY MR. ROUSE:

11      Q    Just a few short questions, Dr. Joe.

12           I'm just trying to ask a couple of

13  follow-up questions so that I can make sure the

14  record is clear on a few matters.  In Exhibit 3,

15  which I'm handing to you, is a copy of your CV.  And

16  you testified earlier that I believe in the '80s,

17  '83, you graduated from medical school?

18      A    Yes.

19      Q    And I think you testified to the fact that

20  you've been in epidemiology for most, if not all of

21  the career, is that true?

22           MR. FRIEDMAN:  Objection; leading.

23           MR. ROUSE:  What is that, sir?

24           MR. FRIEDMAN:  Objection; leading.

25

1    BY MR. ROUSE:

2         Q    You can answer.

3         A    Yes.  You can suggest that I graduated in

4    2000 -- no, in 1983.

5         Q    1983?

6         A    Yes, medical doctor.  But since that

7    period, I have all the time been working in the

8    public health field, not clinic.  Yes, most of the

9    time.  The only period that went back to clinical

10   practice is when I went to Belgium for my residency

11   in pulmonology.  That's lung disease.

12        Q    Lung disease?

13        A    Lung.

14        Q    Lung disease?

15        A    Yes.

16        Q    Got it.

17             Dr. Ntaganira, during your time in medical

18   school -- did you go to medical school for four

19   years or how long was the medical school training?

20        A    Six years.

21        Q    Six years.  So presumably from 1977, would

22   that be your entry date to medical school?

23        A    '76.

24        Q    All right.  From '76 to '83, just with

25   respect to the time that you spent in medical

Joseph Ntaganira                Ntaganira v. Crowne Plaza                April 16, 2018

1   school, can you describe whether or not you had any

2   specific specialty or emphasis on orthopedic or bone

3   training?

4        A    No.  You know, during medicine, medical

5   training, it's general practice.

6        Q    Got it.

7        A    It's in all the field and you spend a few

8   times.

9        Q    Can you describe whether you took an

10  anatomy course in medical school?

11       A    Yes, that's the first year of medicine,

12  medical school.  That's the first year.  After that,

13  you start clinical practice.  But you know, it's a

14  very short stay, three month in different units.

15       Q    Can you describe either from '76 to '83 or

16  thereafter in your residency the number of times

17  that you performed any sort of surgery or analysis

18  of anatomy with respect to tendons and ligaments?

19       A    I've never been in a surgical unit, so I

20  have no experience at all in surgery.

21       Q    And with respect to the injury that you

22  sustained that's the basis of this lawsuit, can you

23  describe your understanding of your injury with

24  respect to a fracture versus a tendon tear?

25       A    Yes.  So from my understanding, it was

**REGENCY-BRENTANO, INC.**

1  when I read even the report, the injury was a

2  transvex (sic) complete fracture of the patella, so.

3       Q     Can you show -- I know the microphone is

4  constricting you, but if you raise your knee, the

5  left or right, whatever you can, can you show just

6  visibly what area of your leg was affected by the

7  fracture, please?

8       A     Sure.  So, I'm going to show my right

9  knee.  So here you have one bone and here the other

10 bone, and here in the middle.  The patella which is

11 here in the middle.  The patella.  And here you have

12 all the ligaments.  So the fracture was like this

13 and the repair was around that bone.

14      Q     Understood.

15      A     Yes.  And the picture that was shown to me

16 when I went back to Rwanda before starting my

17 physiotherapy, is showing exactly that, so.

18      Q     Dr. Ntaganira, do you know the difference

19 between invasive surgery and arthroscopic surgery?

20      A     Well, the second one was what?

21      Q     Arthroscopic surgery.

22      A     Invasive is when you open it.

23      Q     Okay.  In terms of the injury to your

24 knee, can you describe whether you saw any scarring

25 or a place on your body where they actually opened

```
 1   your leg if that happened?

 2        A    Sure.  And among the pictures that I sent

 3   to you, before I started physiotherapy, I think I

 4   sent one or two pictures showing where they opened

 5   my knee.

 6        Q    Okay.  When you were healing, can you

 7   describe whether you felt any sort of pain,

 8   tenderness or discomfort near the incision area

 9   where they operated on your knee?

10        A    Well, at the beginning, I wasn't able to

11   move because of the place where they opened.  But

12   when the wound was cured, I started slowly with the

13   physiotherapy to move that area.  But it's the place

14   where you have the quadriceps, the muscles here, and

15   it was very painful and difficult to move it.

16        Q    Understood.  Dr. Ntaganira, after your

17   injury, were you physically able to bend and move

18   around immediately following injury?

19        A    No.  Because as I said, the knee was tight

20   and I wasn't able to bend.  And then progressively

21   during physiotherapy, at the end I was capable till

22   now to reach, it said, 85, 90 percent of all my

23   flexion.

24        Q    And do you have complete flexibility now?

25        A    It's not complete.
```

1    Q    And when you get to a place that -- when

2    you get as far back and you pull your leg as far

3    back as you can, do you experience or can you

4    describe whether you experience any discomfort?

5    A    Well, the place is very tight, so if I go

6    beyond what I can reach, the pain increases.  So

7    this exactly what is happening when I go down, or

8    when I'm walking in very steep place.  When I go

9    down the stairs, I can't completely, you know, have

10   my joint reach flexibility.  So that's still the

11   main problem.

12   Q    Okay.  Immediately after you were injured,

13   did you or did someone else, or can you describe

14   whether you or someone else took the pictures that

15   have been referenced today?

16   A    Well, the pictures, it's not myself

17   because I was in very bad condition.  I was not

18   moving from my bed, so my wife came over to stay

19   with me during the few days before the intervention

20   and during the days of the intervention.  So I told

21   her, take some pictures.  I indicated the place and

22   she went there and took pictures.  The purpose was

23   not -- because she didn't know which door.  The

24   purpose was to show just the entrance, how it looks

25   like.

1       Q     When Mr. Friedman was asking you some

2    questions, he asked you about a reference to being

3    handicapped.  Can you describe what you are

4    referring to when you use the term handicap?

5       A     Yes.  Handicapped, I don't know whether it

6    is really -- we are using the same in English.  But

7    in French, it means that you're no longer the same

8    as before.  So handicapped means that what you used

9    to do before using you knee, your leg, you're no

10   loaner capable of doing it.  So for example, I'm no

11   longer able to reach 100 percent during my flexion.

12   Muscles are not the same.  They are smaller than the

13   other side.  So this leg is weaker than the other

14   leg.  That's the handicap I wanted to mention.  Not

15   being capable of doing the same thing as I was doing

16   before, although I continue exercising, trying to

17   increase the same level.  But even marshal art,

18   simple exercises to maintain physical, that joint,

19   the whole body.  But I'm not doing the same movement

20   as I used to do before the injury.

21      Q     I was going to ask you a similar question.

22   You mentioned when Mr. Friedman was asking you some

23   questions about things you like to do, you

24   referenced karate and sports generally, aerobics,

25   soccer.

1          Before the injury to your knee, can you

2     describe any difficulty that you had physically

3     being capable of engaging in those activities?

4          MR. FRIEDMAN:  Objection to the form.

5          Misstates testimony.

6          THE WITNESS:  Before, as I said, I was

7          doing those physical activities regularly,

8          being karate, being aerobic, and walking, you

9          know, regularly.  So I was able to do

10         everything at my level, according to my age,

11         and even I was doing better than some who are

12         much younger than me.  But the difference now

13         is that I can't do as I was doing, especially I

14         avoid anything doing some stronger heavy things

15         on the left side.  Even if I'm doing karate,

16         using my leg.  I'm using more of the right leg

17         than the left leg because I can't do much.

18         It's weaker than the other one.

19     BY MR. ROUSE:

20         Q    And I think you referenced earlier that

21     you try to remain active at least three times a

22     week; is that correct?

23         A    Yes, that's correct.

24         Q    When you are active, can you describe how

25     the process or the activity is harder or more

1    difficult as a result of your injury, if at all?

2         A    Yes.  One example, let's take for example,

3    squat, when I'm doing some squats, during those

4    activities needs to have the same quadriceps that

5    needs to be strong.  So the left one is weaker than

6    the right one, so I can't do much, or get, you know,

7    very deep in that exercise.  For example, taking

8    karate, kicking, I can't kick with the left one

9    because I feel that I don't have to put too much

10   effort and pressure on it.  Because, as soon as I do

11   it, I get some pain after that.

12        Q    Now, you kind of described your physical

13   condition right now.  But if I could go back a bit.

14             Immediately following the injury, can you

15   describe whether you had discomfort during the day

16   solely or if your discomfort affected you more than

17   just when you were awake?

18             MR. FRIEDMAN:  Objection to the form.

19   BY MR. ROUSE:

20        Q    Let me rephrase the question.  Can you

21   describe whether you had any -- whether you

22   experienced any pain at night associated with your

23   injury?

24        A    These days?

25        Q    Immediately after the accident, can you

1   describe whether you had any pain at night

2   associated with this accident?

3       A     Well, the pain was immediately and then is

4   I have to take some strong medications.  But after

5   the intervention, these days, I have more pain, for

6   example.  Like in Rwanda, it's a little bit cold.

7   So in evenings, that's when most of the time I

8   suffer from that knee.  But as I said also, I suffer

9   more after any effort, like walking and long

10  distance.  Or, if I try to do more exercise on that

11  knee, I have more pain.

12      Q     Can you describe whether from the day you

13  had the injury, even after you went back to Rwanda,

14  can you describe whether you had difficulties doing

15  common activities, not sports, every day life

16  activities as a result of your injury?

17      A     Yes, everyday.  Just one example.  Like

18  traveling, as I said, well, when I use my car,

19  changing gears, it's using the left knee.  So, when

20  it's a long distance, I have sometime to stop and

21  have some sort of rest because the knee get tired

22  very rapidly.  I can't endure a long distance.

23  That's one thing.

24          Secondly, at work or in any place, it's

25  not like here where you have elevators; you're using

```
 1    stairs.  So going to the second or third level and
 2    coming down, it's really very difficulty to me
 3         Q    When you say difficult, can you describe
 4    what you mean?
 5         A    Difficult, it means I'm going slowly, very
 6    slowly.  When I used to like to run two minutes and
 7    I'm reaching the second floor or the third floor,
 8    now I'm going step by step.  I'm going down, it's
 9    exactly the same because the knee is tight.  It's
10    not very flexible.
11         Q    Can you describe on a level of one to 10
12    the pain that you felt immediately following the
13    injury?
14         A    It's close to 10.  It's close to 10.
15         Q    Can you describe the pain that you felt
16    during the day, or rather at night, following the
17    injury on a scale of one to 10?
18         A    Yes, it's the same, nine to 10.
19         Q    And when you just mentioned going up and
20    down stairs, can you described on a level or one to
21    10 the level of discomfort that you had?
22         A    Well, discomfort is like five to six.
23         Q    How frequently -- if you can recall, how
24    frequently did you experience pain, specifically,
25    every three days, every other day, every day, once a
```

1    week; can you describe some sort of range when you

2    experience pain?

3         A    Well, it depends.  There is some nights

4    where I'm having, you know, very serious.  Those

5    serious ones, I would say, there are two to three

6    times per week.  But otherwise, when it is cold, for

7    example, I have more frequent pain.

8         Q    And as you just testified, are you

9    referring to how you feel today or were you

10   referring to how you felt immediately after the

11   accident?

12        A    Today.

13        Q    Okay.  Understood.  Immediately following

14   the accident, can you describe how many days -- can

15   you describe the consistency, whether you had pain

16   every other week, every week, multiple times a day;

17   can you just give us some range immediately

18   following the accident of your pain?

19        A    Following the accident, let's say, I

20   was spending most of my time in my bed and pain was

21   controlled by medication.  The only time I had like

22   pain is when I was moving from one place to another,

23   going to the toilet, for example, or taking a

24   shower.  That moment was very, very painful.

25        Q    During the time -- following your injury,

```
 1   did you ever use crutches or any other apparatus to
 2   help you get around?
 3        A    Yes.  All the time I had crutches until --
 4   well, until -- the injury was, I remember in May, I
 5   kept those crutches three to four months.  During my
 6   physiotherapy, I was still using them until the last
 7   month of physiotherapy.
 8        Q    Given that you had crutches and you
 9   testified about having some serious pain and
10   discomfort, can you describe whether you had any
11   difficulty with routine tasks, like putting on your
12   pants, or taking off your pants, or moving around
13   your house?
14        A    Yes.  One example I can give you, for
15   example, sitting at the table to eat, that was very
16   difficult because of keeping my leg extended, so it
17   was like sitting on one side.  Moving in the house
18   was, of course, not easy because you're using
19   crutches.  Sleeping in the bed, I was on obliged to
20   stay in one position the whole night.
21        Q    When you say obliged, do you mean
22   required?
23        A    Because I can't go on one side because of
24   the leg --
25        Q    Okay.
```

1      A      -- needs to be extended.  Moving from the

2  bed or going for a shower, things like that, I

3  couldn't do that myself without any support.

4      Q    Can you describe how you felt emotionally

5  after you were dealing with your accident/injury?

6      A    Emotionally, it was like I'm going to lose

7  my mobility.  I will keep this forever.  And also,

8  because I was, let's say -- since my young age, I

9  like very much doing sports.  So, I was saying,

10  well, I will no longer be able to do, for example,

11  physical activity, sport, aerobics, karate, it's

12  over.  So, I'm going to be just staying in one

13  position and, you know, not being capable really

14  moving appropriately as I used to do.  It's being

15  like -- I don't know how to say it -- from someone

16  who is free for any movement to someone who is able

17  to do just two or three movements.  It was really

18  like you're losing the most interesting part of your

19  life, which is being free, walking around.

20      Q    Understood.  Can you describe, how long is

21  the flight from the U. S. from Atlanta to Rwanda?

22      A    24 hours.

23      Q    Does it require a connection anywhere?

24      A    Yes.  For example, I left Rwanda up to

25  Istanbul.  And I stayed four hours in Istanbul

1    waiting for the next connection.  Then come here.

2         Q    Yes.  When you traveled back to Rwanda

3    following your surgery, did you have a connecting --

4    a connection or connecting flight to Rwanda then, as

5    well, were you had to get off the plane and wait and

6    travel eventually to Rwanda?

7         A    Yes.  Yes.  And I had to change my ticket,

8    as well, because I was in economic class, which was

9    almost impossible to go back with my leg extended.

10   So I had to change the ticket and take a business

11   class.  And then, each connection, there was people

12   waiting for me with a wheelchair, moving me to the

13   gate.

14        Q    You referenced that that flight took how

15   many hours again?

16        A    Well, this time it's 24 hours.

17        Q    After your injury when you were returning

18   to Rwanda, how long was your flight?

19        A    Yes.  But usually, let's say, we are

20   leaving here on Friday evening here in Atlanta, and

21   I reach Rwanda Saturday evening.

22        Q    And can you describe how difficult it was

23   after recently having the surgery to sit in the

24   plane and fly back home?

25        A    Well, the problem is staying in the same

```
 1   position.  And you have, like in economic class, the

 2   space is very limited, so your legs are in the same

 3   position for many hours.  So, at a given point, you

 4   have like my joint, the left leg, it's like numb,

 5   call it.

 6       Q    Numb?

 7       A    Not feeling on the side, yes.  And so, I

 8   had to move and come back to the seat.

 9       Q    Moving back to the day of the actual

10   accident, I just want to clarify.  You testified

11   earlier about the entranceway that you took to gain

12   access to the hotel.  I'm going to hand you -- I'm

13   handing over to you Exhibit 5 and Exhibit 6.  Those

14   pictures may not show to the greatest possible

15   degree the entire front of the hotel.

16       A    Yes.

17       Q    However, to the extent that you recall the

18   entranceway that you took, can you describe whether

19   you took the set of doors on the right or the set of

20   doors on the left?

21           MR. FRIEDMAN:  Objection; form.

22           THE WITNESS:  I think, as indicated here,

23       I took the left one, set of doors.  The left

24       one.

25   BY MR. ROUSE:
```

 1        Q     Okay.  All right.  And you had testified

 2    earlier that you had taken -- you had entered the

 3    conference area the day before your accident?

 4        A     Yes.

 5        Q     The day before, do you recall seeing a mop

 6    bucket or anything near the door?

 7              MR. FRIEDMAN:  Objection to the form.

 8              THE WITNESS:  Near the door, no, there was

 9        a -- I haven't seen anything.

10    BY MR. ROUSE:

11        Q     And I'm talking about the day before your

12    accident.

13        A     Yes, the day before.  But during the

14    break, I remember we took a lunch break or the

15    breaks, they were mopping on the back -- the

16    receptionist here, they were mopping in this area

17    back here, which is connecting with the conference

18    site.  And I remember seeing, you know, bucks and

19    seeing signs, they were there.

20        Q     This is the day before?

21        A     The day before, yes, during the break.

22        Q     All right.  In terms of the day of your

23    actual fall, can you describe whether you saw any

24    "slippery when wet" signs or warning signs before

25    you fell?

1     A     No, I didn't see anything.  As I said, I

2   just reached either outside here, I haven't seen

3   anything, and then I had my injury here.  I haven't

4   seen anything outside.  But during -- at the time

5   they were helping me, I saw mopping buckets.

6     Q     Okay.  So after they were helping you and

7   you were on the floor, can you describe whether you

8   saw any "slippery when wet" signs anywhere around

9   you?

10     A     No, I haven't seen anything like that.  So

11   it was just in my sight and my hands where I was.

12     Q     Okay.  So outside of feeling water on your

13   hands and seeing a bucket, do you recall any

14   employee coming up to you, saying, I'm sorry, we

15   regret we didn't warn you about this?

16     A     There was just someone from the team, I

17   think he's an engineer or something like that, I

18   have his name somewhere, he came in.  He's the one

19   who called 911 and was helping me.

20     Q     What did he tell you exactly?  What did he

21   say to you exactly, if you recall?

22     A     Well, he was just sorry that the incident

23   has happened, but he was moving -- you know,

24   helping, like any other person who have been there

25   at the same time.

1      Q     Okay.  You testified earlier that when you

2  initially walked into the entranceway to the hotel

3  you immediately fell?

4      A     Yes.

5      Q     What I want to know is, can you describe

6  any condition, to your knowledge, that caused you to

7  fall?

8      A     Well, as I said, immediately when I

9  reached the place, so I immediately, you know, I

10  fell.  And I look around when I was touching, I

11  felt, you know, the -- this -- my hands were wet.

12  And I also saw that there was -- how do you call

13  it -- this rug -- was not entirely on the --

14      Q     I'm handing you Exhibit 12.

15      A     Yes.  If you look at here, I was all the

16  time on the marble and that part was not covered by

17  the rug or carpet.

18      Q     Can you point -- using Exhibit 12, I

19  believe that's marked Exhibit 12 -- the doors to the

20  left which when you're looking at it is on the

21  right.

22      A     Here?

23      Q     No.  The actual left-hand doors, I guess,

24  when you're looking out towards the street are on

25  the right, right?

1        A      Uh-huh.

2        Q      In terms of what you recall when you fell,

3    you testified that you hit the ground and you had

4    your hands near your buttocks, correct?

5        A      Yes.

6        Q      Were your legs bent up or were your legs

7    extended, if you can recall?

8        A      Yes.  My leg was extended -- half

9    extended, towards like blocked some how.

10       Q      To the best of your recollection, do you

11   remember any part of your body touching a rug as

12   indicated in Exhibit 10?

13       A      No, no.  All the time I was on the marble.

14   And my hands and my back, as I said, I was just on

15   this side, marble side, not touching the rug,

16   carpet.

17       Q      And when you -- if I can refer your

18   attention to Exhibit 12?

19       A      Uh-huh.

20       Q      If you could lift that up so the camera

21   can see.  Can you indicate by using your finger to

22   show where the carpet begins as you go into the

23   conference space?  If you could just turn the

24   picture to the camera so they can see.

25       A      Well, here, you can't see the carpet.

1    Q    Well, if you can see a little bit of the

2  carpet.  Can you see any of the carpet there?

3    A    No.  The carpet is somewhere here.

4    Q    Okay.  And I will refer your attention to

5  Exhibit 7.  Does that exhibit show you any carpet?

6    A    Yes, sir.

7    Q    So you see the pattern?

8         I hand you Exhibit 10.  Do you see a

9  pattern of carpet there on Exhibit 10?

