# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOSEPH NTAGANIRA, )<br>)<br>  Plaintiff, )<br>) CIVIL ACTION<br>v. ) FILE NO.: 1:17-cv-04291<br>)<br>HHC TRS FP Portfolio LLC a/k/a )<br>"CROWNE PLAZA" d/b/a )<br>CROWNE PLAZA HOTEL RAVINIA )<br>and/or INTER-CONTINENTAL HOTELS )<br>CORP, )<br>)<br>  Defendant. ) | |

**DEFENDANT'S NOTICE OF FILING FINAL WITNESS LIST FOR TRIAL**

Defendant HHC TRS FP Portfolio, LLC (the "Hotel"), hereby files, as Exhibit A, the attached Final Witness List for Trial.

Respectfully submitted this 14th day of November, 2022.

                                              **WEINBERG WHEELER**
                                              **HUDGINS GUNN & DIAL LLC**

                                               */s/ Cecilia D. Orozco*
                                              Jonathan R. Friedman
                                              Georgia Bar No. 277720
                                              Cecilia D. Orozco
                                              Georgia Bar No. 562696
                                              3344 Peachtree Road N.E., Suite 2400
                                              Atlanta, Georgia 30326
                                              jfriedman@wwhgd.com
                                              corozco@wwhgd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record in this action:

S. Carlton Rouse, Esq.
Rouse & Company, LLC
3375 Centerville Hwy
P.O. Box 392105
Snellville, GA 30039-9997
s.carlton@rousecolaw.com

This 14th day of November, 2022.

                                          */s/ Cecilia D. Orozco*
                                          Cecilia D. Orozco

# EXHIBIT A

## LIST OF DEFENDANT'S WITNESSES

**Will have present:**

    None.

**May have present:**

1. Joseph Ntaganira
   Defendant relies upon Plaintiff's representation within the Pre-Trial Order that Dr. Ntaganira will be present at trial.

2. Robert C. Ellis [Former Employee]
   ▮▮▮▮▮▮▮▮▮▮▮▮▮
   Charlotte, North Carolina 28217

3. Tishon Harvey [Former Employee]
   ▮▮▮▮▮▮▮▮▮▮▮▮▮
   Powder Springs, Georgia 30127