# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOSEPH NTAGANIRA, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO.: 1:17-cv-04291 |
| | ) |
| HHC TRS FP Portfolio LLC a/k/a | ) |
| "CROWNE PLAZA" d/b/a | ) |
| CROWNE PLAZA HOTEL RAVINIA | ) |
| and/or INTER-CONTINENTAL HOTELS | ) |
| CORP, | ) |
| | ) |
|   Defendant. | ) |

**DEFENDANT'S MOTION FOR LEAVE TO BRING EQUIPMENT INTO COURTROOM FOR USE DURING TRIAL**

Pursuant to L.R. 83.4(a), Defendant HHC TRS FP Portfolio, LLC (the "Hotel") files this Motion for Leave to Enter Courthouse with Digital Devices during trial, beginning December 13, 2022. In support thereof, the Hotel relies upon its contemporaneously filed Memorandum of Law.

WHEREFORE, the Hotel respectfully requests that this Court enter an Order permitting the Hotel and its counsel and representatives to enter the courthouse with digital devices and associated equipment.

Respectfully submitted this 23rd day of November 2022.

                              **WEINBERG WHEELER**
                              **HUDGINS GUNN & DIAL LLC**

                              */s/ Cecilia D. Orozco*
                              Jonathan R. Friedman
                              Georgia Bar No. 277720
                              Cecilia D. Orozco
                              Georgia Bar No. 562696
                              3344 Peachtree Road N.E., Suite 2400
                              Atlanta, Georgia 30326
                              404-876-2700
                              jfriedman@wwhgd.com
                              corozco@wwhgd.com

                              *Attorneys for HHC TRS FP Portfolio, LLC*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

*/s/ Cecilia D. Orozco*
Cecilia D. Orozco

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record in this action:

S. Carlton Rouse, Esq.
ROUSE & COMPANY, LLC
3375 Centerville Hwy
P.O. Box 392105
Snellville, GA 30039-9997
s.carlton@rousecolaw.com

This 23rd day of November, 2022.

                                       */s/ Cecilia D. Orozco*
                                       Cecilia D. Orozco