# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOSEPH NTAGANIRA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO.: 1:17-cv-04291 |
| | ) |
| HHC TRS FP Portfolio LLC a/k/a | ) |
| "CROWNE PLAZA" d/b/a | ) |
| CROWNE PLAZA HOTEL RAVINIA | ) |
| and/or INTER-CONTINENTAL HOTELS | ) |
| CORP, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING ORIGINAL DEPOSITIONS

Defendant HHC TRS FP Portfolio, LLC by and through counsel, hereby files the following discovery materials with the Court:

- The deposition transcript of Joseph Ntaganira taken on April 16, 2018;

- The deposition transcript of Joseph Ntaganira taken on June 15, 2020;

- The deposition transcript of Joseph Ntaganira taken on July 27, 2022;

- The deposition transcript of Solange Dada Zawadi taken on June 15, 2020;

- The deposition transcript of Solange Dada Zawadi taken on July 27, 2022; and

- The deposition transcript of Jeffrey Obomeghie taken on June 22, 2018.

Respectfully submitted this 30th day of November 2022.

                                     **WEINBERG WHEELER**
                                     **HUDGINS GUNN & DIAL LLC**

                                     */s/ Cecilia D. Orozco*
                                     Jonathan R. Friedman
                                     Georgia Bar No. 277720
                                     Cecilia D. Orozco
                                     Georgia Bar No. 562696
                                     3344 Peachtree Road N.E., Suite 2400
                                     Atlanta, Georgia 30326
                                     404-876-2700
                                     jfriedman@wwhgd.com
                                     corozco@wwhgd.com

                                     *Attorneys for HHC TRS FP Portfolio, LLC*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

*/s/ Cecilia D. Orozco*
Cecilia D. Orozco

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record in this action:

S. Carlton Rouse, Esq.
ROUSE & COMPANY, LLC
3375 Centerville Hwy
P.O. Box 392105
Snellville, GA 30039-9997
s.carlton@rousecolaw.com

This 30th day of November, 2022.

*/s/ Cecilia D. Orozco*
Cecilia D. Orozco