# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOSEPH NTAGANIRA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HHC TRS FP Portfolio LLC a/k/a ) <br> "CROWNE PLAZA" d/b/a ) <br> CROWNE PLAZA HOTEL ) <br> RAVINIA and/or ) <br> INTER-CONTINENTAL HOTELS ) <br> CORP., ) <br> ) <br> Defendant. ) | CIVIL ACTION FILE NO.: <br> 1:17-cv-04291-JPB |

## DEFENDANT'S NOTICE OF FILING
## CORRECTED PROPOSED VERDICT FORM

Defendant HHC TRS FP Portfolio, LLC (the "Hotel"), by and through counsel, hereby files the attached corrected, proposed Verdict Form.

Respectfully submitted this 12th day of December 2022.

                                          **WEINBERG WHEELER**
                                          **HUDGINS GUNN & DIAL LLC**

                                          */s/ Cecilia D. Orozco*
                                          Jonathan R. Friedman
                                          Georgia Bar No. 277720
                                          Cecilia D. Orozco
                                          Georgia Bar No. 562696

3344 Peachtree Road N.E., Suite 2400
Atlanta, Georgia 30326
jfriedman@wwhgd.com
corozco@wwhgd.com                             *Attorneys for HHC TRS FP Portfolio,*
                                            *LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record in this action:

S. Carlton Rouse, Esq.
ROUSE & COMPANY, LLC
3375 Centerville Hwy
P.O. Box 392105
Snellville, GA 30039-9997
s.carlton@rousecolaw.com

This 12th day of December, 2022.

                                              */s/ Cecilia D. Orozco*
                                              Cecilia D. Orozco

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

*/s/ Cecilia D. Orozco*
Cecilia D. Orozco

# EXHIBIT A – PROPOSED VERDICT FORM

## DEFENDANT'S CORRECTED PROPOSED VERDICT FORM

We, the jury in the above entitled action, find the following verdict on the questions submitted to us:

(1) Was Defendant negligent?

    YES_____   NO_____

    If YES, go to Question #2.
    If NO, sign and date the Verdict Form.

(2) Was Plaintiff negligent?

    YES_____   NO_____

    If YES or NO, go on to Question #3.

(3) What percentage of negligence do you attribute to each party, bearing in mind that their combined negligence should equal 100%,

    Percentage of negligence attributed to Defendant:   ____%
    Percentage of negligence attributed to Plaintiff:   ____%

4. Not taking into consideration any reduction for comparative negligence, what do you find to be the total amount of damages suffered by Plaintiff and caused by the subject incident.

    TOTAL DAMAGES:   _____.

    DATED this _____day of _____ , 2022.

    _____
    FOREPERSON