# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOSEPH NTAGANIRA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CIVIL ACTION FILE NO.: 1:17-cv-04291-JPB |
| HHC TRS FP Portfolio LLC a/k/a "CROWNE PLAZA" d/b/a CROWNE PLAZA HOTEL RAVINIA and/or INTER-CONTINENTAL HOTELS CORP., | ) ) ) ) ) ) ) |
| Defendant. | ) |

## DEFENDANT'S NOTICE OF FILING TRIAL EXHIBIT LIST

Defendant HHC TRS FP Portfolio, LLC (the "Hotel"), by and through counsel, hereby files its Trial Exhibit List.

Respectfully submitted this 12th day of December 2022.

                                                **WEINBERG WHEELER**
                                               **HUDGINS GUNN & DIAL LLC**

                                             */s/ Cecilia D. Orozco*
                                             Jonathan R. Friedman
                                             Georgia Bar No. 277720
                                             Cecilia D. Orozco
                                             Georgia Bar No. 562696

3344 Peachtree Road N.E., Suite 2400
Atlanta, Georgia 30326
jfriedman@wwhgd.com
corozco@wwhgd.com                   *Attorneys for HHC TRS FP Portfolio, LLC*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, I hereby certify that the attached pleading complies with the font and point selections prescribed by Local Rule 5.1C and uses 14 point Times New Roman Font.

                                               */s/ Cecilia D. Orozco*
                                               Cecilia D. Orozco
                                               Georgia Bar No. 562696

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record in this action:

> S. Carlton Rouse, Esq.
> ROUSE & COMPANY, LLC
> 3375 Centerville Hwy
> P.O. Box 392105
> Snellville, GA 30039-9997
> s.carlton@rousecolaw.com

This 12th day of December, 2022.

    */s/ Cecilia D. Orozco*
    Cecilia D. Orozco

# LIST OF DEFENDANT'S DOCUMENTARY EVIDENCE

| Exhibit # | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 1. | | | Plaintiff's Amended Complaint |
| 2. | | | Plaintiff's Initial Disclosures |
| 3. | | | Plaintiff's Responses to Defendant's Interrogatories |
| 4. | | | WITHDRAWN |
| 5. | | | Guest Incident Report May 4, 2016 with attachments |
| 6. | | | Remington Associate Handbook |
| 7. | | | Affidavit of Robert Ellis |
| 8. | | | Declaration of Tishon Harvey |
| 9. | | | Plaintiff's Folio No. 730715 May 6-13, 2016 |
| 10. | | | WITHDRAWN |
| 11. | | | Plaintiff's Curriculum Vitae (Exhibit 3 to Ntaganira Deposition) |
| 12. | | | Invitation to Conference May 2-5, 2016 (Exhibit 4 to Ntaganira Deposition) |
| 13. | | | Photograph (Exhibit 5 to Ntaganira Deposition) |
| 14. | | | Photograph (Exhibit 6 to Ntaganira Deposition) |
| 15. | | | Photograph (Exhibit 7 to Ntaganira Deposition) |
| 16. | | | Photograph (Exhibit 8 to Ntaganira Deposition) |
| 17. | | | Photograph (Exhibit 9 to Ntaganira Deposition) |
| 18. | | | Photograph (Exhibit 10 to Ntaganira Deposition) |
| 19. | | | Photograph (Exhibit 11 to Ntaganira Deposition) |
| 20. | | | Photograph (Exhibit 12 to Ntaganira Deposition) |
| 21. | | | Plaintiff's Affidavit, Document 33-2, August 8, 2018 |
| 22. | | | La Life Clinic Report (produced 11/2/22) |