10    A    This small one here.

11    Q    If you could turn it.

12    A    Here.

13    Q    All right.  In terms of what you can

14  remember when you fell, do you recall anything

15  that -- can you describe how you know that the

16  liquid that you had on your hand just wasn't from a

17  bottle of water?

18    A    Yes, it's because when I was -- on my two

19  hands, so my two hands were touching the floor.

20    Q    Okay.

21    A    And my hands were wet.  And I could

22  smell -- I could smell, you know, the product that

23  they are using to clean.

24    Q    So --

25    A    So that's why I was saying, one, I am on

 1   this side without the rug and I have some water on

 2   my hands, and the smell is like cleaning product.

 3        Q    Okay.  You testified earlier on

 4   cross-examination about consultant opportunities I

 5   believe at Mount Kenya University.

 6            And if my records are correct, consulting

 7   opportunities in conjunction with the CDC through

 8   the Minister of Health and the University of Rwanda,

 9   am I correct about that?

10        A    No.  Kenya University is a private

11   university.

12        Q    Okay.

13        A    While the University of Rwanda is a public

14   university, so CDC is supporting the Minister of

15   Health.  The university is training people of the

16   Minister of Health through the funding of CDC.

17        Q    To the extent you are able to teach

18   classes at Mount Kenya, the private university, and

19   to the extent that there may have been data

20   collection opportunities within University of Rwanda

21   and through the Ministry of Health, can you describe

22   whether you have an opinion -- strike that.

23            Do you have an opinion as to whether or

24   not if you were healthy you could have engaged in

25   more consultant activities just with these two, i.e.

1  teaching more classes at Mount Kenya University or

2  taking on more data collection opportunities through

3  the University of Rwanda or Ministry of Health?

4        MR. FRIEDMAN:  Objection to form.

5        THE WITNESS:  Well, of course.  I was -- I

6     had, as I said before, several activities,

7     being teaching or doing some consultancies,

8     surveys, data collection, et cetera.  So, if I

9     were healthy, I would compete and try to get

10    consultancy as I used to get before.  There are

11    many opportunities, I would be able to compete,

12    which is not the case now.

13 BY MR. ROUSE:

14    Q    My last question is, when you fell the day

15 of your injury, did you at all see any cups, banana

16 peels, anything that would lead you to believe that

17 someone else spilled something there and it wasn't

18 cleaning -- it wasn't a liquid from someone mopping

19 that area?

20    A    No.  As I said, it was very early in the

21 morning, so very few people were starting coming in

22 the conference.  So the hall was empty.  I mean,

23 there were some people, as I said, working for the

24 registration there for the conference, very few.

25 But no people were really standing, having

 1    conversation in the hall, so I haven't seen anything

 2    like that.

 3        Q    As you sit here today, is there any doubt

 4    in your mind that the liquid that you had on your

 5    hands came from that bucket?

 6            MR. FRIEDMAN:  Objection to the form;

 7        leading.

 8    BY MR. ROUSE:

 9        Q    Strike that.

10            Can you describe whether you have any

11    doubt in your mind whether the liquid that you

12    described earlier came from the bucket or some other

13    source?

14            MR. FRIEDMAN:  Same objection.

15            THE WITNESS:  I don't have any doubt it is

16        that because of the reason that I said.

17        Because of the place where I was all the time

18        was on the marble.  My hands getting wet.  And,

19        the fact that I saw the mopping bucket there,

20        to me it was obvious that this is the reason I

21        fell.

22            MR. ROUSE:  Nothing further.  Thank you.

23                FURTHER EXAMINATION

24    BY MR. FRIEDMAN:

25        Q    Dr. Ntaganira, a follow-up questions.

```
 1   Circle the door, if you would, that you opened on

 2   Exhibit 12?

 3        A    I said that I opened the right one.  This

 4   is from the other side.  So from here, because it's

 5   the inside, it is this left one.

 6        Q    So circle that door, if you would.

 7        A    (Witness complies).  Because it opened

 8   like this.

 9        Q    And the door that you opened that you have

10   circled, and it's on Exhibit 10, correct?

11        A    Yes.

12        Q    Thank you.  You testified that the day

13   before the accident you observed mopping; is that

14   correct?

15        A    Yes, on the other side.  I mean, on the

16   way to the reception of the hotel.  There is a way

17   to reach the conference passing on the interior

18   side.

19        Q    Right.  So where you saw mopping was not

20   in the marble area that's along the doors through

21   which you enter, correct?

22        A    It was in the other area.

23        Q    It was in a different part of the

24   conference --

25        A    Yes.
```

```
 1        Q     -- area, correct?

 2        A     Yes.  It's more in the hotel side.

 3        Q     Right.  It was a different area of the

 4   hotel?

 5        A     Yes.

 6        Q     Not along the marble?

 7        A     No.

 8        Q     The marble area?

 9        A     No.

10        Q     Am I correct?

11        A     Because that side was really occupied with

12   many people.

13        Q     And you never saw a bucket along the

14   marble area, correct?

15        A     No.  On the side of the conference?  No.

16   The day before.

17        Q     The day before the accident, you never saw

18   anybody mop along the marble entranceway?

19        A     No.

20        Q     Through which you walked, correct?

21        A     No.

22        Q     Am I correct?

23        A     Correct.  When I reached the conference,

24   many people were there.  There were no mopping, no

25   nothing.
```

1      Q     On the day before the accident, you never

2  saw a bucket along the marble entranceway through

3  the doors through which you entered or any of the

4  other related doors?

5      A     No.

6      Q     Correct?

7      A     Yes.

8      Q     Now, on the day of the accident, the

9  bucket was not stationed near or along the marble

10  entranceway, correct?

11      A     I was -- where the incident happened

12  there, just at the entrance, that's where I was.

13  And as I said, my legs were towards that area and I

14  saw it, it was in my back.  So, I guess it's like

15  behind me.  It's behind me.  It's not in front of me

16  in the area.

17      Q     The bucket was not on the marble

18  entranceway, was it?

19      A     Not -- because I was there.  I was there.

20      Q     The bucket was not on the marble

21  entranceway, was it?

22      A     Where I was, it was in my back.

23      Q     Was the bucket on the marble?

24      A     I think it was on the marble.

25      Q     You think it was on the marble?

1    A    Yes, it was.  It was, because I'm just

2    occupying this -- well, the carpet is starting here

3    and I'm here.  So, I'm seeing it here in this area.

4    So it's on the marble.

5    Q    So you're testifying now that you saw a

6    bucket behind you on the marble?

7    A    I think, yes.

8    Q    You think?

9    A    I say it.  I say it.  I say it because I

10   am here and I'm looking at my back and people

11   helping me.  It's here on the marble.

12   Q    So you have a distinct recollection of

13   that?

14   A    Well, as I said, I was in pain and some

15   people were helping me, and I saw it here.

16   Q    Now, did you go over and look at that

17   bucket?

18   A    No.

19   Q    Do you know what, if anything, was in it?

20   A    No, I can't -- just understand my

21   situation and the pain I'm in.  This is what was the

22   main problem to me.

23   Q    And do you know when the last time that

24   bucket had been used?

25             MR. ROUSE:  Objection; speculation.

1              THE WITNESS:  How can I know that?

2    BY MR. FRIEDMAN:

3        Q     So the answer is no, you don't know?

4        A     When it was used?

5        Q     Yes.

6        A     I was not there since the beginning.  I

7    just slipped in the five minutes I was there.

8        Q     So you don't know what was in the bucket,

9    when it was used, right?

10       A     I said all I know.

11       Q     You didn't see anything mopping any of

12   that marble entranceway as you were walking up to or

13   in through the doorway, correct?

14       A     When I walked, no.

15       Q     You didn't see anyone else slip, did you?

16       A     No.

17             MR. ROUSE:  Objection; relevance.

18   BY MR. FRIEDMAN:

19       Q     In the two years since the accident, you

20   haven't heard of anyone else who has slipped, have

21   you?

22             MR. ROUSE:  Objection.

23             THE WITNESS:  I have no idea.  I haven't

24       been here.

25             MR. ROUSE:  Dr. Joe --

1    BY MR. FRIEDMAN:

2         Q    Have you heard of anyone else?

3              MR. ROUSE:  Time out.

4              MR. FRIEDMAN:  Stop interrupting.

5              MR. ROUSE:  No.  You stop.  Dr. Joe, when

6         I object, I would just ask that you allow me to

7         make sure I can complete my objection for the

8         record and then you can obviously answer.

9              THE WITNESS:  Okay.

10             MR. ROUSE:  Okay.

11   BY MR. FRIEDMAN:

12        Q    In the two years since the accident, you

13   haven't heard of anyone slipping there, have you?

14             MR. ROUSE:  Objection; calls for

15        speculation and relevance.

16   BY MR. FRIEDMAN:

17        Q    You can answer.

18        A    So I haven't been to the conference since

19   that period, so I have no idea of what happened in

20   the conference in 2017 the year after that.

21        Q    Is it your testimony that there were not

22   many people in the convention common area like

23   depicted in Exhibit 7 at the time you attempted to

24   enter the doorway on the day of your accident?

25        A    Yes.  It was -- there were early

 1   presentation.  As I said, it was very early.  Very

 2   few people were at the time of the presentation,

 3   unless you're really motivated, interested.

 4        Q    Well, when you say there were very few

 5   people, how would you know who was watching the

 6   presentations if you never made it?

 7        A    I saw people moving in, people were before

 8   me.  And then I had my incident and I saw those who

 9   were coming in.

10        Q    But you don't know how many people were

11   already in the presentation?

12        A    No, I have no idea.  But, I guess because

13   I was early on the time of the presentation, so I

14   was seeing how many people were coming in.

15        Q    And you also saw the people that were in

16   front of you?

17        A    Well, when I came, there were like two or

18   three who passed and then me.

19        Q    But as you were walking toward the door

20   and opening the door, you saw that there were people

21   --

22        A    No.

23        Q    You didn't see?

24        A    There were people in charge of the

25   registration there, the desk inside.  But people

**REGENCY-BRENTANO, INC.**

1   were coming to the conference, the whole was empty.

2       Q    You're saying the conference area depicted

3   in Exhibit 7 was almost empty at the time that you

4   walked in?

5       A    Yes.  At the time, when I was after the

6   incident waiting for the 911 -- the ambulance to

7   come, so I was seeing people moving, I mean, for the

8   presentations.  That's how I can say the people were

9   coming.  As I said, it's early presentation and I

10  was very early.  So, the incident allowed me to see

11  people coming, but very, very few.

12          I can add, also, that I spent almost 30

13  minutes or 45 minutes waiting for the ambulance.

14  When they arrived, they said they got lost.  So you

15  can imagine during the 30 minutes or 45 minutes

16  lying on the floor, I was able to see those people

17  were coming.

18      Q    So when you were walking toward and

19  through the door, the presentation -- the rooms in

20  which the conference was held, those doors were open

21  or closed?

22      A    I can't recall.  I can't recall.  As I

23  said, I just opened and I got in, and the incident

24  happened, so I can't say.

25      Q    So you don't know how many people were

```
 1   already in the seminars?

 2        A     No.

 3              MR. ROUSE:   Objection; asked and answered.

 4   BY MR. FRIEDMAN:

 5        Q     So describe for us in more detail about

 6   this wet substance that was on the floor.  You have

 7   indicated that your pants were wet and that your

 8   hands were wet, correct?

 9        A     Yes.

10        Q     Were you able to, when you moved your

11   hands, did it move water?

12        A     No, I didn't do so.  You see, it's a

13   reaction to make myself sit well, you see, where I

14   was in that place.  And then, the feeling that I

15   have and my back is wet.  So at that moment, what

16   was really important to me was the pain that I was

17   having and the emergency people to go to the

18   hospital.  I was not really thinking about this

19   issue.

20        Q     But -- and I understand that.  I'm trying

21   to understand your testimony about the wet

22   substance.  You just described that you had a

23   feeling that your hands were wet.

24        A     Yes.  You are here, you are moving, trying

25   to sit down correctly, and then you feel that.
```

1    Q    Was there -- when you moved your hands

2    along the floor, did you feel water move?

3    A    No, just wet.  Some liquid there.

4    Q    You don't have any recollection of it

5    raining that morning or the night before?

6         MR. ROUSE:  Objection; asked and answered.

7    BY MR. FRIEDMAN:

8    Q    You testified earlier that you still are

9    engaged in karate?

10   A    Well, it's at home doing some exercise.

11   It's maintenance.  It's not really competition and

12   going into a sport club.  It's at home having

13   regular exercises to maintain myself physically.

14   Q    Do you have a belt or a sash in karate?

15   A    I do.

16   Q    What is that?

17   A    It's close to black.  Organizing.

18        MR. FRIEDMAN:  Thank you, sir.  I have no

19        further questions.

20        MR. ROUSE:  I have a couple follow-up

21        questions.

22                    FURTHER EXAMINATION

23   BY MR. ROUSE:

24   Q    Dr. Ntaganira, you were asked about -- you

25   were asked to make an indication on Exhibit 10.  But

```
 1   I just want to ask, in terms of your recollection,

 2   do you have any uncertainty as to whether or not you

 3   took the doors to the far left or the doors to the

 4   middle when you entered the hotel?

 5            MR. FRIEDMAN:  Objection.

 6            THE WITNESS:  I think it's the left.

 7   BY MR. ROUSE:

 8      Q    And if Exhibit 10 does not show the doors

 9   to the left, would that be an incorrect indication

10   of where the accident took place?

11      A    Yes.

12      Q    And again, you didn't take the picture on

13   Exhibit 10, did you?

14      A    No.  It's myself, I asked my wife to go

15   and take some pictures there.

16      Q    And before you went to -- before your

17   accident, before you went to that conference, have

18   you ever been to the Crowne Plaza Hotel before?

19      A    No, that was the first one -- the first

20   time I was coming to Atlanta.

21      Q    And last question.  You testified that you

22   saw maintenance individuals at the hotel mopping

23   another area, not in front of the marble --

24      A    Yes.

25      Q    -- where the accident happened, but
```

 1   another area of the hotel.  Did you ever hear of

 2   anyone falling?

 3        A     No.

 4        Q     Did you ever see anyone falling?

 5        A     No.  It was just one day I was there.

 6              MR. ROUSE:  Nothing further.

 7                   FURTHER EXAMINATION

 8   BY MR. FRIEDMAN:

 9        Q     So Dr. Ntaganira, let's just make sure

10   that the record is clear.  Is it that you don't know

11   where you fell?

12        A     Well, I know that I passed the door and

13   then I fell.

14        Q     But you had your wife take pictures?

15        A     Uh-huh.

16        Q     You would have told her where you fell?

17        A     Uh-huh.

18        Q     Is that right?

19        A     I told her to go to the hotel, because my

20   feeling and I'm certain, that I fell because of lack

21   of carpet in that place and that it was wet.  So I

22   just sent her to take pictures of this space.

23        Q     The marble area?

24        A     The marble area.  That was the only

25   purpose, yes.

1        Q     And so, your attorney just asked you

2   whether you know for certain if the door that you

3   indicated in Exhibit 10 is the door you actually

4   entered through.

5        A     Yes.

6        Q     Is that the door that you entered through?

7        A     I think that's the -- from my, what I

8   recall, it was the left door.

9        Q     So is that the left door?

10       A     Well, that's what I have.  You know, as I

11  said, it's two years ago.  I know it was on the left

12  and I opened the right door from the outside because

13  it's a double door in order to get in.

14       Q     So is that the door you opened?

15       A     I think so.

16       Q     I'm sorry?

17       A     I think so.

18       Q     You would know, right?

19       A     I'm sorry?

20       Q     You would know?

21       A     Yes.

22       Q     And the bucket that you recall, that was

23  somewhere behind you?

24       A     It was behind me.

25       Q     And which way was your back facing on

```
 1   this?
 2        A    Well, as I said, my -- I was in this
 3   direction.
 4        Q    Okay.
 5        A    Here on the marble over here, that
 6   direction.  And the bucket was behind me on the
 7   marble, so.
 8        Q    So draw an arrow showing your recollection
 9   of where the bucket was in relation to where you
10   fell?
11        A    Well, let's say this, this is the place
12   where I was.
13        Q    Okay.
14        A    So I was looking in this direction, so
15   looking here.  So this is here.  This is a
16   continuation of the marble.  So it was just behind,
17   yes.
18        Q    So which -- where was the bucket?
19        A    On the marble zone.
20        Q    I know.  But where, which way?  Where was
21   it?
22             MR. ROUSE:  Asked and answered.
23   BY MR. FRIEDMAN:
24        Q    Well, you just said you were looking this
25   way, so your back was behind your head was that way,
```

Joseph Ntaganira                    Ntaganira v. Crowne Plaza                    April 16, 2018

```
 1   correct?
 2        A    No.  My legs --
 3        Q    Just draw the direction where the bucket
 4   was; which way was the bucket?
 5        A    This way.
 6        Q    Okay.  So the arrow indicates where the
 7   bucket was -- the direction farther down the marble
 8   where you believe the bucket was?
 9        A    Yes, it's -- yes.
10        Q    Because earlier you said that you were
11   facing this direction.
12        A    No, you heard me --
13             MR. ROUSE:  Objection;
14        mischaracterization.  Objection;
15        mischaracterization.
16             MR. FRIEDMAN:  I just want to make sure
17        the record is clear.
18             MR. ROUSE:  Before you say anything.
19        Objection; mischaracterizing his testimony.  I
20        do have a follow-up question.
21             MR. FRIEDMAN:  I'm not done.
22             MR. ROUSE:  Okay.  Please continue.
23   BY MR. FRIEDMAN:
24        Q    So when were these photographs taken?
25             MR. ROUSE:  Objection; asked and answered.
```

REGENCY-BRENTANO, INC.

1    BY MR. FRIEDMAN:

2         Q    When were the photographs taken?

3         A    Well, my wife came over, I don't remember,

4    one or two days after, something like that.

5         Q    Okay.  Two days?

6         A    It was during that period after my fall

7    and before the intervention.

8         Q    After your fall and before the surgery?

9         A    Before the surgery.

10        Q    But specifically when, you don't know?

11        A    Well, I can look at the ticket which can

12   tell me exactly when she arrived here in Atlanta, so

13   that's after that moment.

14        Q    And did she take other photographs?  Have

15   you produced her photographs?

16        A    All I have, it's produced.

17             MR. FRIEDMAN:  Thank you, sir.

18                     FURTHER EXAMINATION

19   BY MR. ROUSE:

20        Q    My question -- Johnny, give me Exhibit 10,

21   please.  I appreciate it.

22             You testified earlier that you entered

23   into the doors on the left looking at the entrance

24   of the hotel?

25        A    Uh-huh.

```
 1        Q    Can you describe --

 2             MR. FRIEDMAN:  Objection.

 3  BY MR. ROUSE:

 4        Q    -- or can you recall whether there were

 5  any doors to the left of the door, the couple doors

 6  that you took, were there any other doors of the

 7  left of your doors or were your doors farthest to

 8  the left of the hotel?

 9        A    Well, if I remember well, so I went to

10  that door, which was the left.

11        Q    Was it all the way on the left?

12        A    I think, yes.

13        Q    And were there any other doors to the left

14  of the doors that you took?

15        A    No, no.  It's like at the end of the

16  conference hall.

17        Q    Okay.  So there was brick to the left of

18  the doors that you took?

19        A    Yes.  The other side is no door, no

20  windows.

21        Q    So if Exhibit 10 does not represent -- if

22  Exhibit 10 does not represent the doors to the

23  farthest to the left, this would be inaccurate in

24  terms of where you actually fell?

25        A    Yes.
```

**REGENCY-BRENTANO, INC.**

1          MR. ROUSE:  Nothing further.

2                  FURTHER EXAMINATION

3    BY MR. FRIEDMAN:

4        Q    And just to make sure that we all

5    understand, regardless of where you fell, you have a

6    vivid recollection of there being a bucket somewhere

7    behind your head?

8        A    Yes.

9        Q    Several meters down the marble?

10       A    Yes.

11          MR. FRIEDMAN:  Thank you, sir.  No further

12       questions.  I'd like this transcribed;

13       electronic, mini, and exhibits attached.

14          MR. ROUSE:  I would just like electronic

15       condensed, please.  He would like to reserve

16       signature.

17          THE VIDEOGRAPHER:  Going off the record.

18       The time is 4:31.

19          (WHEREUPON, THE DEPOSITION WAS

20       CONCLUDED AT 4:31 P.M.)

21          (PURSUANT TO RULE 30(e) OF THE FEDERAL

22       RULES OF CIVIL PROCEDURE AND/OR O.C.G.A.

23       9-11-30(e), SIGNATURE OF THE WITNESS HAS BEEN

24       RESERVED.)

25

```
 1                 C E R T I F I C A T E

 2   STATE OF GEORGIA )

 3   COUNTY OF HALL   )

 4          I hereby certify that the foregoing

 5      transcript was taken down, as stated in the

 6      caption, and the proceedings were reduced to

 7      typewriting under my direction and control.

 8          I further certify that the transcript is a

 9      true and correct record of the evidence given

10      at the said proceedings.

11          I further certify that I am neither a

12      relative or employee or attorney or counsel to

13      any of the parties, nor financially or

14      otherwise interested in this matter.

15          This, the 2nd day of May, 2018.

16

17

18      _____

        MICHELLE J. RUIZ
19      CERTIFIED COURT REPORTER, B-1397

20

21

22

23

24

25
```

Joseph Ntaganira                    Ntaganira v. Crowne Plaza                    April 16, 2018

```
 1                    DISCLOSURE OF NO CONTRACT
 2          I, Michelle J. Ruiz, Certified Court
        Reporter, do hereby disclose pursuant to
 3      Article 10.B of the Rules and Regulations of
        the Board of Court Reporting of the Judicial
 4      Council of Georgia that I am a Georgia
        Certified Court Reporter; I was contacted by
 5      the party taking the deposition to provide
        court reporting services for this deposition; I
 6      will not be taking this deposition under any
        contract that is prohibited by O.C.G.A.
 7      15-14-37(a) and (b) or Article 7.C of the Rules
        and Regulations of the Board; and I am not
 8      disqualified for a relationship of interest
        under O.C.G.A. 9-11-28(c).
 9          There is no contract to provide reporting
        services between myself or any person with whom
10      I have a principal and agency relationship nor
        any attorney at law in this action, party to
11      this action, party having a financial interest
        in this action, or agent for an attorney at law
12      in this action, party to this action, or party
        having a financial interest in this action.
13      Any and all financial arrangements beyond my
        usual and customary rates have been disclosed
14      and offered to all parties.
15          This, the 2nd day of May, 2018.
16
17
18          Michelle J. Ruiz
            Certified Court Reporter
19          Certificate Number B-1397
20
21
22
23
24
25
```

**REGENCY-BRENTANO, INC.**

1          E R R A T A      S H E E T

2

3          I, the undersigned, JOSEPH NTAGANIRA,

4     do hereby certify that I have read the foregoing

5     deposition and that, to the best of my knowledge,

6     said deposition is true and accurate (with the

7     exception of the corrections listed below).

8

9        PAGE/ LINE CORRECTION

10    -------/-------------------------------------------

11    -------/-------------------------------------------

12    -------/-------------------------------------------

13    -------/-------------------------------------------

14    -------/-------------------------------------------

15    -------/-------------------------------------------

16    -------/-------------------------------------------

17    -------/-------------------------------------------

18    -------/-------------------------------------------

19    -------/-------------------------------------------

20    -------/-------------------------------------------

21

22    -----------------       ----------------------------
      NOTARY PUBLIC           SIGNATURE

23    DATE--------------

24    MY COMMISSION EXPIRES:

25

## A

**ability** 7:1 32:2
**able** 6:6 14:24
24:13 33:24 37:5
38:21 52:11,19
53:3 58:5,12
63:25 146:14
153:10,17,20
155:11 156:9
162:10,16 170:17
171:11 180:16
181:10
**abroad** 24:17 87:5
**absence** 58:16
**Absolutely** 39:15
60:12
**accepted** 48:6
**accepting** 32:3
**access** 10:4 164:12
**accident** 16:2,4
17:1 30:14 31:23
33:10,25 34:3
35:1,6 39:13,17
42:17 43:6,16
46:13 47:7,10,13
47:24 48:24 49:8
58:13 60:23 63:14
63:20,21,21 64:23
65:8 67:10,20
68:3,4,15 69:5,8
69:16 71:25 72:6
72:16 75:6,14
77:14,16 78:4
81:7,11,14,16
85:7 95:17,21
99:1,3,6,7 121:2
129:9,10,13,14
131:15 133:12
157:25 158:2
160:11,14,18,19
164:10 165:3,12
173:13 174:17
175:1,8 177:19
178:12,24 183:10
183:17,25
**accident/injury**
162:5
**account** 22:23
**accumulated** 126:3
**accurate** 7:2 28:3,4
129:13 193:6
**ACL** 79:20,22
**act** 15:11
**acting** 27:14,24
**action** 1:6 62:6

192:10,11,11,12
192:12,12
**active** 156:21,24
**activities** 22:19
29:6 33:24 34:4,6
35:3,15 41:24
43:13 62:16,18,19
62:21,22,23 63:9
63:11,13 68:11
71:3,6 79:16
156:3,7 157:4
158:15,16 170:25
171:11
**activity** 32:4 38:22
39:2 63:1 69:10
136:5 156:25
162:11
**actual** 59:21 164:9
165:23 167:23
**acute** 148:17
**add** 180:12
**added** 12:6
**addition** 30:5 37:15
41:22 46:9 48:11
**additional** 11:8
12:9,20,22 28:25
29:5 37:17 43:1
49:15,25 62:16,19
62:21,22,23 64:8
65:16 66:2 114:3
**address** 19:25 20:1
**advantage** 35:10
**advantages** 24:14
**advertise** 49:2
50:10
**advised** 46:14
**aerobic** 156:8
**aerobics** 66:22
67:11 68:2 72:12
155:24 162:11
**Africa** 84:4 87:7
92:1
**African** 23:5
**age** 73:17 156:10
162:8
**agencies** 50:1
**agency** 192:10
**agent** 192:11
**aggravation** 76:9
**aging** 72:25
**ago** 33:7 68:22,24
78:15 87:17 90:5
92:21 103:8
106:18 114:2
123:13 131:4,13
185:11

**agree** 5:24 35:25
41:2
**agreed** 39:6 115:18
**agreement** 4:17
36:4 38:15 59:16
**ahead** 101:7,15,22
103:22 106:10
113:13
**aid** 109:18
**air** 100:18,20,21,25
107:10 133:10,15
**alleged** 65:13
**allow** 178:6
**allowed** 54:10
180:10
**allows** 13:3 18:5
**alongside** 90:1
**alternate** 96:18
**Amarel** 7:10 8:2,9
8:21,22 70:24
**ambulance** 127:16
133:21 180:6,13
**America** 87:4,9
**American** 6:15,19
28:23
**Americans** 87:4
**amount** 36:16,17
37:2 39:9 140:4
145:15
**analysis** 151:17
**analyze** 31:19 33:14
**anatomy** 148:1
151:10,18
**and/or** 1:9 190:22
**announced** 99:1
**answer** 6:18 51:20
53:11,16,22 55:18
55:23,24 56:16
57:13,18 58:20
59:20 61:19 66:2
105:13 121:13
123:6 138:18,25
139:1 140:22
141:3,10,13 142:2
142:4,13,15,19,22
143:5 145:16
150:2 177:3 178:8
178:17
**answered** 53:9,12
55:20 57:20 60:7
61:18 63:15
122:23 123:3
143:1,2,8 181:3
182:6 186:22
187:25
**answering** 56:7

105:10,21 141:17
**answers** 5:21
**anterior** 79:25
80:10
**anybody** 73:18
101:12 131:14
132:1 174:18
**anyway** 6:20
**apologize** 22:1
**apparatus** 161:1
**APPEARANCES**
2:1
**applied** 45:21
**apply** 49:5 50:12
53:14,18
**appointed** 27:14
**appreciate** 12:15
54:18 61:4 188:21
**approach** 29:16
**appropriately**
162:14
**approximately** 4:6
**April** 1:14 4:1,5
17:12 39:24 47:21
**area** 91:16 102:12
110:16 111:1,5,7
111:8,13,14,17
122:12 124:1
125:25 126:3,7
127:19 128:1,2,11
129:16,23,24
130:16 152:6
153:8,13 165:3,16
171:19 173:20,22
174:1,3,8,14
175:13,16 176:3
178:22 180:2
183:23 184:1,23
184:24
**areas** 34:20 146:22
**argue** 110:24
**arrangements**
192:13
**arrested** 22:4
**arrive** 82:13 84:13
**arrived** 83:4,16
89:10 90:20
180:14 188:12
**arrow** 115:12 186:8
187:6
**art** 155:17
**arthroscopic**
152:19,21
**Article** 192:3,7
**arts** 66:14 67:9,13
67:19,21,22 72:13

**ascertain** 145:13
**Asia** 87:8
**asked** 12:17,19 25:9
35:23 53:9,12
54:5 55:8,19 57:2
65:6 76:13 77:3
80:24 90:16
122:23 123:3
143:1,9 147:15
155:2 181:3 182:6
182:24,25 183:14
185:1 186:22
187:25
**asking** 15:11 22:1
52:3 53:13 55:1
56:25 59:15 60:2
60:2 61:8 65:14
114:2 138:23
141:4,8 155:1,22
**aspect** 33:15 37:21
**aspects** 37:9
**asserted** 143:13,16
**assessment** 49:22
**associated** 157:22
158:2
**assume** 28:2
**ate** 91:18
**Atlanta** 1:3,17,24
2:12 18:14 34:9
80:14 81:10,12
134:22 162:21
163:20 183:20
188:12
**atrophied** 146:14
**attached** 12:22
190:13
**attempted** 53:4
178:23
**attend** 22:13 80:22
82:7 89:21 94:13
**attended** 82:2 83:1
**attendees** 87:23
127:6
**attending** 87:1
**attention** 84:2
127:23 128:6
131:7,18 168:18
169:4
**attorney** 10:8,21
13:3 14:24 15:5
65:16 112:10
120:25 185:1
191:12 192:10,11
**attorneys** 4:8 15:19
**attorney's** 141:12
**audible** 5:22

**audibly** 5:24 6:4
**August** 137:4,4
**automatic** 34:22
**average** 29:1,2
  72:11,18
**averaging** 44:23
**avoid** 56:12 57:3
  156:14
**avoidable** 57:12
**awake** 157:17
**awhile** 147:5
**Ayubu** 78:1
**A-M-A-R-E-L** 7:13
**A-Y-U-B-U** 78:1
**a.m** 1:15 4:6 82:17
  83:5,16 94:3
**a/k/a** 1:8

**B**

**b** 3:7 192:7
**baby** 25:3
**back** 13:9,14 14:20
  15:25 24:13 25:2
  25:6,24 26:12
  31:19 42:8 54:7
  55:13,16,22,23
  56:22,24 57:24
  58:2 60:18 84:21
  85:1 89:4,5,12
  98:24 103:5
  107:15 108:14
  109:8 128:9 129:5
  132:10 137:16
  138:6 142:17,19
  149:7 150:9
  152:16 154:2,3
  157:13 158:13
  163:2,9,24 164:8
  164:9 165:15,17
  168:14 175:14,22
  176:10 181:15
  185:25 186:25
**backpack** 15:25
  84:11,12,12
**bad** 29:21 154:17
**balance** 100:16,18
**Baltimore** 25:14
**banana** 171:15
**bank** 36:3 64:9
**based** 57:18 74:10
**basically** 57:7
**basis** 29:10 67:6,7
  75:15 78:4 151:22
**basketball** 66:13
  67:17
**bed** 154:18 160:20

**beginning** 59:23
  82:4 136:9,24
  153:10 177:6
**begins** 168:22
**behalf** 124:6,8
**beings** 147:25
**Belgium** 23:25
  49:20 150:10
**believe** 57:20 85:21
  100:12 149:16
  167:19 170:5
  171:16 187:8
**bells** 68:7
**belong** 22:9 23:5
**belt** 182:14
**bend** 153:17,20
**bent** 168:6
**best** 5:14 6:1,13,14
  168:10 193:5
**better** 86:4 95:11
  156:11
**beyond** 154:6
  192:13
**big** 26:19 69:25
  78:20
**biking** 137:10
**bill** 142:6,8,22
**billing** 12:19
**bills** 140:4
**birth** 17:10,12
**bit** 78:25 79:18
  157:13 158:6
  169:1
**bitten** 70:2
**black** 182:17
**blackboard** 29:14
**blinds** 97:12
**blocked** 168:9
**blocking** 97:12
**Board** 192:3,7
**body** 69:11 80:7,11
  152:25 155:19
  168:11
**bone** 146:18 151:2
  152:9,10,13
**bones** 146:21
**book** 46:20,25,25
  47:5 128:5
**born** 17:11,12,13
  17:14,18 20:15,16
**bottle** 169:17
**bottom** 95:7 108:23
  125:12,12
**bought** 144:6
**box** 11:2,14 86:11

**86:12 115:19
  116:6,12,17 117:3
**brace** 75:7,8,9,9
**break** 5:7,8 14:12
  14:18 60:11,13,16
  78:12 102:24
  103:3 124:21
  132:4,8 144:10,13
  149:3,5 165:14,14
  165:21
**breakfast** 91:4,10
  91:11,18 128:10
  128:13,14,17
**breaks** 128:18
  165:15
**brick** 189:17
**briefcase** 84:9
**bring** 9:12,13,15,23
  10:2 90:16
**brought** 10:13 13:2
  14:25
**Brussels** 24:1,2
  26:3
**buck** 109:10,10
  131:19,20
**bucket** 109:13
  128:21 130:2,11
  130:23,25 131:20
  131:23,24 165:6
  166:13 172:5,12
  172:19 174:13
  175:2,9,17,20,23
  176:6,17,24 177:8
  185:22 186:6,9,18
  187:3,4,7,8 190:6
**buckets** 166:5
**bucks** 165:18
**build** 148:22
**Bujumbura** 23:20
  23:22
**bunch** 84:3
**Burundi** 23:19,20
  23:23,25 24:13
  25:4,24
**bus** 86:5
**business** 58:10
  163:10
**butt** 108:22
**buttocks** 168:4
**buy** 74:4
**B-U-J-U-M-B-U-...**
  23:22
**B-1397** 1:18 191:19
  192:19

**C**

**C** 3:1 191:1,1
**calculate** 44:21,23
**call** 22:11 23:2
  43:24 53:25 66:12
  105:25 109:9
  126:11 164:5
  167:12
**called** 10:1 26:6,15
  26:16,19 35:13
  43:4 50:18 54:16
  66:15 75:23 87:3
  133:23 134:10
  166:19
**calls** 9:7 15:9 57:17
  60:9 87:25 110:20
  126:9 178:14
**camera** 86:17
  124:19 168:20,24
**campus** 44:15
**cane** 75:11
**capability** 50:25
  144:22
**capable** 33:16
  46:16 145:2
  153:21 155:10,15
  156:3 162:13
**capacity** 53:16,22
  62:7
**capital** 19:24 23:23
**caption** 191:6
**car** 97:25 113:16,19
  113:21,22 158:18
**care** 137:17
**career** 149:21
**Carlton** 2:4 4:13
  10:25 52:22 143:3
**carpet** 167:17
  168:16,22,25
  169:2,2,3,5,9
  176:2 184:21
**cars** 34:21
**case** 15:20 16:1,4,4
  17:4 21:24 43:6
  57:8,10 65:12
  139:12,20 145:15
  171:12
**casual** 96:23
**catching** 79:18
**Catholic** 22:12,12
  24:2,7
**caused** 107:10
  167:6
**causes** 34:13,16
  145:25
**CCR** 1:18
**CDC** 18:12,13,14

**34:8 40:6,10,12
  40:15,18 84:5
  87:4 170:7,14,16
**Center** 134:23
**Centerville** 2:5
**certain** 32:24 39:1
  184:20 185:2
**Certificate** 192:19
**Certified** 1:22
  191:19 192:2,4,18
**certify** 191:4,8,11
  193:4
**cetera** 32:5 68:7
  84:7 124:21 171:8
**chance** 64:2
**change** 34:23 38:4
  43:21 65:21 74:1
  74:5 89:19 108:16
  138:1 163:7,10
**changed** 38:3,5
  71:5,7,8,24
  123:25
**changing** 17:17
  158:19
**charge** 26:1 42:10
  111:22 179:24
**charged** 22:4
**chatting** 90:22
**check** 7:24 76:2,4,6
  77:24 78:12,13
  81:1 82:6 92:13
**checks** 36:7
**check-up** 71:18,20
  76:11,16 78:6
**children** 20:14
**chronic** 66:12
**church** 22:9,13,18
**circle** 129:24 173:1
  173:6
**circled** 120:14
  173:10
**circles** 50:14
**circumstances** 5:2
**citizen** 17:22,25
**citizenship** 18:2
**city** 17:15 21:1,2,3
  74:2
**civic** 22:9
**CIVIL** 1:6 190:22
**claim** 60:22,24
  61:1 62:7 65:18
  65:20 66:1
**claiming** 61:4
**claims** 62:5 65:12
  65:15
**clarification** 59:9

clarified 59:22
clarify 59:25
  164:10
class 48:16 163:8,11
  164:1
classes 30:3,4,5,8
  45:4 170:18 171:1
classroom 30:21
clean 169:23
cleaning 170:2
  171:18
clear 102:4 117:14
  119:17 142:23
  149:14 184:10
  187:17
client 10:25 11:16
  56:7 60:7
climb 31:9
climbing 78:24
clinic 75:22,23,24
  76:17,23 77:12,18
  78:8 147:6,6
  150:8
clinical 150:9
  151:13
close 73:6 74:13
  159:14,14 182:17
closed 105:19
  180:21
club 182:12
coffee 124:20,21
cohort 87:5
cold 108:2,3,8,10
  158:6 160:6
collaborating 28:23
collaboration 25:12
collateral 138:15
  139:7,18
colleague 53:17,20
colleagues 52:7
  58:21 80:23 84:5
collect 13:6 31:18
  33:13
collecting 64:21
collection 31:7
  41:24 170:20
  171:2,8
collectors 31:8
collects 125:24
color 130:25 131:2
Columbia 39:8
combine 44:25
combined 45:1
come 7:23 8:3 21:11
  21:12 31:19 49:2
  50:19 55:23 90:21

93:23 98:24
100:10 136:12
142:17,19,21
148:14 163:1
164:8 180:7
comfortable 96:23
coming 13:23 18:8
  18:10,11 21:17
  40:18 49:25 52:9
  62:23 63:23 73:17
  81:9 82:8 84:3
  87:6 88:5,9,19
  89:11 100:7,8
  110:9,16,16 111:6
  118:22 127:23
  159:2 166:14
  171:21 179:9,14
  180:1,9,11,17
  183:20
COMMISSION
  193:24
common 8:5 127:19
  128:1,2,11 158:15
  178:22
communicated 99:3
  99:5
communicating
  23:4
communication
  29:16,23
community 34:11
  34:12
company 2:4
  143:16
compare 117:23
compared 64:15
compel 141:13
  142:18
compete 171:9,11
competencies 41:25
  42:4 44:14
competency 58:23
competition 63:24
  64:4 69:24 182:11
competitively 68:19
  68:24
complain 29:22
complaint 61:7,13
  65:13 145:7,8
complaints 61:16
complete 117:20
  134:10 148:24
  152:2 153:24,25
  178:7
completed 24:2,8
completely 48:6

55:25 59:18 118:5
  119:11 154:9
complications 61:2
complies 11:24
  95:10 118:14
  119:1 130:1 173:7
comprise 147:2
computer 77:22
CONCLUDED
  190:20
conclusion 61:8,10
condensed 190:15
condition 77:16
  154:17 157:13
  167:6
conditional 131:17
conduct 39:7
conducted 63:10
conducting 62:17
conference 16:20
  18:12 34:9 80:21
  81:17,18,19,20,21
  81:24 82:3,5,9,10
  82:25 83:2,14,21
  84:19 85:19 86:6
  86:14,19,22 87:1
  87:14,14,15,22,23
  88:14,16,22 89:4
  89:16 91:3,7,9
  92:2,15 93:2,5
  94:18 98:22,25
  99:2,9 100:9
  102:12 106:10
  110:10 111:8,13
  111:17,18 112:12
  115:16,24 122:8
  122:22 124:15,17
  125:3,4 126:16
  127:6,12,19 128:4
  128:5 165:3,17
  168:23 171:22,24
  173:17,24 174:15
  174:23 178:18,20
  180:1,2,20 183:17
  189:16
confirm 97:21
confused 44:4
conjunction 170:7
connecting 163:3,4
  165:17
connection 162:23
  163:1,4,11
consequence
  144:21
consequences 61:21
  61:23,24 144:20

146:11
consider 37:10
  68:11
consistency 160:15
constricting 152:4
consultancies 28:20
  29:6 31:16 38:6,8
  38:14,16,19,25
  39:12,16,19,21
  42:19,23 43:9,23
  48:23 49:7,9,12
  49:17 50:3 58:12
  58:14,25 62:24
  63:5,23 64:19
  171:7
consultancy 31:12
  37:16 39:10,18
  40:1,14,20,25
  41:4,7,14 42:2,6
  42:12,14,17,22
  43:1,3,15 49:1
  50:18 58:9,24
  63:7,9,13 171:10
consultant 170:4,25
consulting 170:6
consuming 138:1
contact 75:2
contacted 46:13
  192:4
contacts 37:20
  74:19,23 75:1
continuation
  186:16
continue 43:18
  51:24 79:11
  155:16 187:22
continued 40:3
  70:15 137:8
continuing 137:9
continuously 49:22
  67:25 136:1
  148:19
contract 39:5,9
  40:10 50:3 58:8
  64:12 70:6 192:1
  192:6,9
contracts 38:16,17
  52:10,18 53:2
  57:25 58:5,12
  64:10,11,14,16,18
  65:1,3,3,5,7,10
control 191:7
controlled 160:21
convention 178:22
conversation 172:1
copied 13:11,17

14:6,25 15:15
copies 14:1 77:11
copy 9:9 11:13 13:1
  13:8,15 15:2,3
  19:15 77:11 81:3
  149:15
copying 14:9
CORP 1:9
Corporate 1:23
corporation 49:20
correct 8:1 9:20
  17:23 36:13 47:5
  50:14 61:17 63:3
  63:7 81:25 83:2
  86:23 88:3 91:19
  93:10 98:13,16
  103:24 104:25
  105:15,23 106:16
  106:23 107:4
  109:1,22 110:6
  115:20 118:16
  120:8 125:11,14
  125:16 126:14
  130:4,7 132:14,19
  133:1,5 135:8
  138:9,10 156:22
  156:23 168:4
  170:6,9 173:10,14
  173:21 174:1,10
  174:14,20,22,23
  175:6,10 177:13
  181:8 187:1 191:9
correction 73:20,22
  193:9
corrections 193:7
correctly 36:25
  145:19 181:25
correspondence
  38:18
Council 192:4
counsel 2:1 4:17
  191:12
count 112:5
counter 112:7,17
  126:25,25 127:5
  128:5
counters 112:13
countries 18:3 23:5
  24:5 84:4 92:8
country 25:2,5
  26:12 31:5,6
  34:19,19 49:19
  50:24 59:3
COUNTY 191:3
couple 149:12
  182:20 189:5

Joseph Ntaganira                    Ntaganira v. Crowne Plaza                    April 16, 2018

course 29:18 31:15
  41:10 48:12,16
  54:12 71:17 72:25
  99:19 101:24
  151:10 161:18
  171:5
courses 18:15 25:20
  28:19 30:17 45:5
  45:6,17,19,22,24
  46:3,15
court 1:1,22 4:19
  5:11,19 6:6,10,22
  51:24 54:6 55:12
  55:21 56:2,5
  57:23 64:6 191:19
  192:2,3,4,5,18
covered 167:16
covering 133:3
cramp 148:12,13,14
  148:16
created 27:12
crime 22:5
cross-examination
  170:4
Crowne 1:8,8 4:12
  15:2 80:17,17,21
  80:24,25 81:8,15
  81:25 82:11 84:19
  84:21,24 88:10
  91:22 92:24 94:17
  97:4 183:18
crucial 29:24
cruciate 79:25
  80:10
crutches 161:1,3,5
  161:8,19
cups 171:15
cure 147:22,22
cured 153:12
current 17:20 31:25
  35:16
currently 7:25
  19:21 148:4
CURRICULUM
  3:12
customary 192:13
cut 54:21
CV 27:17 28:3 45:9
  149:15

**D**

daily 16:17 29:10
  71:4 84:18
damages 145:8
data 31:7,8,18
  33:13 41:23 64:22

170:19 171:2,8
date 4:5 17:10,11
  17:12 18:20 34:3
  39:13,17 42:16
  95:17,21 129:13
  150:22 193:23
dates 81:2 82:5
David 2:10 4:10
day 7:9 22:16 23:9
  81:15,16,17 82:2
  82:7,7,8,10,14,15
  82:16 83:1,7,8,9
  83:12,13 84:20,22
  84:25 90:19,19,20
  90:23 99:3 129:9
  135:5 157:15
  158:12,15 159:16
  159:25,25 160:16
  164:9 165:3,5,11
  165:13,20,21,22
  171:14 173:12
  174:16,17 175:1,8
  178:24 184:5
  191:15 192:15
days 68:13 70:4,14
  70:16 72:10,17
  96:6,7 114:2
  136:1 148:15
  154:19,20 157:24
  158:5 159:25
  160:14 188:4,5
dealing 162:5
dean 27:1,4,8,11,13
  27:14,24
debt 140:8,21
December 45:11,11
decided 25:1
decline 34:4 35:22
  50:4,5,10 63:7
decrease 47:2 63:2
  65:24
decreased 35:5 37:5
  38:11 42:16 62:8
  71:22
deduct 41:10
deep 157:7
defendant 21:20
Defendants 1:10
  2:8 3:8 9:3 19:13
  27:19 82:18 85:3
  85:24 111:10
  112:20 114:12,23
  115:6
defending 46:19
defense 46:21
defenses 48:7

definition 73:9
degree 25:16
  164:15
demand 28:21
  35:12
demanding 31:10
Denk 7:20 8:10,11
  8:14,15
department 27:1,3
dependent 41:16
depending 13:23
  22:17 28:21 31:11
  73:25
depends 31:13,14
  31:16 37:19 41:20
  46:4 50:25 64:3
  160:3
depicted 98:12
  111:14 115:11,17
  116:2,6,11,17
  117:2 118:3 119:5
  132:16 178:23
  180:2
depiction 129:13
DEPO 3:10
deponent 53:10
deposition 1:12 4:2
  4:7,15,18 5:4 8:25
  9:1,8 11:3,7,10
  13:12 14:19 19:16
  19:18 21:22 22:3
  51:23 54:3,20
  60:17 65:12 103:4
  132:9 142:17,20
  142:21 144:14
  149:6 190:19
  192:5,5,6 193:5,6
describe 68:2 69:17
  95:11 151:1,9,15
  151:23 152:24
  153:7 154:4,13
  155:3 156:2,24
  157:15,21 158:1
  158:12,14 159:3
  159:11,15 160:1
  160:14,15 161:10
  162:4,20 163:22
  164:18 165:23
  166:7 167:5
  169:15 170:21
  172:10 181:5
  189:1
described 101:10
  107:11 140:3
  157:12 159:20
  172:12 181:22

desk 31:3 111:24
  112:3,4 179:25
desks 111:22
detail 131:19 181:5
details 131:7,13
determined 15:4
develop 25:10
diabetes 7:8 70:22
  71:2,9,14 72:4
  75:17,20
diagnosed 71:9
  72:3 75:17
Dial 2:11
difference 152:18
  156:12
different 11:25
  108:5 131:10
  147:20,25 151:14
  173:23 174:3
difficult 32:13
  79:19 96:9 135:5
  153:15 157:1
  159:3,5 161:16
  163:22
difficulties 158:14
difficulty 156:2
  159:2 161:11
diminished 62:7
dip 125:18
diploma 24:15
direction 186:3,6
  186:14 187:3,7,11
  191:7
directly 101:19
  102:5
disclose 192:2
disclosed 192:13
DISCLOSURE
  192:1
discomfort 153:8
  154:4 157:15,16
  159:21,22 161:10
discover 25:5
discoverable
  139:10
discovery 65:14
discuss 56:14,19
  124:22,23
discussing 84:6
disease 24:1,3 26:7
  45:22 68:13 72:4
  150:11,12,14
diseases 68:12
disks 10:25 11:11
  11:12
disqualified 192:8

disrespectful 6:5
disrupted 102:1
distance 72:24 73:3
  96:15 158:10,20
  158:22
distances 34:25
distinct 98:10
  176:12
district 1:1,2 26:1,2
DIVISION 1:3
Djibouti 24:19 26:9
  26:11
doctor 8:24 14:23
  73:24 74:3 75:13
  75:14,19,24 77:25
  78:10 134:22
  135:10,10 146:25
  147:4 150:6
doctors 74:1
doctor's 74:10
document 9:7 12:21
  12:22 15:15 36:15
  62:2,11 85:6
  136:20
documented 136:2
documents 9:13,13
  9:15,16,19,24
  10:2,4,7,13,16
  11:12 12:16 13:6
  13:16,17 14:13,24
  15:5,13,24 16:3,6
  16:10 35:21 36:20
  62:3,5,6,9 63:6
  65:15,16,17,19,20
  65:21,23 76:10,21
  76:22 77:4,15
  78:13 138:11
doing 24:6,10 27:2
  28:20,24 33:16
  46:17 49:15 50:1
  63:8,11,13 66:14
  66:20 67:7 68:6
  71:6 79:5 136:5
  137:9,10,23 138:3
  145:2 148:24,24
  155:10,15,15,19
  156:7,11,13,14,15
  157:3 158:14
  162:9 171:7
  182:10
dollar 145:14
dollars 29:3 31:21
  44:24 46:25
  138:13
doors 83:22 86:8,9

Joseph Ntaganira    Ntaganira v. Crowne Plaza    April 16, 2018

87:24 88:16 89:2
89:7,14 94:21
98:16 99:10
111:17 112:15
113:3 115:1,15,18
115:19 116:1,18
116:22 117:1
118:16,19 119:2,3
119:5,6,8 123:13
123:15 128:3
132:16 164:19,20
164:23 167:19,23
173:20 175:3,4
180:20 183:3,3,8
188:23 189:5,5,6
189:7,7,13,14,18
189:22
**doorway** 122:14
177:13 178:24
**doses** 71:24
**double** 115:4
117:21 132:22
185:13
**doubt** 172:3,11,15
**Dr** 4:16,25 11:23
19:21 50:13 52:25
53:7,11 56:18
58:4 60:21 61:10
61:16 65:6 66:4
103:8 105:10,21
115:10 123:10
132:13 140:23
141:23 144:16
149:11 150:17
152:18 153:16
172:25 177:25
178:5 182:24
184:9
**draw** 186:8 187:3
**drawn** 118:15
**dress** 95:4,6,12
96:16,19
**drive** 34:21,25
96:14
**driving** 74:16
**Drop** 11:2,14
**dropping** 85:12
86:5
**drug** 8:7
**drugs** 8:7 143:21
144:6
**dry** 83:8 97:7 98:7
**due** 18:9 23:17 29:5
32:17 61:2 79:4
136:10
**duly** 4:21

**dumb** 68:7
**Dutch** 24:20,22
26:10
**dwindling** 79:16,17
**D-E-N-K** 7:22
**d/b/a** 1:8

_____
**E**
_____

**E** 3:1,7 191:1,1
193:1,1,1
**earlier** 4:25 31:20
71:13 80:13
128:20 149:16
156:20 164:11
165:2 167:1 170:3
172:12 182:8
187:10 188:22
**early** 89:21,24 91:3
91:10,14 93:8,15
93:24 97:4,7,16
126:16 127:8
171:20 178:25
179:1,13 180:9,10
**earning** 31:22
**easiest** 23:4
**easily** 32:15
**easy** 161:18
**eat** 91:10 161:15
**economic** 53:15
163:8 164:1
**Edmunds** 2:15
**education** 23:16,19
27:22
**effects** 70:17 71:15
71:16,17 147:24
**effort** 32:17,20 79:4
157:10 158:9
**efforts** 33:8,9 78:22
79:5
**eight** 89:23 93:2,3,5
93:14,17,19,22
94:3 96:17,18
**EIS** 81:21,24 82:2
87:3
**either** 18:10 24:13
28:21 49:19 59:18
68:4 133:1,5
151:15 166:2
**electronic** 190:13
190:14
**elevators** 158:25
**email** 2:6,12
**emergency** 133:25
143:23 181:17
**Emory** 18:15 21:14
40:11

**emotionally** 162:4,6
**emphasis** 151:2
**employee** 166:14
191:12
**employer** 140:10,14
**employment** 25:22
**empty** 171:22 180:1
180:3
**endure** 158:22
**engage** 39:1
**engaged** 35:2 68:15
170:24 182:9
**engaging** 156:3
**engineer** 166:17
**English** 6:15,19
73:13 155:6
**enjoyed** 85:1
**enter** 59:16 60:2
83:19 86:22 89:9
94:20 101:13
102:15,16 106:20
106:21 112:2,25
115:11,15 116:3
173:21 178:24
**entered** 83:23 85:11
85:21 86:8 87:23
98:16 99:9,11,19
99:24 100:2,11
101:3,16 103:9,10
106:11 113:1,4,8
114:16,19 115:20
116:1,24 117:2,15
117:19 118:3,11
119:3,6,9 120:15
120:22 122:2,18
122:22 123:10
125:6 129:18
165:2 175:3 183:4
185:4,6 188:22
**entering** 88:16,21
89:8 99:20 100:8
101:4,8,9,12,20
101:23,25 102:8
102:14,21 104:3
111:18 128:3
133:1,4
**entire** 36:17 39:23
82:1,6 85:22 86:3
117:16 118:8,9
119:11 120:19,23
133:3 145:1
148:18 164:15
**entirely** 167:13
**entitled** 54:20
**entrance** 83:19,21
85:13,19 86:21,24

98:19 112:16
115:22 122:7
123:7 154:24
175:12 188:23
**entranceway** 84:1
85:10 86:13,18,18
98:11 109:22
110:1 164:11,18
167:2 174:18
175:2,10,18,21
177:12
**entry** 18:5,8 150:22
**envelope** 13:9,15
**envelopes** 13:7,21
**environment** 104:2
125:4
**epidemiology** 24:9
27:3 28:10 40:7
43:4 45:20,20,21
45:21 51:13
149:20
**equipment** 29:20
67:8 68:7
**especially** 68:12
123:16 131:9
156:13
**Esq** 2:4,9,10
**estimate** 87:10,15
89:7
**et** 32:5 68:7 84:7
124:21 171:8
**Ethiopian** 24:5
**Europe** 24:16 69:22
**evaluation** 48:3
**evaluator** 46:18
**evening** 7:19 8:8,23
22:16 163:20,21
**evenings** 46:8,9
158:7
**event** 105:8 106:12
129:18
**events** 16:17 70:25
**eventually** 163:6
**everyday** 158:17
**evidence** 191:9
**exactly** 13:20 37:24
66:23 68:17 71:5
71:6 81:2 82:5,6
87:9 89:20 93:1
93:16 95:14
113:15,19 114:21
117:22 122:6,19
123:18,20 137:21
145:24 147:9
152:17 154:7
159:9 166:20,21

188:12
**EXAMINATION**
3:2,2 4:23 149:9
172:23 182:22
184:7 188:18
190:2
**examined** 4:21
134:22
**example** 10:5,6,17
16:20 18:10 23:6
28:8 30:8 31:6,13
32:3,12 34:8 39:6
39:7,7,8 44:7
50:10 51:12 74:1
155:10 157:2,2,7
158:6,17 160:7,23
161:14,15 162:10
162:24
**exception** 59:19
193:7
**exchange** 23:7
**exercise** 136:11
137:9 157:7
158:10 182:10
**exercises** 66:20
67:24 68:8 138:4
148:25 155:18
182:13
**exercising** 137:13
137:23 155:16
**exhibit** 3:10,11,12
3:13,14,15,16,17
3:18,19,20 9:3,7
9:12 19:12,13,17
27:18,19 82:18,22
85:3,7,24 86:2,9
86:12 87:24 88:17
98:12,16 99:10
111:10,14,24
112:20,24 113:10
113:11,12 114:16
114:23 115:1,6,10
115:18 116:2,12
116:17,21,24
117:15,19 118:4
118:10,15 119:2,5
119:8 120:14
121:22 122:4,17
129:8,12,16 130:3
130:9 132:13,17
149:14 164:13,13
167:14,18,19
168:12,18 169:5,5
169:8,9 173:2,10
178:23 180:3
182:25 183:8,13

**REGENCY-BRENTANO, INC.**

Joseph Ntaganira                    Ntaganira v. Crowne Plaza                    April 16, 2018

185:3 188:20
189:21,22
**exhibition** 84:7
**exhibits** 3:8 114:12
190:13
**existing** 50:7,8
63:17
**exited** 89:14 98:15
99:9
**exiting** 88:21
**expect** 5:4
**expenses** 138:13
139:22 140:15
141:5,15,21
142:24 143:17,20
**experience** 148:4
151:20 154:3,4
159:24 160:2
**experienced** 157:22
**expiration** 18:20
**EXPIRES** 193:24
**explain** 13:20,24,25
33:21 79:5
**explained** 63:22
**explanation** 5:23
**expression** 7:5
**extended** 161:16
162:1 163:9 168:7
168:8,9
**extent** 56:7,12 60:6
145:13 164:17
170:17,19
**external** 46:18,22
48:3
**eye** 29:23,23 73:24
74:1,3 75:23
103:23
**eyes** 101:18,22
102:5,11,18 104:6
104:8,14 105:4
**eyesight** 72:21 73:8
73:9,18
**e-mail** 76:25 77:1
77:22
**e-mails** 23:9

───────────
**F**

**F** 191:1
**face** 101:11
**Facebook** 22:21,23
23:8
**faced** 101:18
104:24
**face-to-face** 29:16
30:7
**facilities** 33:13

34:14
**facing** 68:13 102:5
104:5 185:25
187:11
**fact** 61:10 77:13
120:19 139:12
144:25 149:19
172:19
**faculty** 42:1
**fair** 5:8,15 6:7
86:12
**Faisal** 135:17,19,22
135:23 136:17
137:16
**fall** 69:13 98:18
100:16 165:23
167:7 188:6,8
**fallen** 109:19,21
129:22,25
**falling** 184:2,4
**familiar** 22:21 80:1
112:24
**family** 20:13 23:6
25:3
**far** 43:1 73:4,14
80:20 84:17,23
96:15 130:11,12
154:2,2 183:3
**farther** 187:7
**farthest** 189:7,23
**fault** 144:21
**federal** 54:10 56:1
60:4 190:21
**feel** 96:22,24 108:15
125:19 144:20
145:24 157:9
160:9 181:25
182:2
**feeling** 100:17
108:22 137:25
144:23 146:24
164:7 166:12
181:14,23 184:20
**fees** 141:12
**feet** 72:7 102:19
104:16 130:14,14
130:14,15
**fell** 98:22 99:12
100:2,12 107:12
107:19,21 113:2,5
113:8 121:3
124:12 126:20
129:16 132:14
165:25 167:3,10
168:2 169:14
171:14 172:21

184:11,13,16,20
186:10 189:24
190:5
**felt** 108:1,14 109:5
125:11 153:7
159:12,15 160:10
162:4 167:11
**field** 31:5,18 32:5
33:12,15,21,22,23
34:4,7 35:2 38:8
38:11,14,15 40:6
41:17,22,24 43:4
51:14 150:8 151:7
**fields** 64:21
**figure** 145:14
**file** 1:6 11:4 141:13
142:18
**filing** 145:4
**finally** 135:5
**financial** 192:11,12
192:13
**financially** 191:13
**find** 17:20 20:2
129:19 135:5
138:20,24 140:6,9
140:17
**finding** 100:25
**fine** 6:2,17,20 7:16
14:14 87:22 95:9
95:12 117:18
**finger** 168:21
**finish** 33:1 52:15,23
53:1 54:21
**finished** 24:10
32:22 52:14 54:24
54:25,25 55:8
**first** 4:21 12:3
16:22 17:2,7
21:25 25:2 26:16
32:19 42:7 52:13
52:22 54:13 59:11
70:3,20 81:9 82:2
82:7,10,14,15
83:1,13 84:22
89:22 93:12,15,18
133:25 151:11,12
183:19,19
**fitness** 66:15 67:7
**five** 14:12 27:16
30:4,5,7 70:4,15
94:10,11,12
130:20,21 159:22
177:7
**fix** 146:23
**fixed** 31:15
**flat** 32:11

**fled** 25:4
**flexibility** 32:14
136:14 153:24
154:10
**flexible** 159:10
**flexion** 79:1,1
136:12 153:23
155:11
**flight** 162:21 163:4
163:14,18
**floor** 99:16 100:6,9
101:2 104:22
107:17,20 125:7
159:7,7 166:7
169:19 180:16
181:6 182:2
**floors** 100:8
**fly** 107:10 163:24
**focus** 103:25 104:1
**focused** 102:19
103:23
**follow** 60:4
**following** 135:2,6
153:18 157:14
159:12,16 160:13
160:18,19,25
163:3
**follows** 4:22
**follow-up** 149:13
172:25 182:20
187:20
**foot** 100:19,24
**football** 66:7,8,11
**foregoing** 191:4
193:4
**forever** 162:7
**forgetting** 8:12
**form** 13:10 15:8
50:22 51:7,18
52:12 53:6 54:2
58:18 59:4,19
60:9 61:6 140:12
156:4 157:18
164:21 165:7
171:4 172:6
**formalities** 4:17
**format** 13:11
**forth** 111:23
**forward** 101:11,18
102:5,11 103:10
103:15,19 104:5
104:24 105:23
**found** 9:22 70:21
99:16 100:9,20
101:2 104:21
125:7 133:10,15

134:2
**four** 25:25 26:2,11
35:18 99:15
104:20 150:18
161:5 162:25
**fourth** 24:25
**FP** 1:8 4:11
**fracture** 131:9,11
134:2,3,11 146:23
151:24 152:2,7,12
**fractures** 134:7
**France** 73:13
**franks** 44:22
**free** 162:16,19
**French** 155:7
**frequent** 160:7
**frequently** 159:23
159:24
**Friday** 81:1,4
163:20
**friends** 69:1 84:23
91:25 92:3,17
**frivolous** 55:25
56:6,17
**front** 16:12,14
29:11 83:10 85:23
86:3 99:18 101:5
101:19 102:6,12
102:19 103:24
104:9,15 114:21
115:16 120:20
122:9 124:18
164:15 175:15
179:16 183:23
**full** 17:5 26:24 27:2
30:11,17 49:13
87:15 94:12
124:23
**fun** 66:5 68:25,25
**function** 146:22
**functioning** 147:13
**funding** 170:16
**further** 3:2 56:14
149:2 172:22,23
182:19,22 184:6,7
188:18 190:1,2,11
191:8,11
**future** 54:8 135:11

───────────
**G**

**gain** 164:11
**gate** 163:13
**gears** 34:23 158:19
**general** 34:2 41:5
75:19,21 78:11
113:7 151:5

**generally** 136:22
  155:24
**Georgia** 1:2,17,24
  2:5,12 139:18
  191:2 192:4,4
**gesture** 103:16
**getting** 24:14 32:16
  62:15 102:2,10
  124:15 127:17
  136:13 172:18
**give** 5:21 7:1 8:11
  8:13 15:2,12
  36:18 46:20 52:4
  53:24 77:18,21,23
  121:18 142:22
  160:17 161:14
  188:20
**given** 15:19 53:11
  142:15 161:8
  164:3 191:9
**giving** 75:19 91:6
  142:4
**glasses** 72:19,23
  73:1,12,16,23
  74:4,5,12,17,25
  75:3
**go** 5:5 20:2 21:16
  22:24 23:11 24:13
  25:1 31:6,9 32:4
  32:11,12 33:12,19
  34:12,14,15 41:21
  47:22 48:6 49:24
  50:6 69:24 75:18
  85:18 88:12 90:7
  90:9 91:2,4 96:24
  113:13 136:6,17
  136:23 137:6
  138:2 145:20
  147:10 150:18
  154:5,7,8 157:13
  161:23 163:9
  168:22 176:16
  181:17 183:14
  184:19
**going** 5:11,13 6:9
  10:11 14:16 16:18
  25:2 29:6 31:5,17
  31:18 33:15 34:7
  34:19 41:16 47:15
  47:21,24,25 53:25
  54:6,8 55:17,23
  56:15 60:14 63:25
  64:21 68:4 75:22
  83:11 84:6,6,21
  85:1,17 86:11
  91:14 92:2,22

93:6 94:17,18
  97:1 101:21,25
  102:22 103:1,20
  104:7,9 106:12,22
  118:2 127:9,10
  128:3 136:4 137:5
  137:25 141:2,8,9
  142:13,16,18
  144:11 152:8
  155:21 159:1,5,8
  159:8,19 160:23
  162:2,6,12 164:12
  182:12 190:17
**good** 5:9 9:11 23:7
**Google** 20:3
**government** 49:19
  50:16
**graduated** 25:19
  149:17 150:3
**graduates** 87:3
**graduation** 21:16
**grants** 37:17
**Great** 7:6
**greatest** 164:14
**grew** 23:17,18
**ground** 98:1,8,11
  101:18 102:19
  104:24 105:5,14
  106:23,25 107:1,7
  108:3,7 125:17
  168:3
**grounds** 31:16
**group** 23:5,6,6 84:3
  92:22
**groups** 30:6
**growing** 66:11
  68:20
**guess** 167:23
  175:14 179:12
**guidance** 137:18
**Gunn** 2:11
**gym** 66:15,16 68:5
  137:10

---
**H**

**H** 3:7 193:1
**habit** 16:16
**half** 39:23 75:18
  118:7,15 168:8
**hall** 87:14 89:4
  101:5,9 102:10
  103:12 111:18
  171:22 172:1
  189:16 191:3
**hallway** 102:12
**hand** 13:10,16

53:12 103:16
  125:18 164:12
  169:8,16
**handed** 11:10 16:4
**handicap** 32:23
  78:17 155:4,14
**handicapped** 72:9
  78:16 79:5 155:3
  155:5,8
**handing** 149:15
  164:13 167:14
**hands** 101:10
  107:17,22 108:9
  108:25 109:4,5
  125:9 133:17
  166:11,13 167:11
  168:4,14 169:19
  169:19,21 170:2
  172:5,18 181:8,11
  181:23 182:1
**handwriting** 17:1
**happened** 81:16
  99:8,14 104:19,21
  106:12 129:19
  133:9 153:1
  166:23 175:11
  178:19 180:24
  183:25
**happening** 154:7
**hard** 11:13 35:9
**harder** 156:25
**hassle** 23:10
**head** 5:16,24 6:3
  26:25 36:21 41:8
  91:8 92:7,11
  101:18 102:4
  103:19,22 104:4,5
  104:24 125:10
  186:25 190:7
**heading** 87:7
**healed** 48:5
**healing** 153:6
**health** 24:6,7 25:10
  25:11,12,25 26:1
  26:8 27:9 28:12
  28:22 31:17 33:13
  40:12,16,18 50:16
  51:9 69:17,19
  70:25 150:8 170:8
  170:15,16,21
  171:3
**Healthnet** 24:24
  26:10
**healthy** 49:14
  170:24 171:9
**hear** 184:1

**heard** 63:18 80:2
  98:25 147:11,16
  177:20 178:2,13
  187:12
**heavy** 156:14
**held** 27:23 81:24
  180:20
**help** 62:10 110:3,17
  161:2
**helping** 62:17
  107:15 109:6
  129:5 166:5,6,19
  166:24 176:11,15
**HHC** 1:8 4:11
**high** 21:7,16 23:16
  23:19 35:12
**Highway** 2:5
**hills** 32:12
**hilly** 31:6 34:18,19
**Hilton** 84:15,16,17
  91:12,19 92:24
**hips** 72:7
**hire** 50:17
**hired** 42:6,7 49:17
**history** 16:7,10
  25:22
**hit** 124:11 168:3
**hobbies** 66:4 68:14
**hold** 18:2,17 28:6
**holding** 18:19
  107:14
**home** 23:4 67:8,22
  68:6 89:5 96:15
  163:24 182:10,12
**hope** 145:15
**Hopkins** 15:14
**hospital** 9:22 26:5
  133:22 134:21
  135:3,17,22
  138:20 139:3,25
  181:18
**hospitalization**
  70:21
**hospitalized** 70:4
  70:15 77:10
**hospitals** 9:16
**hotel** 1:9 80:17,18
  80:20,25 81:4,8
  82:11,12 83:5,10
  83:17,20 84:13,15
  84:18,19,21,21,24
  84:24 85:7,11,14
  85:15,21 88:10
  89:5 90:1,8,20,22
  91:11,19 93:3
  94:1 97:24 98:24

103:9 115:17,23
  121:25 123:8
  124:5 164:12,15
  167:2 173:16
  174:2,4 183:4,18
  183:22 184:1,19
  188:24 189:8
**HOTELS** 1:9
**hour** 44:21,22
  67:25 72:11,17
**hours** 5:5 48:10,14
  48:15,16 79:16
  145:1,1,22 146:1
  146:5,15 148:10
  162:22,25 163:15
  163:16 164:3
**hour-and-a-half**
  67:25
**house** 20:7 34:15
  101:16,20,23
  102:14,15,16,21
  103:11,11,13
  161:13,17
**households** 34:15
**Hudgins** 2:10
**human** 147:25
**hundreds** 87:10

---
**I**

**idea** 143:18 177:23
  178:19 179:12
**IDENTIFICATI...**
  3:8 9:4 19:14
  27:20 82:19 85:4
  85:25 111:11
  112:21 114:13,24
  115:7
**identified** 8:17
  38:15 62:25 71:13
  121:1 140:4
**identify** 27:22
  33:23 34:13,16
  49:16 50:2 52:14
  52:18 53:2 58:4
  63:18 65:6 71:18
  77:25 86:13 121:3
  121:4 122:17
**identifying** 122:4
**illness** 72:4
**image** 127:21
**imagine** 107:16
  131:8 180:15
**immediately** 7:23
  31:13 32:21 47:18
  47:20 99:12,14,15
  100:6,14 104:18

106:12 107:5
143:21,22 144:1,6
153:18 154:12
157:14,25 158:3
159:12 160:10,13
160:17 167:3,8,9
**immobilization**
136:10
**impact** 49:22
**impartial** 145:12
**important** 5:12,21
6:5,9 12:13 29:17
29:20 68:11
123:14 124:24
125:3,5 144:23
181:16
**impossible** 163:9
**impression** 108:6,7
133:17
**improper** 53:19
54:17 60:9
**inaccurate** 189:23
**incapability** 61:24
**incident** 66:5 69:21
104:18 166:22
175:11 179:8
180:6,10,23
**incidents** 70:25
**incision** 153:8
**included** 11:7
**including** 11:5
27:24
**income** 28:16 29:1
35:5 36:3 38:5
43:19,21 47:2
49:25 62:8,12,12
62:23 63:19 64:8
64:8 65:21,22,24
**incomes** 63:23
**incorrect** 183:9
**increase** 35:9
155:17
**increased** 31:11
71:21
**increases** 154:6
**incurred** 138:12
**indicate** 168:21
**indicated** 130:2
154:21 164:22
168:12 181:7
185:3
**indicates** 187:6
**indication** 98:3
119:16 182:25
183:9
**individuals** 52:19

53:3,17 57:25
58:5 147:11
183:22
**infectious** 24:3
**influence** 57:13
**information** 10:10
23:7 28:2 36:1,18
37:13 76:18 77:7
77:9 136:19
140:16 141:22
**inhibit** 7:1
**initially** 167:2
**injection** 70:13,14
**injure** 69:14
**injured** 34:24 69:11
80:18 82:9 133:14
154:12
**injuries** 69:2
145:12 147:12
**injury** 18:11 32:8
32:18 34:10 39:25
43:11 49:6 53:5
60:25 61:2,21,23
72:4,7 78:20 79:4
79:13 80:22
133:11,19 146:2
151:21,23 152:1
152:23 153:17,18
155:20 156:1
157:1,14,23
158:13,16 159:13
159:17 160:25
161:4 163:17
166:3 171:15
**inserted** 80:8
**inside** 98:19 105:18
106:10 133:16
173:5 179:25
**insisting** 117:10
**Instagram** 23:1,8
**institute** 28:12,12
**institution** 26:14,21
28:11,13 29:7,8
**institutions** 28:15
44:3,5
**instruct** 55:18,24
56:16 145:16
**insurance** 141:19
141:20 142:3,9,10
143:13,16
**intensive** 136:9,25
**inter** 31:7
**interest** 53:14 91:16
192:8,11,12
**interested** 24:3,6
29:18 50:12 53:21

93:9 94:14 140:20
179:3 191:14
**interesting** 91:15
162:18
**interior** 106:7
173:17
**international** 24:18
24:20,24 26:9,10
28:22 49:20
**interrupt** 5:13,14
5:15 55:9
**interrupting** 178:4
**intervention** 141:7
147:19 154:19,20
158:5 188:7
**INTER-CONTIN...**
1:9
**introduce** 33:21
**invasive** 152:19,22
**investigate** 34:12
**investigation** 34:10
40:6 41:6,14,20
41:23 42:2,6 43:2
43:5,15 45:22
**invitation** 3:13
38:20 82:22,24
**invited** 91:8
**invoices** 12:19
**involved** 21:24
22:16 38:8 39:12
39:16,22 40:8,8
42:20,24,24 43:10
43:12,14,24 67:11
68:3 69:4,7,10
**involving** 32:4
**issue** 60:22 181:19
**issued** 9:1 65:14
**issues** 139:20
**Istanbul** 162:25,25
**itemize** 39:11 65:22
**i.e** 170:25

**J**
**J** 1:18 191:18 192:2
192:18
**January** 42:24
45:14 137:15
138:5
**Jenna** 2:15
**Jfriedman@wwh...**
2:12
**Jjuya** 17:16,16,17
**Jlucophage** 8:3,11
**job** 24:19,20 26:8,9
144:25
**Joe** 149:11 177:25

178:5
**John** 25:14
**Johnny** 4:10 5:1
53:8 54:12,18,24
54:25 55:7 188:20
**join** 80:24
**joint** 136:10 146:11
146:20 154:10
155:18 164:4
**JONATHAN** 2:9
**Joseph** 1:5,13 3:3
4:2,7,14,16,20
4:22,7,14,16,20
17:7 53:11 56:18
57:15 193:3
**journal** 16:13,16
**judge** 48:21 54:1
56:1
**Judicial** 192:3
**July** 48:4 137:4
**June** 21:13 48:4
136:2,2 137:4
**jury** 48:7 145:12
**J-L-U-C-O-P-H-...**
8:5

**K**
**karate** 66:14
155:24 156:8,15
157:8 162:11
182:9,14
**keep** 15:2 17:17
102:13 124:14
141:8 162:7
**keeping** 16:16
72:10 161:16
**Kennestone** 134:21
135:3
**Kenya** 28:9 44:7,10
44:11,12,13,15,18
45:2,4,7,18,24
46:13 47:2,8,14
47:24 48:9 49:11
63:1 170:5,10,18
171:1
**Kenyan** 44:13
**kept** 15:24 161:5
**key** 29:24
**KG** 20:4,7
**kick** 157:8
**kicking** 157:8
**kid** 66:9
**kids** 20:13,23 68:9
**Kigali** 19:23,23
28:12 44:14,16
**kind** 66:9 96:21
157:12

**King** 135:17,19,22
135:23 136:17
137:16
**knee** 32:8,13,20
34:5,23 48:9 75:7
75:8,9,9 78:20,25
96:23,25 99:13,13
100:22,22 107:13
129:19 130:19
131:9 133:16,20
134:1 138:7 146:2
146:2,7,9,10,16
146:17,20 147:3
147:12 148:5,11
148:21 152:4,9,24
153:5,9,19 155:9
156:1 158:8,11,19
158:21 159:9
**knew** 92:18 126:12
**knob** 106:1
**knock** 50:19
**knocked** 100:21
107:13 133:16
**knowledge** 57:1,19
167:6 193:5
**known** 4:12 50:24
51:2
**knows** 110:22
**K-G** 20:4

**L**
**La** 75:23,23
**labor** 62:8
**lack** 30:25 184:20
**ladies** 126:24 127:4
**lady** 92:10 130:19
**laid** 128:10 129:19
**Lake** 21:2,3
**laptop** 77:1 78:13
**lateral** 147:10
**latest** 20:16
**Latham** 21:1
**law** 6:22 139:19
192:10,11
**lawsuit** 21:20
144:17 151:22
**lawyer** 15:12
**lawyer's** 15:12
**lead** 171:16
**leading** 149:22,24
172:7
**leather** 95:7,12
**leave** 56:13,18,21
57:15,17
**leaving** 89:7 163:20
**lecture** 30:2,3

**Joseph Ntaganira**                **Ntaganira v. Crowne Plaza**                **April 16, 2018**

lecturer 29:13,21
lecturers 30:25
lecturing 29:24
  30:1
left 25:3 26:2 34:23
  78:19,23,25 79:6
  79:7 89:4,10 93:3
  94:1 99:13 100:21
  100:22 102:9,16
  116:15 117:6,11
  117:24 118:1
  119:12,12,13
  120:11,17 133:20
  146:13 152:5
  156:15,17 157:5,8
  158:19 162:24
  164:4,20,23,23
  167:20 173:5
  183:3,6,9 185:8,9
  185:11 188:23
  189:5,7,8,10,11
  189:13,17,23
left-hand 116:8
  167:23
leg 78:19,23 79:8
  144:19,22 148:14
  148:18,20 152:6
  153:1 154:2 155:9
  155:13,14 156:16
  156:16,17 161:16
  161:24 163:9
  164:4 168:8
legal 15:9 61:8,9
  73:8,10
legs 72:7 78:18
  129:4 164:2 168:6
  168:6 175:13
  187:2
length 136:16
lenses 74:7
lesson 145:1
letter 12:21 82:22
letters 38:15
let's 30:23 32:9
  39:23 41:9 42:5
  44:20 52:25 75:17
  79:15 89:22 90:25
  102:23 104:19
  117:13 129:3
  132:4 136:3 137:4
  137:22 142:23
  144:10 149:3
  157:2 160:19
  162:8 163:19
  184:9 186:11
level 32:24 35:14,14

71:19,21,21
  155:17 156:10
  159:1,11,20,21
lien 143:12,12,15
life 68:12 70:3
  75:23,24 158:15
  162:19
lift 168:20
ligament 79:25 80:3
  80:4,9,11
ligaments 134:9,15
  146:21 147:2,9
  151:18 152:12
liked 66:9
limitation 34:24
  78:24
limitations 71:3
  79:3
limited 79:6,6 164:2
limping 32:10
LINE 193:9
liquid 125:16,24
  126:2 169:16
  171:18 172:4,11
  182:3
list 134:25
listed 193:7
Listen 141:6
little 78:21,25 79:18
  158:6 169:1
live 20:11
lived 20:8
living 20:10,12,21
  71:4
LLC 1:8 2:4,11
  4:11
load 31:14
loaner 155:10
lobby 84:7 90:2
lobbying 51:2
located 128:23
location 113:8
  135:21
long 18:18 20:8,17
  34:25 48:12 68:21
  68:23 72:24 75:2
  90:4 92:20 131:4
  135:24 136:6,22
  137:6 147:5
  150:19 158:9,20
  158:22 162:20
  163:18
longer 5:5 27:4
  33:15 35:2 38:19
  43:25 46:14,16
  47:15,16,21 48:8

50:1 62:17 63:11
  63:14,20 67:16
  68:22 144:24
  155:7,11 162:10
look 14:5,12 44:24
  47:1 65:10 75:3
  76:25 78:18 87:14
  93:15 101:21
  105:23 106:9,16
  106:19,23 109:3
  112:24 122:8
  129:9 133:2
  136:21 167:10,15
  176:16 188:11
looked 106:9 109:8
  111:13 117:24
  135:4
looking 40:1 98:11
  101:3,7,9,11,15
  101:17,22 102:5,9
  102:11,15,21
  103:10,15,19,20
  103:22 104:1,8,10
  104:24 105:2,4,6
  105:14,19,23,24
  106:4,11,20,22,25
  107:1,7,9 114:9
  123:21 129:4
  167:20,24 176:10
  186:14,15,24
  188:23
looks 121:25 154:24
Loris 52:6
lose 100:16 162:6
losing 100:18
  162:18
loss 144:21
lost 32:14 60:22
  61:5,11,17 62:3,7
  65:13,18,20,25
  76:9 146:16,17
  180:14
lot 22:15 60:25
  66:10 68:9 95:24
Lots 88:24
loudly 6:10,13
Louisiana 25:13
lovely 5:11
low 29:9,9 35:8
  38:1
lunch 83:11,12
  88:18 89:10,11,13
  89:17 149:3
  165:14
lung 24:1 26:6
  150:11,12,13,14

lying 128:24 129:3
  180:16

——————
M
——————
madam 54:6 55:12
  55:21 56:2,4
  57:23 104:11
main 85:14,15
  145:3 154:11
  176:22
mains 61:3
maintain 137:23
  155:18 182:13
maintained 138:3
maintenance
  182:11 183:22
making 38:25 47:8
  51:22 54:2,15,16
  54:22 57:5,7,10
  59:6,13 60:22
  61:11 139:16,17
malaria 70:2,3,6,8
  70:9,18 72:5
mall 83:10 89:16
man 66:24 67:1
marathon 5:6
marble 109:21
  110:1,4,6,18
  111:4,5 122:14
  123:16,25,25
  124:4,13 126:6
  167:16 168:13,15
  172:18 173:20
  174:6,8,14,18
  175:2,9,17,20,23
  175:24,25 176:4,6
  176:11 177:12
  183:23 184:23,24
  186:5,7,16,19
  187:7 190:9
mark 19:11 27:17
  82:21 85:6,20
  113:7 118:10,13
  118:25 119:20,22
  120:2,3,7 129:21
marked 9:4,6,11
  19:14 27:20 82:19
  85:4,25 86:12
  111:11 112:21,23
  113:12 114:13,24
  115:7,9 130:9
  132:13 167:19
marks 46:21
married 20:12,17
  20:18
marshal 66:14 67:9

67:13,19,21,22
  72:13 155:17
master's 24:7,8
  25:17 26:7
mat 132:21,25
match 70:1
material 139:12,20
materials 29:15
  90:9
matter 54:11
  191:14
matters 149:14
maximum 80:19
  93:17
MD 25:16
mean 9:2,21 14:9
  15:14,22 23:4
  31:17 41:5 45:2
  49:13,13 62:20
  72:22 78:16,17
  98:24 103:11,12
  103:15 107:1
  125:3,21 139:9
  141:11 145:3
  146:18 159:4
  161:21 171:22
  173:15 180:7
meaning 78:21
  81:17
means 71:19 136:25
  155:7,8 159:5
media 23:2
medica 76:16
medical 9:21 11:4
  16:7 23:24 25:24
  50:14 75:24 76:13
  76:15 77:4,15
  134:22,23 135:18
  136:21 137:16
  138:13,19 139:22
  140:3,4,14 141:4
  141:15,19,20,20
  142:2,9,10,24
  143:13,17,20
  146:25 147:4
  149:17 150:6,17
  150:18,19,22,25
  151:4,10,12
medication 7:4,6
  8:12 71:13,24
  75:20 143:25
  144:3 147:22
  160:21
medications 6:25
  8:1,17,21 70:23
  158:4

**medicine** 24:15,19
    25:9 151:4,11
    126:17
**meet** 5:1 92:14
    126:17
**meeting** 16:19 97:1
    111:20 125:4
    136:25
**meetings** 92:15
**mention** 155:14
**mentioned** 27:25
    31:20 44:7 64:12
    70:23 155:22
    159:19
**mentioning** 40:6
    44:2
**merge** 26:18
**merged** 28:13 44:5
**met** 4:25
**meters** 99:15,15
    104:19,20 130:15
    130:17,18,21
    190:9
**Metformin** 8:14,14
    8:21,23,23 70:24
**methods** 45:20
**Michelle** 1:18
    191:18 192:2,18
**microphone** 152:3
**middle** 152:10,11
    183:4
**military** 23:13
**milligrams** 7:11,13
    7:19
**milling** 127:7,18
**mind** 18:25 19:4
    65:9 124:14 172:4
    172:11
**mindset** 53:20
**mini** 190:13
**minimum** 87:16,17
**Minister** 25:25
    28:21 40:12,16
    170:8,14,16
**Ministry** 170:21
    171:3
**Minster** 40:18
**minute** 14:12 87:17
    102:23 103:8
    106:18
**minutes** 33:7 78:15
    159:6 177:7
    180:13,13,15,15
**mischaracterizati...**
    187:14,15
**mischaracterizing**
    187:19

**mishap** 69:8
**missing** 117:7
    140:18
**Misstates** 156:5
**mobility** 144:22
    162:7
**moment** 25:7,14
    70:22 71:10 93:25
    98:24 107:16,19
    107:19 160:24
    181:15 188:13
**money** 40:17 138:2
**month** 29:3 31:21
    35:19,20 36:15
    37:18,19 38:2
    41:9,13 42:3
    44:24 47:4,8,14
    71:19,20 75:18
    136:8 146:9
    151:14 161:7
**monthly** 42:13
**months** 27:16 75:18
    136:3,3,4 137:1
    161:5
**moon** 118:15
**mop** 109:11,13
    128:21 130:2,11
    130:23 131:2
    165:5 174:18
**mopping** 109:10
    131:14,19,23,24
    132:2 165:15,16
    166:5 171:18
    172:19 173:13,19
    174:24 177:11
    183:22
**morning** 7:10,14,19
    8:8,9,22 82:16
    84:18 89:10,21,24
    90:25 92:19 93:2
    97:7,16,17,19
    171:21 182:5
**mosquito** 70:2
**motion** 141:13
    142:18
**motivate** 68:10
**motivated** 179:3
**motor** 69:5
**Mount** 28:9 44:7,10
    44:11,15,18 45:2
    45:4,7,18,24
    46:13 47:2,8,14
    47:24 48:8 49:11
    63:1 170:5,18
    171:1
**mountains** 31:9

**move** 29:14 80:25
    86:6 88:12,13
    107:13 115:23
    141:2,9 153:11,13
    153:15,17 164:8
    181:11 182:2
**moved** 94:22
    181:10 182:1
**movement** 155:19
    162:16
**movements** 67:24
    131:22 162:17
**moving** 29:18,23
    68:17 84:6 98:7
    107:17 109:7
    124:16,17 154:18
    160:22 161:12,17
    162:1,14 163:12
    164:9 166:23
    179:7 180:7
    181:24
**Mugomba** 17:19
**multiple** 80:14
    160:16
**muscle** 78:20 79:7
    79:14 146:13
    148:22
**muscles** 68:6 78:19
    80:8 146:11 147:8
    153:14 155:12
**music** 66:20
**myopia** 73:14
**M-E-T-F-O-R-M...**
    8:15
**M-U-G-O-M-B-A**
    17:19

_____

### N

**N** 3:1,1
**name** 4:9,25 7:17
    7:22 8:6 17:6,7,7
    24:22 52:4 76:1,2
    76:3,9 77:25 78:1
    92:12 166:18
**names** 17:17 51:16
**Nanedia** 92:11
**National** 26:14,16
**navigated** 89:7
**navigating** 89:2
**Ndahirwa** 52:5
**NE** 1:16 2:11
**near** 21:2 98:19
    153:8 165:6,8
    168:4 175:9
**near-sighted** 73:15
**necessarily** 88:4

**necessary** 12:11,12
    136:12
**need** 5:6 11:11
    12:16 13:24 19:9
    25:17 29:15 31:8
    33:19,20 34:12,14
    34:14 35:8 41:25
    49:1,23 50:6,19
    56:20 60:5 71:17
    73:16 74:12,16
    75:4 76:2,4 92:13
    135:2 141:10
**needed** 24:11 48:3
    68:8 90:14 134:14
    143:22 144:1
**needs** 157:4,5 162:1
**neither** 191:11
**never** 21:24 22:8
    23:14 69:1,3,15
    69:18 81:12,13
    147:8 151:19
    174:13,17 175:1
    179:6
**new** 11:19,19,19
    19:2,8 20:1 39:18
    39:20 47:19
**newspapers** 50:11
**nice** 135:4
**night** 11:14 65:15
    90:3,24 157:22
    158:1 159:16
    161:20 182:5
**nights** 160:3
**nine** 82:17 83:4,16
    96:17,19 159:18
**nod** 5:24 6:3
**nods** 5:16 36:21
    125:10
**non-carpeted**
    122:12
**normal** 7:4 32:25
    84:5 95:1,22
    102:7 106:21
    131:10
**normally** 16:18
    30:23 97:8 146:22
**NORTHERN** 1:2
**NOTARY** 193:22
**note** 10:9
**notebook** 16:13,25
**noted** 56:9
**notes** 11:5
**notice** 3:10 4:16
    8:25 9:11,14,23
    10:1 11:3 19:18
    108:9 124:11,12

143:15
**noticed** 32:22
**November** 33:2,3
    137:8,9,12
**Ntaganira** 1:5,13
    3:3 4:2,7,14,16,20
    4:25 11:23 17:8
    19:21 50:13 52:25
    53:7 58:4 60:21
    61:11,16 65:6
    66:4 103:8 105:10
    105:21 115:10
    123:10 132:13
    140:23 141:24
    144:16 150:17
    152:18 153:16
    172:25 182:24
    184:9 193:3
**numb** 164:4,6
**number** 20:7 76:8
    151:16 192:19
**N-D-A-H-I-R-W-A**
    52:5
**N-T-A-G-A-N-I-...**
    17:9

_____

### O

**O** 3:1
**oath** 6:22 143:7
**object** 15:8 50:22
    52:21 54:8 57:9
    74:13 104:15
    106:10 178:6
**objection** 13:4 51:7
    51:18 52:12,15
    53:6,8,25 54:17
    55:5 56:9,13 57:4
    57:14 58:18 59:4
    59:7 61:6 87:25
    110:20,23 122:23
    123:3 126:9 131:3
    138:15 139:7
    140:11 143:1
    145:6 147:14
    149:22,24 156:4
    157:18 164:21
    165:7 171:4 172:6
    172:14 176:25
    177:17,22 178:7
    178:14 181:3
    182:6 183:5
    187:13,14,19,25
    189:2
**objectionable** 56:11
**objections** 51:22
    54:2,9,13,16,23

57:12 59:10,11,14
59:17,17,21
139:15
objects 103:23
obliged 97:1 161:19
161:21
observe 88:15
observed 173:13
obtain 53:4 58:15
obtained 58:16
obvious 124:4,6
172:20
obviously 5:5 54:4
178:8
occasionally 65:4
occasions 80:14
occupied 174:11
occupy 26:25
occupying 176:2
occurred 30:14
31:23 43:6 81:14
85:8 105:9
odd 96:6
offer 38:21,25
offered 50:3 63:7
192:14
offering 128:18
offers 65:5
office 15:1 31:4,19
33:14
officials 50:16,17
Oh 8:13
okay 7:22 12:8,10
13:22 16:9 19:19
22:7 29:4 34:17
45:12 46:2 48:1
52:16 60:6 62:13
64:5 72:24 73:24
77:19 79:10 96:12
108:12 110:15
112:18 113:7,23
116:2 117:13
121:6 123:12
128:16 129:20,24
149:1 152:23
153:6 154:12
160:13 161:25
165:1 166:6,12
167:1 169:4,20
170:3,12 178:9,10
186:4,13 187:6,22
188:5 189:17
old 19:1,2 20:14
39:20 66:24 67:1
67:1
older 20:15

once 99:14 124:11
124:16 140:11
159:25
ones 160:5
ongoing 64:13
open 100:1 101:14
103:17,17 104:17
104:20 105:1,2,7
105:19 107:3
118:18,19,20,21
118:22,23 146:23
152:22 180:20
opened 99:18,23,24
100:2 101:6 102:4
104:23 105:5,13
105:22,24 106:15
107:1 132:19,22
132:23 133:9
152:25 153:4,11
173:1,3,7,9
180:23 185:12,14
opening 82:15
103:9 105:19
106:3 107:6
179:20
opens 106:6
operated 134:24
146:8 153:9
operation 48:9
135:1
opinion 40:7 107:5
109:9 115:14
116:14 170:22,23
opportunities 31:12
37:21 50:8,12
59:3 64:3,4,6 65:2
170:4,7,20 171:2
171:11
opportunity 8:25
11:15 25:5 49:5
53:15,18 57:8
63:17 65:11
orally 5:25 6:4
order 13:19 35:9
71:18 75:4 79:12
185:13
organization 24:18
24:21,23 26:11
49:20 80:23
organizations 22:10
28:22 64:1
organized 22:19
84:15
organizers 81:23
87:21
Organizing 182:17

originals 13:9 15:1
orthopedic 151:2
outbreak 34:10,11
34:13 40:6 41:6
41:14,19,21,22
42:2,6 43:2,5,15
45:21
outcome 147:20
outside 69:25 88:9
88:19 90:10 97:12
98:11,12 105:6,16
105:18 114:8
115:17 126:22
166:2,4,12 185:12
out-of-pocket
143:19
O.C.G.A 190:22
192:6,8

**P**
packet 135:20
page 3:4,4,5,5,8
11:25 12:1,5
85:20 193:9
paid 28:19 36:5,12
37:2 39:10 40:17
41:8 42:3 44:21
65:1 81:3 138:14
138:21,23 139:2
140:7,9,10,18,19
140:24,24 141:1,4
141:16 142:6,7,8
142:22,24 143:17
143:21,24
pain 32:16,16 61:20
61:22 107:15
109:7 131:18
148:4,11,12,16,17
148:18 153:7
154:6 157:11,22
158:1,3,5,11
159:12,15,24
160:2,7,15,18,20
160:22 161:9
176:14,21 181:16
painful 131:11
153:15 160:24
pairs 96:16,19
pants 96:10 107:25
108:13,14,16,17
108:20 125:12
161:12,12 181:7
paper 16:13 92:14
part 28:14 44:1
118:6 162:18
167:16 168:11

173:23
partially 147:23
participant 99:1
participants 89:15
99:4 112:3
participate 22:18
particular 24:4
36:13 38:21 39:1
39:2,11 41:6
92:17 113:9
particularly 117:25
parties 191:13
192:14
party 21:19 192:5
192:10,11,12,12
passed 179:18
184:12
passing 173:17
passport 17:20
18:22 19:1,2,8
PASSPORT/VISA
3:11
patella 134:4,5,11
134:17 146:4,7
152:2,10,11
pattern 169:7,9
pavement 98:12
pay 28:17 38:25
40:24 41:4 42:12
42:13,16 44:18,20
46:23 47:1,11
49:8,10 63:2 84:2
127:23 128:6
131:7,18 139:4,5
139:22 140:5,10
140:14,18,25
141:14,20 142:3,9
142:9,11 143:19
144:2
paying 37:14 40:19
payment 140:1,17
pays 40:14
PCP 76:23
peacefully 90:1
Peachtree 1:16 2:11
peels 171:16
people 17:3 24:5
49:23 51:3,5,13
52:6 53:15 68:13
84:3 86:25 87:6,8
87:8 88:15,19,21
89:13 90:21 92:1
92:7,14,18,21
94:7,11,16 99:20
99:22 100:4,7,8
107:14 109:6,8,17

110:3 111:20,22
124:7,18,22,23,23
125:4 126:6,13,18
126:21,24 127:2,3
127:4,9,11,17,18
127:22,24,25
128:2,6,8 129:5
133:1,4 134:25
163:11 170:15
171:21,23,25
174:12,24 176:10
176:15 178:22
179:2,5,7,7,10,14
179:15,20,24,25
180:7,8,11,16,25
181:17
percent 30:23,24
31:1,10 41:12
49:13 137:22
146:24 147:13
153:22 155:11
percentage 30:20
perfect 6:19 56:5
74:15
perfectly 6:16
perform 38:21 39:2
performed 78:7
151:17
performing 144:25
period 21:15 27:10
27:16 45:7,13
64:14,15 150:7,9
178:19 188:6
periodically 78:7
periods 46:5,7
48:18
permanent 28:7
37:16 49:3 64:2
65:4 74:22,23
75:1,2 148:19
permanently 20:21
person 14:1 16:20
58:9 107:23
131:16 144:24
147:24 166:24
192:9
personal 57:1,19
58:7,10 139:8
personally 42:10
50:9 69:18 144:18
PhD 25:16,18,18,19
phone 76:2,5,8
77:25
photo 19:11
photograph 3:14,15
3:16,17,19,20

Joseph Ntaganira     Ntaganira v. Crowne Plaza     April 16, 2018

112:23 114:9,18
115:9 121:20,22
**photographs** 3:18
120:24,24 121:3,4
121:5,8,10,12,17
187:24 188:2,14
188:15
**photos** 121:16,18
**phrased** 56:15
**physical** 10:14 32:2
32:4 33:1 68:11
135:22 136:5,18
137:17,18 138:6
144:22 155:18
156:7 157:12
162:11
**physically** 78:18
144:24 153:17
156:2 182:13
**physician** 78:3
138:6
**physiotherapist**
10:19 12:4
**physiotherapy** 10:5
10:18 32:22
135:13 152:17
153:3,13,21 161:6
161:7
**pick** 51:3,6
**pickup** 84:20
**picture** 19:5 85:22
86:3 113:9,14
114:21 116:9
117:7,10,20,25
118:8 119:16,19
120:2,8,20 123:21
129:1 130:3,8
152:15 168:24
183:12
**pictured** 86:8 87:24
88:16
**pictures** 10:12 11:8
11:19,19,20 112:9
113:23 114:3
123:22 153:2,4
154:14,16,21,22
164:14 183:15
184:14,22
**piece** 70:15
**pill** 7:10
**pills** 7:9
**place** 4:18 13:8
17:21 32:11
101:12,13 104:3,4
113:15 124:22
152:25 153:11,13

154:1,5,8,21
158:24 160:22
167:9 172:17
181:14 183:10
184:21 186:11
**placed** 132:25
**plaintiff** 1:6 2:3
4:13 21:20
**plane** 163:5,24
**play** 66:11 67:5
68:19,21,24
**played** 66:13,13
68:23
**playing** 67:15,16,17
68:22
**Plaza** 1:8,9 4:12
15:2 80:17,17,21
80:24,25 81:8,15
81:25 82:11 84:19
84:21,24 88:11
91:22 92:25 94:17
97:4 183:18
**please** 4:8 5:7 17:6
51:24 55:13,15,22
56:2,21 95:13
118:13 152:7
187:22 188:21
190:15
**plenty** 49:18 52:7
59:2
**plot** 134:24
**Plus** 42:4 52:9
**point** 47:10 55:17
59:9 60:1 86:18
90:17 164:3
167:18
**pointed** 101:19
102:11
**pointing** 97:11,14
**points** 29:19
**political** 23:18
**population** 33:13
**Portfolio** 1:8 4:11
**portion** 125:12
**position** 26:22,24
79:14 130:18
146:9 148:9
161:20 162:13
164:1,3
**positions** 26:25
27:23 28:6
**possible** 93:18,20
147:17 164:14
**post** 64:15
**potential** 58:14
**power** 29:19

**practice** 67:21
150:10 151:5,13
**practicing** 22:15
66:10,14 67:9,22
69:19 72:8,11,12
79:12 147:5,6
**practitioner** 75:19
75:21 78:11
**prayers** 22:19
**Presby** 73:16
**prescribing** 147:21
**prescription** 7:25
72:23 73:12 74:10
75:20 143:24
144:3
**prescriptions** 8:2,6
8:7
**present** 2:15 4:8
30:16 39:13,17
137:15
**presentation** 91:7
93:13,15 94:2,14
97:5 127:9 179:1
179:2,11,13 180:9
180:19
**presentations** 91:15
93:9 179:6 180:8
**presenting** 29:19
**press** 79:2
**pressure** 157:10
**presumably** 150:21
**pretty** 136:25
**prevent** 68:12
**prevents** 146:4
**previous** 56:23
113:10
**previously** 10:8,21
11:2,13,18 63:8
77:12 98:6
**primarily** 61:19
**primary** 23:19
**principal** 192:10
**print** 36:11
**prior** 77:16
**private** 44:8 170:10
170:18
**probably** 48:4
76:17 81:3 90:11
92:21 116:25
**probative** 139:11
139:19
**problem** 6:18 13:13
14:9 41:3 69:20
154:11 163:25
176:22
**procedure** 72:1

133:24 134:20
135:7 137:18
190:22
**procedures** 135:11
**proceedings** 4:3
191:6,10
**process** 156:25
**produce** 12:5 35:25
41:2 62:4 65:17
77:3 78:22
**produced** 10:8,9,21
10:23 11:13,18
15:17 35:21 65:16
76:19 112:10
120:25,25 135:18
138:12 188:15,16
**producing** 12:15
14:5 138:1
**product** 169:22
170:2
**production** 14:7
15:6,7,22 62:2
**profession** 35:10
**professional** 137:17
**professor** 25:15
26:24 27:2 30:12
30:17
**professors** 52:1
**program** 40:5 41:9
41:19 42:9 82:17
91:8 92:11 93:16
93:18,24
**programs** 22:17
49:21 87:8 92:7
**progressively**
153:20
**prohibit** 7:5
**prohibited** 192:6
**project** 39:8 40:3
**projects** 49:18
**promotions** 87:5
**proof** 64:10,14
121:23,24
**proper** 54:2,16,23
55:5
**property** 145:3
**protected** 124:1
**prove** 64:5
**provide** 35:24
37:12 57:14
109:18 192:5,9
**provided** 11:3
**providers** 143:13
**province** 17:18,19
**public** 24:6,7 25:10
25:11,12 26:8

27:9 29:8 31:17
35:8 36:23 37:10
50:16 51:9 150:8
170:13 193:22
**puddle** 125:22
**puddles** 125:20,21
**pull** 95:9 154:2
**pulmonology**
150:11
**purportedly** 121:1
**purpose** 34:9 53:7
54:19 56:6 61:1,3
91:14 122:6
123:22 145:3
154:22,24 184:25
**purposes** 55:1
74:16
**pursuant** 190:21
192:2
**pursue** 135:12
**put** 11:13 13:14,19
15:24 86:11
105:18 119:22
157:9
**putting** 161:11
**P.M** 190:20

---

## Q

**quad** 146:13 148:5
148:22
**quadriceps** 78:20
79:7,15,15 153:14
157:4
**qualifications** 4:19
**qualified** 35:11
**qualify** 12:20
**quality** 48:20
**quarter** 47:19,19
**question** 16:22 22:2
52:14,15,23 53:1
53:8,19,23 54:4,7
54:9 55:1,13,15
55:19,22,24 56:3
56:8,10,15,22,23
57:2,14,21,25
59:20 60:8,9
61:10,18 63:15
87:20 96:9 105:11
105:13,22 106:14
121:13 132:1
136:16 138:21
139:1 140:5,12,19
140:22 141:3,9,10
141:14,18,23
142:2,13,19 143:3
143:6,9,14 145:17

REGENCY-BRENTANO, INC.

155:21 157:20
171:14 183:21
187:20 188:20
**questions** 5:20 6:12
  16:19,21 55:3,4
  149:2,11,13 155:2
  155:23 172:25
  182:19,21 190:12
**quick** 59:8
**quickly** 34:25
**Quinine** 70:9
**Q-U-I-N-I-N-E**
  70:11

_____
**R**

**R** 2:9 191:1 193:1,1
**radiation** 148:18
**rain** 90:3,24
**rained** 90:10,11,13
  97:20,23 98:4
**raining** 89:25 97:16
  97:20,21,25 182:5
**raise** 152:4
**range** 160:1,17
**rapidly** 100:14
  158:22
**rate** 37:7 39:1 41:4
**rates** 192:13
**Ravinia** 1:9 80:17
**reach** 32:25 35:14
  153:22 154:6,10
  155:11 163:21
  173:17
**reached** 166:2
  167:9 174:23
**reaching** 122:9
  159:7
**reaction** 181:13
**read** 20:5 46:20
  54:7 55:13,15,22
  56:2,22,24 57:24
  58:1 72:24,25
  73:17 75:5 147:10
  152:1 193:4
**reading** 23:10
  68:16 73:2,5
**ready** 25:23
**really** 17:2 22:15,18
  22:25 23:10 29:9
  51:1 68:25 70:19
  71:7,16 115:13
  131:8,11 135:3
  138:1 144:23
  155:6 159:2
  162:13,17 171:25
  174:11 179:3

181:16,18 182:11
**reason** 15:7 57:16
  107:20 117:21
  172:16,20
**recall** 42:21 44:20
  46:1 76:23,24
  82:5 86:4 90:10
  90:24 92:20 94:22
  94:24 98:5 99:17
  99:23 100:14
  101:1,8,23 104:21
  106:24,24,25
  107:7 112:1
  116:14,20 117:22
  120:16 122:20
  123:11,20 124:16
  128:15 129:7
  131:12,19,22
  133:8,9 136:22
  159:23 164:17
  165:5 166:13,21
  168:2,7 169:14
  180:22,22 185:8
  185:22 189:4
**receive** 36:7 38:5
  43:18 63:20 77:7
  143:15
**received** 10:24 11:4
  40:24
**receiving** 36:14
  37:11 41:13 63:19
**reception** 85:17
  88:13 110:10,10
  111:7,8 115:22
  173:16
**receptionist** 165:16
**recollect** 99:12
**recollection** 90:6
  93:21 98:10
  168:10 176:12
  182:4 183:1 186:8
  190:6
**recommend** 135:11
**recommendation**
  135:12
**reconstruction**
  79:21
**record** 4:4,9 6:12
  14:15,16,21,23
  20:6 55:2 56:5
  57:9,11 60:15,18
  102:3 103:1,5
  116:7 117:5,13
  119:17 132:5,6,10
  139:6 142:23
  143:8 144:11

149:4,7,14 178:8
184:10 187:17
190:17 191:9
**records** 9:21 11:4,5
  11:17 13:1 47:1
  63:6 76:13,15,16
  135:18 136:21
  138:19,22,24
  139:2,23,24 140:3
  140:5,8 142:12
  170:6
**recover** 61:20
  146:24
**recovered** 137:22
**recovery** 65:25
**redacted** 14:8
**reduce** 32:19
**reduced** 31:2 32:1
  32:17 33:8 35:15
  37:22 49:7,10
  96:20 191:6
**reducing** 32:5
**refer** 168:17 169:4
**reference** 113:10
  155:2
**referenced** 154:15
  155:24 156:20
  163:14
**referral** 12:21
**referring** 82:23
  116:8 117:6
  119:17,20 120:9
  146:19 155:4
  160:9,10
**reflect** 116:7 117:5
**reflects** 143:8
**refugee** 23:17
**refusing** 139:1
  140:22 142:24
**regardless** 190:5
**REGENCY-BRE...**
  1:21
**regimen** 72:15
**registration** 111:23
  112:3,17 126:25
  128:5 171:24
  179:25
**regret** 166:15
**regular** 67:5,7
  75:15 76:11,16
  78:4 182:13
**regularly** 69:20
  71:18 72:8 92:16
  137:24 156:7,9
**Regulations** 192:3
  192:7

**rehabilitation**
  147:13
**Rehema** 78:2
**relate** 65:17 77:14
**related** 10:12 15:13
  16:1,2,3,6,8 34:1
  34:6 41:24 45:19
  62:23 64:18 76:10
  175:4
**relating** 17:1 62:3,6
  77:4,15
**relation** 186:9
**relationship** 192:8
  192:10
**relative** 191:12
**relatives** 20:19
**relevance** 177:17
  178:15
**relevant** 139:8
**remain** 156:21
**remained** 37:7
**remember** 40:2
  48:5 69:22 83:9
  83:12 84:22 89:11
  89:12,25 90:4,5
  90:12 92:13,16
  96:14,14 97:6,8
  99:13 100:17
  107:16,18 111:21
  112:1 116:4 128:7
  130:13,24 131:13
  132:24 134:23
  137:21 161:4
  165:14,18 168:11
  169:14 188:3
  189:9
**rendered** 77:5
**renomination** 17:21
**repair** 134:17 146:4
  146:23 152:13
**repeat** 6:18 98:5
  104:17
**repeatedly** 122:24
  123:4
**repeating** 102:13
**repetitive** 60:8
**rephrase** 56:10
  157:20
**report** 10:17,18,20
  12:2,3,9,14,18
  137:20 152:1
**reporter** 4:19 5:12
  5:19 6:6,10 54:6
  55:12,21 56:2,5
  57:23 191:19
  192:2,4,18

**REPORTERS** 1:22
**reporting** 192:3,5,9
**represent** 189:21
  189:22
**request** 62:4
**requested** 9:12,14
  9:23
**requesting** 61:11
**require** 29:11 63:24
  162:23
**required** 145:13
  161:22
**requirement** 24:16
**requires** 65:9
**research** 24:10 27:2
  28:24 30:24 31:3
  31:4,16 33:8,9,11
  34:1,7 39:2,5,6
  62:24 63:9 64:19
**researched** 31:2
**researches** 32:3
**reserve** 59:16,18
  190:15
**reserved** 54:13
  59:10 190:24
**reserving** 59:10
**reside** 19:22,23
**residency** 26:5
  150:10 151:16
**resident** 17:23,25
**residing** 88:10,11
**resolve** 60:22
**respect** 59:19
  150:25 151:18,21
  151:24
**respond** 16:21 53:7
  53:20 87:2
**responding** 57:10
**response** 15:9,12
  57:24 139:16
**responses** 5:22 6:7
  6:12 7:2 8:14
  77:14
**responsible** 58:8
**responsiveness**
  59:20
**rest** 158:21
**result** 33:10 35:1
  60:23 70:18 71:2
  71:8 157:1 158:16
**return** 15:1
**returned** 13:12
**returning** 163:17
**review** 8:25 11:15
  14:24 15:3,4
**right** 8:18 9:9,17

Joseph Ntaganira                    Ntaganira v. Crowne Plaza                    April 16, 2018

10:7,20,21 12:5
13:14 14:2 16:13
19:4 36:5,8 37:5
42:5 50:20 57:5
58:22 62:1,25
73:3 76:14 78:22
82:2 85:16 86:7
86:16 88:8 90:12
94:5,16 95:2
97:23 102:9,16,25
103:14,19 104:14
105:4 109:19,24
110:11,19 111:19
111:24 112:2
115:25 117:25
119:25 122:10,11
123:17,19 124:5
126:7,13,23 130:6
132:17,22 134:12
146:25 150:24
152:5,8 156:16
157:6,13 164:19
165:1,22 167:21
167:25,25 169:13
173:3,19 174:3
177:9 184:18
185:12,18
**Road** 1:16 2:11
**room** 56:14,18,21
57:15,17 85:19
87:15 88:14 106:7
106:10 115:16
122:22 127:19
**rooms** 127:12
180:19
**rough** 96:24
**roughly** 47:4,8
82:13 86:25 94:7
94:9 96:7 138:12
**routine** 161:11
**routinely** 68:15
**rubber** 123:23,24
**rug** 110:12,13 111:9
111:21 124:2,13
127:19 167:13,17
168:11,15 170:1
**Rugma** 52:6
**Ruiz** 1:18 191:18
192:2,18
**RULE** 190:21
**rules** 54:10 60:5
190:22 192:3,7
**run** 159:6
**rush** 107:14
**rushed** 126:21
**rushing** 109:6,17,18

110:3 127:22
**Rwanda** 10:4,10,14
11:6 17:14,16,25
19:23,24 23:18
24:12,13 25:1,1,3
25:6 26:12,15,16
26:17,20 28:14,23
29:8 37:25 44:6
50:14,17 55:23
70:6,7 135:17
145:21 152:16
158:6,13 162:21
162:24 163:2,4,6
163:18,21 170:8
170:13,20 171:3
**Rwandan** 23:12
**R-E-H-E-M-A** 78:2
**R-U-G-M-A** 52:6

―――――――――
S
―――――――――
**S** 2:4 3:1,7 24:16
31:21 46:25
162:21 193:1
**salaries** 29:9
**salary** 31:20,22,25
35:8,8,16,22 36:6
36:15,23 37:1,10
37:11,13,15,22,24
40:21 62:16 63:2
**Salt** 21:2,3
**sanctions** 141:2,9
141:11
**sash** 182:14
**sat** 133:16
**Saturday** 46:6 81:1
81:4 163:21
**saw** 97:15 100:7,8
109:9,15 152:24
165:23 166:5,8
167:12 172:19
173:19 174:13,17
175:2,14 176:5,15
179:7,8,15,20
183:22
**saying** 12:14 31:10
37:12 39:9 45:10
50:11 54:19 55:2
57:9 63:22 84:25
99:5 101:8,21
108:15,17 109:14
113:21 116:16
117:21 120:1
125:5 139:18,23
141:16 162:9
166:14 169:25
180:2

**says** 45:9
**scale** 159:17
**scarring** 152:24
**scenario** 56:11
**scene** 129:9,13
**school** 21:7,16
23:16,19,24 25:9
25:10,11,24 27:1
27:7,9,12,14
51:12 52:7,8
149:17 150:18,18
150:19,22 151:1
151:10,12
**schools** 27:5 52:9
**screen** 6:11 70:1
**se** 74:2
**search** 39:7 50:7
63:25
**seat** 127:10 164:8
**second** 20:16 47:22
81:16 82:7,8
152:20 159:1,7
**secondary** 63:23
**Secondly** 53:13
158:24
**secure** 52:11,19
53:3 58:6,12
**see** 10:16 11:9,23
16:12 18:19 19:1
21:8,10,17,19
32:9 34:13 37:24
47:2,3 48:20
49:24 62:3,6
71:20 73:14 74:12
74:14,15 75:13,14
76:3 78:3 81:1
82:6,17 83:25
84:8 85:10 86:17
88:15 91:13 97:6
99:8 100:10 109:3
111:25 116:21,23
117:14,18 118:6,8
119:8 125:20
126:1,2,4 131:14
132:1 133:2 138:6
138:11 166:1
168:21,24,25
169:1,2,7,8
171:15 177:11,15
179:23 180:10,16
181:12,13 184:4
**seeing** 21:11 39:18
73:25 76:24,24
104:11,11,11
109:7 117:16
119:11 131:19,22

131:23 165:5,18
165:19 166:13
176:3 179:14
180:7
**seek** 144:16
**seeking** 61:17,20
65:13,24 145:5
**seen** 9:8 98:2 165:9
166:2,4,10 172:1
**select** 94:14 95:23
96:5
**semester** 45:11,14
47:19,22
**seminars** 181:1
**send** 10:9,22 24:17
33:18 76:13 77:1
77:12,20
**sent** 76:9,16 77:22
86:3 113:15,25
114:1 153:2,4
184:22
**sentence** 54:21
**separate** 8:17 13:21
40:20 44:8 68:5
**September** 137:5
**serious** 32:16
148:11 160:4,5
161:9
**serve** 23:12
**services** 192:5,9
**serving** 124:21
**session** 89:22
**set** 83:22 148:24
164:19,19,23
**settle** 107:18
**settled** 140:20
141:7
**seven** 89:23,23 93:3
94:25 95:1,4
95:5,6,6,8,11,12
95:15,18,22,23
96:1,4,16,19,21
96:22 97:2
**shop** 74:9
**shopping** 83:10
89:16
**short** 14:18 27:16
60:16 103:3 132:8
144:13 149:5,11
151:14
**shortage** 30:25
**shoulders** 5:23 6:3
**show** 9:6 10:5,14
35:22 36:2,3
38:23 49:1 50:6
62:10,14 63:6,8

64:1,7,9,10,14,15
82:21 85:6 86:2
86:16 95:13
103:14 112:23
113:1,4 114:15,18
115:9 120:23
121:18,25 122:1,9
122:13,16 123:23
124:19 129:1,16
152:3,5,8 154:24
164:14 168:22
169:5 183:8
**showed** 116:4
117:23
**shower** 160:24
162:2
**showing** 10:18
18:25 29:19 36:5
36:15 40:24 51:1
62:12 63:9 76:11
85:22 86:3 95:8
113:16 114:7
117:11,20,25
118:8 119:14
120:4,8 123:7
152:17 153:4
186:8
**shown** 103:21 115:1
119:13 123:15
152:15
**shows** 36:12 113:19
114:21
**shrug** 5:23 6:3
**shuttle** 88:5,6 89:3
91:5,21,24 92:4
92:19,24 94:2,8
94:11,17 97:4,9
98:6,15 99:9
**sic** 92:11 152:2
**sick** 26:1 69:18 70:3
70:20
**side** 30:9 32:15
71:15,16,17 85:17
85:18 102:9,9
109:16 111:21
112:2,16,19,25
113:16,19 115:23
116:5,9 117:6,11
117:24,25 118:1,9
118:12,22 119:12
128:4,25 129:6,20
133:18 147:24
155:13 156:15
161:17,23 164:7
168:15,15 170:1
173:4,15,18 174:2

174:11,15 189:19
sides 70:17 123:18
sight 166:11
signature 190:16,23
  193:22
signs 165:19,24,24
  166:8
similar 116:19,19
  122:8 123:14,18
  155:21
simple 60:21
  106:15 141:14,23
  141:25 147:21
  155:18
simply 5:7 56:10
  58:13 141:4,9
sir 131:4 149:1,23
  169:6 182:18
  188:17 190:11
sit 29:21,21 46:21
  48:7,18 107:14
  163:23 172:3
  181:13,25
site 52:6 121:1
  165:18
sitting 17:3 31:3,4
  65:19,22 108:13
  108:21 161:15,17
situation 12:14
  23:18 131:12
  176:21
six 27:16 29:3 91:3
  150:20,21 159:22
size 78:19 79:11
  94:9,10
skills 24:9
Sleeping 161:19
slightly 32:10
slip 98:18 110:8
  177:15
slipped 98:20,22
  127:14 177:7,20
slippery 165:24
  166:8
slipping 178:13
slowly 153:12 159:5
  159:6
small 7:10 30:6,6,8
  67:23 169:10
smaller 78:21
  155:12
smell 169:22,22
  170:2
Snellville 2:5
soccer 66:12,13
  67:15 68:19,21,23

69:22 70:1 155:25
social 23:2
sole 95:13
solely 157:16
somebody 13:8
  99:24 139:4
  141:15
somewhat 146:14
soon 157:10
sorry 5:1 38:20
  51:21 66:25 75:23
  105:12 166:14,22
  185:16,19
sort 12:21 78:10
  136:14 151:17
  153:7 158:21
  160:1
source 63:19
  139:18 172:13
sources 28:16,18,25
  63:16 65:23
  138:16 139:7
south 17:18,18
  25:13 87:8
southern 6:20
space 67:23 164:2
  168:23 184:22
speak 5:24 6:4,10
  6:13,19,19,20
  124:6 145:9
speaking 11:1
  53:25 54:17,22
  56:12 57:4,11
  59:6 139:14
specialist 2:15
specialists 51:8,13
specialization 24:1
  26:3,4
specialty 147:7
  151:2
specific 33:23 34:4
  50:2,18 52:10,18
  53:2 58:5 63:19
  65:23 125:25
  126:3 145:14,15
  151:2
specifically 64:25
  65:7 74:8 159:24
  188:10
speculate 53:14
speculation 60:10
  88:1 110:21
  126:10,12 147:14
  176:25 178:15
spell 7:12,21 8:4
  17:8 23:21 70:10

spend 31:2 148:15
  151:7
spending 160:20
spent 39:23 146:8
  150:25 180:12
spill 125:24
spilled 171:17
sponsored 49:19
sport 162:11 182:12
sports 66:6,9,10
  67:5 69:2,19
  155:24 158:15
  162:9
Square 1:23
squat 157:3
squats 148:24 157:3
stair 69:14
stairs 32:13 69:13
  78:24 154:9 159:1
  159:20
stand 29:11 48:10
  48:19 61:13
  145:25 146:14
standard 22:2
standing 145:2,21
  146:5 171:25
stands 61:7 145:7
stand-up 29:22
start 42:5,13 52:25
  93:6,14 151:13
started 11:10 25:7
  25:11 42:9 45:8
  45:15 70:23 79:16
  90:21 93:5,13,19
  100:22 136:14
  137:4,5,12 153:3
  153:12
starting 23:16
  93:22,24 94:3
  152:16 171:21
  176:2
state 4:8 17:5 54:12
  142:24 191:2
stated 191:5
statement 36:10
statements 12:20
  64:9
states 1:1 5:4 17:23
  18:6,8 20:20,24
  61:16
stationed 175:9
status 12:14,18
stay 48:10 69:24
  79:13 144:25
  151:14 154:18
  161:20

stayed 80:16 81:7
  90:8,18,20 162:25
staying 80:20,24
  90:22 148:9
  162:12 163:25
stays 79:15
steep 154:8
step 100:13,20,24
  101:14 104:17,18
  125:7 159:8,8
stepped 110:18
  111:3
steps 100:11,13
stooped 107:2
stop 47:11,14,17
  55:5 107:3 139:14
  158:20 178:4,5
stopped 28:10 33:9
  44:2,3 47:15,24
  47:25
straight 48:17
  101:7,11,15,22
  103:22 115:14
  127:10
street 19:25 20:1,7
  167:24
strength 146:16,18
strike 37:1,3 38:13
  48:13 62:20 75:13
  97:18 100:15
  126:5 137:11
  170:22 172:9
strong 79:9 146:19
  157:5 158:4
stronger 156:14
students 29:12,16
  29:17,22,24 30:6
  30:9,22 31:8
  33:18,19 41:19
  46:5,8,19 47:20
  48:21
study 26:3
studying 20:23,25
  21:1
subject 14:7 56:7
submitted 12:2
substance 181:6,22
sudden 101:2
suffer 158:8,8
suffered 60:25 72:6
suffering 61:20
  127:22 130:19
  131:8 144:19
sufficient 25:17
sugar 71:19
suggest 150:3

Suite 1:16,23 2:11
sum 11:2
sun 97:7,15
Sunday 22:14,19
  46:7 81:5
sunny 83:8,14
  84:25 89:18,24
  90:23 97:19
supervision 33:20
  41:18,25
supplement 11:6
  35:9
support 40:5,15
  62:5 65:15 127:5
  128:8,8 130:20
  162:3
supporting 170:14
sure 6:16 8:16
  11:15,17 12:25
  14:6 19:1,6 51:17
  78:14 102:3,8
  115:10 117:13
  149:13 152:8
  153:2 178:7 184:9
  187:16 190:4
surface 96:24
surgeon 81:6
surgery 134:14,17
  143:22 147:7,12
  151:17,20 152:19
  152:19,21 163:3
  163:23 188:8,9
surgical 72:1
  133:24 134:19
  135:7,11 151:19
surveillance 45:22
surveys 33:12 35:13
  171:8
sustained 151:22
sworn 4:21 6:23
S.carlton@rouse...
  2:6

         T

T 3:1,1,7 191:1,1
  193:1,1
table 112:4 161:15
tables 128:11
take 5:7 7:18,25
  8:22 13:7 14:12
  19:4 31:13 36:16
  47:21 51:23 60:13
  65:11 71:14 74:2
  79:12 91:24
  100:20,24 102:23
  117:23 121:8,17

121:22 122:7
127:10 132:4
144:10 149:3
154:21 157:2
158:4 163:10
183:12,15 184:14
184:22 188:14
**taken** 4:16 21:22
92:24 117:10
133:21,25 165:2
187:24 188:2
191:5
**talk** 29:12 54:1
90:25
**talked** 63:12 64:17
**talking** 13:18 16:20
17:3 112:13
124:17 165:11
**tasks** 161:11
**taxes** 41:10,11,12
**teach** 28:11 29:6,15
46:15 48:8,11
145:20 170:17
**teaching** 22:16 27:2
28:8,9,15,19
29:10 30:6,7,17
30:21,24,25 31:2
31:15 44:2,9 45:5
45:6,17 46:2,4,6,8
46:22 47:16 48:21
63:1 171:1,7
**teachings** 44:25
45:2,3
**team** 69:1 166:16
**tear** 151:24
**tell** 5:7 6:23 33:9
39:15 64:16,20,25
93:1,4 96:4,10
98:23 99:8 100:5
101:24 102:7,13
102:17 106:17
110:25 125:2
126:15 127:15,21
130:10,13 131:1
136:22 166:20
188:12
**ten** 30:9
**tenderness** 153:8
**tendon** 151:24
**tendons** 147:9
151:18
**tennis** 96:22,22
97:2,2
**Tephinet** 81:19,21
82:22
**term** 155:4

**terminate** 48:25
49:6
**terminated** 48:24
**terms** 40:1 152:23
165:22 168:2
169:13 183:1
189:24
**terrible** 107:15
**testified** 4:22 33:7
78:15 80:13 103:8
126:20 128:20
149:16,19 160:8
161:9 164:10
165:1 167:1 168:3
170:3 173:12
182:8 183:21
188:22
**testifying** 176:5
**testimony** 35:2 37:4
46:12 58:1,11
120:13 156:5
178:21 181:21
187:19
**text** 73:2,5
**thank** 5:3 8:24
11:25 17:5 19:7
19:10 20:8 25:21
28:5 38:20 86:21
149:1 172:22
173:12 182:18
188:17 190:11
**theater** 30:8
**theory** 31:11
**therapist** 137:17
138:6
**therapy** 10:14 33:1
135:22 136:18
137:19
**thesis** 46:19,20
**thing** 11:18 13:10
46:17 55:7 71:22
79:13 90:7 107:18
122:13,15 139:17
155:15 158:23
**things** 66:20 155:23
156:14 162:2
**think** 7:3 15:9
18:18 27:15 28:11
40:2,7 45:10
53:12,19,22 54:20
55:19 58:7 59:22
60:8 61:7,18
63:15 66:2 74:6
76:10 80:19,25
81:4 86:6,15
92:23 93:17,23

94:7,11 97:8
100:4,21 107:20
117:7,22 118:1
119:7 120:8 122:3
127:4 128:17
133:3 134:16
140:6,16,18 143:8
145:6 146:6,22
149:19 153:3
156:20 164:22
166:17 175:24,25
176:7,8 183:6
185:7,15,17
189:12
**thinking** 7:5 106:21
181:18
**third** 159:1,7
**thought** 24:11,12
44:4 59:9 64:17
133:17
**thousand** 41:9
**Thousands** 87:11
87:12
**three** 5:5 7:9,11,13
7:25 8:17 20:13
26:17 35:17,19
46:1 48:14,15,16
68:1 70:14 72:10
72:17 99:15
102:23 104:19
130:20,21 136:1,2
136:3,4,8,25
137:1 138:4 145:1
145:22,25 146:5,8
146:15 148:23
151:14 156:21
159:25 160:5
161:5 162:17
179:18
**ticket** 163:7,10
188:11
**tight** 32:14 33:6
79:1 136:11
153:19 154:5
159:9
**till** 153:21
**times** 36:16 63:16
68:1 72:10 80:16
89:6,12 96:13
136:25 138:4
143:10 148:23
151:8,16 156:21
160:6,16
**tired** 32:15 158:21
**today** 5:10 6:13,25
7:7 9:8 10:2 13:2

18:23 65:19,22
66:24 97:6,10
145:20 154:15
160:9,12 172:3
**Today's** 4:5
**toilet** 160:23
**told** 44:5 73:18
134:13 154:20
184:16,19
**tonic** 66:15,16
137:10
**tonight** 148:8,10
**tool** 68:11
**tools** 68:5
**top** 75:3
**torn** 134:9,15
**total** 29:1
**touching** 167:10
168:11,15 169:19
**tourist** 18:18
**train** 68:6
**trained** 102:18
104:15
**training** 18:16
21:14 72:10
150:19 151:3,5
170:15
**transcribe** 6:6
**transcribed** 5:11
190:12
**transcribing** 5:19
**transcript** 117:8
191:5,8
**transmitted** 16:11
**transmitting** 6:16
**transportation**
84:14,18
**transvex** 152:2
**travel** 148:9 163:6
**traveled** 163:2
**traveling** 5:3
158:18
**treat** 135:1
**treated** 72:3
**treating** 75:25
**treatment** 10:10
11:5,6 70:8,11
77:4 139:25 140:3
**tried** 34:25
**tropical** 24:15,18
**trouble** 73:2,5 89:1
121:2 145:21
**TRS** 1:8 4:11
**true** 28:3,4 129:12
149:21 191:9
193:6

**truth** 6:23
**truthful** 7:1
**try** 5:13,15 34:15
49:14 68:10 131:8
148:21 156:21
158:10 171:9
**trying** 6:4,11 7:14
39:20 44:22 51:1
56:16 58:13 62:1
79:5 94:2 96:2
100:23 107:17
130:19 149:12
155:16 181:20,24
**tuberculosis** 24:4
91:15
**Tulane** 25:12,18
**turn** 168:23 169:11
**twice** 136:4,6,15,17
137:5,6 148:14
**Twitter** 23:1
**two** 7:8 8:2,6,6,7,9
8:19,20,21 11:10
37:9 56:9 70:22
70:23 71:3,9,14
71:20 75:17,18
90:4 96:13 100:13
113:3 116:25
118:16,19 123:13
123:20 131:13
132:16 145:1,21
145:25 146:5,15
148:15 153:4
159:6 160:5
162:17 169:18,19
170:25 177:19
178:12 179:17
185:11 188:4,5
**type** 7:8 18:17
38:22 39:1 69:4,7
70:22 71:2,9,14
75:17 91:6 94:25
95:4
**typewriting** 191:7
**typical** 6:15 48:12

─────────
U
─────────

**U** 24:16 31:21 46:25
162:21
**Uh-huh** 9:25 12:24
15:16,21 25:23
28:1 43:8 94:4
106:8 109:23
125:13 168:1,19
184:15,17 188:25
**umbrella** 90:14,15
90:16,17

Joseph Ntaganira                    Ntaganira v. Crowne Plaza                    April 16, 2018

un 146:14
unable 107:13
    145:25
uncertainty 183:2
undergo 147:19
undersigned 193:3
understand 6:21
    8:16 11:11 16:23
    17:22 36:25 37:4
    39:21 43:14 54:4
    58:14 62:2 65:25
    76:12 96:2 100:23
    106:14 123:9
    140:2,2 145:19
    176:20 181:20,21
    190:5
understanding
    151:23,25
Understood 152:14
    153:16 160:13
    162:20
undertake 33:24
unfortunately
    142:16
Unicef 49:21
unit 151:19
United 1:1 5:3
    17:23 18:6,8
    20:19,24
units 151:14
universities 28:8,24
university 18:9,15
    21:5,6,14 23:24
    23:24 24:2,8 25:7
    25:9,13,15 26:15
    26:16,17,18,19,20
    26:23 28:6,9,14
    28:17 29:7,25
    30:18 36:5,8,11
    36:24 37:11,14,22
    37:25 39:8 40:13
    40:16,17,19,20,24
    44:6,8,8,11,13,15
    44:19 45:15,25
    46:14 48:11 49:23
    53:18 62:15
    145:20 170:5,8,10
    170:11,13,14,15
    170:18,20 171:1,3
unliquidated 145:8
unusual 83:25
uploaded 11:2
use 23:8 51:23 54:9
    54:13 59:11 68:5
    72:25 90:17
    130:17 155:4

usual 192:13
usually 163:19
U.S 29:3 44:24
    49:19 138:13

            V

vacation 21:12,18
valet 85:13 86:5
    115:22
valuation 145:11
van 85:2,12
varieties 53:9
various 9:12 27:23
varying 46:10
Vedaste 52:4
vehicle 69:5
verbal 6:6
versus 151:24
video 2:15 4:2
    86:17,17 124:19
    149:4
videographer 4:4
    6:11 14:16,20
    60:14,18 103:1,5
    104:12 132:6,10
    144:11 149:4,7
    190:17
videotape 1:12 4:7
    103:22
view 120:20 122:7
viewings 66:20
views 31:7
visa 18:5,7,17,25
    19:3,12
visibly 152:6
vision 75:3
visit 21:17
visits 76:10,17 77:4
visualize 106:6
VITAE 3:12
vivid 190:6
V-E-D-A-S-T-E
    52:5

            W

wages 60:23 61:5
    61:12,17 62:3,7
    65:14,18,20 66:1
wait 52:25 135:2
    163:5
waited 90:21
waiting 81:5 127:16
    134:25 163:1,12
    180:6,13
waived 4:19

158:18 161:1

wake 148:10
walk 23:15 25:21
    32:9,10 68:18
    74:14 85:18,18
    99:15 104:3,19
    132:21 133:7
walked 75:11 84:22
    84:23,25 86:14
    89:5 90:1 97:8
    98:6 100:3 124:5
    126:6,13 167:2
    174:20 177:14
    180:4
walking 68:17 85:1
    99:18 127:11
    148:16 154:8
    156:8 158:9
    162:19 177:12
    179:19 180:18
want 13:16 23:7
    24:17 51:16 59:11
    59:16,17 74:1
    95:23 102:3 135:1
    142:19 164:10
    167:5 183:1
    187:16
wanted 50:17 89:21
    91:9,16 93:8
    122:8,13,15
    155:14
war 24:12,25
warm-up 67:24
warn 166:15
warning 165:24
wasn't 97:19
    153:10,20 169:16
    171:17,18
wasting 55:5
watching 6:11
    68:17 69:25 102:1
    179:5
water 125:18
    166:12 169:17
    170:1 181:11
    182:2
way 16:6 20:2 23:4
    24:9 36:2 48:21
    56:15 60:21 64:7
    97:4,14 102:7
    106:21 128:24
    129:5,20 173:16
    173:16 185:25
    186:20,25,25
    187:4,5 189:11
weaker 78:21
    155:13 156:18

157:5
weakest 79:14
wear 72:19 74:12
    74:16,19,21,25
    95:6,15 96:7,10
    96:21 97:2
wearing 94:25
    96:21
weather 83:7 89:18
    97:5,10
week 22:15 46:9
    68:1 72:10,17
    80:19 81:5 82:1,6
    96:13 135:2,6
    136:1,4,7,15,17
    137:5,7 138:4
    148:24 156:22
    160:1,6,16,16
weekend 46:10
weekends 46:6
weeks 146:8
Weinberg 2:10
well-known 50:13
went 10:5 14:23
    23:23,25 25:4,6
    26:3,9,12 47:4
    48:2 61:22 83:9
    83:12 89:4,11,13
    89:16 90:1,13,19
    137:20 150:9,10
    152:16 154:22
    158:13 183:16,17
    189:9
wet 98:1,8,13
    107:20,22,23,25
    108:2,5,9,10,11
    108:15,18,20,25
    109:4,5 125:9,19
    133:18 165:24
    166:8 167:11
    169:21 172:18
    181:6,7,8,15,21
    181:23 182:3
    184:21
wetness 125:11
    126:5
we're 13:18 14:20
    60:14
wheelchair 163:12
Wheeler 2:10
white 16:13
wife 20:12 154:18
    183:14 184:14
    188:3
windows 97:11
    189:20

wishing 145:14
witness 3:2 5:16
    11:21,24 36:21
    50:23 51:8,25
    53:13 55:18,22
    56:13,21 57:13
    60:11 76:25 95:10
    102:25 110:25
    112:5 113:14
    116:8 117:6,9
    118:14 119:1,15
    119:18,22 120:2,3
    120:10 125:10
    126:15 130:1
    131:4 147:17
    156:6 164:22
    165:8 171:5
    172:15 173:7
    177:1,23 178:9
    183:6 190:23
witness's 57:24
woke 91:2,3,18
words 102:18
    104:14
work 18:9 24:17
    26:4 28:5 30:10
    31:14 32:9,12,24
    33:14 35:9 37:5
    37:20 38:9,11,14
    38:15,20 49:14,22
    96:15 145:2
    148:21 158:24
worked 25:8,24
    26:11 90:9
working 18:12
    24:20 25:7 26:6,9
    26:13,20 28:22
    34:8 61:24 84:5
    87:3,4 96:15
    127:4 150:7
    171:23
workload 31:15
world 66:7,8 97:13
worn 75:6,8 95:18
    95:20,24 96:3
wouldn't 55:8
    93:23
wound 153:12
Wright 2:10 4:11
write 16:21 20:3

            X

X 3:7 129:21
x-ray 134:1,16

            Y

**year** 18:19 21:13
24:25 25:8 30:11
31:22 36:13,14,17
37:2 39:23,24,24
39:25 45:16 61:1
96:7,7 144:18
151:11,12 178:20
**years** 18:7 25:25
26:2,12,17 27:24
77:5 87:6 90:5
123:13,20 131:13
150:19,20,21
177:19 178:12
185:11
**yesterday** 12:7
113:25 114:1
**young** 162:8
**younger** 21:15
156:12

**Z**

**zero** 65:19,20,21
**zone** 186:19

**$**

**$26,000** 139:4
**$27,000** 138:12
**$7,000** 31:21

**1**

**1** 3:10 9:3,12 19:17
**1,000** 38:2 44:24
47:4,14 87:18,19
**1,500** 38:2
**1:17-CV-04291** 1:7
**1:18** 103:2
**1:22** 103:6
**10** 3:18 18:7,19
73:19 77:5 82:17
83:5,16 114:12,16
119:5 121:22
122:4,17 128:18
129:8,12,17 130:3
130:14 132:13,17
159:11,14,14,17
159:18,21 168:12
169:8,9 173:10
182:25 183:8,13
185:3 188:20
189:21,22
**10.B** 192:3
**10:16** 4:6
**10:30** 1:15
**10:31** 14:17
**10:43** 14:21
**100** 46:24,25 49:13

73:18 146:24
147:13 155:11
**100,000** 47:8
**11** 3:19 45:10,11,13
45:14,14 114:23
115:1 119:2
128:18
**11:30** 11:14 65:16
**11:58** 60:15
**110** 73:20
**111** 3:16
**112** 3:17
**114** 3:18,19
**115** 3:20
**12** 3:20 36:16 45:13
115:6,10 119:8
167:14,18,19
168:18 173:2
**12:05** 60:19
**13** 1:23
**14th** 17:12
**140** 1:23
**149** 3:5
**15** 27:15 30:9 52:8
130:14,15
**15-14-37(a)** 192:7
**16** 1:14 4:1
**16th** 4:5
**172** 3:4
**18** 67:23
**182** 3:5
**184** 3:4 47:5
**188** 3:5
**19** 3:11 67:23
**190** 3:4
**1956** 17:12
**1977** 150:21
**1983** 25:24 150:4,5
**1997** 25:6,8 26:21
**1999** 20:18

**2**

**2** 3:11 19:12,13
81:25 82:3 83:2
83:13 85:11,21
86:7 89:1,6,18
90:3,23,24 98:22
**2nd** 83:9 191:15
192:15
**2:06** 132:7
**2:11** 132:11
**2:39** 144:12
**20** 52:8 130:14
**2000** 20:15 25:19
27:13 150:4
**2002** 20:16

**2005** 27:13
**2008** 20:16 25:19
**2010** 27:15 42:9
**2011** 28:10 45:8
**2012** 20:10 45:9
**2013** 42:11 69:21,22
70:4 71:23 75:16
**2014** 42:11
**2015** 28:10 30:13
**2016** 30:14,16 31:22
33:3 39:22 43:7
43:10,11 45:18
46:13 47:7,13
61:1 65:8 67:3,10
67:20 68:3 81:11
81:14 137:12
144:19
**2017** 39:22 40:1
42:20,21 74:5
137:15 138:5
178:20
**2018** 1:14 4:1,5
39:22 42:25 43:1
191:15 192:15
**21** 18:21
**225,000** 44:22
**24** 79:15 148:10
162:22 163:16
**2400** 1:16 2:11
**26** 138:12
**27** 3:12

**3**

**3** 3:12 27:18,19
81:14,25 83:23
89:19,20 90:25
91:18 97:5,17,19
98:22 149:14
**3:27** 149:8
**30** 31:10 41:12
180:12,15
**30(e)** 190:21
**30303** 2:5
**30326** 1:17 2:12
**30329** 1:24
**321-3333** 1:25
**3344** 1:16 2:11
**3375** 2:5
**350** 96:6
**375** 20:4,7

**4**

**4** 3:4,13 82:18,22
**4,000** 35:19
**4:31** 190:18,20
**40** 11:7

**404** 1:25
**45** 180:13,15
**47** 20:7

**5**

**5** 3:14 85:3,7
164:13
**50** 11:8,19 30:23,24
30:24
**500** 87:13,16,17,19

**6**

**6** 3:15 85:24 86:2,9
86:12 87:24 88:17
98:12,16 99:10
115:18 116:3,12
116:17,21,24
117:15,19 118:4
118:10,15 164:13
**6,000** 31:21
**60** 67:3
**62** 67:2

**7**

**7** 3:16 111:10,14,24
169:5 178:23
180:3
**7,000** 29:3
**7.C** 192:7
**70** 31:1
**700** 41:13 42:3
**76** 150:23,24 151:15

**8**

**8** 3:17 112:20,24
113:10,12 120:14
130:9
**8:30** 93:17
**80** 31:1 46:24
**80s** 149:16
**82** 3:13
**83** 149:17 150:24
151:15
**85** 3:14 137:22
153:22
**850** 7:19
**86** 3:15

**9**

**9** 3:10,18 114:12
**9-11-28(c)** 192:8
**9-11-30(e)** 190:23
**90** 137:22 153:22
**911** 133:23 166:19
180:6